# Complaint Ex. 2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,137,225

Registered Feb. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## ALS SCAN

ALS SCAN, INC. (MARYLAND CORPORATION)
P.O BOX 6541
COLUMBIA, MD 21045

FOR: CD ROMS FEATURING ADULT ENTERTAINMENT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-3-1996; IN COMMERCE 6-3-1996.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCAN", APART FROM THE MARK AS SHOWN.

SER. NO. 75-243,182, FILED 2-12-1997.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,062,202
Registered Feb. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# ALS SCAN

ALS SCAN, INC. (MARYLAND CORPORATION)
7340 GRACE DRIVE
COLUMBIA, MD 21044

FOR: ADULT ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING IMAGES, PHOTOGRAPHS, EDUCATION, INFORMATION, AND MULTIMEDIA MATERIALS IN THE FIELD OF ADULT ENTERTAINMENT , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-3-1996; IN COMMERCE 6-3-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,137,225.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCAN", APART FROM THE MARK AS SHOWN.

SER. NO. 78-375,175, FILED 2-27-2004.

LINDA ESTRADA, EXAMINING ATTORNEY