1 | Jay M. Spillane (Bar No. 126364)
2 | jspillane@spillaneplc.com
  | SPILLANE TRIAL GROUP PLC
3 | 468 N. Camden Drive, Second Floor
  | Beverly Hills, CA 90210
4 | (424) 217-5980
  | (888) 590-1683 (fax)
5 |
  | Attorneys for Plaintiff ALS Scan, Inc.
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA

| ALS SCAN, INC., a Maryland corporation, | Case No.: 2:16-cv-5051 |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| vs. | **L.R. 7.1-1** |
| CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

1  The undersigned, counsel of record for Plaintiff ALS Scan, Inc., certifies
2  that the following listed party (or parties) may have a pecuniary interest in the
3  outcome of this case. These representations are made to enable the Court to
4  evaluate possible disqualification or recusal.
5  Spillane Trial Group PLC (Counsel for Plaintiff)
6  ALS Scan, Inc. (Plaintiff)

DATED: July 11, 2016   SPILLANE TRIAL GROUP PLC

By: _____
Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

- 1 -
Notice of Interested Parties