1  Jay M. Spillane (Bar No. 126364)
2  jspillane@spillaneplc.com
   SPILLANE TRIAL GROUP PLC
3  468 N. Camden Drive
   Second Floor
4  Beverly Hills, CA 90210
   (424) 217-5980
5  (888) 590-1683 (fax)

6  Attorneys for Plaintiff ALS Scan, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ALS SCAN, INC., a Maryland<br>11  corporation,<br>12            Plaintiff,<br>13<br>14    vs.<br>15  CLOUDFLARE, INC., a Delaware<br>16  corporation; TIGER MEDIA, INC., a<br>    Saskatchewan provincial corporation;<br>17  GERARDUS VAN GINNEKEN aka<br>18  "JUICY JAY," an individual; and DOES<br>    1-10, inclusive,<br>19<br>20            Defendants.<br>21 | Case No.: 2:16-cv-05051-GW-AFM<br>**MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION AGAINST DEFENDANT TIGER MEDIA, INC.; NOTICE OF HEARING**<br>**[Filed Concurrently: Memorandum; Walsh Declaration, Penn Declaration; Easton Declaration; Spillane Declaration, Notice of Manual Lodging, (Proposed) Preliminary Injunction]**<br>Date: September 8, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>       312 N. Spring Street<br>       Los Angeles, CA |

22
23
24
25
26
27
28

Motion for Preliminary Injunction – Motion and Notice of Hearing

1   Plaintiff ALS Scan, Inc. ("ALS") hereby moves for issuance of a
2 preliminary injunction against Tiger Media, Inc. ("Tiger") in the form
3 submitted concurrently with this motion.
4   The motion will be made pursuant to FRCP R. 65(a), *17 U.S.C. § 502*
5 and *15 U.S.C. § 1116* on the grounds that ALS has demonstrated probably
6 successful claims against Tiger for contributory and vicarious copyright
7 infringement and contributory trademark infringement and ALS is faced with
8 irreparable injury.
9   The motion will be based upon the concurrently filed Memorandum,
10 Declarations of Steve Easton, Eric Penn, Sarah Walsh and Jay Spillane, Notice
11 of Manual Filing and [Proposed] Preliminary Injunction.
12   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
13   PLEASE TAKE NOTICE that said motion will be heard at 8:30 a.m. on
14 September 8, 2016 in Courtroom 10 of the above-entitled Court, located at 312
15 N. Spring Street, Los Angeles, CA.

DATED:  July 25, 2016            SPILLANE TRIAL GROUP PLC

                                 By: _____
                                         Jay M. Spillane
                                 Attorneys for Plaintiff ALS Scan, Inc.