Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**DECLARATION OF ERIC PENN IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION**<br><br>**[Filed Concurrently: Motion and Notice; Memorandum; Spillane Declaration, Easton Declaration, Walsh Declaration, Notice of Manual Filing, (Proposed) Preliminary Injunction]**<br><br>Date: September 8, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>　　　312 N. Spring Street<br>　　　Los Angeles, CA |

I, Eric Penn, declare:

1. I am employed by ALS Scan, Inc. ("ALS"). The following facts are stated on my personal knowledge.

**Observations and Screen Captures of ALS Notifications of Infringement**

2. I discuss below evidence of what I saw on the Internet, and what I was able to uncover regarding source code not ordinarily visible on the screen, regarding each of the nine websites listed in the Complaint.

3. In each case discussed below I personally witnessed the following. First, galleries of infringing ALS images on the site in question. Second, the galleries of infringing ALS images were proximate to advertisements for other adult websites. When I hovered my mouse over the ads, information appeared on the status bar at the bottom of the browser window identifying that some or all of the ads I saw on the screen resided on a server at juicyads.com. Third, I clicked on the ads served by juicyads.com and was transported to a website offering purchase opportunities.

4. I worked to preserve evidence of what I saw on the screens. I also used tools to show source code to show that the ads in question were served by JuicyAds and redirected to other adult websites. My method was as follows.

5. I captured a screen shot of a draft notification of infringement to be sent by ALS's authorized agent Steve Easton. Such notices contained one or more hyperlinks to Internet web pages containing stolen ALS images. I usually highlighted or provided a visual cue in the draft notice indicating which hyperlink(s) I intended to click and would serve as an exemplar.

6. I then clicked on the indicated hyperlink. If the web page to which I was transported displayed any "floating" advertisements (*i.e.* temporary advertisements that appear to be superimposed on and covering any portion of the page content for a certain duration of time or must be manually removed), I

would first capture a sequence of screen shots showing (a) the advertisement as it appeared in the web browser window with my mouse over it to reveal the target URL of its hyperlink in the status bar at the bottom of the browser window, (b) a split-pane view of the browser window with the on-page advertisement in the top pane and the underlying HTML source code specific to that advertisement in the bottom pane, (c) when possible, the path of redirects taken by the advertisement's hyperlink, and (d) the landing page I observed after clicking on the advertisement.

7. Once I captured all "floating advertisements," I captured the web page as it appeared on the computer screen. This page was usually an entire gallery of stolen ALS images. I would then capture the entirety of the HTML source code of said web page. I then turned to any advertisements.

8. If I observed a "pop-over" or "pop-under" advertisement upon arriving at this web page, I captured that window as well and any related source code.

9. If I observed any other advertisements in a fixed position on the web page linked from the draft notification and positioned in relative proximity to the infringing ALS image(s), for each, I again closely followed the procedure above capturing a sequence of screen shots showing the split-pane view of the advertisement and its corresponding source code, traced the path of redirects taken by the advertisement's hyperlink (generally this step only applied to links served by JuicyAds), and the landing page observed upon clicking on the advertisement.

10. At this point, on the full web page displaying the infringing ALS images, I highlighted or provided a visual cue indicating any individual image I intended to click.

11. I then clicked on the indicated individual image to navigate to a page showing an enlarged version of that single image. In most cases, the

