| | |
|---|---|
| 1 | Jay M. Spillane (Bar No. 126364) |
| 2 | jspillane@spillaneplc.com<br>SPILLANE TRIAL GROUP PLC |
| 3 | 468 N. Camden Drive<br>Second Floor |
| 4 | Beverly Hills, CA 90210<br>(424) 217-5980 |
| 5 | (888) 590-1683 (fax) |
| 6 | Attorneys for Plaintiff ALS Scan, Inc. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**DECLARATION OF STEVE EASTON IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION**<br><br>**[Filed Concurrently: Motion and Notice, Memorandum, Spillane Declaration, Penn Declaration, Walsh Declaration, Notice of Manual Filing; (Proposed) Preliminary Injunction]**<br><br>Date: September 8, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>        312 N. Spring Street<br>        Los Angeles, CA |

I, Steve Easton, declare:

1. I am over the age of eighteen. The following facts are stated on my personal knowledge.

2. I am in the business of providing notification to parties of infringements upon the copyrights and trademarks of my clients. ALS Scan, Inc. ("ALS") is one of my clients. I have been authorized by ALS to send notifications of infringement on its behalf.

**Pirate Adult Websites**

3. It is not hard to detect "pirate" websites that have no apparent purpose other than to display adult content that infringes upon the copyrights and trademarks of the content owners, including my clients. I can usually tell in a few minutes whether a website with adult images is likely displaying licensed or stolen images. First, pirate websites don't charge a subscription fee to view their content. Second, a pirate site often displays content by multiple copyright owners, sometimes leaving the owners' copyright notification on the image. Third, a pirate site displays entire galleries of stolen content, perhaps 200 or more images, rather than the limited selection of images that content owners authorize legitimate advertising affiliates to use. Fourth, the entire gallery of images is often available for download, sometimes with a convenient zip download feature that permits a user to download an entire gallery in one click. Fifth, the advertisements on the site are not pointing traffic to the copyright owners, but are placed by ad networks such as Juicy Ads to direct traffic to third parties.

**Method for Observing and Sending Notifications of Infringement**

4. The following describes the method I employed for sending the notifications of infringement of copyrights and trademarks belonging to ALS. This method was employed with respect to all of the notifications described below and submitted with this declaration.

- 2 -

5. First, I personally observed that one or more pages on an adult website displayed infringing ALS images, often bearing the ALS copyright notification and "ALS Scan" trademark. I know from ALS which sites have authority to display ALS images, and which do not. None of the sites discussed in this declaration have ever had authority from ALS to display ALS images.

6. Second, each time I encounter such a pirate site, I personally observe which companies appear to be providing services to the site. This includes observation of which advertising networks, such as JuicyAds, have placed advertisements proximate to the infringing ALS images. Detecting who sponsors an advertisement is easy – if one hovers the mouse over an advertising banner, the URL for the advertisement appears at the bottom of the screen on the browser bar. I also observe the site or review reliable sources of information on the Internet, for example domain registration sites, to determine other companies that may be providing services to the site with infringing images, including the site's host. I also seek to determine the identity of the site owner. For each of these companies, I review available information on the Internet concerning email addresses to use for notification of infringement. For example, the JuicyAds website directs parties to send notifications of infringement to dmca@juicyads.com. In this fashion, for each pirate site I develop a list of parties and email addresses to use for a notification of infringement.

7. Third, I prepare a notification to each of the parties that owns or provides services to a site on which infringing content appears of the location of the infringing images. The notice contains links to the web pages on which ALS infringing content appears. In some cases I sent a draft notification of infringement to Eric Penn so that he could capture images of what existed on the web page at the time the draft notification was prepared. Once I had

