Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>       Plaintiff,<br><br> vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:16-cv-05051<br><br>**DECLARATION OF JAY M. SPILLANE IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION**<br><br>**[Filed Concurrently: Motion and Notice; Memorandum; Easton Declaration, Penn Declaration, Walsh Declaration; Notice of Manual Filing, (Proposed) Preliminary Injunction]**<br><br>Date: September 8, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>      312 N. Spring Street<br>      Los Angeles, CA |

I, Jay M. Spillane, declare:

1.      I am a member of the Bar of the State of California.  I am counsel for Plaintiff ALS Scan, Inc.  The following facts are stated on my personal knowledge.

2.      I am informed and believe that Tiger Media, Inc. owns the JuicyAds advertising program.  I base this belief on the following information.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Certificate of Registration from the United States Patent and Trademark Office for the mark "JuicyAds" in relation to "Ad serving, namely, placing advertisements on websites for others using specialized computer software." The registration says the owner is Tiger Media, Inc., P.O. Box 37204, Saskatchewan, Canada S4S 7K4.

4.      Attached hereto as Exhibit 2 is a true and correct screenshot from the United States Patent and Trademark Office's search utility, showing that the attorney for the "JuicyAds" trademark registration was Marc J.  Randazza.

5.      JuicyAds' Terms of Service, ¶ XV, sets forth Saskatchewan, Canada law and venue for disputes.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the web page www.tigermedia.ca, which says "Tiger Media is an advertising brokerage based in Regina, Saskatchewan.  Our innovative company is a leader in business to business advertising services for digital online properties."

7.      Attached hereto as Exhibit 4 is a true and correct copy of http://www.tigermedia.ca/contact/, the Contact page for Tiger Media, Inc., reflecting the same contact address as reflected on the Certificate of Registration, Ex. 3.  The contact email address is jay@tigermedia.ca.

8.      Attached hereto as Exhibit 5 is a true and correct copy of a Corporate Registry report I received from Information Services Corporation, a Canadian company that provides information pertaining to federal and

- 1 -

provincial Canadian corporations.  The service provided is like the business registration information services provided by secretaries of state in the U.S. The Corporate Registry for Tiger Media, Inc. has the same address reflected on the trademark registration and says that the business of Tiger is "Advertising, Marketing."

9.     Shortly after the Complaint was filed I received a call from attorney Corey Silverstein, who identified himself as counsel for Tiger Media and "Juicy Jay."  We have discussed Tiger's willingness to terminate the nine sites listed in the Complaint from its network and the merits of the case.  The proposition that Tiger owns and operates "JuicyAds" has not been an issue in the discussions.

10.     Mr. Silverstein sent me a July 18, 2016 email in which he said "my clients [Tiger Media and 'Juicy Jay'] have already suspended the accounts of the publishers referenced in your complaint. Please include a copy of this email in any filing that you make with the District Court seeking injunctive relief."  A true and correct copy of this email is attached hereto as Exhibit 6.


I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  This declaration was executed on July 25, 2016 at Los Angeles, California.




_____

Jay M. Spillane

Motion for Preliminary Injunction – Spillane Declaration