Jay M. Spillane
Spillane Trial Group PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
Counsel for Plaintiff ALS Scan Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC.<br><br>PLAINTIFF(S)<br>v.<br><br>CLOUDFLARE, INC.; TIGER MEDIA, INC. ET AL.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:16-cv-05051-GW-AFM<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Disc containing all emails discussed in the Declaration of Steve Easton

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| July 25, 2016 | Jay M. Spillane *(signature)* |
| Date | Attorney Name |
| | Plaintif ALS Scan, Inc. |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING