Jay M. Spillane
Spillane Trial Group PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
Counsel for Plaintiff ALS Scan Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALS SCAN INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:16-cv-05051-GW-AFM |
| v. | **CORRECTED** |
| CLOUDFLARE INC. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Disc containing all emails discussed in the Declaration of Steve Easton

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

July 25, 2016
Date

Jay M. Spillane
Attorney Name
Plaintiff ALS Scan Inc.
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).