Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**STIPULATION BETWEEN PLAINTIFF ALS SCAN, INC. AND DEFENDANTS TIGER MEDIA, INC. AND GERARDUS VAN GINNEKEN RE JURISDICTION, DISMISSAL AND CERTAIN MOTIONS**<br><br>**[Filed Concurrently: (Proposed) Order]** |

WHEREAS Plaintiff ALS Scan, Inc. ("ALS") and Defendants Tiger Media, Inc. ("Tiger") and Gerardus Van Ginneken ("Van Ginneken") have met and conferred regarding potential motions, including motions concerning personal jurisdiction and venue and a motion to dismiss under FRCP R 12(b)(6); and

WHEREAS the parties have also discussed scheduling issues that prevent lead counsel for Tiger and Van Ginneken, Corey Silverstein and Lawrence G. Walters, who are moving for admission *pro hac vice*, from appearing to argue ALS's preliminary injunction motion on September 8, 2016 as currently scheduled; and

WHEREAS Messrs. Silverstein and Walters have represented that they can appear in Los Angeles for hearing(s) on October 3, 2016; and

WHEREAS to avoid potentially unnecessary law and motion work and Court intervention, the parties have arrived at certain agreements:

WHEREAS the parties, through counsel, stipulate as follows.

1.      ALS shall promptly dismiss Van Ginneken without prejudice.

2.      Tiger waives objections to personal jurisdiction or venue in this Court.

3.      The hearing on ALS's motion for preliminary injunction is continued to October 3, 2016 at 8:30 a.m. or any other time convenient to the Court.  The briefing schedule will track with the new hearing date. Specifically, opposing papers thereto shall be filed no later than September 12, 2016.

4.      ALS shall file a First Amended Complaint by no later than August 26, 2016.

5.      Tiger shall file its motion to dismiss the First Amended Complaint under FRCP R 12(b)(6) with timely notice, i.e. no later than September 5, 2016, such that it may be heard on October 3, 2016, concurrent with the hearing on the motion for preliminary injunction.

1

DATED:  August 10, 2016

2

3

SPILLANE TRIAL GROUP PLC

4

By: _____

5

Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

6

7

DATED:  August 10, 2016

BOSTWICK LAW

8

9

10

By: _____

Gary L. Bostwick
Attorneys for Defendants Tiger Media,
Inc. and Gerardus Van Ginneken

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation re Jurisdiction, Dismissal and Certain Motions

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN PLAINTIFF ALS SCAN, INC. AND DEFENDANTS TIGER MEDIA, INC. AND GERARDUS VAN GINNEKEN RE JURISDICTION, DISMISSAL AND CERTAIN MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 10, 2016, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 10, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail***
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/10/2016 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |