Gary L. Bostwick
Bostwick Law
12400 Wilshire Blvd., Suite. 400
Los Angeles, CA 90025
Phone: (310) 979-6059
Email: gbostwick@B1law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation<br><br>                                                        Plaintiff(s)<br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al<br><br>                                                        Defendant(s). | CASE NUMBER<br><br>2:16-cv-5051<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Toll, Kevin S.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(248) 290-0655          (248) 645-1222
*Telephone Number*      *Fax Number*
kevin@silversteinlegal.com
*E-Mail Address*

of

Law Offices of Corey D. Silverstein
30150 Telegraph Road, Suite 444
Bingham Farms, MI 48025

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TIGER MEDIA, INC. & GERARDUS VAN GINNEKEN

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Bostwick, Gary L.
*Designee's Name (Last Name, First Name & Middle Initial)*
79000            (310) 979-6059
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
gbostwick@b1law.com
*E-Mail Address*

of

Bostwick Law
12400 Wilshire Blvd., Ste. 400
Los Angeles, CA 90025

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated: August 10, 2016**

*[signature: George H. Wu]*

**U.S. District Judge**

G-64 Order (05/16)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*        Page 1 of 1