1  Jay M. Spillane (Bar No. 126364)
2  jspillane@spillaneplc.com
   SPILLANE TRIAL GROUP PLC
3  468 N. Camden Drive
   Second Floor
4  Beverly Hills, CA 90210
   (424) 217-5980
5  (888) 590-1683 (fax)

6  Attorneys for Plaintiff ALS Scan, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: CV 16-5051-GW(AFMx)<br><br>**ORDER RE STIPULATION BETWEEN PLAINTIFF ALS SCAN, INC. AND DEFENDANTS TIGER MEDIA, INC. AND GERARDUS VAN GINNEKEN RE JURISDICTION, DISMISSAL AND CERTAIN MOTIONS**<br><br>**[Filed Concurrently: Stipulation]** |

The Court, having read and considered the Stipulation of Plaintiff ALS Scan, Inc. ("ALS") and Defendants Tiger Media, Inc. ("Tiger") and Gerardus Van Ginneken ("Van Ginneken"), and good cause appearing therefor, hereby ORDERS:

1. ALS shall promptly dismiss Van Ginneken without prejudice.
2. Tiger waives objections to personal jurisdiction or venue in this Court.
3. The hearing on ALS's motion for preliminary injunction is continued to October 3, 2016 at 8:30 a.m.  The briefing schedule will track with the new hearing date. Specifically, opposing papers thereto shall be filed no later than September 12, 2016.
4. ALS shall file a First Amended Complaint by no later than August 26, 2016.
5. Tiger shall file its motion to dismiss the First Amended Complaint under FRCP R 12(b)(6) with timely notice, i.e. no later than September 5, 2016, such that it may be heard on October 3, 2016 at 8:30 a.m., concurrent with the hearing on the motion for preliminary injunction.

DATED:  August 12, 2016

_____
GEORGE H. WU, U.S. District Judge