Gary L. Bostwick
Bostwick Law
12400 Wilshire Blvd., Suite. 400
Los Angeles, CA 90025
Phone: (310) 979-6059
Email: gbostwick@B1law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALS SCAN, INC., a Maryland corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 16-5051-GW(AFMx) |
| v. | |
| CLOUDFLARE, INC., a Delaware corporation, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Silverstein, Corey D.            of    Law Offices of Corey D. Silverstein, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*   30150 Telegraph Road, Suite 444
(248) 290-0655          (248) 645-1222          Bingham Farms, MI 48025
*Telephone Number*      *Fax Number*

*E-Mail Address*                               *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TIGER MEDIA, INC. & GERARDUS VAN GINNEKEN

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)* ☐
Other:

**and designating as Local Counsel**

Bostwick, Gary L.              of    Bostwick Law
*Designee's Name (Last Name, First Name & Middle Initial)*   12400 Wilshire Blvd., Ste. 400
79000          (310) 979-6059                    Los Angeles, CA 90025
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
gbostwick@B1Law.com
*E-Mail Address*                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee** _[signature]_ **ot be refunded.**
**Dated: August 17, 2016**

                                                    **GEORGE H. WU, U.S. District Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1