| | |
|---|---|
| 1 | Gary L. Bostwick (Bar. No. 79000) |
|   | gbostwick@B1Law.com |
| 2 | **BOSTWICK LAW** |
|   | 12400 Wilshire Blvd., Ste. 400 |
| 3 | Los Angeles, CA 90025 |
|   | (310) 979-6059 |
| 4 | |
| 5 | Corey D. Silverstein (appearing *pro hac vice*) |
|   | corey@silversteinlegal.com |
| 6 | Kevin S. Toll (appearing *pro hac vice*) |
|   | kevin@silversteinlegal.com |
| 7 | **SILVERSTEIN LEGAL** |
| 8 | 30150 Telegraph Rd., Ste. 444 |
|   | Bingham Farms, MI 48025 |
| 9 | (248) 290-0655 |
| 10 | |
|    | Lawrence G. Walters (appearing *pro hac vice*) |
| 11 | larry@firstamendment.com |
|    | **WALTERS LAW GROUP** |
| 12 | 195 W. Pine Ave. |
|    | Longwood, FL 32750 |
| 13 | (407) 975-9150 |
| 14 | |
|    | Attorneys for Defendant Tiger Media Inc. |
| 15 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| 18 | **ALS SCAN, INC.**, | Case No. 2:16-cv-05051-GW-AFM |
| 19 | | |
| 20 | *Plaintiff*, | **Certification and Notice** |
|    | | **of Interested Parties** |
| 21 | v. | **(Local Rule 7.1-1)** |
| 22 | **CLOUDFLARE, INC.**, et al., | |
| 23 | *Defendants*. | |
| 24 | | |

**To:** **The Court and All Parties of Record:**

The undersigned, counsel of record for Defendant Tiger Media Inc. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| Gerardus Van Ginneken | Owner of Defendant Tiger Media Inc. |

Respectfully submitted,

By: /s/Kevin S. Toll
KEVIN S. TOLL (appearing *pro hac vice*)
SILVERSTEIN LEGAL
*Attorneys for Defendant Tiger Media Inc.*

Dated: September 5, 2016