Gary L. Bostwick (Bar. No. 79000)
gbostwick@B1Law.com
**BOSTWICK LAW**
12400 Wilshire Blvd., Ste. 400
Los Angeles, CA 90025
(310) 979-6059

Corey D. Silverstein (appearing *pro hac vice*)
corey@silversteinlegal.com
Kevin S. Toll (appearing *pro hac vice*)
kevin@silversteinlegal.com
**SILVERSTEIN LEGAL**
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
(248) 290-0655

Lawrence G. Walters (appearing *pro hac vice*)
larry@firstamendment.com
**WALTERS LAW GROUP**
195 W. Pine Ave.
Longwood, FL 32750
(407) 975-9150

Attorneys for Defendant Tiger Media Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CLOUDFLARE, INC.**, et al., <br><br> *Defendants*. | Case No. 2:16-cv-05051-GW-AFM <br><br> **Defendant Tiger Media Inc.'s Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim** <br><br> Date: October 3, 2016 <br> Time: 8:30 a.m. <br> Place: Courtroom 10 <br> Judge: Hon. George H. Wu |

**To All Parties and Their Attorneys of Record:**

Please take notice that on October 3, 2016 at 8:30 a.m., or as soon afterwards as the parties may be heard, Defendant Tiger Media Inc. will move the Court, at the United States Courthouse for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, California, Courtroom 10, through its attorneys, for dismissal of the First Amendment Complaint of Plaintiff ALS Scan, Inc. in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim on which relief can be granted.

The Court must dismiss the First Amended Complaint for failure to state a claim against Defendant Tiger Media Inc. on which relief can be granted, in that the First Amended Complaint fails to contain sufficient factual matter to state a claim to relief that is plausible on its face and the Ninth Circuit has summarily rejected Plaintiff's theories as a matter of law in *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788 (9th Cir. 2007). As the supporting Memorandum of Points and Authorities accompanying this Motion more fully explains, Plaintiff cannot establish as a matter of law that Defendant Tiger Media Inc.:

1. materially contributed to any copyright infringement [contributory copyright infringement],
2. distributed its advertising network with the object of promoting its use to infringe copyrights [inducement theory of copyright infringement],
3. had the requisite right and ability to control infringing activity by third-party publishers and had a direct financial interest in the alleged infringement [vicarious copyright infringement], and

    4. intentionally induced any publisher to infringe Plaintiff's trademarks or had direct control and monitoring of the instrumentality used by a third party to infringe [contributory trademark infringement and unfair competition].

As a result, Plaintiff's claims against Defendant Tiger Media Inc. must be dismissed.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the pleadings and papers on file in this action.

This Motion is made after the conference of counsel in accordance with C.D. Cal. L.R. 7-3, which took place on August 31, 2016, but which did not resolve the issues raised by this Motion.

Therefore, Defendant Tiger Media Inc. respectfully requests that the Court:

    1. Dismiss Plaintiff's First Amended Complaint against Defendant Tiger Media Inc. with prejudice;

    2. Award Defendant Tiger Media Inc. its costs and attorney fees incurred in defending this lawsuit; and

    3. Award Defendant Tiger Media Inc. any other relief to which it is entitled.

Dated: September 5, 2016

                          Respectfully submitted,

                    By:   /s/Kevin S. Toll
                          KEVIN S. TOLL (appearing *pro hac vice*)
                          SILVERSTEIN LEGAL
                          *Attorneys for Defendant Tiger Media Inc.*