1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Rachel Herrick Kassabian (CA Bar No. 191060)
2     rachelkassabian@quinnemanuel.com
   Carolyn Homer (CA Bar No. 286441)
3     carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA 94065
   Telephone:  (650) 801-5000
5  Facsimile:   (650) 801-5100

6  *Attorneys for Defendant
   CloudFlare, Inc.*

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

| | |
|---|---|
| 10  **ALS SCAN, INC.**, | Case No.   2:16-cv-05051-GW-AFM |
| 11      Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF CLOUDFLARE, INC.** |
| 12      vs. | Courtroom:   10 |
| 13  **CLOUDFLARE, INC.**, et. al. | Judge:   Hon. George H. Wu |
| 14      Defendants. | Action Filed: July 11, 2016 |

– 1 –
NOTICE OF APPEARANCE ON BEHALF OF CLOUDFLARE

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Rachel Kassabian of Quinn Emanuel Urquhart & Sullivan, LLP hereby enters her appearance as lead counsel of record for CloudFlare, Inc. The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm have previously appeared in the case.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> Rachel Herrick Kassabian (Bar No. 191060)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 555 Twin Dolphin Drive, 5th Floor
> Redwood Shores, CA 94065
> Tel.: 650-801-5000
> Fax.: 650-801-5100
> rachelkassabian@quinnemanuel.com

Dated: September 5, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By *(signature)*
Rachel Kassabian

*Attorneys for Defendant CloudFlare, Inc.*

– 2 –
NOTICE OF APPEARANCE ON BEHALF OF CLOUDFLARE