| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | Rachel Herrick Kassabian (CA Bar No. 191060) |
| 2 |    rachelkassabian@quinnemanuel.com |
| | Carolyn Homer (CA Bar No. 286441) |
| 3 |    carolynhomer@quinnemanuel.com |
| | 555 Twin Dolphin Drive, 5th Floor |
| 4 | Redwood Shores, CA 94065 |
| | Telephone:  (650) 801-5000 |
| 5 | Facsimile:   (650) 801-5100 |
| 6 | *Attorneys for Defendant* |
| | *CloudFlare, Inc.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **ALS SCAN, INC.**, | Case No.   2:16-cv-05051-GW-AFM |
| Plaintiff, | **NOTICE OF APPEARANCE ON BEHALF OF CLOUDFLARE, INC.** |
| vs. | Courtroom:  10 |
| **CLOUDFLARE, INC.**, et. al. | Judge:   Hon. George H. Wu |
| Defendants. | Action Filed: July 11, 2016 |

|   |   |
|---|---|
| 1 | **NOTICE OF APPEARANCE** |
| 2 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF |
| 3 | RECORD: |
| 4 | PLEASE TAKE NOTICE that Carolyn Homer of Quinn Emanuel Urquhart & |
| 5 | Sullivan, LLP hereby enters her appearance as counsel of record for CloudFlare, |
| 6 | Inc.   The filing of this form constitutes the first appearance in this case of the |
| 7 | attorney listed above.   Rachel Kassabian of this attorney's firm has previously |
| 8 | appeared as lead counsel in the case. |
| 9 | Copies of all pleadings, papers, correspondence, and electronic filing notices |
| 10 | should be directed to: |
| 11 | Carolyn M. Homer (Bar No. 286441) |
|    | Quinn Emanuel Urquhart & Sullivan, LLP |
| 12 | 555 Twin Dolphin Drive, 5th Floor |
|    | Redwood Shores, CA 94065 |
| 13 | Tel.: 650-801-5000 |
|    | Fax.: 650-801-5100 |
| 14 | carolynhomer@quinnemanuel.com |
| 15 | Dated:   September 5, 2016               Respectfully submitted, |
| 16 |                                          QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 17 |   |
| 18 |   |
| 19 |                                          By_____ |
|    |                                              Carolyn Homer |
| 20 |                                          *Attorneys for Defendant CloudFlare, Inc.* |