1  QUINN EMANUEL URQUHART & SULLIVAN LLP
   Rachel Herrick Kassabian (CA Bar No. 191060)
2      rachelkassabian@quinnemanuel.com
   Carolyn Homer (CA Bar No. 286441)
3      carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA 94065
   Telephone:  (650) 801-5000
5  Facsimile:  (650) 801-5100

6  *Attorneys for Defendant*
   *CloudFlare, Inc.*

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

| | |
|---|---|
| 10  **ALS SCAN, INC.**, | Case No.   2:16-cv-05051-GW-AFM |
| 11         Plaintiff, | **STIPULATION TO EXTEND TIME FOR CLOUDFLARE'S RESPONSE TO FIRST AMENDED COMPLAINT** |
| 12       vs. | |
| 13  **CLOUDFLARE, INC.**, et. al. | Courtroom:   10<br>Judge:   Hon. George H. Wu |
| 14         Defendants. | Action Filed: July 11, 2016 |
| 15 | Amended Complaint Filed: August 26, 2016 |
| 16 | |
| 17 | Proposed Stipulated Response Date: September 26, 2016 |
| 18 | |

19

20

21

22

23

24

07215-00001/8309502.1

– 1 –
STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

## STIPULATION TO EXTEND TIME

WHEREAS on July 11, 2016, Plaintiff ALS Scan, Inc. filed this lawsuit against Defendant CloudFlare, Inc. and others, *see* ECF No. 1;

WHEREAS Plaintif served CloudFlare with the Complaint on August 5, 2016;

WHEREAS on August 26, 2016, prior to any appearance or response by CloudFlare being due or filed, Plaintiff filed its First Amended Complaint, *see* ECF No. 33;

WHEREAS CloudFlare has agreed to waive formal service of the First Amended Complaint and accept service via its counsel in exchange for a brief extension of time to respond thereto;

WHEREAS the parties have conferred and agreed to a modest, 17-day extension of CloudFlare's time to Answer or Respond to the First Amended Complaint, from Friday September 9, 2016 to Monday, September 26, 2016.

WHEREAS, this is the first extension sought by CloudFlare in the case, and the requested extension is less than 30 days from when CloudFlare's initial response otherwise would be due;

THEREFORE, pursuant to Local Rules 7-1 and 8-3, the parties hereby request that this Court approve the parties' stipulation, and order that CloudFlare, Inc.'s initial response to the First Amended Complaint shall be filed by September 26, 2016.

| | | |
|---|---|---|
| 1 | Dated: September 2, 2016 | Respectfully submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 3 | | |
| 4 | | By _____ |
| 5 | | Rachel Kassabian |
| 6 | | *Attorneys for Defendant CloudFlare, Inc.* |
| 7 | | |
| 8 | | SPILLANE TRIAL GROUP |
| 9 | | |
| 10 | | By _____<br>Jay M. Spillane |
| 11 | | *Attorneys for Plaintiff ALS Scan, Inc.* |