UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLOUDFLARE, INC.**, et. al. <br><br> <u>Defendants.</u> | Case No. CV 16-5051-GW(AFMx) <br><br> **ORDER APPROVING STIPULATION TO EXTEND TIME FOR CLOUDFLARE'S RESPONSE TO FIRST AMENDED COMPLAINT** <br><br> Courtroom: 10 <br> Judge: Hon. George H. Wu |

[PROPOSED] ORDER APPROVING
STIPULATION TO EXTEND TIME FOR CLOUDFLARE'S RESPONSE TO FIRST AMENDED COMPLAINT

1   This matter is before the Court on Plaintiff ALS Scan, Inc.'s and Defendant
2 CloudFlare, Inc.'s Stipulation to Extend Time for CloudFlare's Response to First
3 Amended Complaint.  Good cause having been shown, the parties' stipulation is
4 hereby approved.
5   Accordingly, CloudFlare shall have until September 26, 2016 to file a
6 response to ALS Scan's First Amended Complaint.
7   **IT IS SO ORDERED.**
8 DATED: September 6, 2016

By _____
The Honorable George H. Wu
United States District Judge