Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; GERARDUS VAN GINNEKEN aka "JUICY JAY," an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**REPLY DECLARATION OF ERIC PENN IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION**<br><br>**[Filed Concurrently: Reply Memorandum]**<br><br>Date: October 3, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>　　　　312 N. Spring Street<br>　　　　Los Angeles, CA |

I, Eric Penn, declare:

1. I am employed by ALS Scan, Inc. ("ALS"). The following facts are stated on my personal knowledge.

2. I have reviewed the Declaration of Gerardus Van Ginneken and have the following responses to his points.

3. Mr. Van Ginneken makes a general disclaimer that one cannot tell the license or unlicensed nature of adult content by looking. I don't agree. In the case of ALS, there should be no ALS content on the sites of Publishers in the JuicyAds network. ALS licenses a <u>limited</u> selection of images from ALS's galleries and short teaser-length videos to advertising affiliates, on the condition that the affiliates use such content to direct Internet traffic back to ALS's subscription sites. ALS has no business reason to, and has not, authorized any advertising affiliate to use Internet traffic drawn through the lure of ALS content to make money for JuicyAds and direct traffic to competitors through the JuicyAds network. I have a hard time believing that other major adult content copyright owners have a different policy.

4. If I access a bit torrent site offering free downloads of feature length movies from a variety of motion picture studios, including those in current or recent release, I can harbor no reasonable doubts that the content is infringing. The same is true of adult content. I agree with the five factors for spotting "pirate" adult sites – those with entire galleries of infringing content spelled out in the Walsh and Easton declarations. Walsh Decl. ¶¶ 18-22; Easton Decl. ¶ 3. I used those factors to locate JuicyAds Publisher sites with infringing ALS content using JuicyAds search utilities.

5. Mr. Van Ginneken denies at ¶ 7 of his declaration that JuicyAds's search utilities could be used to find infringing ALS content. I have the following response.

- 1 -
Motion for Preliminary Injunction – Reply Penn Declaration

1  6. If I wanted to find websites with infringing ALS content that are supported by JuicyAds ads without using the JuicyAds search utility, I would first have to use general Internet search utilities, such as Google, to find pages displaying infringing images of ALS models, then hover my mouse over the ads on the page to see if any would direct me through a juicyads.com server to an Advertiser in the JuicyAds network. I could find such sites this way, but it would take longer than it does using the JuicyAds search engine. Further, without using the JuicyAds search utilities, I would have no way of knowing how much traffic the page I found was drawing through the lure of infringing content.

7. The JuicyAds search utilities allow me to find Publisher sites with infringing ALS images in a matter of minutes. I agree with Mr. Van Ginneken that the JuicyAds search engine does not take me to an infringing ALS work in one step, unless the website name or metadata employs the term "als," but it can be used to find infringing ALS images on Publisher sites in few steps and in only a few minutes time. Further, the JuicyAds search utility also provides me with detailed information, gathered and displayed by JuicyAds, directing me to the Publisher sites with the highest Internet traffic.

8. Attached hereto as Ex. 31 is a true and correct series of screen captures showing the process of how I used the JuicyAds search functions to quickly locate sites with infringing ALS images. I can find infringing ALS images quicker than others because I recognize ALS's content. However, to show how anyone could use the methods I employed, in the examples attached to this declaration I limited myself to content that reflected the ALS Scan trademark and/or was located using "als" or "alsscan" as search terms.

9. I logged onto the JuicyAds website and clicked "Buy Ads" and "Premium Featured." The screen resolved to a page with thirty-three rows summarizing JuicyAds "Premium Featured" sites. This is shown on Ex. 33 p.1.

1  The page includes the name of a site, the positive feedback score for the site,
2  daily views, Alexa ranking and available ad prices. For example, the top site,
3  E-Hentai Galleries, had 97% positive feedback, 14,175,902 daily impressions,
4  an Alexa ranking of 659 and various ad prices.

5      10. Each page summary row has a link that says "view site profile."
6  Clicking on that transports one to a page showing a thumbnail image of the
7  site's home page, some information about the site content and site analytics. I
8  can quickly get a sense from looking at this page, using the five factors,
9  whether the site is likely a "pirate" site devoted entirely to infringing content.
10 Where I had that sense, I clicked a link on the site profile page that transported
11 me directly to the Publisher site. Many of the sites that appeared at a glance to
12 be a pirate site had search utilities that allowed me to search for and find
13 infringing content using the term "alsscan."

14     11. The first such site was www.tumview.com, sixteenth on JuicyAds
15 list of "featured" Publisher sites. The profile for this site is showing on Ex. 31
16 p.2. The site profile contains detailed statistics reflecting site impression,
17 JuicyAds ad statistics and ad pricing. The only reading I can give to these
18 statistics given my knowledge of the Internet and my experience becoming a
19 JuicyAds Publisher (through stolenalspictures.com) is that these are analytics
20 JuicyAds derives from the code it provides to Publishers to place on their web
21 pages. Going to the first box near the top, this shows that a 300x250 image ad
22 on tumview.com was displayed on a web page accessed by consumers 272,898
23 times on September 15, 2016 ("zoneImpressions") and that on that day the ad
24 was clicked 1,041 times ("zoneStatistics"). The 7-Day price for that ad is
25 $161.68 ("adPricing").

