Gary L. Bostwick (Bar. No. 79000)
gbostwick@B1Law.com
**BOSTWICK LAW**
12400 Wilshire Blvd., Ste. 400
Los Angeles, CA 90025
(310) 979-6059

Corey D. Silverstein (appearing *pro hac vice*)
corey@silversteinlegal.com
Kevin S. Toll (appearing *pro hac vice*)
kevin@silversteinlegal.com
**SILVERSTEIN LEGAL**
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
(248) 290-0655

Lawrence G. Walters (appearing *pro hac vice*)
larry@firstamendment.com
**WALTERS LAW GROUP**
195 W. Pine Ave.
Longwood, FL 32750
(407) 975-9150

Attorneys for Defendant Tiger Media Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CLOUDFLARE, INC.**, et al., <br><br> *Defendants*. | Case No. 2:16-cv-05051-GW-AFM <br><br> **Defendant Tiger Media Inc.'s Evidentiary Objections to Reply Declaration of Eric Penn in Support of Motion for Preliminary Injunction** <br><br> Date: October 3, 2016 <br> Time: 8:30 a.m. <br> Place: Courtroom 10 <br> Judge: Hon. George H. Wu |

Defendant Tiger Media Inc. hereby objects to the following evidence presented in the Reply Declaration of Eric Penn (Document 45) in Support of Motion by Plaintiff ALS Scan, Inc. for a Preliminary Injunction against Defendant Tiger set for hearing on Monday, October 3, 2016, at 8:30 a.m., before this Court.

Defendant Tiger will respectfully request the Court at the hearing on the Motion to sustain the above objections and to strike the evidence referred to below.

| **Proffered Evidence** | **Objection** | **Court Ruling** |
|---|---|---|
| 1. "In the case of ALS, there should be no ALS content on the sites of Publishers in the JuicyAds network." 1:7–9. | Lay opinion; speculation. | ☐ Sustained<br>☐ Overruled |
| 2. "I have a hard time believing that other major adult content copyright owners have a different policy." 1:15–16. | Lacks foundation; lay opinion; speculation. | ☐ Sustained<br>☐ Overruled |
| 3. "If I access a bit torrent site offering free downloads of feature length movies from a variety of motion picture studios, including those in current or recent release, I can harbor no reasonable doubts that the content is infringing." 1:17–20. | Lacks foundation; lay opinion; speculation; legal conclusion. | ☐ Sustained<br>☐ Overruled |
| 4. "I agree with the five factors for spotting 'pirate' adult sites—those with | Lay opinion; spec- | ☐ Sustained<br>☐ Overruled |

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3 | entire galleries of infringing content spelled out in the Walsh and Easton declarations." 1:20–22. | ulation; legal conclusion. | | |
| 4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | 5. "If I wanted to find websites with infringing ALS content that are supported by JuicyAds ads without using the JuicyAds search utility, I would first have to use general Internet search utilities, such as Google, to find pages displaying infringing images of ALS models, then hover my mouse over the ads on the page to see if any would direct me through a juicy-ads.com server to an Advertiser in the JuicyAds network." 2:1–6. | Irrelevant; confusing the issues; legal conclusion. | ☐<br>☐ | Sustained<br>Overruled |
| 16<br>17<br>18<br>19<br>20 | 6. "[W]ithout using the JuicyAds search utilities, I would have no way of knowing how much traffic the page I found was drawing through the lure of infringing content." 2:8–10. | Irrelevant; confusing the issues; speculation. | ☐<br>☐ | Sustained<br>Overruled |
| 21<br>22<br>23 | 7. "The JuicyAds search utilities allow me to find Publisher sites with infringing ALS images in a matter of | Lay opinion; legal conclusion. | ☐<br>☐ | Sustained<br>Overruled |
| 24 | | | | |

| | | | | |
|---|---|---|---|---|
| | minutes." 2:11–12. | | | |
| 8. | "[T]he JuicyAds search utility also provides me with detailed information, gathered and displayed by JuicyAds, directing me to the Publisher sites with the highest Internet traffic." 2:16–18. | Lay opinion; speculation as to who provided the information. | ☐ ☐ | Sustained Overruled |
| 9. | "Attached hereto as Ex. 31 is a true and correct series of screen captures showing the process of how I used the JuicyAds search functions to quickly locate sites with infringing ALS images." 2:19–21. | Hearsay; lack of foundation; legal conclusion. | ☐ ☐ | Sustained Overruled |
| 10. | "I can quickly get a sense from looking at this [profile] page, using the five factors, whether the site is likely a 'pirate' site devoted entirely to infringing content." 3:7–9. | Lay opinion; legal conclusion. | ☐ ☐ | Sustained Overruled |
| 11. | "The only reading I can give to these statistics given my knowledge of the Internet and my experience becoming a JuicyAds Publisher (through stolenalspictures.com) is that these are analytics JuicyAds derives from the | Speculation; lay opinion; improper expert opinion. | ☐ ☐ | Sustained Overruled |

