1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Rachel Herrick Kassabian (Bar No. 191060)
2  rachelkassabian@quinnemanuel.com
   Carolyn M. Homer (Bar No. 286441)
3  carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
5  Facsimile:   (650) 801-5100

6  *Attorneys for Defendant CloudFlare, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLOUDFLARE, INC.**, et. al. <br><br> Defendants. | Case No.   2:16-cv-05051-GW-AFM <br><br> **CLOUDFLARE'S NOTICE OF INTERESTED PARTIES** <br><br> Place:   Courtroom 10 <br> Judge:   Hon. George H. Wu <br><br> Action Filed: July 11, 2016 |

**NOTICE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1-1, Defendant CloudFlare, Inc. ("CloudFlare"), through its undersigned counsel, hereby certifies that CloudFlare is a privately-held corporation that has no parent corporation, and no publicly-held entity owns 10% or more of CloudFlare's stock.

CloudFlare further certifies that the following non-party entity may have a pecuniary interest in the outcome of this case:

Beazley Insurance Services – CloudFlare's Insurer

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:   September 26, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By _____
Rachel Kassabian

*Attorney for Defendant CloudFlare, Inc.*