1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Rachel Herrick Kassabian (Bar No. 191060)
2    rachelkassabian@quinnemanuel.com
    Carolyn M. Homer (Bar No. 286441)
3    carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
5  Facsimile:   (650) 801-5100

6  *Attorneys for Defendant CloudFlare, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLOUDFLARE, INC.**, et. al, <br><br> Defendants. | Case No. 2:16-cv-05051-GW-AFM <br><br> **CLOUDFLARE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)** <br><br> Hearing Date:  October 24, 2016 <br> Hearing Time:  8:30 AM <br> Place:  Courtroom 10 <br> Judge:  Hon. George H. Wu |

# NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 24, 2016 at 8:30 A.M., or as soon thereafter as counsel may be heard, before the Hon. George H. Wu in Courtroom 10 of the United States District Courthouse for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, California, Defendant CloudFlare, Inc. will and hereby does move the Court to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on September 19 and 20, 2016.

This motion is based on this notice of motion and supporting memorandum, all matters incorporated by reference in the First Amended Complaint, all matters of which the Court may take judicial notice, and such other written or oral argument as may be presented to or requested by the Court.

Dated:  September 26, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By    /s/ Rachel Herrick Kassabian
Rachel Kassabian

*Attorney for Defendant CloudFlare, Inc.*