1  Jay M. Spillane (Bar No. 126364)
2  jspillane@spillaneplc.com
   SPILLANE TRIAL GROUP PLC
3  468 N. Camden Drive
   Second Floor
4  Beverly Hills, CA 90210
   (424) 217-5980
5  (888) 590-1683 (fax)

6  Attorneys for Plaintiff ALS Scan, Inc.

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ALS SCAN, INC., a Maryland | Case No.: 2:16-cv-05051 |
| 11  corporation, | **DECLARATION OF JAY M. SPILLANE IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION** |
| 12         Plaintiff, | |
| 13  vs. | |
| 14  | |
| 15  CLOUDFLARE, INC., a Delaware | **[Filed Concurrently: Memorandum]** |
| 16  corporation; TIGER MEDIA, INC., a Saskatchewan provincial corporation; | Date: October 24, 2016 |
| 17  GERARDUS VAN GINNEKEN aka | Time: 8:30 a.m. |
| 18  "JUICY JAY," an individual; and DOES 1-10, inclusive, | Place: Courtroom 10 |
| 19  | 312 N. Spring Street |
| 20         Defendants. | Los Angeles, CA |

I, Jay M. Spillane, declare:

1. I am a member of the Bar of the State of California. I am counsel for Plaintiff ALS Scan, Inc. The following facts are stated on my personal knowledge.

2. Counsel for CloudFlare and I did not, as Cloudflare says in its motion, conduct a conference of counsel about the motion to dismiss on "September 19 and 20" as CloudFlare says. The first contact I received about a conference of counsel was an email at 9:16 p.m. on Sunday September 18. I replied the morning of Monday September 19 by saying that day was not good and asking to speak another day. I was not making that up. On that day I was filing the reply in support of the Tiger preliminary injunction motion and had to run to a meeting as soon as that brief was filed. At 6:31 p.m. on Monday September 19 I received an email from CloudFlare's counsel with a very spare list of issues to be raised in a motion to dismiss.

3. I take conferences of counsel seriously. I try to avoid Court intervention if the conference raises issues that could result in a stipulation. I don't think a short email constitutes a conference of counsel. The email of Monday evening was so summary it gave me no sense whatsoever what CloudFlare was getting at and whether there was any amendment I could consider that might deal with their objections.

4. I did speak with CloudFlare's counsel on September 20 on the telephone. This was the first time I gained any appreciation of the grounds on which CloudFlare intended to move. Counsel said she had some recent authority, and I wanted citations to those cases. I received an email at 8:51 p.m. on September 20 with those citations. I don't consider the conference to have been completed until I received those authorities. A true and correct copy of the email thread reflecting all of these exchanges is attached hereto as Exhibit A.

1   5. Attached hereto as Exhibit B is a true and correct capture of the
2   web page https://www.cloudflare.com/cdn/.
3   6. Attached hereto as Exhibit C is a true and correct capture of the
4   web page https://www.cloudflare.com/website-optimization/.
5   7. Attached hereto as Exhibit D is a true and correct capture of the
6   web page https://www.cloudflare.com/terms/.
7   8. Attached hereto as Exhibit E is a true and correct capture of the
8   web page https://www.cloudflare.com/.
9   9. Attached hereto as Exhibit F is a true and correct capture of the
10  web page https://www.cloudflare.com/plans/.
11
12  I declare under penalty of perjury under the laws of the United States and
13  the State of California that the foregoing is true and correct. This declaration
14  was executed on October 3, 2016 at Los Angeles, California.
15
16
17
18
19  _____
20  Jay M. Spillane
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF JAY M. SPILLANE IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. FOR A PRELIMINARY INJUNCTION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 3, 2016, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel H. Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 3, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/3/2016 | Jessie Gietl | */s/ Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |