John L. Holcomb, Jr., SBN 258175
**KRAMER HOLCOMB SHEIK LLP**
1925 Century Park East, Ste. 1180
Los Angeles, California 90067
Tel: (310) 551-0600 / Fax: (310) 551-0601

Attorneys for Defendant,
Hivelocity Ventures Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.<br><br>Defendants. | CASE NO.: 2:16-cv-05051-GW-AFM<br><br>**ANSWER OF DEFENDANT HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that Defendant HIVELOCITY VENTURES CORPORATION, a foreign corporation ("defendant") for itself alone and no other defendant answers the unverified first amended compliant ("FAC") of plaintiff ALS SCAN, INC. ("plaintiff") and admits, denies, avers, and alleges as follows:

1. Defendant admits that the Court has jurisdiction over this action.

2. Defendant admits that venue in this District is proper.

3. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph three of the FAC and therefore denies them.

4. Defendant denies each and every allegation contained in paragraph 4 of the FAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 4 of the FAC as it is directed against other defendants, and therefore denies them.

5. Defendant denies each and every allegation contained in paragraph 5 of the FAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 5 of the FAC as it is directed against other defendants, and therefore denies them.

6. Defendant denies each and every allegation contained in paragraph 6 of the FAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 6 of the Complaint as it is directed against other defendants, and therefore denies them.

7. Defendant denies each and every allegation contained in paragraph 7 of the FAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 7 of the FAC as it is directed against other defendants, and therefore denies them.

8. Defendant denies each and every allegation contained in paragraph 8 of the FAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 8 of the FAC as it is directed against other defendants, and therefore denies them.

9. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 9 of the FAC, and therefore denies them.

10. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 10 of the FAC, and therefore denies them.

11. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 11 of the FAC, and therefore denies them.

12. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 12 of the FAC, and therefore denies them.

13. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 13 of the FAC, and therefore denies them.

14. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 14 of the FAC, and therefore denies them.

15. Defendant admits that it is a Florida Corporation with offices in Florida, but denies that it hosts pirate sites.

16. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 16 of the FAC, and therefore denies them.

17. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 17 of the FAC, and therefore denies them.

18. There are no allegations to admit or deny in paragraph 18 of the FAC.

19. There are no allegations to admit or deny in paragraph 19 of the FAC.

20. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 20 of the FAC, and therefore denies them.

21. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 21 of the FAC, and therefore denies them.

22. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 22 of the FAC, and therefore denies them.

23. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 23 of the FAC, and therefore denies them.

24. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 24 of the FAC, and therefore denies them.

25. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 25 of the FAC, and therefore denies them.

26. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 26 of the FAC, and therefore denies them.

27. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 27 of the FAC, and therefore denies them.

28. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 28 of the FAC, and therefore denies them.

29. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 29 of the FAC, and therefore denies them.

30. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 30 of the FAC, and therefore denies them.

31. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 31 of the FAC, and therefore denies them.

32. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 32 of the FAC, and therefore denies them.

33. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 33 of the FAC, and therefore denies them.

34. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 34 of the FAC, and therefore denies them.

35. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 35 of the FAC, and therefore denies them.

36. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 36 of the FAC, and therefore denies them.

37. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 37 of the FAC, and therefore denies them.

38. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 38 of the FAC, and therefore denies them.

39. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 39 of the FAC, and therefore denies them.

40. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 40 of the FAC, and therefore denies them.

41. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 41 of the FAC, and therefore denies them.

42. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 42 of the FAC, and therefore denies them.

43. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 43 of the FAC, and therefore denies them.

44. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 44 of the FAC, and therefore denies them.

45. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 45 of the FAC, and therefore denies them.

46. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 46 of the FAC, and therefore denies them.

47. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 47 of the FAC, and therefore denies them.

48. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 48 of the FAC, and therefore denies them.

49. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 49 of the FAC, and therefore denies them.

50. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 50 of the FAC, and therefore denies them.

51. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 51 of the FAC, and therefore denies them.

52. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 52 of the FAC, and therefore denies them.

53. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 53 of the FAC, and therefore denies them.

54. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 54 of the FAC, and therefore denies them.

55. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 55 of the FAC, and therefore denies them.

56. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 56 of the FAC, and therefore denies them.

57. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 57 of the FAC, and therefore denies them.

58. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 58 of the FAC, and therefore denies them.

59. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 59 of the FAC, and therefore denies them.

60. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 60 of the FAC, and therefore denies them.

61. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 62 of the FAC, and therefore denies them.

62. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 62 of the FAC, and therefore denies them.

63. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 63 of the FAC, and therefore denies them.

64. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 64 of the FAC, and therefore denies them.

ANSWER OF HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT

65. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 65 of the FAC, and therefore denies them.

66. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 66 of the FAC, and therefore denies them.

67. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 67 of the FAC, and therefore denies them.

68. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 68 of the FAC, and therefore denies them.

69. Defendant denies that it hosts pirate sites. Defendant admits that it previously hosted namethatpornstar.com. Defendant denies that it has failed to implement or enforce a repeat infringer policy. Defendant denies that it has not removed namethatpornstar.com from it servers.

70. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 70 of the FAC, and therefore denies them.

71. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 71 of the FAC, and therefore denies them.

72. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 72 of the FAC, and therefore denies them.

73. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 73 of the FAC, and therefore denies them.

74. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 74 of the FAC, and therefore denies them.

75. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 75 of the FAC, and therefore denies them.

76. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 76 of the FAC, and therefore denies them.

77. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 77 of the FAC, and therefore denies them.

_____
ANSWER OF HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT

78.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 78 of the FAC, and therefore denies them.

79.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 79 of the FAC, and therefore denies them.

80.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 80 of the FAC, and therefore denies them.

81.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation against the other defendants contained in paragraph 81 of the FAC, and therefore denies them. Defendant denies that it owned namethatpornstar.com, and denies the allegation that it provided services to pirate sites.

82.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 82 of the FAC, and therefore denies them.

83.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 83 of the FAC, and therefore denies them.

84.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 84 of the FAC, and therefore denies them.

85.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 85 of the FAC, and therefore denies them.

86.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 86 of the FAC, and therefore denies them.

87.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 87 of the FAC, and therefore denies them.

88.     There are no allegations to admit or deny in paragraph 88 of the FAC.

89.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 89 of the FAC, and therefore denies them.

90.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 90 of the FAC, and therefore denies them.

ANSWER OF HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT

91. There are no allegations to admit or deny in paragraph 91 of the FAC.

92. Defendant specifically denies that it acted with actual or constructive knowledge of direct infringements of copyrighted worked, and denies that it materially contributed to or aided in the alleged infringement. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation against the other defendants contained in paragraph 92 of the FAC, and therefore denies them.

93. Defendant specifically denies that it induced infringement of ALS' copyrights. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 93 of the FAC, and therefore denies them.

94. Defendant denies that it has engaged in any act of infringement and denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 94 of the FAC, and therefore denies them.

95. There are no allegations to admit or deny in paragraph 95 of the FAC.

96. Defendant denies that it failed to exercise any rights or abilities and denies that it directly benefited financially from infringing activity, and denies that it is liable for vicarious copyright infringement. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 96 of the FAC, and therefore denies them.

97. Defendant denies that it has engaged in any act of infringement and denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 97 of the FAC, and therefore denies them.

98. There are no allegations to admit or deny in paragraph 98 of the FAC.

99. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 99 of the FAC, and therefore denies them.

100. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 100 of the FAC, and therefore denies them.

101. There are no allegations to admit or deny in paragraph 101 of the FAC.

102. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 102 of the FAC, and therefore denies them.

103. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 103 of the FAC, and therefore denies them.

