1 Jay M. Spillane (Bar No. 126364)
2 jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
3 468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
4 (424) 217-5980
(888) 590-1683 (fax)
5
Attorneys for Plaintiff ALS Scan, Inc.
6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 ALS SCAN, INC., a Maryland<br>11 corporation,<br>12            Plaintiff,<br>13<br>14   vs.<br>15 CLOUDFLARE, INC., a Delaware<br>16 corporation, *et al.,*<br>17            Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br>**NOTICE OF DISMISSAL**<br>**[FRCP R. 41(a)(1)(A)(i)]** |

1  Pursuant to FRCP R. 41(a)(1)(A)(i), Plaintiff ALS Scan, Inc. hereby
2  dismisses Defendants Tiger Media, Inc. and Gerardus Van Ginneken, aka
3  "Juicy Jay," from the action with prejudice.
4
5
6  DATED: November 11, 2016           SPILLANE TRIAL GROUP PLC
7
8                                     By: _____
9                                          Jay M. Spillane
10                                     Attorneys for Plaintiff ALS Scan, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
Notice of Dismissal

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF DISMISSAL**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 11, 2016, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel H. Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
John Lewis Holcomb – jholcomb@khslaw.com

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 11, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/11/2016 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |