# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-5051-GW(AFMx) | Date | November 28, 2016 |
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Jay M. Spillane                    Rachel H. Kassabian
                                   Tammy Wu

**PROCEEDINGS:** **SCHEDULING CONFERENCE**


The Court sets the following:

| | |
|---|---|
| Mediation cutoff | March 24, 2017 |
| Post-Mediation Status Conference | March 27, 2017 at 8:30 a.m. |
| Discovery cutoff | April 3, 2017 |
| Expert discovery cutoff | May 1, 2017 |
| Motion hearing cutoff | June 1, 2017 |
| Pretrial Conference | June 29, 2017 at 8:30 a.m. |
| Jury Trial | July 11, 2017 at 9:00 a.m. |

The parties are referred to ADR Procedure No. 3 - Private Mediation.


**cc: ADR Program**

                                                                    :   06

                                                      Initials of Preparer   JG