**FILED**
CLERK, U.S. DISTRICT COURT

12/2/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC | CASE NUMBER |
| | 2:16-CV-05051-GW(AFMx) |
| PLAINTIFF(S) | |
| v. | **RECEIPT FOR FOREIGN SERVICE FROM** |
| CLOUDFARE, INC et al | **UNITED STATES POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
******************************************

Please visit www.usps.com(R) to
complete International Mail customs
forms online and to ship packages from
your home or office using
Click-N-Ship(R) service.

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5900-0014-001-00005-17567-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #: 840-59000014-1-517567-2
Clerk: 16

=========================================
FEDERAL LOS ANGELES
300 N LOS ANGELES ST LBBY
LOS ANGELES
CA
90012-9997
0545020012
12/02/2016   (800)275-8777   10:44 AM
=========================================
=========================================

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Large Envelope (International) (France) (Weight:0 Lb 7.90 Oz) | 1 | $8.85 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RE158986134US) | 1 | $13.40 |
| Return Receipt | 1 | $3.70 |
| Affixed Postage (Affixed Amount:$25.95) | 1 | ($25.95) |
| First-Class Intl Large Envelope (International) (Hong Kong) (Weight:0 Lb 8.00 Oz) | 1 | $8.85 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RE158986125US) | 1 | $13.40 |
| Return Receipt | 1 | $3.70 |
| Affixed Postage (Affixed Amount:$25.95) | 1 | ($25.95) |
| Total | | $0.00 |

******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
******************************************

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to

**Label 1 (Customs Declaration LC533601641US):**

From: U.S. District Court
312 N. Spring St
Los Angeles, CA 90012
213-894-3535

To: Dolphin Media Ltd
Suite 801, 8/F
Singga Commercial Centre
144-151 Connaught Road West
Hong Kong

**Registered Mail Receipt RE158986125US:**

Reg. Fee $8.85
Handling Charge $13.40
Postage $3.70
Received by $0.00
Total $25.95
Customer Must Declare Full Value $0.00
12/02/2016
LOS ANGELES, CA 90012
OFFICIAL USE

FROM: U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012

TO: Dolphin Media Ltd.
Suite Hong Kong 8/F, Singga Commercial Centre
144-151 Connaught Road West
Hong Kong

PS Form 3806, January 2014

**Label 2 (Customs Declaration LC533601695US):**

From: U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012
213-894-3535

To: Ovh SaS
2 Rue Kellerman
Roubaix 59100
France

**Registered Mail Receipt RE158986134US:**

Reg. Fee $8.85
Handling Charge $13.40
Postage $3.70
Received by $0.00
Total $25.95
12/02/2016
LOS ANGELES, CA 90012
OFFICIAL USE

FROM: U.S. District Court
312 N. Spring St.
Los Angeles, CA 90012
USA

TO: Ovh SaS
2 Rue Kellerman
France
59100 Roubaix, France

PS Form 3806, January 2014

CLERK, U.S. DISTRICT COURT
312 N. Spring St., Room G-8
Los Angeles, CA. 90012

Ouh Sas
2 Rue Kellerman
59100 Roubaix, France

CLERK, U.S. DISTRICT COURT
312 N. Spring St., Room G-8
Los Angeles, CA. 90012

Dolphin Media Ltd.
Suite 801, 8F
Singga Commercial Centre
144-151 Connaught Road West
Hong Kong