PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: 310-859-0100
Facsimile: 310-388-5645

Attorneys for Defendant
STEADFAST NETWORKS, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT COURT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., a Maryland Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.<br><br>    Defendants.<br>_____ | Case No: 2:16-cv-05051-GW-AFM<br><br>**STIPULATION TO VACATE DEFAULT AND SET DATE TO RESPOND TO COMPLAINT**<br><br>Trial Date: July 11, 2017 |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff ALS SCAN, INC., a Maryland corporation and defendant STEADFAST NETWORKS, LLC, a Delaware limited liability company, subject to the approval of this Honorable Court that the default entered against STEADFAST NETWORKS, LLC on

1

1  December 5, 2016 be vacated and that STEADFAST NETWORKS, LLC shall
2  have approximately 30 days from the date of this stipulation, until January 6,
3  2017 in which to respond to the complaint herein.  STEADFAST NETWORKS,
4  LLC acknowledges jurisdiction and venue and will not contest jurisdiction and
5  venue in its response.
6      No prior stipulation has been previously submitted to the Court in
7  connection with a response by this defendant.  A proposed order is being lodged
8  in connection with this stipulation.
9      The purpose of this stipulation is not for delay, but to enable the newly
10 appearing defendant STEADFAST NETWORKS, LLC to litigate this matter on
11 the merits. The stipulation avoids litigation of a motion to set aside the default.

Dated:  December 8, 2016      By: /s/ _____
                                  JAY SPILLANE
                                  Attorneys for Plaintiff
                                  ALS SCAN, INC.

Dated: December 8, 2016       By: /s/ _____
                                  PAUL D. SUPNIK
                                  Attorneys for Defendant
                                  STEADFAST NETWORKS, LLC

Attestation by filer under Local Rule 5-4.3.4:  All other signatories listed and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated:  December 8, 2016

        Respectfully submitted,
              /s/
        By:_____
              PAUL D. SUPNIK
              Attorneys for Defendant
              STEADFAST NETWORKS, LLC

2