1 PAUL D. SUPNIK [SBN 52842]
2 paul@supnik.com
3 9401 Wilshire Blvd., Suite 1250
4 Beverly Hills, CA 90212
Telephone: 310-859-0100
Facsimile: 310-388-5645

5
6 Attorneys for Defendant
STEADFAST NETWORKS, LLC
7
8
9 **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT COURT OF CALIFORNIA**
11 **WESTERN DIVISION**
12

| | |
|---|---|
| ALS SCAN, INC., a Maryland Corporation<br><br>   Plaintiff,<br><br>   v.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.<br><br>   Defendants.<br>_____ | Case No: CV 16-5051-GW(AFMx)<br><br>**ORDER ON STIPULATION TO VACATE DEFAULT AND SET DATE TO RESPOND TO COMPLAINT**<br><br>Trial Date: July 11, 2017 |

**ORDER**

**GOOD CAUSE APPEARING** and in view of the stipulation of ALS SCAN, INC., a Maryland corporation and STEADFAST NETWORKS, LLC, a Delaware limited liability company:

1

**IT IS ORDERED** that the default entered against defendant STEADFAST NETWORKS, LLC on December 5, 2016 be vacated;

**IT IS FURTHER ORDERED** that STEADFAST NETWORKS, LLC shall have until January 6, 2017 to file and serve its response to the Second Amended Complaint herein; and

**IT IS FURTHER ORDERED** that STEADFAST NETWORKS, LLC shall not contest jurisdiction or venue in its response to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: December 9, 2016    By: _____
GEORGE H. WU, U.S. District Judge

2