PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: (310) 859-0100
Facsimile: (310) 388-5645

Attorney for Plaintiff
STEADFAST NETWORKS, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT COURT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.<br><br>v.<br><br>CLOUDFLARE, INC. et al.,<br><br>Defendants. | Case No: 2:16-cv-05051-GW(AFMx)<br>**NOTICE OF LODGING** |

Please take notice that the proposed order associated with a pro hac vice application filed on December 20, 2016 for Colin T.J. O'Brien, Docket Entry 82, is being lodged.

Respectfully submitted,

Dated: December 20, 2016        By: /s/ _____
                                    Paul D. Supnik
                                    *Attorneys for Defendant*
                                    *STEADFAST NETWORKS, LLC*

1