Name and Address

John L. Ambrogi
Partridge Partners P.C.
321 North Clark Street, Suite 720
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS Scan, Inc. <br><br> Plaintiff(s) <br><br> v. <br><br> Cloudflare, Inc. et al. <br><br> Defendant(s). | CASE NUMBER <br> CV 16-5051-GW(AFMx) <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HACE VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Ambrogi, John L.    of
*Applicant's Name (Last Name, First Name & Middle Initial)*

Partridge Partners P.C.
321 North Clark Street, Suite 720
Chicago, IL 60654

312-634-9506      312-275-7503
*Telephone Number*   *Fax Number*

jla@partridgepartnerspc.com
*E-Mail Address*                *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Steadfast Networks, LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   x☐ Defendant   ☐ Other:_____

**and designating as Local Counsel**

Supnik, Paul D.    of
*Designee's Name (Last Name, First Name & Middle Initial)*

Paul D. Supnik
9401 Wilshire Boulevard, Suite 1250
Beverly Hills, CA 90212

52842         310-859-0100
*Designee's Cal. Bar Number*   *Telephone Number*

        310-388-5645
        *Fax Number*                 *Firm Name & Address*

paul@supnik.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required fee.

**Dated: December 22, 2016**

*/s/ George H. Wu*

**GEORGE H. WU, U.S. District Judge**