Name and Address

Colin O'Brien
Partridge Partners P.C.
321 North Clark Street, Suite 720
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALS Scan, Inc. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 16-5051-GW(AFMx) |
| v. | |
| Cloudflare, Inc. et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

O'Brien, Colin T.J.        of    Partridge Partners P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*    321 North Clark Street, Suite 720
                                                                Chicago, IL 60654
312-634-9503         312-275-7503
*Telephone Number*    *Fax Number*

colin@partridgepartnerspc.com
*E-Mail Address*        *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Steadfast Networks, LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    x☐ Defendant    ☐ Other:_____

**and designating as Local Counsel**

Supnik, Paul D.        of    Paul D. Supnik
*Designee's Name (Last Name, First Name & Middle Initial)*    9401 Wilshire Boulevard, Suite 1250
                                                               Beverly Hills, CA 90212
52842         310-859-0100
*Designee's Cal. Bar Number*    *Telephone Number*

         310-388-5645
         *Fax Number*        *Firm Name & Address*

paul@supnik.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required fee.

**Dated December 22, 2016**

*/s/ George H. Wu*

**GEORGE H. WU, U.S. District Judge**

G-64 ORDER (06/13)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1