FILED
CLERK U.S DISTRICT COURT

DEC 27 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
(Registered™, Insured and Express Mail)

Administration des Postes des Etats-Unis d'Amérique

2:16-CV-5051-GW-AFM

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), a découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
U.S. District Court

312 N. Spring St.
Street and Number (Rue et no.)

Los Angeles, CA 90012
City, State, and ZIP + 4® (Localité et code postal)

PS Form 2865, March 2007 — Avis de reception — (Old C?)

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail International |
|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RE 158 986 134 US | | |

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Ovh Sas

Street and No. (Rue et No.)
2 Rue Kellerman

Place and Country (Localité et pays)
59100 Roubaix France

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

07 DEC. 2016

PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775