NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Colin T.J. O'Brien
colin@partridgepartnerspc.com
Partridge Partners P.C.
321 Clark Street, Suite 720
Chicago, IL 60654

CLEAR FORM

ATTORNEY(S) FOR: Steadfast Networks, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALS Scan, Inc.

Plaintiff(s),

v.

Cloudflare, Inc. et. al

Defendant(s)

CASE NUMBER:

2:16-cv-05051-GW-AFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Steadfast Networks, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Steadfast Networks LLC | Defendant |

01/05/2017
Date

s/Colin O'Brien
Signature

Attorney of record for (or name of party appearing in pro per):

Steadfast Networks, LLC