JOHN L. AMBROGI
jla@partridgepartnerspc.com
COLIN T.J. O'BRIEN
colin@partridgepartnerspc.com
PARTRIDGE PARTNERS, P.C
321 North Clark, Suite 720
Chicago, Illinois 60654
Telephone: (312) 634-9500

PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: (310) 859-0100
Facsimile: (310) 388-5645

Attorneys for Defendant
STEADFAST NETWORKS, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT COURT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **CLOUDFLARE, INC.** et al. <br><br> Defendants | Civil Action No: 2:16-cv-05051-GW-AFM <br><br> **Defendant Steadfast Networks LLC's Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim** <br><br> Date: February 9, 2017 <br> Time: 8:30 a.m. <br> Place: Courtroom 10 <br> Judge: Hon. George H. Wu |

0

**To All Parties and Their Attorneys of Record:**

Please take notice that on February 9, 2017 at 8:30 a.m., or as soon afterwards as the parties may be heard, Defendant Steadfast Networks, LLC will move the Court, at the United States Courthouse for the Central District of California, Western Division, 312 North Spring Street, Los Angeles, California, Courtroom 10, through its attorneys, for dismissal of the Second Amended Complaint of Plaintiff ALS Scan, Inc. in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim on which relief can be granted.

The Court must dismiss the Second Amended Complaint for failure to state a claim against Defendant Steadfast Networks, LLC on which relief can be granted, because Steadfast Networks, LLC has safe harbor protection under Section 512(c) of the Digital Millennium Copyright Act and the Second Amended Complaint fails to contain sufficient factual matter to state a claim to relief that is plausible on its face.  As the supporting Memorandum accompanying this Motion more fully explains.

1. Steadfast Networks, LLC is entitled to safe harbor protection under Section 512(c) of the Digital Millennium Copyright Act;

2. Plaintiff cannot establish as a matter of law that Steadfast Networks, LLC materially contributed to any copyright infringement [contributory copyright infringement];

3. Plaintiff cannot establish as a matter of law that Steadfast Networks, LLC offered storage services with the object of promoting its services to infringe copyrights [inducement theory of copyright infringement];

4. Plaintiff cannot establish as a matter of law that Steadfast Networks, LLC had the requisite right and ability to control infringing activity by users of the Imagebam and that Steadfast Networks, LLC had a direct interest in the alleged infringement [vicarious copyright infringement]; and

5. Plaintiff cannot establish as a matter of law that Steadfast Networks, LLC intentionally induced any user of the Imagebam website to infringe Plaintiff's trademarks or that Steadfast Networks, LLC had direct control and monitoring of the service used by the users of the Imagebam website to infringe the Plaintiff's trademarks [contributory trademark infringement].

As a result, Plaintiff's claims against Defendant Steadfast Networks, LLC must be dismissed.

This Motion is based on the Notice of Motion and Motion, the accompanying Memorandum of Law, and the pleadings and papers on file in this action.

This Motion is made after the conference of counsel in accordance with C.D. Cal. L.R. 7-3, which took place on December 23, 2016, but which did not resolve the issues raised by this Motion.

Therefore, Defendant Steadfast Networks, LLC, respectfully requests that the Court:

1. Dismiss Plaintiff's Second Amended Complaint against Defendant Steadfast Networks, LLC with prejudice;

2. Award Defendant Steadfast Networks, LLC its costs and attorney fees incurred in defending this lawsuit; and

3. Award Defendant Steadfast Networks, LLC any other relief to which it is entitled.

Dated: January 5, 2017  /s/ Colin T.J. O'Brien
Colin T.J. O'Brien (appearing *pro hac vice*)
Attorney for Defendant
Steadfast Networks LLC

# PROOF OF SERVICE

I, COLIN T.J. O'BRIEN, certify that I am an attorney at law, licensed to practice in the State of California and I am admitted to appear before the United States District Court for the Central District of California and that on January 5, 2017 true copies of the following document were served via the Court's ECF system:

**STEADFAST NETWORKS LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)**

to the following parties in this action via their counsel:

    ALS Scan, Inc.

    Hivelocity Ventures Corp.

    Cloudflare, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 5, 2017              /s/ Colin T.J. O'Brien
                                               Colin T.J. O'Brien
                                               Attorney for Defendant
                                               Steadfast Networks LLC