S. Michael Kernan, Esq. State Bar No. 181747
mkernan@kernanlaw.net
R. Paul Katrinak, State Bar No. 164057
pkatrinak@kernanlaw.net
Ryan E. Carreon, State Bar No. 311668
rcarreon@kernanlaw.net
KERNAN LAW FIRM
9663 Santa Monica Blvd. Suite 450
Beverly Hills, CA 90210
310-490-9777

Attorneys for Defendant
DOLPHIN MEDIA LIMITED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC., a Delaware corporation; OVH SAS, a French corporation; HEBERGEMENT OVH INC., a Québec provincial corporation; DOLPHIN MEDIA LTD., a Hong Kong company; HIVELOCITY VENTURES CORPORATION, a Florida corporation; STEADFAST NETWORKS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No: 2:16-cv-05051-GW-AFM<br><br>**DEFENDANT DOLPHIN MEDIA LIMITED'S NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, FOR IMPROPER VENUE, OR IN THE ALTERNATIVE FORUM NON CONVENIENS**<br><br>Filed and Served Concurrently:<br><br>1. Points and Authorities<br>2. Declaration of Tomas Mazal<br>3. Request for Judicial Notice<br>4. Proposed Order<br><br>Judge:     Hon. George H. Wu<br>Courtroom:  9D<br>Hearing Date: February 27, 2017<br>               8:30 am<br><br>Complaint Filed: July, 11, 2016 |

TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE THAT on February 27, 2017 at 8:30 a.m. in the Courtroom of the Honorable George H. Wu of the above referenced court, located at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Defendant Dolphin Media Limited will move to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (3) on the grounds that the court lacks personal jurisdiction, that venue is improper and *forum non conveniens*.

This Motion will be based on this Notice, the attached Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Tomas Mazal, the files and records in this action, argument of counsel, and upon such other and further matter adduced at the hearing or of which the court takes judicial notice. The Motion is made following a meet and confer conference of counsel pursuant to L.R. 7-3, which took place by telephone on January 9, 2017.

DATED: January 19, 2017                    THE KERNAN LAW FIRM


By: _/s/ S. Michael Kernan_____

S. Michael Kernan
Attorney for Defendant
Dolphin Media Limited