NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
S. Michael Kernan, SBN 181747
R. Paul Katrinak, SBN 164057
Ryan E. Carreon, SBN 311668
KERNAN LAW FIRM
9663 Santa Monica Blvd., Suite 450
Beverly Hills, CA 90210
(310)490-9777

ATTORNEY(S) FOR: Defendant Dolphin Media Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALS SCAN, INC. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:16-cv-05051-GW-AFM |
| v. | |
| CLOUDFLARE, INC., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Defendant Dolphin Media Limited
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Dolphin Media Limited | Defendant |
| Tomas Mazal | Principle of Defendant Dolphin Media Limited |
| Cloudflare, Inc. | Defendant |
| OVH SAS | Defendant |
| Hebergement OVH, Inc. | Defendant |
| Hivelocity Ventures Corporation | Defendant |
| Steadfast Networks, LLC | Defendant |
| ALS Scan, Inc. | Plaintiff |

| January 24, 2017 | /s/ S. Michael Kernan |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Dolphin Media Limited