1   Jay M. Spillane (Bar No. 126364)
2   jspillane@spillaneplc.com
    SPILLANE TRIAL GROUP PLC
3   468 N. Camden Drive
    Second Floor
4   Beverly Hills, CA 90210
    (424) 217-5980
5   (888) 590-1683 (fax)

6   Attorneys for Plaintiff ALS Scan, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  ALS SCAN, INC., a Maryland          Case No.: 2:16-cv-05051-GW-AFM
11  corporation,
                                        **DECLARATION OF ERIC PENN**
12                                      **IN OPPOSITION TO MOTION TO**
              Plaintiff,                **DISMISS BY DEFENDANT**
13                                      **DOLPHIN MEDIA LIMITED**

14       vs.                            **[Filed Concurrently: Memorandum;**
                                        **Spillane Declaration]**
15  CLOUDFLARE, INC., a Delaware
16  corporation, et al.,                Date: February 27, 2017
                                        Time: 8:30 a.m.
17            Defendants.               Place: Courtroom 10
                                               312 N. Spring Street
18                                             Los Angeles, CA

19

20

21

22

23

24

25

26

27

28

---

Opposition to Dolphin Motion to Dismiss – Penn Decl.

1    I, Eric Penn, declare:

2    1.     I am employed by ALS Scan, Inc. ("ALS").  The following facts

3    are stated on my personal knowledge.

4    2.     I have worked at ALS for 10 years.  I am very familiar with

5    operations on the Internet.  I am also familiar with the ways in which adult

6    entertainment companies monetize their content.  ALS monetizes its content by

7    charging fees for users to access secure web pages with ALS's copyrighted

8    content.  Other adult websites monetize free (sometimes stolen) content with

9    advertisements, not unlike the old television model.

10   **3.**     I personally observed the below facts on the Internet concerning

11   the website located at www.imgchili.net.  These observations were made from

12   January 30, 2017 to February 3, 2017e.  I made screen captures of what I was

13   viewing so that the Court could also see what I was observing on my computer

14   monitor.  A true and correct copy of those screen captures is attached hereto as

15   Exhibit 1.

16   **Imgchili Home and Initial Pages**

17   4.     Using my web browser I accessed www.imgchili.net.  Page 1 of

18   Exhibit 1 shows the home page.  The home page says that through imgchili I

19   can "earn up to $4.5/1000 views."

20   5.     On the home page I clicked "Affiliate."  The screen resolved to a

21   detail page explaining more fully how imgchili pays for views depending upon

22   which "Zone" the page view came from.  Ex. 1 p.2.

23   6.     On the home page I clicked the link "Terms of Service."  Those

24   terms appear on Ex. 1 p.3.

25   7.     Also from the home page I clicked the button "Start Uploading."

26   The resulting page is shown on Ex. 1 p.4.  There were four boxes: "Share

27   Links," "Thumbnails for Website," "Thumbnails for Forums" and "URL Links

28   for Forums."  These terms suggested to me that one could upload large

quantities of images to imgchili simply by inputting the URL of the web page containing those images.  As explained below I was able to do that.  The term "thumbnails" is commonly used in adult entertainment.  For example on ALS's proprietary web pages, numerous "thumbnail" size images of models are shown, which when clicked will resolve to a full screen size image of the selected thumbnail.  The term "forum" is also used in adult entertainment to refer to a user or fan site containing numerous images or links to pages of images of adult entertainment.

**One Can Become a Registered Imgchili User Except, at the Moment, From a Computer with a California IP**

8.      Pages 5 and 6 of Exhibit 1 are screen captures from whatsmyipaddress.com showing that I was accessing imgchili.net from IP address 173.13.200.82 from Woodstock, MD.

9.      From the home page of imgchili.net I clicked the "Register" button in the upper right.  A capture of the resulting page, as filled in by me, is shown on p.7.  My imgchili user name is "alstest1" and the email address I used was roshambopro1@gmail.com.

