1  Jay M. Spillane (Bar No. 126364)
2  jspillane@spillaneplc.com
   SPILLANE TRIAL GROUP PLC
3  468 N. Camden Drive
   Second Floor
4  Beverly Hills, CA 90210
   (424) 217-5980
5  (888) 590-1683 (fax)

6  Attorneys for Plaintiff ALS Scan, Inc.

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10 | ALS SCAN, INC., a Maryland | Case No.: 2:16-cv-05051-GW-AFM
11 | corporation, | **DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED**
12 |                  Plaintiff, |
13 |                           |
14 |     vs.                   | **[Filed Concurrently: Memorandum; Penn Declaration]**
15 | CLOUDFLARE, INC., a Delaware |
16 | corporation, et al.,        | Date: February 27, 2017
17 |                  Defendants. | Time: 8:30 a.m.
18 |                           | Place: Courtroom 10
19 |                           |        312 N. Spring Street
                                        Los Angeles, CA

20

21

22

23

24

25

26

27

28

Opposition to Dolphin Motion to Dismiss – Spillane Decl.

I, Jay M. Spillane, declare:

1. I am counsel for ALS Scan, Inc. ("ALS"). The following facts are stated on my personal knowledge.

**Imgchili Disabled User Registration from California Computers After the Pre-Motion Conference of Counsel**

2. Before I was first contacted by counsel for Dolphin about this case, I accessed the imgchili.net site from my computer in Los Angeles and clicked the "Register" button to see if I could register as an imgchili user. Doing this resolved to a live registration page. Unfortunately I did not have the foresight to complete registration as an imgchili user at that time and obtain page captures of that process.

3. I was contacted by Michael Kernan, counsel for Dolphin. He called me on January 9, 2017 to conduct a conference of counsel concerning a possible motion to dismiss for lack of personal jurisdiction. He asked me what evidence ALS had that Dolphin is present for jurisdiction purposes in California. Among the things I said was that imgchili was an interactive website and that one could register to become an imgchili user and use the upload utility from a California computer.

4. After I received Dolphin's motion to dismiss I accessed imgchili.net for the purpose of registering as a user from my computer in Los Angeles and capturing that process. This time when I clicked on the "Register" button the screen resolved to a page saying "Registration is currently disabled." A true and correct screen capture of that page is attached hereto as Exhibit 1.

**Stolen Images Belonging to California Companies are Displayed on Imgchili and Can be Accessed from California Computers**

5. I know from general experience that Playboy was founded by Hugh Hefner in Los Angeles.

1     6.     Attached hereto as Exhibit 2 is a screen capture from domaintools.com, a popular and reliable public registry of Internet domain information, showing that playboy.com is registered to Playboy Enterprises International Inc. and served on a server in San Francisco, California.

     7.     I conducted a search for the mark "Playboy" on the USPTO trademark search utility, TESS. This turned up numerous registered marks. Attached hereto as Exhibit 3 is a screen capture from the USPTO site showing the detailed information for one such mark, one that shows both the word mark and the famous bunny ear symbol. The page showed that this "Playboy" mark is registered to Playboy Enterprises International Inc. in Beverly Hills, California.

     8.     Attached hereto as Exhibit 4 is a screen capture from the California Secretary of State website showing that Playboy Enterprises International Inc. is a corporation with its registered office in Beverly Hills, California.

     9.     On February 3, 2017 I accessed google.com and input the search terms "imgchili.net" and "playboy." This resolved to a page listing numerous links to pages on imgchili.net. I clicked the top link. This resolved to the web page http://imgchili.net/album/c2ac8f4f4edd07d3ee00afad1a4eefff. This was a huge web page on which appeared thousands of thumbnail images of nude female models. I could see the Playboy bunny ear mark or the word "Playboy" on all of the images. The entire page could not be conveniently captured, but I used a utility to capture the visible top portion of the page as it appeared on my computer screen. That screen capture, showing the top few thumbnail images as they appeared on the screen, is attached hereto as Exhibit 5.

