QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
Carolyn M. Homer (Bar No. 286441)
carolynhomer@quinnemanuel.com
Mark T. Gray (Bar No. 305251)
markgray@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Cloudflare, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, | Case No. 2:16-cv-05051-GW-AFM |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| **CLOUDFLARE, INC.**, et al, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark Gray of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Cloudflare, Inc.

Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

>   Mark Gray (Bar No. 305251)
>   markgray@quinnemanuel.com
>   555 Twin Dolphin Drive, 5th Floor
>   Redwood Shores, California 94065-2139
>   Telephone: (650) 801-5000
>   Facsimile: (650) 801-5100

DATED: February 28, 2017   QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Mark Gray*
Mark Gray
*Attorney for Cloudflare, Inc.*