1  Jay M. Spillane (Bar No. 126364)
2  jspillane@spillaneplc.com
   SPILLANE TRIAL GROUP PLC
3  468 N. Camden Drive
   Second Floor
4  Beverly Hills, CA 90210
   (424) 217-5980
5  (888) 590-1683 (fax)

6  Attorneys for Plaintiff ALS Scan, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>            Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**NOTICE OF HEARING ON MOTION AND MOTION BY PLAINTIFF ALS SCAN, INC. TO COMPEL DEFENDANT HIVELOCITY VENTURES CORPORATION TO SERVE FURTHER RESPONSES TO PRODUCTION REQUESTS AND TO PRODUCE DOCUMENTS**<br><br>**Request for sanctions: $3,570.00**<br><br>Filed Concurrently: Spillane Declaration; Separate Statement<br><br>Date: March 28, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom H, 9th Floor<br>       312 N. Spring Street<br>       Los Angeles, CA 90012 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 28, 2017, at 10:00 a.m., in Courtroom H of the above-entitled court, located at 312 N. Spring Street, Los Angeles, CA 90012, Plaintiff ALS Scan, Inc. ("ALS") will move for an order requiring Defendant Hivelocity Ventures Corporation ("Hivelocity") to 1) serve supplemental responses, without objection, to ALS's first requests for production of documents to Hivelocity ("RFPs") and 2) to produce all documents responsive to the RFPs. FRCP R. 37(a).

ALS will also move for an award of sanctions against Hivelocity in the sum of $3,570.00. FRCP R. 37(a)(5); L.R. 37-4.

This motion is made after ALS requested a conference of counsel pursuant to L.R. 37-1 on February 15, 2017. Hivelocity made no effort to confer with ALS within the required time period. Spillane Decl.

The motion will be based upon this notice, the Separate Statement and Spillane Declaration filed concurrently, the pleadings and papers on file in this action and anything else the Court may consider at the hearing.

DATED: March 2, 2017            SPILLANE TRIAL GROUP PLC

By: _____
Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.