Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>        Plaintiff,<br><br> vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**DECLARATION OF JAY M. SPILLANE IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. TO COMPEL DEFENDANT HIVELOCITY VENTURES CORPORATION TO SERVE FURTHER RESPONSES TO PRODUCTION REQUESTS AND TO PRODUCE DOCUMENTS**<br><br>**Request for sanctions: $3,570.00**<br><br>Filed Concurrently: Motion; Separate Statement<br><br>Date: March 28, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom H, 9th Floor<br>      312 N. Spring Street<br>      Los Angeles, CA 90012 |

I, Jay M. Spillane, declare:

1. I am counsel for Plaintiff ALS Scan, Inc. ("ALS"). The following facts are based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of ALS's first production requests to Defendant Hivelocity Ventures Corporation ("Hivelocity"). They were served on December 8, 2016. Based upon the service date responses were due on January 10, 2016.

3. On January 12, 2016, two days after the responses were due, I received an email from Shahrokh Sheik, counsel for Hivelocity. He said: "we have been working with our client to compile the discovery production. It's taken longer than anticipated to get the information from the client. We are aiming to finalize and submit the responses by tomorrow." He did not ask for an extension of time to serve the responses.

4. On January 16, 2017 I received an email from Mr. Sheik updating me on the status of producing documents. He didn't say anything about the status of the written responses.

5. On January 23, 2017 I received an email from Mr. Sheik saying "[w]e are sending over the discovery responses today."

6. I eventually received Hivelocity's written responses to ALS's requests, a true and correct copy of which is attached hereto as Exhibit 2. The proof of service says they were served on January 25, 2017.

7. At no time did Hivelocity request an extension of time to serve the responses.

8. I am happy to extend courtesies to parties, however, at a minimum, I expect that parties will a) ask for an extension before responses are already late and b) produce the documents they said they would produce within the extension period. Hivelocity did neither.

9. Attached hereto as Exhibit 3 is a true and correct copy of my letter of February 15, 2017 to Mr. Sheik requesting a conference of counsel to discuss Hivelocity's discovery deficiencies. I received no response to my letter.

10. My billing rate is $595 per hour. I graduated near the top of my class from Hastings College of the Law in 1986. After practicing litigation at O'Melveny & Myers, I have had my own business litigation firm for the last twenty years. I have tried nearly thirty business cases in state court, district court, bankruptcy court, state courts of appeal, federal courts of appeal, arbitral societies and administrative agencies. I have litigated and tried cases across from large law firms listed in the Am Law 200. Sometimes there are motions for sanctions or attorneys' fees which disclose the billing rates of opposing counsel. My observation from these experiences is that my rate is competitive with or less than the rates charged by attorneys with comparable experience at larger LA-based regional firms, such as Manatt, Mitchell or Greenberg, and my rate is a significant discount against the rates charged by attorneys with comparable experience at national law firms.

11. The sanctions requested in this motion, $3,570, are based upon my estimate that I have expended and will expend no less than a total of six hours writing the conference of counsel letter, writing this motion, dealing with any opposition and appearing at the hearing. I expect the actual time to be greater than this estimate.

This declaration was executed on March 2, 2017 at Beverly Hills, CA. I declare under penalty of perjury that the foregoing is true and correct.



_____
Jay M. Spillane

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**DECLARATION OF JAY M. SPILLANE IN SUPPORT OF MOTION BY PLAINTIFF ALS SCAN, INC. TO COMPEL DEFENDANT HIVELOCITY VENTURES CORPORATION TO SERVE FURTHER RESPONSES TO PRODUCTION REQUESTS AND TO PRODUCE DOCUMENTS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 2, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel H. Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
John Lewis Holcomb – jholcomb@khslaw.com
Tammy X. W – twu@khslaw.com

Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Paul Supnik – paul@supnik.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 2, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 2, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/2/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |