Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; OVH SAS, a French corporation; HEBERGEMENT OVH INC., a Québec provincial corporation; DOLPHIN MEDIA LTD., a Hong Kong company; HIVELOCITY VENTURES CORPORATION, a Florida corporation; STEADFAST NETWORKS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**JOINT STATUS CONFERENCE REPORT**<br><br>Date: March 13, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>  350 W. 1st Street |

Pursuant to Court Order, Plaintiff ALS Scan, Inc. ("ALS") and Defendants Cloudflare, Inc. ("Cloudflare"), Hivelocity Ventures Corporation ("Hivelocity") and Steadfast Networks, LLC ("Steadfast") submit the following Joint Status Conference Report.[1]

The parties waive no defenses by participating in this report.

ALS proposes the following case schedule:

| | |
|---|---|
| Service of Third Am. Complaint | March 17, 2017 |
| Steadfast Response | Twenty days after service of 3AC |
| Mediation Cutoff | June 23, 2017 |
| Post-Mediation Status Conference | June 26, 2017, 8:30 a.m. |
| Discovery Cutoff | June 30, 2017 |
| Expert discovery cutoff | August 1, 2017 |
| Motion hearing cutoff | August 31, 2017 |
| Final pretrial conference | September 28, 2017, 8:30 a.m. |
| Jury trial (six day estimate) | October 10, 2017 |

Defendants propose the following schedule[2]:

| | |
|---|---|
| Service of Third Am. Complaint | April 10, 2017 |
| Steadfast's Response | May 1, 2017 |

---

[1] ALS has sought the participation of Dolphin Media in this Joint Report, including circulation of a draft that states that Dolphin specially appears and maintains objection to the Court's jurisdiction. They won't participate. If Dolphin is ordered to file its answer in this action, ALS will object to any statement by Dolphin that the case schedule must be further modified because they did not sign off on a scheduling report.

[2] Defendants sought to provide a status update and explanation of their proposed schedule for the Court, but Defendants contend that Plaintiff refused to consent in the joint filing of anything beyond bare dates. Defendants object but have stipulated to filing in the interest of complying with the Court's order for joint submissions.

| | | |
|---|---|---|
| 1 | Mediation Cutoff | October 27, 2017 |
| 2 | Post-Mediation Status Conference | October 30, 2017, 8:30 a.m. |
| 3 | Fact Discovery Cutoff | November 6, 2017 |
| 4 | Expert Discovery cutoff | December 1, 2017 |
| 5 | Deadline to file dispositive motions | December 7, 2017 |
| 6 | Deadline to oppose dispositive motions | December 14, 2017 |
| 7 | Deadline to reply to dispositive motions | December 21, 2017 |
| 8 | Motion Hearing Cutoff | January 8, 2018 |
| 9 | Final Pretrial Conference | February 5, 2018, 8:30 a.m. |
| 10 | Jury Trial (six-ten day estimate) | February 20, 2018 |

DATED: March 8, 2017            SPILLANE TRIAL GROUP PLC

By: _____
    Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

DATED: March 8, 2017            QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
    Rachel Herrick Kassabian
Attorneys for Defendant Cloudflare, Inc.

DATED: March 8, 2017            KRAMER HOLCOMB SHEIK LLP

By: _____
    Shahrokh Sheik
Attorneys for Defendant Hivelocity Ventures Corporation

| | | |
|---|---|---|
| 1 | DATED: March 8, 2017 | PARTRIDGE PARTNERS, P.C. |

By: /s/ John L. Ambrogi
John L. Ambrogi
Colin T.J. O'Brien
Attorneys for Defendant Steadfast
Networks, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 8, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 8, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 8, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/8/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |