Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**PLAINTIFF'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT**<br><br>Filed Concurrently: Memorandum; Spillane Declaration; Penn Declaration; Request for Continuance FRCP R. 56(d)<br><br>Date: March 30, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>         350 W. 1st Street<br>         Los Angeles, CA |

| Moving Party's Uncontroverted Facts and Supporting Evidence | Opposing Party's Response to Cited Fact and Supporting Evidence |
|---|---|
| 1. Cloudflare provides internet services to optimize and protect websites, including by improving transmission and security for its customers, who already have complete existing websites including hosting facilities, internet connectivity, and all the technical applications needed to run their websites.<br><br>Guinn Decl. ¶¶ 3, 4, 7-9, 11<br>Guinn Decl., Ex. A (Terms of Service) | 1. Admitted. |
| 2. Cloudflare is not a website hosting service and does not offer or provide such services to anyone. Its Terms of Service explicitly forbid users from using Cloudflare for data storage of any kind.<br><br>Guinn Decl. ¶ 5<br>Guinn Decl., Ex. A (Terms of Service § 10) | 2. Disputed.  When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services.  While Cloudflare may not offer "hosting" in the sense of *permanent* storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers.  After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn |

- 1 -
Opposition to Cloudflare Partial MSJ – Statement of Genuine Issues

| | | |
|---|---|---|
| 1 | | Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9. |
| 2 | | |
| 3 | 3. In its Second Amended Complaint, ALS Scan alleges a claim for contributory copyright infringement against Cloudflare, based on Cloudflare's provision of services to the following 15 alleged direct infringer websites:<br><br>bestofsexpics.com<br>cumonmy.com<br>fboom.me<br>greenpiccs.com<br>img.yt<br>imgchili.net<br>imgflash.net<br>imgsen.se<br>imgspice.com<br>imgspot.org<br>imgtrex.com<br>pornwire.net<br>slimpics.com<br>stoorage.com<br>vipergirls.to | 3. Admitted. |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | 4. Host servers are the physical computers that store the permanent copies of websites. Cloudflare does not own or operate the host servers for the 15 websites at issue in ALS Scan's case against Cloudflare.<br><br>Guinn Decl. ¶¶ 5-6 | 4. Disputed.  When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services.  While Cloudflare may not offer "hosting" in the sense of *permanent* storage of files on a server, |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 8 9 | | website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers. After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers. Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9. |
| 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 | 5. Cloudflare's services have no impact on the location or substance of the content of a website's host server; in other words, they do not not add, move or remove any image or video files from the host server.<br><br>Guinn Decl. ¶ 7 | 5. Disputed. When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services. While Cloudflare may not offer "hosting" in the sense of *permanent* storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers. After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers. Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9. |
| 27 28 | 6. The following 15 websites listed in the Second Amended Complaint | 6. Admitted |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | currently use or have used Cloudflare's services.<br><br>bestofsexpics.com<br>cumonmy.com<br>fboom.me<br>greenpiccs.com<br>img.yt<br>imgchili.net<br>imgflash.net<br>imgsen.se<br>imgspice.com<br>imgspot.org<br>imgtrex.com<br>pornwire.net<br>slimpics.com<br>stoorage.com<br>vipergirls.to<br><br>Guinn Decl. ¶¶ 12-13 | |
| 16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 7. An Internet Protocol address ("IP Address") is a unique identifier for computers or servers connected to the internet. An IP address can be traced to indicate the country in which the servers are located. Cloudflare's customer records contain the IP addresses of the host servers for each of the 15 websites at issue, as referenced in No. 6, above.<br><br>Guinn Decl. ¶¶ 6, 14<br>Guinn Decl., Exs. G-U | 7. Disputed.  "Cloudflare's customer records" are available only to Cloudflare.  The direct infringers and Cloudflare have each undertaken volitional conduct to further frustrate the rights of copyright owners.  Cloudflare entices customers with the promise that use of Cloudflare's global server network will speed and smooth user's access to site owners' images.  To become a Cloudflare customer site owners are <u>required</u> to update records to identify Cloudflare nameservers for their site.  As a result, when copyright owners use domain lookup tools to determine where websites with infringing content are served, the only available information is an IP address |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | | for a domestic server maintained by Cloudflare.  Not only are copyright owners thus deprived of contact information for site owners and origin servers, the only available information compels them to seek redress for infringement in a domestic court.  Only after being sued does Cloudflare then produce internal proprietary information, unavailable to copyright owners except through court processes, which Cloudflare designates "confidential" under a protective order and files under seal, to argue that the copyright owner's action should be dismissed in favor of disparate foreign fora.  Spillane Decl. ¶¶ 1-14, Exs. A-L; Guinn Decl. ¶¶ 7-9. |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 8. The IP addresses for 14 of the 15 websites (all except cumonmy.com) trace to host servers geographically located outside the United States.<br><br>Guinn Declaration ¶ 15<br>Guinn Decl., Exs. G-U | 8. Disputed.  "Cloudflare's customer records" are available only to Cloudflare.  The direct infringers and Cloudflare have each undertaken volitional conduct to further frustrate the rights of copyright owners.  Cloudflare entices customers with the promise that use of Cloudflare's global server network will speed and smooth user's access to site owners' images.  To become a Cloudflare customer site owners are <u>required</u> to update records to identify Cloudflare nameservers for their site.  As a result, when copyright owners use domain lookup tools to determine where websites with infringing content are served, the only available information is an IP address for a domestic server maintained by Cloudflare.  Not only are copyright owners thus de<u>p</u>rived of contact |

| | |
|---|---|
| | information for site owners and origin servers, the only available information compels them to seek redress for infringement in a domestic court. Only after being sued does Cloudflare then produce internal proprietary information, unavailable to copyright owners except through court processes, which Cloudflare designates "confidential" under a protective order and files under seal, to argue that the copyright owner's action should be dismissed in favor of disparate foreign fora. Spillane Decl. ¶¶ 1-14, Exs. A-L; Guinn Decl. ¶¶ 7-9. |

## ADDITIONAL DISPUTED AND UNDISPUTED FACTS

The following additional disputed and undisputed facts warrant denial of Cloudflare's motion.

1. "Cloudflare can be used by anyone with a website and their own domain, regardless of your choice in platform. From start to finish, setup takes most website owners less than 5 minutes. Adding your website requires only a simple change to your domain's DNS settings." (Spillane Decl. ¶ 3, Ex. A, Cloudflare 130.)

2. To become a Cloudflare client, the site owner: 1) goes to Cloudflare's site and clicks "Sign Up;" 2) creates a Cloudflare account; 3) enters the domain name(s) for the owner's website(s) and clicks "begin scan;" 4) Cloudflare scans the domain's DNS records; 5) all list of all DNS records found is displayed; 6) the owner selects a Cloudflare plan and clicks "Process and continue;" 7) Cloudflare nameservers are assigned to the owner's domain, and the owner can select performance and security settings; and 8) the site

owner updates the nameservers for his domain with the nameservers provided by Cloudflare. (Spillane Decl. ¶ 4, Ex. B, Cloudflare 135-37.)

3. "Rather than having you add hardware, install software, or change your code, we have you designate two Cloudflare nameservers as the authoritative nameservers for your domain (e.g., bob.ns.cloudflare.com and sara.ns.cloudflare.com). You make this change with the registrar from which you bought your domain (e.g., Go Daddy, Network Solutions, Register.com, etc.)." (Spillane Decl. ¶ 3, Ex. A, Cloudflare 131.)

4. "Under Cloudflare's 'Free' and 'Pro' service plans, a website owner must designate Cloudflare as its domain nameserver. This service is why an IP address WHOIS lookup regarding a website operated by a Cloudflare customer traces to Cloudflare—because the customer has designated Cloudflare as its domain nameserver." Guinn Decl. ¶ 7, Doc. 124-2.

5. Stated another way, "Cloud Flare will mask your IP." (Spillane Decl. ¶ 5, Ex. C, Cloudflare 142.)

6. For this reason, the domain lookups for the websites in question do not show the IP addresses or server locations disclosed in Cloudflare's motion. That information came from Cloudflare's proprietary files, information that Cloudflare filed under seal. Rather, the only information that was available to ALS from domain lookups showed that the IP addresses of the sites in question were Cloudflare servers located in the U.S. (Spillane Decl. ¶ 6, Ex. D.)

7. When Cloudflare learned of this suit, it contacted ALS and said that it would disclose the site owners and hosts to ALS, but only on the condition that ALS give Cloudflare a release of liability. (Spillane Decl. ¶ 15.)

8. Cloudflare's CDN, its "Global Anycast Network," comprises 102 data centers throughout the world, nineteen of which are in the United States. (Spillane Decl. ¶ 7, Ex. E, Cloudflare 133.)

1  9. "A content delivery network (CDN) takes your static content and stores a copy closer to your visitors." https://www.cloudflare.com/website-optimization/ (Spillane Decl. ¶ 8, Ex. F.) "CloudFlare's Service is offered as a platform to cache and serve web pages and websites." https://www.cloudflare.com/terms/ (Section 10: Limitation on non-HTML Caching.) (Spillane Decl. ¶ 9, Ex. G.)

10. "Cloudflare also provides automated caching functionality to customer websites. Cloudflare operates 102 caching data centers located all over the world. *See* Ex. E (The Cloudflare Global Anycast Network). When an end user chooses to visit a Cloudflare customer's website, the user is routed through the Cloudflare caching server closest to that end user's computer. *See* Ex. B (Cloudflare Support > Getting Started > Cloudflare 101 > Step 1)." Guinn Decl. ¶ 8, Doc. 124-2.

11. "[W]e use a network routing technology called Anycast (and some other fancy tricks) to route initial DNS lookups for your domain to a Cloudflare data center closest to the visitor. We have data centers around the world and we're growing every month. The data center that receives the request returns an answer in the form of an IP address (e.g . 99.99.99.99), which directs all the visitor's subsequent requests to the best data center for them." (Spillane Decl. ¶ 3, Ex. A, Cloudflare 131.)

12. "To speed up the response time for a request that goes to one of our frontline servers, Cloudflare caches parts of websites that are static in these servers. . . . [T]ypically 50% of the resources on any given web page are cacheable." *Id.*, Cloudflare 131.

13. "When resources on your site are cached on Cloud Flare's datacenters, it allows us to send those resources to your visitors from a location closest to them. This will increase your domain's loading speed and save your origin server bandwidth. If no settings are changed and no headers that prevent

1  caching are sent from your the [sic] origin server, then Cloudflare caches all
2  static content with the extensions that Cloud Flare will cache by default."
3  (Spillane Decl. ¶ 11, Ex. I, Cloudflare 176.)
4      14.   "Cloudflare's CDN caches the following types of static content by
5  extension for all account types by default: [list of file extensions appear on
6  exhibit]." (Spillane Decl. ¶ 10, Ex. H, Cloudflare 149.) All of the
7  infringements alleged in this case involve static ALS files in jpg format, a
8  format that is cached on Cloudflare's CDN by default. (Penn Decl. ¶ 4; Guinn
9  Decl. ¶ 9, Doc. 124-2.)
10     15.   Cloudflare offers its clients "caching levels:" basic, simple and
11 aggressive. (Spillane Decl. ¶ 13, Ex. K, Cloudflare 185.) Fourteen of the
12 fifteen sites in question have used this caching election. All elected
13 "aggressive" caching, except imgchili.net and greenpiccs.com, which elected
14 basic caching. (Spillane Decl. ¶ 14, Ex. L, Cloudflare 166.)
15     16.   One can tell if one is viewing a file cached in the Clouflare CDN
16 from information in the header of a web page. "CF-Cache-Status: HIT"
17 indicates "resource in cache, served from CDN cache." (Spillane Decl. ¶ 12,
18 Ex. J, Cloudflare 144.)
19     17.   For twelve of the fifteen sites that are the subject of Cloudflare's
20 motion, after service of Cloudflare's motion ALS confirmed that infringing
21 copies of ALS works are being reproduced, displayed and distributed on
22 Cloudflare servers in the United States. For the other three sites Cloudflare lists
23 in its motion, ALS has historical information showing that they used
24 Cloudflare's services. (Penn Decl. ¶¶ 2-19, Exs. 1; Spillane Decl. ¶ 6, Ex. D.)

1     DATED: March 9, 2017         SPILLANE TRIAL GROUP PLC

By: _____
      Jay M. Spillane
    Attorneys for Plaintiff ALS Scan, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*): **PLAINTIFF'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT**  will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 9, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 9, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 9, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/9/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |