1 Jay M. Spillane (Bar No. 126364)
2 jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
3 468 N. Camden Drive
Second Floor
4 Beverly Hills, CA 90210
(424) 217-5980
5 (888) 590-1683 (fax)

6 Attorneys for Plaintiff ALS Scan, Inc.

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 

| ALS SCAN, INC., a Maryland corporation, | Case No.: 2:16-cv-05051-GW-AFM |
|---|---|
| Plaintiff, | **REQUEST TO CONTINUE HEARING ON MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | Filed Concurrently: Memorandum; Spillane Declaration; Penn Declaration; Separate Statement |
| CLOUDFLARE, INC., a Delaware corporation, et al., | |
| Defendants. | Date: March 30, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>          350 W. 1st Street<br>          Los Angeles, CA |

Opposition to Cloudflare Partial MSJ – Request to Continue

1  ALS requests that hearing on Cloudflare's motion for partially summary
2  judgment be completed until ALS is able to complete discovery of Cloudflare's
3  documents and complete Cloudflare's deposition.  Spillane Decl. ¶ 16.  FRCP
4  R. 56(d).

6  DATED: March 9, 2017              SPILLANE TRIAL GROUP PLC

                                     By: _____
                                            Jay M. Spillane
                                     Attorneys for Plaintiff ALS Scan, Inc.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*): **REQUEST TO CONTINUE HEARING ON MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 9, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 9, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 9, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/9/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |