1  Jay M. Spillane (Bar No. 126364)
   jspillane@spillaneplc.com
2  SPILLANE TRIAL GROUP PLC
3  468 N. Camden Drive
   Second Floor
4  Beverly Hills, CA 90210
   (424) 217-5980
5  (888) 590-1683 (fax)

6  Attorneys for Plaintiff ALS Scan, Inc.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10 | ALS SCAN, INC., a Maryland | Case No.: 2:16-cv-05051-GW-AFM
11 | corporation, | **SUPPLEMENTAL DECLARATION OF ERIC PENN IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED**
12 | Plaintiff, |
13 | |
14 | vs. | **[Filed Concurrently: Supplemental Memorandum; Supplemental Spillane Declaration]**
15 | CLOUDFLARE, INC., a Delaware |
16 | corporation, et al., | Date: TBD
17 | Defendants. | Time: 8:30 a.m.
18 | | Place: Courtroom 10
19 | |        312 N. Spring Street
   | |        Los Angeles, CA

I, Eric Penn, declare:

1. I am employed by ALS Scan, Inc. ("ALS"). The following facts are stated on my personal knowledge. I personally observed the below facts on the Internet concerning the website www.imgchili.net.

2. Although Dolphin Media Limited is registered as a Hong Kong company, all of the content on imgchili.net is in English. I have been unable to find any utility on the site that would allow me to see the site in another language.

3. Attached hereto as Exhibit 1 is a true and correct screen capture of the imgchili.net home page, which is in English. The home page says that users agree to "Terms of Service" and "Privacy Policy." True and correct screen captures of the "Terms of Service" and "Privacy Policy" pages are attached hereto as Exhibits 2 and 3, respectively. These pages, and all of the imgchili.net pages attached hereto, are exclusively in English.

4. Attached hereto as Exhibit 4 is a true and correct screen capture of imgchili.net's "Affiliate" page. This shows that Dolphin pays for page views in amounts denominated by U.S. dollars. Dolphin pays by far the most money -- US$4.50 per 1000 views – for traffic from "Zone A," namely the United States and a few other English first world countries. Payouts from other parts of the world are far less.

5. Attached hereto as Exhibit 5 is a true and correct screen capture of imgchili.net's "Abuse" page. This page lists the six elements any notification of infringement should have.

6. All of these pages have the caption "Copyright © 2011-2017 imgChili. All rights reserved."

7. Alexa is a popular and reliable website that tracks and repots Internet traffic. It has utilities that can measure, among other statistics, the location of Internet traffic to the site and how the site ranks, either worldwide or

by country, in terms of Internet traffic.  Attached hereto as Exhibit 6 is a true and correct screen capture showing Alexa's site overview for imgchili.net.  That analytic shows that, after Japan, accounting for 20.0% of traffic, imgchili.net garners its highest amount of traffic from the United States and Germany, at 10.4% each.  That page also shows that imgchili.net is the 4,145th most viewed site in the United States.

       8.    I also used analytical tools provided by the advertising companies Dolphin uses to monetize its stolen content.  As I said in my prior declaration, and consistent with my additional work looking at imgchili.net for this declaration, imgchili juxtaposes full size infringing images with advertisements above and below those images.  Attached hereto as Exhibit 7 is a true and correct series of page captures analyzing two ad spaces that were placed above and below an infringing image of a Playboy model.  Page 1 shows a partial view of the Playboy model, above which I highlighted a rectangular ad for "Watch my GF."  In the lower left of p. 1 I reveal the script for the advertisement, showing that it was placed by Exoclick, a third party advertising company, and that this ad was assigned "ad_idzone – 2146293."  This zone number identifies space on the Internet, namely the rectangular ad space placed above a full size image on an imgchili.net page.  Page 3 shows that I accessed Exoclick's website and searched for information about zone id 2146293.  Page 4 reflects the information that was displayed for that zone.  The selected country, in the lower right hand box, defaulted to the United States.  In the upper right the page shows 41,516 daily impressions to this zone id from the United States.  On page 5 I took out the selected country, which showed 186,846 total daily impressions worldwide to that zone id.  41,516 is about 22% of that worldwide total.  Pages 6 through 11 show the results of searching for page impressions to that zone id from other nations, including Japan and Germany.  None came close to the United States.  On p. 2 of this exhibit I

1 highlight a box ad below the Playboy model image.  This ad had an ad_idzone
2 2146279.  Pages 12 to 20 show the results of my search for traffic analytics to
3 that zone id.  There were 23,890 daily impressions from the U.S. (p. 13) out of
4 180,083 worldwide daily impressions for that zone id (p.14), or about 13% of
5 the total.  The other countries (pp. 15-20) did not come close.

7     I declare under penalty of perjury under the laws of the United States and
8 the State of California that the foregoing is true and correct.  This declaration
9 was executed on March 13, 2017 at Woodstock, Maryland.

                                                                  _____
                                                                               Eric Penn

highlight a box ad below the Playboy model image. This ad had an ad_idzone 2146279. Pages 12 to 20 show the results of my search for traffic analytics to that zone id. There were 23,890 daily impressions from the U.S. (p. 13) out of 180,083 worldwide daily impressions for that zone id (p.14), or about 13% of the total. The other countries (pp. 15-20) did not come close.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed on March 13, 2017 at Woodstock, Maryland.

_____
Eric Penn

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**SUPPLEMENTAL DECLARATION OF ERIC PENN IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED**
will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. W – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 13, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/13/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |