Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>           Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**SUPPLEMENTAL DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED**<br><br>**[Filed Concurrently: Supplemental Memorandum; Penn Declaration]**<br><br>Date: TBD<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>          350 W. 1st Street<br>          Los Angeles, CA |

I, Jay M. Spillane, declare:

1. I am counsel for ALS Scan, Inc. ("ALS"). The following facts are stated on my personal knowledge.

2. I accessed Google and entered the search terms "imgchili Penthouse." Attached hereto as Exhibit A is a true and correct copy of p.1 of the search results, showing numerous imgchili.net pages with Penthouse content.

3. I clicked the top link on the page. This resolved to http://imgchili.net/album/54c8a32eeb23c530a7da9fe7dfa1376d. Attached hereto as Exhibit B is a true and correct screen capture of just the top portion of the page as visible on the screen, showing eleven images of a Penthouse model.

4. I clicked on the image on the upper right, which resolved to the full size image, http://imgchili.net/show/41760/41760451_midnight_bath_08.jpg. Attached hereto as Exhibit C is a true and correct screen capture of this images. The Penthouse mark can clearly be seen in the lower left.

5. Attached hereto as Exhibit D is a true and correct screen capture of the top visible portion of the Terms of Services on penthouse.com, showing the famous Penthouse mark and discussing an agreement with Penthouse Global Digital Inc.

6. Attached hereto as Exhibit E is a true and correct screen capture of a page from the California Secretary of State page showing that Penthouse Global Digital, Inc. is a Delaware corporation with offices in Chatsworth, California.

7. I accessed Google and entered the search terms "imgchili Hustler." Attached hereto as Exhibit F is a true and correct copy of p.1 of the search results, showing numerous imgchili.net pages with Hustler content.

8. I clicked the top link on the page. This resolved to http://imgchili.net/album/f85202ae2f76961c326cd8c0af151fea. Attached

1 hereto as Exhibit G is a true and correct screen capture of just the top portion of
2 the page as visible on the screen, showing fifteen images of a Huster model.
3     9. I clicked on the image on the upper right, which resolved to the full
4 size image,
5 http://imgchili.net/show/36406/36406843_mcsm_01_rikki_six_sc.jpg.
6 Attached hereto as Exhibit H is a true and correct screen capture of this images.
7 The Hustler mark can clearly be seen in the lower left.
8     10. Attached hereto as Exhibit I is a true and correct screen capture of
9 the top visible portion of the Terms of Services on hustler.com, showing the
10 famous Hustler mark and discussing an agreement with LFP Internet Group
11 LLC.
12     11. Attached hereto as Exhibit J is a true and correct screen capture of
13 a page from the California Secretary of State page showing that LFP Internet
14 Group LLC is a Delaware corporation with offices in Beverly Hills, California.

16 I declare under penalty of perjury that the foregoing is true and correct.
17 This declaration was executed on March 13, 2017 at Beverly Hills, California.

                                                                            _____
                                                                            Jay M. Spillane

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*):
**SUPPLEMENTAL DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION TO DISMISS BY DEFENDANT DOLPHIN MEDIA LIMITED**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. W – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 13, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/13/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |