UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5051-GW(AFMx) | Date | March 13, 2017 |
|---|---|---|---|
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jay M. Spillane | Shahrokh Sheik |
| | Rachel H. Kassabian - by telephone |
| | John L. Ambrogi - by telephone |

**PROCEEDINGS:**     **SCHEDULING CONFERENCE**

Court and counsel confer re scheduling. For reasons stated on the record, the scheduling conference is continued to March 27, 2017 at 8:30 a.m. Parties will file a joint scheduling report by noon on March 16, 2017.

                                                              :     08

Initials of Preparer    JG