[counsel listed on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; DOLPHIN MEDIA LTD., a Hong Kong company; HIVELOCITY VENTURES CORPORATION, a Florida corporation; STEADFAST NETWORKS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**JOINT STATUS CONFERENCE REPORT**<br><br>Date: March 27, 2016<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>350 W. 1st Street |

1  Pursuant to Court Order, Plaintiff ALS Scan, Inc. ("ALS") and
2  Defendants Cloudflare, Inc. ("Cloudflare"), Hivelocity Ventures Corporation
3  ("Hivelocity") and Steadfast Networks, LLC ("Steadfast") submit the following
4  Joint Status Conference Report.[1]

5  The parties waive no defenses by participating in this report.

6  ALS proposes the following case schedule:

| Service of Third Am. Complaint | March 20, 2017 |
| Steadfast Response | Twenty days after service of 3AC |
| Mediation Cutoff | June 23, 2017 |
| Post-Mediation Status Conference | June 26, 2017, 8:30 a.m. |
| Discovery Cutoff | June 30, 2017 |
| Expert discovery cutoff | July 25, 2017 |
| Motion hearing cutoff | August 24, 2017 |
| Final pretrial conference | September 21, 2017, 8:30 a.m. |
| Jury trial (six day estimate) | October 3, 2017 |

Defendants propose the below schedule.[2]

| Service of Third Am. Complaint | March 20, 2017 |
| Steadfast Response | Twenty days after service of 3AC |

---

[1] ALS has sought the participation of Dolphin Media in this Joint Report, including circulation of a draft that states that Dolphin specially appears and maintains objection to the Court's jurisdiction. They won't participate. If Dolphin is ordered to file its answer in this action, ALS will object to any statement by Dolphin that the case schedule must be further modified because they did not sign off on a scheduling report.

[2] The parties request the opportunity to present brief oral argument in support of their proposed schedules at the March 27 scheduling conference, before the Court renders its decision.

Pursuant to Court Order, Plaintiff ALS Scan, Inc. ("ALS") and Defendants Cloudflare, Inc. ("Cloudflare"), Hivelocity Ventures Corporation ("Hivelocity") and Steadfast Networks, LLC ("Steadfast") submit the following Joint Status Conference Report.[1]

The parties waive no defenses by participating in this report.

ALS proposes the following case schedule:

| | |
|---|---|
| Service of Third Am. Complaint | March 20, 2017 |
| Steadfast Response | Twenty days after service of 3AC |
| Mediation Cutoff | June 23, 2017 |
| Post-Mediation Status Conference | June 26, 2017, 8:30 a.m. |
| Discovery Cutoff | June 30, 2017 |
| Expert discovery cutoff | July 25, 2017 |
| Motion hearing cutoff | August 24, 2017 |
| Final pretrial conference | September 21, 2017, 8:30 a.m. |
| Jury trial (six day estimate) | October 3, 2017 |

Defendants propose the below schedule.[2]

| | |
|---|---|
| Service of Third Am. Complaint | March 20, 2017 |
| Steadfast Response | Twenty days after service of 3AC |

---

[1] ALS has sought the participation of Dolphin Media in this Joint Report, including circulation of a draft that states that Dolphin specially appears and maintains objection to the Court's jurisdiction. They won't participate. If Dolphin is ordered to file its answer in this action, ALS will object to any statement by Dolphin that the case schedule must be further modified because they did not sign off on a scheduling report.

[2] The parties request the opportunity to present brief oral argument in support of their proposed schedules at the March 27 scheduling conference, before the Court renders its decision.

| | |
|---|---|
| Mediation Cutoff | Aug. 18, 2017 |
| Post-Mediation Status Conference | Aug. 21, 2017, 8:30 a.m. |
| Fact Discovery Cutoff | Aug. 25, 2017 |
| Expert Discovery cutoff | Sep. 15, 2017 |
| Cutoff to File Dispositive Motions | Sep. 21, 2017 |
| Motion Hearing Cutoff | Oct. 19, 2017 |
| Final Pretrial Conference | Nov. 20, 2017, 8:30 a.m. |
| Jury Trial (six day estimate) | Dec. 5, 2017 |

DATED: March 16, 2017              SPILLANE TRIAL GROUP PLC


By: /s/ Jay Spillane
      Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

DATED: March 16, 2017              QUINN EMANUEL URQUHART & SULLIVAN LLP

By: [signature]
      Rachel Herrick Kassabian
Attorneys for Defendant Cloudflare, Inc.


DATED: March 16, 2017              KRAMER HOLCOMB SHEIK LLP

By: [signature]
      Shahrokh Sheik
Attorneys for Defendant Hivelocity Ventures Corporation

- 2 -
Joint Status Conference Report

1  DATED:  March 16, 2017              PARTRIDGE PARTNERS, P.C.
2
3
                                        By: *John L. Ambrogi*
4                                          John L. Ambrogi
                                        Attorneys for Defendant Steadfast
5                                       Networks, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
Joint Status Conference Report