1 infringing ALS image would bear a copyright notice by ALS and also the "ALS
2 Scan" or "ALS Angels" trademarks.
3     12. Upon clicking on the individual image, I observed any "floating,"
4 "pop-over" or "pop-under" or static ads on that page. Whenever that occurred,
5 I captured those ads, the source code, the path of redirects taken by the
6 advertisement's hyperlink and the landing page observed upon clicking on the
7 advertisement, using the methods described above.
8     13. Whenever, in this process, I was capturing a JuicyAds ad, I
9 highlighted where the source code reflected that the ad was being served on a
10 web page on juicyads.com.
11     14. Finally, I attached a screen shot of the notification as it was
12 actually sent by Mr. Easton and an image of the Certificate of Registration
13 covering the infringed ALS images preserved in the capture process.
14     15. In sum, this process captured a sample of my visual observation
15 that these sites displayed ads served by JuicyAds proximate to stolen ALS
16 images, and the flow of Internet traffic by clicking on these ads.
17     16. When this capture process was complete, I notified Mr. Easton that
18 the draft notice of infringement was ready to finalize and send.
19     17. For the sake of space and time, I refer to below and attach only a
20 sample of the captures that I completed. I have others if needed.
21     **Infringing Images and Advertisements on imgchili.net**
22     18. Attached hereto as Exhibit 1 is a true and correct set of image
23 captures of a notification to Juicy Ads and others of copyright and trademark
24 infringement pertaining to ALS works that were displayed on the website
25 imgchili.net, notification DMCA ALS20160707000070.
26     19. This exhibit shows, using the method described above, that at the
27 time the draft notification was captured, infringing ALS images on imgchili.net
28 were proximate to one or more advertisements served by JuicyAds and which,

Motion for Preliminary Injunction – Penn Declaration

1 when clicked, redirected traffic to an adult website offering purchase
2 opportunities.

3     20. As of the date of the filing of the Complaint, July 11, 2016, I
4 personally observed that imgchili.net 1) displayed unauthorized ALS
5 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
6 those ALS works.

7     **Infringing Images and Advertisements on slimpics.com**

8     21. Attached hereto as Exhibit 2 is a true and correct set of image
9 captures of a notification to Juicy Ads and others of copyright and trademark
10 infringement pertaining to ALS works that were displayed on the website
11 slimpics.com, notification DMCA ALS20160703000053.

12     22. This exhibit shows, using the method described above, that at the
13 time the draft notification was captured, infringing ALS images on
14 slimpics.com were proximate to one or more advertisements served by
15 JuicyAds and which, when clicked, redirected traffic to an adult website
16 offering purchase opportunities.

17     23. As of the date of the filing of the Complaint, July 11, 2016, I
18 personally observed that slimpics.com 1) displayed unauthorized ALS
19 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
20 those ALS works.

21     **Infringing Images and Advertisements on namethatpornstar.com**

22     24. Attached hereto as Exhibit 3 is a true and correct set of image
23 captures of a notification to Juicy Ads and others of copyright and trademark
24 infringement pertaining to ALS works that were displayed on the website
25 namethatpornstar.com, notification DMCA ALS20160703000052.

26     25. This exhibit shows, using the method described above, that at the
27 time the draft notification was captured, infringing ALS images on
28 namethatpornstar.com were proximate to one or more advertisements served by

1  JuicyAds and which, when clicked, redirected traffic to an adult website
2  offering purchase opportunities.
3      26.    As of the date of the filing of the Complaint, July 11, 2016, I
4  personally observed that namethatpornstar.com 1) displayed unauthorized ALS
5  copyrighted works and 2) displayed advertisements placed by JuicyAds next to
6  those ALS works.

### Infringing Images and Advertisements on cumonmy.com.

8      27.    Attached hereto as Exhibit 4 is a true and correct set of image
9  captures of a notification to Juicy Ads and others of copyright and trademark
10 infringement pertaining to ALS works that were displayed on the website
11 cumonmy.com, notification DMCA ALS20160703000055.
12     28.    This exhibit shows, using the method described above, that at the
13 time the draft notification was captured, infringing ALS images on
14 cumonmy.com were proximate to one or more advertisements served by
15 JuicyAds and which, when clicked, redirected traffic to an adult website
16 offering purchase opportunities.
17     29.    As of the date of the filing of the Complaint, July 11, 2016, I
18 personally observed that cumonmy.com 1) displayed unauthorized ALS
19 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
20 those ALS works.

### Infringing Images and Advertisements on bestofsexpics.com.

22     30.    Attached hereto as Exhibit 5 is a true and correct set of image
23 captures of a notification to Juicy Ads and others of copyright and trademark
24 infringement pertaining to ALS works that were displayed on the website
25 bestofsexpics.com, notification DMCA ALS20160707000081.
26     31.    This exhibit shows, using the method described above, that at the
27 time the draft notification was captured, infringing ALS images on
28 bestofsexpics.com were proximate to one or more advertisements served by

1  JuicyAds and which, when clicked, redirected traffic to an adult website
2  offering purchase opportunities.
3      32. As of the date of the filing of the Complaint, July 11, 2016, I
4  personally observed that bestofsexpics.com 1) displayed unauthorized ALS
5  copyrighted works and 2) displayed advertisements placed by JuicyAds next to
6  those ALS works.

7  **Infringing Images and Advertisements on teenbe.com.**

8      33. Attached hereto as Exhibit 6 is a true and correct set of image
9  captures of a notification to Juicy Ads and others of copyright and trademark
10 infringement pertaining to ALS works that were displayed on the website
11 teenbe.com, notification DMCA ALS20160703000057.
12     34. This exhibit shows, using the method described above, that at the
13 time the draft notification was captured, infringing ALS images on teensbe.com
14 were proximate to one or more advertisements served by JuicyAds and which,
15 when clicked, redirected traffic to an adult website offering purchase
16 opportunities.
17     35. As of the date of the filing of the Complaint, July 11, 2016, I
18 personally observed that teenbe.com 1) displayed unauthorized ALS
19 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
20 those ALS works.

21 **Infringing Images and Advertisements on mymaturespace.com.**

22     36. Attached hereto as Exhibit 7 is a true and correct set of image
23 captures of a notification to Juicy Ads and others of copyright and trademark
24 infringement pertaining to ALS works that were displayed on the website
25 mymaturespace.com, notification DMCA ALS20160703000058.
26     37. This exhibit shows, using the method described above, that at the
27 time the draft notification was captured, infringing ALS images on
28 mymaturespace.com were proximate to one or more advertisements served by

1  JuicyAds and which, when clicked, redirected traffic to an adult website
2  offering purchase opportunities.
3      38.    As of the date of the filing of the Complaint, July 11, 2016, I
4  personally observed that mymaturespace.com 1) displayed unauthorized ALS
5  copyrighted works and 2) displayed advertisements placed by JuicyAds next to
6  those ALS works.
7      **Infringing Images and Advertisements on spankwiki.net.**
8      39.    Attached hereto as Exhibit 8 is a true and correct set of image
9  captures of a notification to Juicy Ads and others of copyright and trademark
10 infringement pertaining to ALS works that were displayed on the website
11 spankwiki.net, notification DMCA ALS20160703000059.
12     40.    This exhibit shows, using the method described above, that at the
13 time the draft notification was captured, infringing ALS images on
14 spankwiki.net were proximate to one or more advertisements served by
15 JuicyAds and which, when clicked, redirected traffic to an adult website
16 offering purchase opportunities.
17     41.    As of the date of the filing of the Complaint, July 11, 2016, I
18 personally observed that spankwiki.net 1) displayed unauthorized ALS
19 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
20 those ALS works.
21     **Infringing Images and Advertisements on stooorage.com.**
22     42.    Attached hereto as Exhibit 9 is a true and correct set of image
23 captures of a notification to Juicy Ads and others of copyright and trademark
24 infringement pertaining to ALS works that were displayed on the website
25 stooorage.com, notification DMCA ALS20160703000060.
26     43.    This exhibit shows, using the method described above, that at the
27 time the draft notification was captured, infringing ALS images on
28 stooorage.com were proximate to one or more advertisements served by

1 JuicyAds and which, when clicked, redirected traffic to an adult website
2 offering purchase opportunities.

3     44. As of the date of the filing of the Complaint, July 11, 2016, I
4 personally observed that stooorage.com 1) displayed unauthorized ALS
5 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
6 those ALS works.

7     **Imgchili.net**

8     45. Imgchili.net was one of the worst offenders of the sites listed
9 above. I personally witnessed on numerous occasions that shortly after Mr.
10 Easton sent a notification to JuicyAds and others of multiple pages of infringing
11 ALS works on imgchili.net, usually by the next day fresh sets of infringing
12 galleries of ALS images were up on another imgchili.net page. I witnessed Mr.
13 Easton playing a frustrating game of "whack-a-mole" wherein infringing
14 galleries of ALS images simply rotated around various pages on the
15 imgchili.net site.

16     46. To see further how the site worked, I accessed the imgchili.net
17 website and took steps to personally sign up as an imgchili.net affiliate. I
18 clicked on the "affiliate" tab on the home page, which took me to a page
19 showing that imgchili.net would pay me $4.50 per thousand views of images I
20 could upload to imgchili.net I clicked "Join Now For Free" and successfully
21 signed up for a personal imgchili.net account. Exhibit 10 is a true and correct
22 series of screen captures I created of the process described in this paragraph.

23     47. Based upon the information from imgchili that it pays users for
24 views of uploaded images, and based upon my observation of stolen ALS
25 galleries appearing on imgchili.net in continuous fashion, I believe users are
26 subscribing to ALS and likely other adult pay sites to gain access to copyrighted
27 and proprietary adult content, then uploading that content without authority to
28 imgchili.net in order to maximize views and therefore payouts by imgchili.net.

| | |
|---|---|
| 1 | **The JuicyAds Network** |
| 2 | 48. Attached hereto as Exhibit 11 is a true and correct screen capture |
| 3 | of the JuicyAds "Home" page, https://www.juicyads.com/ |
| 4 | 49. Attached hereto as Exhibit 12 is a true and correct screen capture |
| 5 | of the JuicyAds "About Us" page, http://www.juicyads.com/aboutus.php. |
| 6 | 50. Attached hereto as Exhibit 13 is a true and correct screen capture |
| 7 | of the JuicyAds "Terms of Service" page, https://www.juicyads.com/terms/. |
| 8 | 51. Attached hereto as Exhibit 14 is a true and correct screen capture |
| 9 | of the JuicyAds "Lifestyle" page, https://www.juicyads.com/lifestyle/. |
| 10 | 52. Attached hereto as Exhibit 15 is a true and correct screen capture |
| 11 | of the JuicyAds "DMCA" page, https://www.juicyads.com/DMCA/. |
| 12 | **I Register as a JuicyAds Publisher Using StolenALSPictures.com** |
| 13 | 53. Some time ago I signed up to obtain a personal account as a User |
| 14 | with JuicyAds. Exhibit 16 is a true and correct series of screen captures |
| 15 | showing the process by which I did that. |
| 16 | 54. I personally registered the domain stolenalspictures.com and |
| 17 | constructed a website located at www.stolenalspictures.com. The landing page |
| 18 | says at the top: "StolenALSPictures.com – Infringing ALS Photos Made Free." |
| 19 | The subtitle says: "Why Pay for Porn When You Get it Free?" The first |
| 20 | paragraph says: "StolenALSPictures.com features the same popular picture sets |
| 21 | you can get with the purchase of ALSScan.com and ALSAngels.com |
| 22 | memberships, for FREE! How do we do this? First, we stole these copyrighted |
| 23 | images from ALS without paying a license fee. Then, we get advertisers who |
| 24 | profit from copyright infringement to pay us for traffic. So if you enjoy having |
| 25 | free access to these ALSScan.com and ALSAngels.com photo sets, please be |
| 26 | sure to click on one of our ads!" A true and correct copy of this website is |
| 27 | shown on Ex. 16. p.1. The source code for the web page is shown in p. 2. |
| 28 | |

55. I accessed the juicyads.com home page, shown on Ex. 16 p.3 and clicked "login." This transported me to a page, Ex. 16 p. 4, allowing me to sign up. I clicked "Signup Now." Ex. 16 p. 5. Ex. 16 p. 6 is a redacted capture of the signup page after I filled it in. Ex. 16 p. 7 shows my information was received and my account had been "added to JuicyAds!" Momentarily I received an email inviting me to click on a link to confirm my account. This is shown on Ex. 16 p. 8. I clicked where indicated. Ex. 16 p. 9, which is redacted to conceal the email address, reflects that my account had been confirmed by JuicyAds. I then logged in to the JuicyAds site, which is shown on Ex. 16 p. 10. Again the email is redacted. This process transported me to my "My Account" page on Juicy Ads. This took me to my account page, Ex. 16 p.11. I received a phone call providing me with a PIN, which I input as reflected on Ex. 16 p.12. This brought me back to my account page, Ex. 16 p. 13. (Throughout these pages the account name is redacted.) I clicked "Sell Ads," which is shown on Ex. 16 p. 14. I clicked Add Website indicated the URL of my website, http://stolenalspictures.com, the Website Title, "Stolen ALS Pictures" and the Website Description: "We Steal Pics." This is shown on Ex. 16 p. 15. I clicked "Website Unverified," shown on Ex. 16 p. 16.

56. The next series of pages show the manner in which I applied to receive computer code from JuicyAds that permitted me to place a JuicyAds ad on StolenALSPictures.com. This is shown on Ex. 16 pp. 17-21. Ex. 16 p. 21 discusses how I can manage my ads. This page says "Set your own prices, sell for exactly what you want to sell your spots for."

57. Ex. 16 p. 22 is a true and correct screen capture of the web page on which I received code from JuicyAds to enable me to place a JuicyAds ad on StolenALSPictures.com. Ex. 16 p. 23 is a true and correct screen capture of the StolenALSPictures.com site source code reflecting addition of the JuicyAds ad. Ex. 16 p. 24 is a true and correct screen capture of the StolenALSPictures.com

1  site with the JuicyAds ads added. The ads shown on this page reside on the
2  juicyads.com site.

### JuicyAds' Search Utilities Locate Sites with Infringing ALS Images

4  58. I reviewed JuicyAds' site to determine what information it
5  provided regarding Publishers in the JuicyAds network. The site has a "Buy
6  Ads" tab that reveals a robust utility allowing me to search, sort and retrieve
7  information about JuicyAds' Publishers, including detailed analytics concerning
8  these Publishers' websites. The following paragraphs describe true and correct
9  screen captures showing JuicyAds search capabilities. In each case the account
10 name was redacted.

11 59. Ex. 17 is a true and correct screen capture of the "Buy Ads"
12 "Marketplace" page is it was reflected at the time of the capture. The page
13 displays thumbnail images of the landing pages of "Premium" and
14 "Marketplace" Publishers in the JuicyAds network. Along the left column the
15 page has utilities enabling users to target searches using keywords, ad price,
16 cost per click, impressions, clicks, categories/niches, Alexa rating, content
17 rating, sites per page, website types, ad sizes and countries. With respect to
18 each thumbnail Publisher page in this view, the JuicyAds page provides
19 analytics such as Alexa rating, daily views, daily clicks, direct buy price and
20 cost per click.

21 60. Ex. 18 is a true and correct screen capture of the "Premium
22 Featured" page under "Buy Ads" in juicyads.com. That page says "Browse our
23 Marketplace below to buy any space on any website. Find exactly what you are
24 looking for, buy spaces, and place ads instantly. You can narrow your search
25 with the filter options on the left side." JuicyAds also offered support to help
26 choose how to buy ads: "[T]oo busy or want some help choosing ad space to
27 buy? Just ask us." This page listed quite a few "Premium Featured" JuicyAds
28 Publishers.

1  61. Ex. 19 is a true and correct screen capture of the "Newest
2 Publishers" page under "Buy Ads" in juicyads.com. Ex. 20 is a true and correct
3 screen capture of the "Lowest Ad Prices" page under "Buy Ads" in
4 juicyads.com.

5  62. I was, as JuicyAds said, able to use the information about
6 Publishers on juicyads.com to "[f]ind exactly what [I was] looking for,"
7 namely, sites replete with infringing ALS images. In fact, I located the
8 existence of a number of the infringing sites that are listed in this declaration
9 and in the Complaint through information I retrieved from juicyads.com.

10  63. The JuicyAds search utility can be utilized to find
11 StolenALSPictures.com. Attached hereto as Exhibit 20 is a true and correct
12 screen capture of a page from juicyads.com showing StolenALSPictures as one
13 of the JuicyAds Publishers from which Advertising can buy ads.

14  64. On July 21 I accessed the JuicyAds "Buy Ads" page to conduct a
15 speed test to determine how long it would take me to use the information
16 provided by JuicyAds to find a site with an infringing ALS video. It took about
17 three minutes. Attached hereto as Exhibit 21 is a true and correct series of
18 screen captures showing how I accessed the JuicyAds search utility, used it to
19 find "Free Porn Sex Videos" and an infringing ALS video on the site bearing
20 the ALS watermark.

21  **JuicyAds Provides Extensive Support Services to its Network of**
22  **Publishers and Advertisers**

23  65. I also reviewed the JuicyAds site to determine the degree to which
24 it provided support, information and advice to its network of Publishers and
25 Advertisers. It did, quite extensively, including not only written answers to
26 frequently asked questions, but also live support and opportunities to obtain a
27 JuicyAds account support representative.
28

66. Attached hereto as Exhibit 22 is a true and correct screen capture of the JuicyAds "Help Center Page," showing the array of answers JuicyAds provides to frequent questions by Advertisers (those buying ads), Publishers (those selling ads) or both.

67. Attached hereto as Exhibit 23 is a true and correct screen capture of JuicyAds' answer to a Publisher question, "How to I price my Ads?" JuicyAds informs publishers that they may choose their ad price and advising Publishers on variables to consider.

68. Attached hereto as Exhibit 24 is a true and correct screen capture of JuicyAds' answer to a Publisher question, "What is your commission and fee?" This confirms that JuicyAds takes a 25% commission from ad sales.

69. Attached hereto as Exhibit 25 is a true and correct screen capture of JuicyAds' answer to a Publisher question, "Can I transfer my website to another JuicyAds user?" This confirms that JuicyAds can "seamlessly transfer your websites to another users account. . . . Please contact Support to perform the transfer."

70. Attached hereto as Exhibit 26 is a true and correct screen capture of JuicyAds' answer to an Advertiser question, "How can I work with an Account Manager?" This says: "Though our platform is designed to be self serve, with all the tools you need to set up, target, and optimize your campaigns, you can certainly work with one of our dedicated Account Managers if you wish. The Account Managers at JuicyAds are experienced, knowledgeable, and very well known in the adult industry. You can work directly with a member of the team to assist you in optimizing your campaigns."

71. Attached hereto as Exhibit 27 is a true and correct screen capture of JuicyAds' answer to an Advertiser question, "How long does it take for my campaign to be approved?" This confirms that JuicyAds assures that each ad

campaign is "tested very thoroughly by our staff to protect our publishers and their traffic." The answer offers the opportunity to contact JuicyAds "Live Support platform" or to "speak with your Account Manager."

72. Attached hereto as Exhibit 28 is a true and correct screen capture of JuicyAds' information for Advertisers, "Targeting Options for Banner Campaigns." This page informs Advertisers how it can use the JuicyAds site to conduct targeted searches for Publisher sites by location, niche and quality (Alexa) rating. The page provides other technical options to Advertisers.

73. Attached hereto as Exhibit 29 is a true and correct screen capture of JuicyAds' answer to an Advertiser question, "What is the difference between Direct Buy and Run of Network?" This page explains that Advertisers can not only directly buy advertisement on specific Publisher sites within the JuicyAds network, but also "Run of Network (RON) Campaigns," wherein ads can run across JuicyAds' entire network of Publishers.

74. Attached hereto as Exhibit 30 is a true and correct screen capture of JuicyAds' information for Advertisers, "Dynamic Linking (aka Tokens/Macros) and how to use them." This page shows in detailed technical fashion how "[d]ynamic linking gives you the ability to insert information from our system into your URL string. This is especially useful when you want to setup unique tracking codes to pinpoint sweet spots or problems with your Ads or Campaign."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed on July 22, 2016, at Woodstock, Maryland.

Eric Penn

Motion for Preliminary Injunction – Penn Declaration