1  confirmation that Mr. Penn had prepared his image captures, I sent the
2  notifications to the involved parties.
3      8.    Fourth, I follow up to observe what happened after I send
4  notifications of infringement.  Concerning the sites below, I observed that they
5  generally ignored the notices, or even if they nominally complied with a notice
6  of infringement, other infringing ALS content appeared on the site shortly after
7  the notice was sent.
8      **Notices of Infringement on imgchili.net**
9      9.    I have personally observed repeated infringement of ALS images
10 on imgchili.net.  Until after the Complaint in this action was filed, that website
11 regularly displayed JuicyAds ads proximate to infringing ALS images.
12     10.    Imgchili.net was one of the worst offenders of the sites discussed
13 herein.  I personally witnessed on numerous occasions that shortly after I sent a
14 notification to JuicyAds and others of multiple pages of infringing ALS works
15 on imgchili.net, usually by the next day fresh sets of infringing galleries of ALS
16 images were up on another imgchili.net page.  I have played a frustrating game
17 of "whack-a-mole" wherein infringing galleries of ALS images simply rotated
18 around various pages on the imgchili.net site.
19     11.    From March 19, 2015 through July 14, 2016 I sent 195 email
20 notifications of copyright and trademark infringement to JuicyAds and other
21 parties providing hyperlinks to pages on imgchili.net containing infringing ALS
22 images.  Submitting copies of all 195 emails with this declaration would be
23 nearly impossible, as when rendered into a .pdf file each individual email runs
24 anywhere from five to thirty pages.  Rather than file an exhibit running to
25 thousands of pages, I attach hereto as Exhibit 1 a true and correct copy of the
26 email notification DMCA ALS20160707000070, the same email that is the
27 subject of the screen captures discussed in the declaration of Eric Penn.  This
28 email exemplifies the form of all 195 emails.  I understand that counsel for ALS

- 3 -
Motion for Preliminary Injunction – Easton Declaration

1  is lodging with the Court and serving parties with a disc with all emails
2  referenced in this declaration.
3       12.   As of the date of the filing of the Complaint in this action, I
4  personally observed that imgchili.net 1) displayed unauthorized ALS
5  copyrighted works and 2) displayed advertisements placed by JuicyAds next to
6  those ALS works.

7       **Notices of Infringement on slimpics.com**

8       13.   I have personally observed repeated infringement of ALS images
9  on slimpics.com.  Until after the Complaint in this action was filed, that website
10 regularly displayed JuicyAds ads proximate to infringing ALS images.
11      14.   From April 10, 2016 through July 11, 2016 I sent 22 email
12 notifications of copyright and trademark infringement to JuicyAds and other
13 parties providing hyperlinks to pages on slimpics.com containing infringing
14 ALS images.  I attach hereto as Exhibit 2 a true and correct copy of the email
15 notification DMCA ALS20160703000053, the same email that is the subject of
16 the screen captures discussed in the declaration of Eric Penn.  This email
17 exemplifies the form of all 22 emails.
18      15.   As of the date of the filing of the Complaint in this action, I
19 personally observed that slimpics.com 1) displayed unauthorized ALS
20 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
21 those ALS works.

22      **Notices of Infringement on namethatpornstar.com**

23      16.   I have personally observed repeated infringement of ALS images
24 on namethatpornstar.com.  Until after the Complaint in this action was filed,
25 that website regularly displayed JuicyAds ads proximate to infringing ALS
26 images.
27      17.   From June 1, 2016 through July 9, 2016 I sent 11 email
28 notifications of copyright and trademark infringement to JuicyAds and other

1 parties providing hyperlinks to pages on namethatpornstar.com containing
2 infringing ALS images. I attach hereto as Exhibit 3 a true and correct copy of
3 the email notification DMCA ALS20160703000052, the same email that is the
4 subject of the screen captures discussed in the declaration of Eric Penn. This
5 email exemplifies the form of all 11 emails.

6     18. As of the date of the filing of the Complaint in this action, I
7 personally observed that namethatpornstar.com 1) displayed unauthorized ALS
8 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
9 those ALS works.

10 **Notices of Infringement on cumonmy.com.**

11     19. I have personally observed repeated infringement of ALS images
12 on cumonmy.com. Until after the Complaint in this action was filed, that
13 website regularly displayed JuicyAds ads proximate to infringing ALS images.

14     20. From June 14, 2016 through July 11, 2016 I sent 11 email
15 notifications of copyright and trademark infringement to JuicyAds and other
16 parties providing hyperlinks to pages on cumonmy.com containing infringing
17 ALS images. I attach hereto as Exhibit 4 a true and correct copy of the email
18 notification DMCA ALS20160703000055, the same email that is the subject of
19 the screen captures discussed in the declaration of Eric Penn. This email
20 exemplifies the form of all 11 emails.

21     21. As of the date of the filing of the Complaint in this action, I
22 personally observed that cumonmy.com 1) displayed unauthorized ALS
23 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
24 those ALS works.

25 **Notices of Infringement on bestofsexpics.com.**

26     22. I have personally observed repeated infringement of ALS images
27 on bestofsexpics.com. Until after the Complaint in this action was filed, that
28 website regularly displayed JuicyAds ads proximate to infringing ALS images.

1    23.    From June 28, 2016 through July 9, 2016 I sent 9 email
2 notifications of copyright and trademark infringement to JuicyAds and other
3 parties providing hyperlinks to pages on bestofsexpics.com containing
4 infringing ALS images. I attach hereto as Exhibit 5 a true and correct copy of
5 the email notification DMCA ALS20160707000081, the same email that is the
6 subject of the screen captures discussed in the declaration of Eric Penn. This
7 email exemplifies the form of all 9 emails.
8    24.    As of the date of the filing of the Complaint in this action, I
9 personally observed that bestofsexpics.com 1) displayed unauthorized ALS
10 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
11 those ALS works.

**Notices of Infringement on teenbe.com.**

13    25.    I have personally observed repeated infringement of ALS images
14 on teenbe.com. Until after the Complaint in this action was filed, that website
15 regularly displayed JuicyAds ads proximate to infringing ALS images.
16    26.    From June 28, 2016 through July 11, 2016 I sent 9 email
17 notifications of copyright and trademark infringement to JuicyAds and other
18 parties providing hyperlinks to pages on teenbe.com containing infringing ALS
19 images. I attach hereto as Exhibit 6 a true and correct copy of the email
20 notification DMCA ALS20160703000057, the same email that is the subject of
21 the screen captures discussed in the declaration of Eric Penn. This email
22 exemplifies the form of all 9 emails.
23    27.    As of the date of the filing of the Complaint in this action, I
24 personally observed that teenbe.com 1) displayed unauthorized ALS
25 copyrighted works and 2) displayed advertisements placed by JuicyAds next to
26 those ALS works.

**Notices of Infringement on mymaturespace.com.**

28. I have personally observed repeated infringement of ALS images on mymaturespace.com. Until after the Complaint in this action was filed, that website regularly displayed JuicyAds ads proximate to infringing ALS images.

29. From June 28, 2016 through July 9, 2016 I sent 9 email notifications of copyright and trademark infringement to JuicyAds and other parties providing hyperlinks to pages on mymaturespace.com containing infringing ALS images. I attach hereto as Exhibit 7 a true and correct copy of the email notification DMCA ALS20160703000058, the same email that is the subject of the screen captures discussed in the declaration of Eric Penn. This email exemplifies the form of all 9 emails.

30. As of the date of the filing of the Complaint in this action, I personally observed that mymaturespace.com 1) displayed unauthorized ALS copyrighted works and 2) displayed advertisements placed by JuicyAds next to those ALS works.

**Notices of Infringement on spankwiki.net.**

31. I have personally observed repeated infringement of ALS images on spankwiki.net. Until after the Complaint in this action was filed, that website regularly displayed JuicyAds ads proximate to infringing ALS images.

32. From June 28, 2016 through July 9, 2016 I sent 10 email notifications of copyright and trademark infringement to JuicyAds and other parties providing hyperlinks to pages on spankwiki.net containing infringing ALS images. I attach hereto as Exhibit 8 a true and correct copy of the email notification DMCA ALS20160703000059, the same email that is the subject of the screen captures discussed in the declaration of Eric Penn. This email exemplifies the form of all 10 emails.

33. As of the date of the filing of the Complaint in this action, I personally observed that spankwiki.net 1) displayed unauthorized ALS

1  copyrighted works and 2) displayed advertisements placed by JuicyAds next to
2  those ALS works.

### Notices of Infringement on stooorage.com.

4  34. I have personally observed repeated infringement of ALS images on stooorage.com. Until after the Complaint in this action was filed, that website regularly displayed JuicyAds ads proximate to infringing ALS images.

7  35. From February 22, 2016 through July 11, 2016 I sent 22 email notifications of copyright and trademark infringement to JuicyAds and other parties providing hyperlinks to pages on stooorage.com containing infringing ALS images. I attach hereto as Exhibit 9 a true and correct copy of the email notification DMCA ALS20160703000060, the same email that is the subject of the screen captures discussed in the declaration of Eric Penn. This email exemplifies the form of all 22 emails.

14 36. As of the date of the filing of the Complaint in this action, I personally observed that stooorage.com 1) displayed unauthorized ALS copyrighted works and 2) displayed advertisements placed by JuicyAds next to those ALS works.

### Correspondence with Jay at JuicyAds

19 37. In response to notices of infringement sent to JuicyAds, I have received reply correspondence from a gentleman who refers to himself as "Juicy Jay." His email address is jay@juicyads.com

22 38. At first, Juicy Jay's correspondence reflected a very cooperative attitude, one comporting with my understanding of what JuicyAds is required to do under the law and its own Terms, namely, terminate the accounts of any repeat infringer.

26 39. For example, attached hereto as Exhibit 10 is a true and correct copy of an email exchange of July 21, 2011, at the top of which is a message from Jay to me. I had sent notification of infringements on a site called

1 imagepad.us to tigermtb@hotmail.com, an email address that had been 2 provided to me as an address for JuicyAds. Jay responded to my notification by 3 saying "I have suspended this domain from our network due to the repeated 4 infringements."

5     40.    Attached hereto as Exhibit 11 is a true and correct copy of a July 6 26, 2011 email thread between me and Jay. The thread starts at the bottom with 7 an email from a domain registration company pertaining to a notification I sent 8 concerning infringements on freebirdnet.org. In response, Jay sent me an email 9 saying "I suspended this website from our network . . I took a look at the site 10 <u>and it was all stolen content</u>." (Emphasis added.) In the next message up the 11 thread, I ask whether there is a way for the ad companies to work together. Jay 12 replies: "Unfortunately, for the most part the ad networks seem to care about 13 profits, not piracy. . . . We have taken a position to try and combat blatant 14 piracy for those who refuse to comply or chronic offenders. . . . Ultimately, 15 anyone we don't service in our network, is a potential client for them. These 16 pirates jump from network to network . . whoever will take them."

17     41.    As early as 2012, Jay started to draw back from what had 18 originally been his uncompromising attitude toward terminating, in his words, 19 "pirate" websites. Attached hereto as Exhibit 12 is a true and correct copy of an 20 email thread between Jay and me dated January 24, 2012. The thread starts 21 with a notification of infringement from me on imagehyper.com. Jay responded 22 by saying: "As a third party service its [sic] not really our responsibility to 23 answer to DMCA requests on a website we have no ownership or direct 24 connection to." This is a retraction from his earlier statements that JuicyAds 25 would terminate the account of any repeat infringer. At the top of the email 26 thread, Jay admits that "it costs me money every time we take action."

27     42.    By 2013, Jay was reflecting a hostile attitude toward my 28 notifications of infringement, and further retreating from his initial statements

1  that JuicyAds would terminate repeat infringers.  Attached hereto as Exhibit 13
2  is a true and correct copy of an email thread between Jay and me dated August
3  19, 2013.  Jay says in this exchange: "I have asked you repeatedly not to contact
4  me unless requests to remove the content have not been followed after a
5  reasonable amount of time."  "[I]f you're going to make these slanderous claims
6  against my company then why should we help you at all to have content
7  removed when its [sic] not even our business?"  Describing the conduct of some
8  of the sites discussed above, most notoriously imgchili.net, Jay said "Clearly
9  anyone who's removing content, then replacing it . . won't be doing business
10 with us."

11         43.    At this time I was contacted by Marc Randazza, an attorney.  Marc
12 told me that he represented JuicyAds.  Attached hereto as Exhibit 14 is a true
13 and correct copy of an August 19, 2013 email from Mr. Randazza to me talking
14 about JuicyAds.

15         44.    At that time, Jay began threatening me in connection with my
16 complaints to him that JuicyAds was not terminating repeat infringers.
17 Attached hereto as Exhibit 15 is a true and correct copy of an email thread
18 between Jay and me dated August 24, 2013.  Jay says in this exchange: "At this
19 time I feel that your emails are defamatory, and slanderous in nature. . . . If this
20 happens in the future, there will be grounds for legal action against you for false
21 and damaging claims.  JUICYADS is a registered trademark and you will cease
22 and desist using it in any way whatsoever.  Due to these concerns, all future
23 correspondence will be forwarded to Randazza Legal Group for possible legal
24 action."

25         45.    On November 27, 2015 I sent an email to Jay concerning the
26 chronic infringements on imgchili.net.  As detailed above, I sent hundreds of
27 infringement notifications concerning that site.  They nominally complied, but
28 as early as the next day new sets of infringing ALS content were up.  In my

email, I pointed out that JuicyAds' own Terms of Service say they terminate repeat infringers, yet they had not terminated imgchili.net. Attached hereto as Exhibit 16 is a true and correct copy of an email thread between Jay and me dated November 27, 2015. In this email thread, Jay now claims I am supposedly doing something wrong by sending JuicyAds a notice of infringement concurrently on imgchili.net with the notice sent to the site owner, and that "[t]his behaviour appears to be abusive in nature on behalf of APIC [the name of my company]." He went on to challenge my statement regarding the number of notifications his company had received, demanding that I send him (another) copy of all of the notifications in a .zip file for his review.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed on July 22, 2016, at Nashville, Tennessee.



Steve Easton