26     12. I employed the search term "alsscan" on tumview.com, the results
27 of which are shown on Ex. 31 p.3. Those are infringing ALS images. The ALS
28

- 3 -
Motion for Preliminary Injunction – Reply Penn Declaration

1  mark appears in the upper right of the picture furthest to the left and in the
2  upper right of the picture second to the right.

3      13.    The next most viewed site on which I found infringing ALS
4  content is xkeezmovies.com. The site profile for this site is shown on Ex. 31
5  p.4. xkeezmovies.com has a search engine. The search term "alsscan" located
6  the image shown on Ex. 31, p.5, a screen capture of an infringing ALS video.
7  The run time is indicated as 32:32, another sign that the video is infringing. To
8  the extent that ALS permits advertising affiliates to display ALS videos, this is
9  limited to short teaser reels, a few minutes in length, with a link back to ALS's
10 subscription video sites for users who want to see the full length video. ALS
11 has no reason to permit pirate sites to draw Internet traffic using our full-length
12 copyrighted content to drive traffic to Advertisers in the JuicyAds network.

13     14.    I note that the right hand column on Ex. 31 p. 5 lists the number of
14 videos on xkeezmovies.com owned by major competitor adult copyright
15 owners, for example Brazzers.com (173 videos) and BangBros.com (143
16 videos). I clicked on those links, which resolved to thumbnail pages showing
17 that all of those videos were available for free in full length. I cannot believe
18 that our competitors licensed hundreds of their full length works to
19 xkeezmovies.com for free.

20     15.    The next Publisher site on which I found infringing ALS content
21 was www.pornve.com, the profile of which is shown on Ex. 31 p. 6. That site
22 also has a search engine. Using the term "alsscan" resulted in the page shown
23 on Ex. 31 p.7. Thumbnails of the infringing videos are shown on the bottom
24 half of the page. A number of videos found by this search had the term "ALS
25 Scan" in the title. These are all infringing.

26     16.    The next Publisher site on which I found infringing ALS content
27 was www.datoporn.com, the profile of which is shown on Ex. 31 p. 8. This site
28 also had a search utility. Using the term "alsscan" retrieved a page with

1 thumbnail images, Ex. 31 p.9. Again many of these videos have the term "ALS
2 Scan" in the title. These are all infringing.

3      17. Ex. 31 p.10 is the summary page for another featured Publisher,
4 nuttit.com. This site also had a search engine. The results of using the search
5 term "alsscan" are shown on Ex. 31 p.11. Many of the files displayed include
6 the term "ALS Scan."

7      18. Ex. 31 p.12 is the summary page for another featured Publisher,
8 pixsense.net. I was able to scan this site and quickly find a thumbnail image of
9 a video that had the "ALS Scan" mark and that said "An Exclusive ALS Scan ©
10 Movie Presentation. This is reflected on Ex. 31 p.13.

11      19. The JuicyAds search utility also has certain search capabilities and
12 check boxes that can be used to narrow and focus the search for certain
13 Publishers, a route I also used to quickly find JuicyAds Publishers with
14 infringing ALS content. True and correct screen captures reflecting the results
15 of this process are attached hereto as Ex. 32.

16      20. On the JuicyAds site, I clicked "Buy Ads" and "Marketplace." Ex.
17 32 p.1. On the left hand side there are check boxes for "Website Types." I
18 checked only "TGP, Babelog or Pictures," a type of site I thought more likely to
19 contain galleries of ALS images. Higher up on the left side one can check
20 certain "Categories/Niches." I selected "ADULT:Teen," a descriptor that I
21 thought matched ALS's content. The top Publisher pages accessed using these
22 search terms are summarized under the heading "Marketplace." I then used the
23 process described above to find more JuicyAds Publisher sites with infringing
24 ALS content.

25      21. Ex. 32 p.2 is the site profile for toppixxx.com. Ex. 32 p.3 is a copy
26 of just one of many infringing ALS images I found on that site. The ALS mark
27 can clearly be seen in the upper right of the image.

28

22. Ex. 32 p. 4 is the site profile for sexpornimg.com. Ex. 32 p.5 shows thumbnail images of infringing ALS videos that I found on the site. Note at the top, in the black bar, the web page on which these infringing images are found is "alsscan."

23. Ex. 32 p. 6 is the site profile for damimage.com. Ex. 32 p.7 shows an infringing ALS image that I found on the site. The "ALSScan" mark appears in the lower right corner of the image.

24. Ex. 32 p. 8 is the site profile for thefuckdolls.com. Ex. 32 p.8 shows an infringing ALS image that I found on the site. The "ALSScan" mark appears in the upper right corner of the image.

25. Each of these examples took me minutes to find using JuicyAds' search utilities.

26. I understand that Tiger has questioned whether any of the conduct about which ALS complains occurred in the United States. Attached hereto as Exhibit 33 is an aggregation of page captures from publicly available domain-lookup sites showing that imgchili.net, slimpics.com, cumonmy.com, bestofsexpics.com and stooorage.com all resided or were cached on a server maintained by Cloudflare in Phoenix Arizona as part of its Content Delivery Network.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed on September 19, 2016 at Woodstock, Maryland.

_____
Eric Penn

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*): **REPLY DECLARATION OF ERIC PENN IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 19, 2016, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel H. Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 19, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/19/2016 | Jessie Gietl | *Jessie Gietl* (signature) |
|---|---|---|
| Date | Printed Name | Signature |