| | | | | |
|---|---|---|---|---|
| | code it provides to Publishers to place on their web pages." 3:17–21. | | | |
| 12. | "Those are infringing ALS images." 3:27. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 13. | "The next most viewed site on which I found infringing ALS content is xkeezmovies.com." 4:3–4. | Lay opinion; legal conclusion. | ☐ ☐ | Sustained Overruled |
| 14. | "[A] screen capture of an infringing ALS video[.]" 4:6. | Legal conclusion; lay opinion; hearsay. | ☐ ☐ | Sustained Overruled |
| 15. | "The run time is indicted as 32:32, another sign that the video is infringing." 4:7. | Legal conclusion; lay opinion; hearsay. | ☐ ☐ | Sustained Overruled |
| 16. | "ALS has no reason to permit pirate sites to draw Internet traffic using our full-length copyrighted content to drive traffic to Advertisers in the JuicyAds network." 4:10–12. | Speculation; lay opinion. | ☐ ☐ | Sustained Overruled |
| 17. | "I cannot believe that our competitors licensed hundreds of their full length works to xkeezmovies.com for free." 4:17–19. | Speculation; lay opinion; legal conclusion; irrelevant. | ☐ ☐ | Sustained Overruled |
| 18. | "I found infringing ALS content[.]" | Legal conclusion; | ☐ | Sustained |

| | | | | |
|---|---|---|---|---|
| 4:20. | lay opinion. | ☐ | Overruled |
| 19. "Thumbnails of the infringing videos[.]" 4:23. | Legal conclusion; lay opinion; hearsay. | ☐ ☐ | Sustained Overruled |
| 20. "These are all infringing." 4:25. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 21. "I found infringing ALS content[.]" 4:26. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 22. "These are all infringing." 5:2. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 23. "The JuicyAds search utility also has certain search capability and check boxes that can be used to narrow and focus the search for certain Publishers, a route I also used to quickly find JuicyAds Publishers with infringing ALS content." 5:11–14. | Lay opinion; legal conclusion. | ☐ ☐ | Sustained Overruled |
| 24. "[A] type of site I thought more likely to contain galleries of ALS images." 5:18–19. | Lay opinion; speculation. | ☐ ☐ | Sustained Overruled |
| 25. "I selected 'ADULT:Teen,' a descriptor that I thought matched ALS's content." 5:20–21. | Lay opinion; speculation. | ☐ ☐ | Sustained Overruled |

6

| | | | |
|---|---|---|---|
| 26. "I then used the process described above to find more JuicyAds Publisher sites with infringing ALS content." 5:22–24. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 27. "[O]ne of many infringing ALS images I found on that site." 5:25–26. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 28. "[T]humbnail images of infringing ALS videos that I found on the site." 6:1–2. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 29. "[T]he web page on which these infringing images are found is 'alsscan.'" 6:3–4. | Irrelevant; confusing the issues; and legal conclusion as to "these infringing images." | ☐ ☐ | Sustained Overruled |
| 30. "Ex. 32 p.7 shows an infringing ALS image that I found on the site." 6:5–6. | Legal conclusion; lay opinion. | ☐ ☐ | Sustained Overruled |
| 31. "Ex. 32 p.8 [sic]¹ shows an infringing ALS image that I found on the site." 6:8–9. | Legal conclusion; lay opinion; hearsay. | ☐ ☐ | Sustained Overruled |
| 32. "Attached hereto as Exhibit 33 is an aggregation of page captures from publicly available domain-lookup sites | Lay opinion; irrelevant; legal con- | ☐ ☐ | Sustained Overruled |

---

¹ It appears that the correct reference should be "p.9" or (Page 10 of 10).

| | | | |
|---|---|---|---|
| showing that imgchili.net, slimpics.com, cumonmy.com, bestofsexpics.com and storage.com all resided or were cached on a server maintained by Cloudflare in Phoenix Arizona as part of its Content Delivery Network." 6:14–19. | clusion; speculation; lack of foundation; lack of personal knowledge; double hearsay; document not properly authenticated. | | |
| 33. Exhibit 31 (Document 45-1), pages 4,[2] 6, 8, 10, 12, and 14. | Hearsay; lack of authentication. | ☐ Sustained<br>☐ Overruled | |
| 34. Exhibit 32 (Document 45-2), pages 4, 6, 8, and 10. | Hearsay; lack of authentication. | ☐ Sustained<br>☐ Overruled | |
| 35. Exhibit 33 (Document 45-3), pages 2 through 16. | Hearsay; lack of authentication. | ☐ Sustained<br>☐ Overruled | |

Dated: September 23, 2016

Respectfully submitted,

By: /s/Kevin S. Toll
KEVIN S. TOLL (appearing *pro hac vice*)
SILVERSTEIN LEGAL
*Attorneys for Defendant Tiger Media Inc.*

---

[2] Page numbers are based on the CM/ECF header at the top of each page.