104. There are no allegations to admit or deny in paragraph 104 of the FAC.

105. Defendant denies that it continued to provide services to sites with knowledge of infringement and denies any liability. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 105 of the FAC, and therefore denies them.

106. Defendant denies that it has engaged in any act of infringement or counterfeiting, and denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 106 of the FAC, and therefore denies them.

107. There are no allegations to admit or deny in paragraph 107 of the FAC.

108. Defendant denies that it engaged in trademark infringement or unfair competition as set forth herein. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 108 of the FAC, and therefore denies them.

109. Defendant denies that it caused any loss whatsoever to plaintiff. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 109 of the FAC, and therefore denies them.

110. Defendant denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 110 of the FAC, and therefore denies them.

111.    Defendant denies that ALS is entitled to restitution of money or property from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 111 of the FAC, and therefore denies them.

112.    Defendant is without the knowledge or information sufficient to form a belief as to the truth of any allegations contained in plaintiff's prayer for relief, and therefore denies them.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Cause of Action)**

1.    The FAC and each and every cause of action therein fail to state facts sufficient to constitute a cause of action against defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

2.    The FAC and each and every cause of action therein are barred by the applicable statute(s) of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(Mitigation of Damages)**

3.    Plaintiff's alleged injuries or damages, if any, were aggravated by plaintiff's failure to use reasonable diligence to mitigate the same.

**FOURTH AFFIRMATIVE DEFENSE**

**(Indemnity and Contribution)**

4.    Defendant is entitled to apportionment, indemnity, and/or contribution from any party, person, or entity adjudged to have proximately caused or contributed to plaintiff's alleged injuries or damages, if any.

ANSWER OF HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT

### FIFTH AFFIRMATIVE DEFENSE

### (Digital Millennium Act Safe Harbor)

5. Plaintiff's claims of infringement are barred by the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512.

### SIXTH AFFIRMATIVE DEFENSE

### (Innocent Infringement)

6. Defendant's conduct was innocent, non-infringing, and/or not a willful infringement of Plaintiff's copyrights and trademarks.

### SEVENTH AFFIRMATIVE DEFENSE

### (Invalid Copyright Registrations)

7. On information and belief, one or more of Plaintiff's copyright registrations is invalid.

### EIGHTH AFFIRMATIVE DEFENSE

### (Statutory Damages and Attorney Fees)

8. Plaintiff is not entitled to statutory damages or attorneys' fees under the Copyright Act, 17 U.S.C. §§ 101 et seq., in whole or in part, based on a failure to comply with statutory requirements.

WHEREFORE, defendant demands a jury trial and prays for judgment as follows:

1. That plaintiff takes nothing by reason of the FAC;
2. For costs incurred herein; and
3. For such other and further relief as this Court may deem just and proper.

DATED: October 18, 2016          **KRAMER HOLCOMB SHEIK LLP**

By: /s/ *John L. Holcomb, Jr.*
JOHN L. HOLCOMB, JR.,
*Attorney for Defendant*
HIVELOCITY VENTURES CORPORATION

ANSWER OF HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 1925 Century Park East Suite 1180, Los Angeles, CA 90067. A true and correct copy of the foregoing document entitled (specify): **ANSWER OF DEFENDANT HIVELOCITY VENTURES CORPORATION TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** will be served or was served (a) on the judge in chambers in the form and manner required by Local Rules and (b) in the manner stated below:

    1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) August 26 2016, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:**

Jay M. Spillane- jspillane@spillaneplc.com
Rachel H. Kassabian- rachelkassabian@quinnemanuel.com
Carolyn M. Homer- carolynhomer@quinnemanuel.com
Corey D. Silverstein- corey@silversteinlegal.com
Gary L Bostwick- gbostwick@B1Law.com
Kevin S Toll- kevin@silversteinlegal.com
Lawrence G Walters- Larry@firstamendment.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

10/18/16      Juanita Fernandez
Date      Printed Name      Signature