10.     When I clicked "Finish Registration" the screen resolved to an imgchili page saying "'alstest1' your account has been successfully created."  Ex. 1 p.8.

11.     I promptly received an email from contact@imgchili.com saying "Welcome to imgChili!"  Ex. 1 p.9 (password redacted).

12.     After completing this process I used a VPN (Virtual Private Network) service to log onto a server in Los Angeles, CA.  Pages 10 and 11 of Exhibit 1 are screen shots from whatsmyipaddress.com showing that I was then accessing the Internet from IP 69.12.80.170 located in Los Angeles, CA.

**13.**     When I then hit the "register" button this resolved to a page saying "Registration is currently disabled."  Ex. 1 p.12.

**Galleries of Copyrighted ALS Content Uploaded to Imgchili from a California Server.**

14.     I then logged back in using my alstest1 account.  On the home page I clicked "Thumbnail Size" and from the drop menu selected "180x180 (standard).  Below that another dropbox appeared, "Upload to:."  I selected "Default Album."  From the home page one may quickly upload five individual images.  Ex. 1. p.13.

15.     I then clicked on "Flash" in the upper right.  This resolved to a page offering me a way to "Upload multiple images with Flash."  Ex. 1. p.14.

16.     I selected a photo set of 180 images copyrighted by ALS Scan to upload.  Ex. 1 pp. 15-22 are screen shots of the "Flash" upload tool in progress.

17.     I then returned to home page while still logged in and clicked the "Remote" link in the upper right.  This resolved to a page defaulted to a drop menu choice: "Paste a list of URLs to upload."  Ex. 1 p.23.

18.     I created and maintain the website www.stolencaliforniagirls.com which is located on a server in California.  A true and correct copy of the home page of www.stolencaliforniagirls.com appears on Exhibit 1 p.24.  The home page says: "StolenCaliforniaGirls.com is operated in California and features the same popular picture sets you can get with purchases of ALSScan.com and ALSAngels.com memberships, for FREE!  How do we do this?  First, we stole these copyrighted images from ALS without paying a license fee.  Then, we get advertisers who profit from infringement to pay us for traffic."  The home page features thumbnail photographs of ten ALS models, one of which is "Loli."

19.     On the imgchili.net page shown at Ex. 1 p.23, I inserted the URL to the page of images of Loli, http://stolencaliforniagirls.com/lolir1.html.  This is a web page containing fifty copyrighted images of Loli owned by ALS.  Ex. 1 p.25.  On the drop box below, saying "URL Upload Type" I selected "Upload All Images Linked on a Web Page."  I then clicked "Start Uploading."

Opposition to Dolphin Motion to Dismiss – Penn Decl.

20.    Exhibit 1 pp. 26-28 shows the fifty images of Loli on the page being detected by imgchili on http://stolencaliforniagirls.com/lolir1.html.

21.    Exhibit 1 pp. 29-34 show the fifty images having been successfully uploaded to imgchili.net with hyperlinks that would enable me to share the images directly, embed the thumbnails on HTML web page or link images in a forum.

22.    To explain this last page, there are adult "forum" websites.  Two of the most popular are planetsuzy.org and vipergirls.to.  Those sites contain numerous links to web pages with free galleries of adult content.  I have been able to find massive galleries of free content from well-known companies such as Playboy and Penthouse on these fan forum sites, showing images only available through a purchased membership to the Playboy and Penthouse websites. I and ALS's agent Steve Easton have used these fan sites to find entire galleries of stolen ALS images on imgchili.net pages.  The point of utilizing the utilities shown on pp. 29-34 would be to create a link to a forum site allowing users to easily locate the page of ALS Loli images uploaded to the imgchili.net site.  This would increase page views and therefore my payout from imgchili.

**23.**    I then accessed the page on imgchili.net showing that the fifty images of Loli had been successfully uploaded and were displayed on imgchili.net.  Ex. 1 pp. 35-36.

**<u>Imgchili Monetizes the ALS Content Uploaded from California With Banner Advertisements</u>**

24.    I clicked one of the thumbnail images of Loli which caused the screen to resolve to a larger version of that image on imgchili.net.  Above and below the single image of Loli appeared banner advertisements, "Free Sex Game" above the image and "WhatsFuck" below the image.  Ex. 1 p. 37. Clicking on either banner advertisement resolved to a page maintained by the

- 4 -

1   advertiser.  The URL of the page accessed contained characters that identified
2   an imgchili.net page as the source of the click.  This is so that the advertiser
3   would know to credit imgchili for the click on its advertisement page.  Because
4   I had already deleted this image from my imgchili.net account, and lacked the
5   foresight to capture screen shots of the landing pages observed after clicking on
6   the banners, I have recreated a comparable example. I uploaded to my imgchili
7   account the same image of Loli and navigated to the page displaying this image,
8   a screen shot of this is shown on Ex. 1 p. 38. Appearing above the image was a
9   banner advertisement "Like Chinese Women?" which when clicked, directed
10  me to the URL "http://www.locals-hook-

11  up.com/clwebasian/?voluumdata=BASE64dmlkLi4wMDAwMDAwMy1iNGZl
12  LTRlMGItODAwMC0wMDAwMDAwMDAwMDBfX3ZwaWQuLjdkM2E5O
13  DAwLWVhNjQtMTFlNi04OWMyLTY5GRlNzczOTExOV9fY2FpZC4uN2
14  FkY2Q0YmItMzhkOS00ZjNjLWFiODYtNzc2Mzg1ZWIxYmMwX19ydC4uR
15  EpfX2xpZC4uZWIwMTU4NjQtZE0C00ZTNiLTk4YzktMjZjMGY5NmEz
16  MWMwX19uaWQxLi40MDE1NzA4Yy05ZjlmLTQ1OWQtYmM4OS05NjJm
17  ZjIwYzc2YWJfX3hjjEuLm94NTgwMDQwwX192YXIyLi5OVGgd3TURRd2Z
18  HbHRaMk5vYn0d4cExtNWxkSHhWVTBGOGZEa3pNRFk1TkRCOGZIId3lN
19  VFEyTWpremZERTNNeTR4TXk0eU1EQXVPREV4QVBREo4TlRBZEEuNSHcwT
20  Vh3emZETjhNSHd3Zkh3M01qaDRPVEI4VTh3d2ZIZeDhNelEyTkRVek55UbD
21  hmREY4TUh4OE1Yd3dmREI4TVh3NE56STBNakk1TTTJFM04yTmpPREl5T
22  0dSaE9URXhaamRsWWpJM1pqazVVOUT09X192YXIzLi45MzA2OTQwwX19
23  2YXI0Li5pbWdjaGlsaVwuXG5ldF9fdmFyNS4uNTYyMjU5X192YXI2Li4yM
24  TQ2MjkzX192YXI3Li41MDhfX3ZhcjguLlVTQV9fcmuQuLm1haW5cLlxeW
25  5zcnZhYmFcLlxjb21fX2FpZC4uX19hY24uX19zaWQuLg&s1=ox580040&exo
26  tracker=NTgwMDQwfGltZ2NoaWxpLm5ldHxVU0F8fDkzMDY5NDB8fHwy
27  MTQ2Mjkzfderf3My4xMy4yMDAuODJ8NTA4fDR8MHw0MXwzfDN8MHw
28  wfHw3Mjh4OTB8MXwwfHx8MzQyNDUzNTl8fDF8MHx8MXwwfHwfDB8MX

Opposition to Dolphin Motion to Dismiss – Penn Decl.

1  w4NzI0MjI5M2E3N2NjODIyOGRhOTExZjdlYjI3Zjk5NQ==&banner_id=930

2  6940&src_hostname=imgchili.net&site_id=563259&zone_id=2146293&catego

3  ry_id=508&country=USA&time=1486165740" and Ex. 1 p. 39 shows a capture

4  of my web browser after landing on that page with the segment of the URL

5  indicating a referral from imgchili.net highlighted. Similarly, Ex. 1 p. 40 shows

6  a capture of my web browser after I clicked the lower banners shown on Ex. 1

7  p. 38 (all three banners directed me to the same web page) with the segment of

8  the URL indicating a referral from imgchili.net highlighted. The full URL is:

9  http://www.menhealthreport.net/r/pill-

10  maleus?utm_campaign=309877&utm_referrer=imgchili.net&sid=MzA5ODc3f

11  GltZ2NoaWxpLm5ldHxVU0F8fDE1Mjk2NDEzfHx8MjE0NjI3OXwxNzMuM

12  TMuMjAwLjgyfDUwOHw3fDB8NDF8M3wzfDB8MHx8MzAweDI1MHwxf

13  DB8fHwzNDY0NTM1OXx8MXwwfHwxfDB8MHwxfGZlNTViZiNDU0NDQz

14  ZDZkZjgzODcxM2VjYjAwZDNkMjYw&bid=m12

15      25.   Still logged in to imgchili I accessed the "Statistics" page for my

16  account.  Ex. 1 p. 41 is a screen shot of the analytics seen on the page.  The

17  page showed that I had two "raw" page views from Zone A on January 30,

18  2017 and no "paid" page views.

19      26.   I then called a colleague in Maryland and sent her a link to one of

20  the full size images of Loli image on imgchili.net.  She confirmed that she

21  clicked on the link I provided and viewed the image.  I then logged back onto

22  my Statistics page, which showed that I had acquired one "paid" view at the

23  Zone A rate.  Ex. 1 p. 42.  This lead me to believe that a "raw" view is a click

24  on the thumbnail gallery page, the one that does not contain advertisement, and

25  a "paid" click is on a full size image that is juxtaposed by advertisements placed

26  by imgchili.

27      27.   I then accessed the "Settings" page on imgchili to set up payment

28  for my account.  There was a row called "Payment method" with radio button

1    choices of one which was "PP." I clicked that button. There was a field below
2    that for "Payment Address." The page indicated that an email address was
3    being requested. I used a utility to access the source code for that email address
4    bar, which showed that the input bar was designated with the name
5    "paypal_address." This is shown on Ex. 1 p. 43.

6        28.    Concerning the statement of Mr. Mazal at ¶ 23 that he "searched
7    through Dolphin's business records and I did not find any registered users for
8    imgchili.net located in the state of California," nowhere in the process of
9    obtaining an imgchili user account or signing up to receive payment for views
10   of content I upload to imgchili was I required to input a physical address. The
11   only information I was asked to provide by imgchili was a user name and an
12   email address for payment purposes. Based upon this experience I don't
13   believe Dolphin has any address information for its users.

14       **29.**    Concerning Mr. Mazal's statement at ¶ 23 that he did not "find that
15   Dolphin or imgchili.net has sent payment to any individual or entity located in
16   California," this is misleading. The payment configuration process required me
17   to indicate which third party payment processor I wanted to use to receive my
18   payments. Nothing in the process of signing up and registering for payment
19   indicated that I would be receiving payment from Dolphin itself. I signed up to
20   receive payment through Paypal. If Dolphin is receiving payment reports from
21   Paypal, based upon my experience signing up as an imgchili user I don't see
22   how any reports Dolphin is getting would indicate the location of the user.

23   **<u>Imgchili Disabled User Registration from California Computers</u>**
24   **<u>Between January 12, 2017 and January 19, 2017</u>**

25       30.    I wanted to explore the theory that imgchili had only recently
26   turned off the ability to become a registered user from a computer with a
27   California IP address in response to being served with this lawsuit. For that
28   purpose I accessed the Internet Archive "Wayback Machine" at

Opposition to Dolphin Motion to Dismiss – Penn Decl.

1    www.archive.org.  This is a popular site that captures and preserves images of

2    web pages as they appeared at various points in the past.  I captured a series of

3    web pages on my screen, true and correct copies of which are attached hereto as

4    Exhibit 2.

5        31.    Exhibit 2 p.1 shows the home page of archive.org.

6        32.    Exhibit 2 pp. 2-4 show the results of a search I ran on network-

7    tools.com, a popular search utility that shows where websites are served.  I

8    searched for information concerning archive.org.  The results, shown on pp. 2-

9    4, show that archive.org resides on a server in San Francisco, California.

10       33.    I then searched for captures on archive.org of

11   http://imgchili.net/signup, the page on which one can register to become an

12   imgchili user.  This resolved to a page showing that the imgchili signup page

13   was captured by archive.org from its server in California 264 times between

14   June 24, 2013 and January 26, 2017.  Ex. 2 p.5.

15       34.    I looked at a page capture from June 2, 2016 that showed an active

16   registration page.  Ex. 2 p.6.

17       35.    I looked at a page capture from January 12, 2017that showed an

18   active registration page.  Ex. 2 p.7.

19       36.    I looked at a page capture from January 19, 2017 that showed the

20   current closed registration page seen from a California IP, "Registration is

21   currently disabled."  Ex. 2 p.8.

22       **37.**   It thus appears that imgchili disabled the ability to register to

23   become a user from a computer with a California IP between January 12, 2017

24   and January 19, 2017.

25   **ALS's Experience with Imgchili and Imgchili's Business Model**

26       38.    I and ALS's authorized agent Steve Easton have observed chronic

27   infringement of ALS's copyrighted works on imgchili.net.  I have personally

28   observed that Steve Easton has sent well over 200 notifications of infringement

- 8 -

1  to imgchili.net with links to entire galleries of stolen copyrighted ALS content.

2  While imgchili.net generally takes down the pages in the infringement

3  notifications, entire galleries of ALS content often reappear on imgchili.net as

4  soon as the next day.

5      39.   These past observations and my recent experience signing up as an

6  imgchili user, described above, together with my business experience in the

7  adult entertainment industry, show that imgchili engages in the following

8  business practices:

9          a.   Imgchili enables people to sign up as an imgchili user and

10          enable a Paypal account to receive payments from imgchili within

11          minutes;

12          b.   Until being served with this lawsuit imgchili enabled users

13          to register for an imgchili account from a California computer;

14          c.   Imgchili still enables users to upload content from a

15          California computer;

16          d.   Imgchili offers utilities that enable users to conveniently

17          upload entire galleries of images through techniques as simple as

18          providing the URL to a web page on which the images reside or

19          flash upload large numbers of images from a computer file;

20          e.   Someone who pays for a membership on ALSScan.com

21          could zip download entire galleries of copyrighted ALS content

22          available only to paid members, save those images to a computer

23          file and then upload those images to imgchili in minutes using the

24          flash upload utility;

25          f.   If ALS spots the stolen ALS images uploaded to imgchili

26          and sends an infringement notification, imgchili takes that

27          particular page down, but the same imgchili user or another user

28

- 9 -

1   with access to ALS's members area could upload a different
2   gallery of stolen ALS content to imgchili at any time;
3       g.      Imgchili monetizes the traffic it enjoys from the lure of
4   stolen galleries of adult content by juxtaposing the full size images
5   with banner advertisements placed by imgchili;
6       h.      Advertisers receiving traffic from imgchili pay imgchili for
7   the traffic, usually priced at cents per click or dollars per join;
8       i.      Imgchili receives this income from advertisers then pays a
9   subset of that income to users based upon clicks on imgchili pages
10  with full size images.

13      I declare under penalty of perjury under the laws of the United States and
14  the State of California that the foregoing is true and correct.  This declaration
15  was executed on February 5, 2017, at Woodstock, Maryland.

                                                    Eric Penn

Opposition to Dolphin Motion to Dismiss – Penn Decl.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*):

## DECLARATION OF ERIC PENN IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED

 will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian –<br>rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. W – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) February 6, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) February 6, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail***
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2/6/2017                    Jessie Gietl                         *Jessie Gietl*

_____          _____
*Date*                    *Printed Name*                              *Signature*