     10.    Google Chrome, which I used to access this page, has a "view source" utility that allows one to see the source code on the web page being viewed. I used that utility to see the source code for the page identified above. The view source page has numbers for each row of code. Each individual

1  image had three rows of code. The source code for the images started at Row
2  150 and ended at Row 25,898. Using this method I estimate that the above
3  page on imgchili.net displayed some 8500 images belonging to Playboy.

4      11. I clicked on the upper left image. Doing so resolved to the page
5  http://imgchili.net/show/73216/73216029_62545_full.jpg. A true and correct
6  screen capture of this page is attached hereto as Exhibit 6. The Playboy bunny
7  ear mark is visible in the lower right. The full size image was juxtaposed at top
8  and bottom by banner advertisements.

9      12. Most of the model images on
10 http://imgchili.net/album/c2ac8f4f4edd07d3ee00afad1a4eefff were only
11 identified by a numeric file name. Some of the file names had the model's
12 name. I found 25 thumbnail images of model Eden Levine, most nude but a
13 few clothed. I clicked on one of the clothed images, which resolved to a full
14 page image of Eden Levine on page
15 http://imgchili.net/show/66042/66042930_cc_cg2011_w1001_eden.jpg. A true
16 and correct copy of that page is attached hereto as Exhibit 7. Again, the
17 Playboy rabbit ear mark appears in the lower right of the photo.

18     13. I input the terms "Eden Levine" and "Playboy" into the
19 google.com search utility. I clicked the top resulting link. Doing so resolved to
20 a public page on playboy.com showing the same photo of Eden Levine as
21 shown on Exhibit 7. A true and correct screen capture of the picture of Eden
22 Levine on playboy.com is attached hereto as Exhibit 8.

23     14. The public pages on playboy.com had three photos of Eden
24 Levine, all clothed. I was unable to access any images of Eden Levine nude on
25 playboy.com without purchasing a subscription to the site.

26     15. I then purchased a subscription to Playboy Plus, which enabled me
27 to access the members-only images on playboy.com. I searched for "Eden
28 Levine" and obtained access to a members-only gallery of Eden Levine photos

- 3 -
Opposition to Dolphin Motion to Dismiss – Spillane Decl.

that matched the photos of Eden Levine on the imgchili page listed in ¶ 9. Attached hereto as Exhibit 9 is a true capture of one of the nude photos of Eden Levine on imgchili. Exhibit 10 is a true capture of the same photo of Eden Levine from the members-only page of playboy.com.

**Imgchili.net Accessed From a California Server**

16. On February 3, 2017 I accessed network-tools.com, a reliable and popular tool showing information about the server from which a website is accessed. I input imgchili.net and conducted the search. A true and correct screen capture of the results is attached hereto as Exhibit 11. The results showed that the website was retrieved from a server maintained by Cloudflare in San Francisco, California.

17. Cloudflare has produced customer information about the imgchili.net account. That customer information will be filed provisionally under seal.

**Cloudflare and Paypal are California Companies**

18. Attached hereto as Exhibit 12 is a true and correct screen shot from the California Secretary of State website showing that Cloudflare is a company headquartered in San Francisco, California.

19. Attached hereto as Exhibit 13 is a true and correct screen shot of a portion of Cloudflare's Terms of Service, www.cloudflare.com/terms, showing that disputes with Cloudflare are to be arbitrated in San Francisco.

20. Attached hereto as Exhibit 14 is a true and correct screen shot from the California Secretary of State website showing that PayPal is a company headquartered in San Jose, California.

21. Attached hereto as Exhibit 15 is a true and correct screen shot of a portion of PayPal's Terms of Service, https://www.paypal.com/us/webapps/mpp/ua/useragreement-

- 4 -

Opposition to Dolphin Motion to Dismiss – Spillane Decl.

1  full#communications, showing the disputes with PayPal are to be arbitrated in
2  San Jose.

4      I declare under penalty of perjury that the foregoing is true and correct.
5  This declaration was executed on February 6, 2017 at Beverly Hills, California.

                                                                       _____

                                                                           Jay M. Spillane

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED**
will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 6, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. W – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 6, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) February 6, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/6/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |