QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
  Carolyn M. Homer (Bar No. 286441)
  carolynhomer@quinnemanuel.com
  Mark T. Gray (Bar No. 305251)
  markgray@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Defendant Cloudflare, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**,<br><br>      Plaintiff,<br><br>   vs.<br><br>**CLOUDFLARE, INC.**, et al.,<br><br>      Defendants. | Case No. 2:16-cv-05051-GW-AFM<br><br>**CLOUDFLARE, INC.'S RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT RELATED TO CLOUDFLARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING EXTRATERRITORIALITY**<br><br>Hearing Date:    March 30, 2017<br>Hearing Time:   8:30 AM<br>Place:              Courtroom 9D<br>Judge:             Hon. George H. Wu |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| 1. Cloudflare provides internet services to optimize and protect websites, including by improving transmission and security for its customers, who already have complete existing websites including hosting facilities, internet connectivity, and all the technical applications needed to run their websites.<br><br>Guinn Decl. ¶¶ 3, 4, 7-9, 11<br><br>Guinn Decl., Ex. A (Terms of Service) | 1. Admitted. |
| 2. Cloudflare is not a website hosting service and does not offer or provide such services to anyone.  Its Terms of Service explicitly forbid users from using Cloudflare for data storage of any kind.<br><br>Guinn Decl. ¶ 5<br><br>Guinn Decl., Ex. A (Terms of Service § 10) | 2. Disputed.  When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services.  While Cloudflare may not offer "hosting" in the sense of permanent storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers.  After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br><br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| | Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9. |

**2. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it. For instance, ALS Scan's response concedes that Cloudflare does "not offer 'hosting' in the sense of permanent storage of files on a server." ALS Scan alleged in the Second Amended Complaint that Cloudflare "provides a variety of Internet services" to "clients" and "website hosts." SAC ¶ 10, 24, 25, 30, 31. It identified OVH, Hivelocity, and Steadfast as "hosts," *see* SAC ¶ 12, 14, 15, 42, 43, 47, 49, but distinguished Cloudflare's content delivery network services from such "primary host[s]," *see* SAC ¶ 6, 30, 31, 34, 52.

The remaining claimed disputes are irrelevant to Cloudflare's undisputed fact #2, and in any event, are not supported by ALS evidence has cited.

For instance, Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter. As such, CloudFlare does not cache the same resources for your site globally at every datacenter location."

Additionally, per the Penn Declaration and exhibits thereto, ALS has proffered evidence of only seven ALS images cached by Cloudflare—one each for seven of the fourteen websites at issue in Cloudflare's motion. *See* Penn Decl. ¶¶ 2-19. But contrary to ALS Scan's response, the URLs for those seven images do *not* indicate that "ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's <u>domestic</u> servers." Rather, ALS Scan's own evidence shows that the seven images were cached on Cloudflare servers *in Sydney, Australia. See* Penn Decl. ¶¶ 5, 6, 8, 9, 10, 12, 17, and Exs. 1, 2, 4, 5, 6, 8, 13; Declaration of Kenneth Carter ("Carter Decl."). ¶ 7.

| 3. In its Second Amended Complaint, ALS Scan alleges a claim for contributory copyright infringement | 3. Admitted. |
|---|---|

| **CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1)** | **ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131)** |
|---|---|
| against Cloudflare, based on Cloudflare's provision of services to the following 15 alleged direct infringer websites: bestofsexpics.com cumonmy.com fboom.me greenpiccs.com img.yt imgchili.net imgflash.net imgsen.se imgspice.com imgspot.org imgtrex.com pornwire.net slimpics.com stoorage.com vipergirls.to | |
| 4. Host servers are the physical computers that store the permanent copies of websites. Cloudflare does not own or operate the host servers for the 15 websites at issue in ALS Scan's case against Cloudflare. Guinn Decl. ¶¶ 5-6 | 4. Disputed. When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services. While Cloudflare may not offer "hosting" in the sense of permanent storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| | Cloudflare's servers. After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br><br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9. |

**4. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it. For instance, ALS Scan's response concedes that Cloudflare does "not offer 'hosting' in the sense of permanent storage of files on a server." ALS Scan alleged in the Second Amended Complaint that Cloudflare "provides a variety of Internet services" to "clients" and "website hosts." SAC ¶ 10, 24, 25, 30, 31. It identified OVH, Hivelocity, and Steadfast as "hosts," *see* SAC ¶ 12, 14, 15, 42, 43, 47, 49, but distinguished Cloudflare's content delivery network services from such "primary host[s]," *see* SAC ¶ 6, 30, 31, 34, 52.

The remaining claimed disputes are irrelevant to Cloudflare's undisputed fact #4, and in any event, are not supported by ALS evidence has cited. For instance, Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter. As such, CloudFlare does not cache the same resources for your site globally at every datacenter location."

Additionally, per the Penn Declaration and exhibits thereto, ALS has proffered evidence of only seven ALS images cached by Cloudflare—one each for seven of the fourteen websites at issue in Cloudflare's motion. *See* Penn Decl. ¶¶ 2-19. But contrary to ALS Scan's response, the URLs for those seven images do *not* indicate that "ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's <u>domestic</u> servers." Rather, ALS Scan's own evidence

-5-
CLOUDFLARE'S RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| shows that the seven images were cached on Cloudflare servers *in Sydney, Australia. See* Penn Decl. ¶¶ 5, 6, 8, 9, 10, 12, 17, and Exs. 1, 2, 4, 5, 6, 8, 13; Carter Decl. ¶ 7. | |
| 5. Cloudflare's services have no impact on the location or substance of the content of a website's host server; in other words, they do not add, move or remove any image or video files from the host server.<br><br>Guinn Decl. ¶ 7 | 5. Disputed.  When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services.  While Cloudflare may not offer "hosting" in the sense of permanent storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers. After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br><br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9. |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

**5. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.  For instance, ALS Scan's response does not dispute that Cloudflare's services "have no impact on the location or substance of the content of a website's host server."

ALS Scan's response concedes that Cloudflare does "not offer 'hosting' in the sense of permanent storage of files on a server."  ALS Scan alleged in the Second Amended Complaint that Cloudflare "provides a variety of Internet services" to "clients" and "website hosts."  SAC ¶ 10, 24, 25, 30, 31.  It identified OVH, Hivelocity, and Steadfast as "hosts," *see* SAC ¶ 12, 14, 15, 42, 43, 47, 49, but distinguished Cloudflare's content delivery network services from such "primary host[s]," *see* SAC ¶ 6, 30, 31, 34, 52.

The remaining claimed disputes are irrelevant to Cloudflare's undisputed fact #5, and in any event, are not supported by ALS evidence has cited.

For instance, Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter.  As such, CloudFlare does not cache the same resources for your site globally at every datacenter location."

Additionally, per the Penn Declaration and exhibits thereto, ALS has proffered evidence of only seven ALS images cached by Cloudflare—one each for seven of the fourteen websites at issue in Cloudflare's motion.  *See* Penn Decl. ¶¶ 2-19.  But contrary to ALS Scan's response, the URLs for those seven images do *not* indicate that "ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's <u>domestic</u> servers."  Rather, ALS Scan's own evidence shows that the seven images were cached on Cloudflare servers *in Sydney, Australia.  See* Penn Decl. ¶¶ 5, 6, 8, 9, 10, 12, 17, and Exs. 1, 2, 4, 5, 6, 8, 13; Carter Decl. ¶ 7.

| 6. The following 15 websites listed in the Second Amended Complaint currently use or have used | 6. Admitted |
|---|---|

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| Cloudflare's services.<br><br>bestofsexpics.com<br>cumonmy.com<br>fboom.me<br>greenpiccs.com<br>img.yt<br>imgchili.net<br>imgflash.net<br>imgsen.se<br>imgspice.com<br>imgspot.org<br>imgtrex.com<br>pornwire.net<br>slimpics.com<br>stoorage.com<br>vipergirls.to<br>Guinn Decl. ¶¶ 12-13 | |
| 7. An Internet Protocol address ("IP Address") is a unique identifier for computers or servers connected to the internet. An IP address can be traced to indicate the country in which the servers are located. Cloudflare's customer records contain the IP addresses of the host servers for each of the 15 websites at issue, as referenced in No. 6, above.<br><br>Guinn Decl. ¶¶ 6, 14<br>Guinn Decl., Exs. G-U | 7. Disputed. "Cloudflare's customer records" are available only to Cloudflare. The direct infringers and Cloudflare have each undertaken volitional conduct to further frustrate the rights of copyright owners. Cloudflare entices customers with the promise that use of Cloudflare's global server network will speed and smooth user's access to site owners' images. To become a Cloudflare customer site owners are required to update records to identify Cloudflare nameservers for their site. As a result, when copyright owners use domain lookup tools to determine where websites with infringing content are served, the only |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| | available information is an IP address for a domestic server maintained by Cloudflare.  Not only are copyright owners thus deprived of contact information for site owners and origin servers, the only available information compels them to seek redress for infringement in a domestic court.  Only after being sued does Cloudflare then produce internal proprietary information, unavailable to copyright owners except through court processes, which Cloudflare designates "confidential" under a protective order and files under seal, to argue that the copyright owner's action should be dismissed in favor of disparate foreign fora.<br><br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Guinn Decl. ¶¶ 7-9. |

**7. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.

ALS Scan does not dispute the accuracy of the IP addresses in Cloudflare's records, nor that those IP addresses trace to extraterritorial host servers.  ALS Scan has repeatedly traced IP addresses to identify the physical locations of servers in this case, including in its evidence submitted in connection with its opposition.  *See, e.g.,* Spillane Decl. ¶ 6, Ex. D; Penn Decl. ¶¶ 5-19.

The remaining claimed disputes are either irrelevant to Cloudflare's undisputed fact #8 or are legal conclusions.

Cloudflare disputes that "the only information that was available to ALS" regarding the identity of the host server in question was via an IP Address lookup.

-9-

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed complaints with us.").  ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Declaration of Rachel Kassabian ("Kassabian Decl.") ¶ 5, Ex. C.  ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare.  *See* Carter Decl. ¶ 6.

      Disputed that Cloudflare's alleged settlement communication involves material facts relevant to the resolution of this Motion under F. R. E. 402, because it has nothing to do with the extraterritoriality of the alleged direct infringements at issue in this case.  Cloudflare's in house counsel was informing ALS of Cloudflare's abuse policies and was engaging in a settlement communication requesting to be dismissed from the case on that basis.  *See* Carter Decl. ¶ 2-5. The communication is also inadmissible on the merits pursuant to F.R.E. 408.

| 8. The IP addresses for 14 of the 15 websites (all except cumonmy.com) trace to host servers geographically located outside the United States.<br><br>Guinn Declaration ¶ 15<br>Guinn Decl., Exs. G-U | 8. Disputed. "Cloudflare's customer records" are available only to Cloudflare.  The direct infringers and Cloudflare have each undertaken volitional conduct to further frustrate the rights of copyright owners.  Cloudflare entices customers with the promise that use of Cloudflare's global server network will speed and smooth user's access to site owners' images.  To become a Cloudflare customer site owners are required to update records to identify Cloudflare nameservers for |

-10-

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| | their site. As a result, when copyright owners use domain lookup tools to determine where websites with infringing content are served, the only available information is an IP address for a domestic server maintained by Cloudflare. Not only are copyright owners thus deprived of contact information for site owners and origin servers, the only available information compels them to seek redress for infringement in a domestic court. Only after being sued does Cloudflare then produce internal proprietary information, unavailable to copyright owners except through court processes, which Cloudflare designates "confidential" under a protective order and files under seal, to argue that the copyright owner's action should be dismissed in favor of disparate foreign fora.<br><br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Guinn Decl. ¶¶ 7-9. |

**8. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.

ALS Scan does not dispute the accuracy of the IP addresses in Cloudflare's records, nor that those IP addresses trace to extraterritorial host servers. ALS Scan has repeatedly traced IP addresses to identify the physical locations of servers in this case, including in its evidence submitted in connection with its opposition. *See, e.g.,* Spillane Decl. ¶ 6, Ex. D; Penn Decl. ¶¶ 5-19.

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

The remaining claimed disputes are either irrelevant to Cloudflare's undisputed fact #8 or are legal conclusions.

Cloudflare disputes that "the only information that was available to ALS" regarding the identity of the host server in question was via an IP Address lookup. As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed complaints with us.").  ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Kassabian Decl. ¶ 5, Ex. C.  ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare. *See* Carter Decl. ¶ 6.

Disputed that Cloudflare's alleged settlement communication involves material facts relevant to the resolution of this Motion under F. R. E. 402, because it has nothing to do with the extraterritoriality of the alleged direct infringements at issue in this case.  Cloudflare's in house counsel was informing ALS of Cloudflare's abuse policies and was engaging in a settlement communication requesting to be dismissed from the case on that basis.  *See* Carter Decl. ¶ 2-5. The communication is also inadmissible on the merits pursuant to F.R.E. 408.

## CLOUDFLARE'S RESPONSE TO ALS SCAN'S
## ADDITIONAL DISPUTED AND UNDISPUTED FACTS

| ALS SCAN'S ADDITIONAL FACTS (DKT. 131) | CLOUDFLARE'S RESPONSE |
| --- | --- |
| 1. "Cloudflare can be used by anyone with a website and their own domain, regardless of your choice in platform. From start to finish, setup takes most website owners less than 5 minutes. Adding your website requires only a simple change to your domain's DNS settings."<br><br>Spillane Decl. ¶ 3, Ex. A. | 1. Admitted. |
| 2. To become a Cloudflare client, the site owner:<br>1) goes to Cloudflare's site and clicks "Sign Up;"<br>2) creates a Cloudflare account;<br>3) enters the domain name(s) for the owner's website(s) and clicks "begin scan;"<br>4) Cloudflare scans the domain's DNS records;<br>5) all list of all DNS records found is displayed;<br>6) the owner selects a Cloudflare plan and clicks "Process and continue;"<br>7) Cloudflare nameservers are assigned to the owner's domain, and the owner can select performance and security settings; and<br>8) the site owner updates the nameservers for his domain with the nameservers provided by Cloudflare.<br><br>Spillane Decl. ¶ 4, Ex. B. | 2. Admitted. |

| | |
|---|---|
| 3. "Rather than having you add hardware, install software, or change your code, we have you designate two Cloudflare nameservers as the authoritative nameservers for your domain (e.g., bob.ns.cloudflare.com and sara.ns.cloudflare.com). You make this change with the registrar from which you bought your domain (e.g., Go Daddy, Network Solutions, Register.com, etc.)." <br><br> Spillane Decl. ¶ 3, Ex. A | 3. Admitted. |
| 4. "Under Cloudflare's 'Free' and 'Pro' service plans, a website owner must designate Cloudflare as its domain nameserver. This service is why an IP address WHOIS lookup regarding a website operated by a Cloudflare customer traces to Cloudflare—because the customer has designated Cloudflare as its domain nameserver." <br><br> Guinn Decl. ¶ 7, Doc. 124-2. | 4. Admitted. |
| 5. Stated another way, "CloudFlare will mask your IP." <br><br> Spillane Decl. ¶ 5, Ex. C, Cloudflare 142. | 5. Admitted that Exhibit C to the Spillane Declaration is a true and accurate copy of the Cloudflare Frequently Asked Questions webpage, https://support.cloudflare.com/hc/en-us/articles/203322654-Why-is-my-domain-resolving-to-the-wrong-IP-when-I-do-a-DNS-lookup-or-ping- .  That page states in relevant part: <br><br>   Why is my domain resolving to the wrong IP when I do a DNS lookup or ping? |

| | |
|---|---|
| | Cloud Flare will mask your IP, this is because we use our own DNS to resolve to one of our many reverse proxy servers for any record that is "Orange Clouded," this does several things: |
| | **1. Protect your origin server** |
| | • The IPs that you see are distributed globally across all of our PoPs with anycast networking. Since DDoS attacks are "Distributed" globally, we are able to spread the load across our entire network, while filtering the bad traffic. |
| | • The attackers will resolve to a Cloud Flare IP address and not yours so they would not be able to attack your web server directly. |
| | **2. Speeds up your site** |
| | • All of our PoPs are running a reverse proxy. These reverse proxies will improve the data your server sends to speed up your site. We use different methods of caching, compression, and removing of unwanted empty space (Auto-minify.) All of these features can be turned on and off from the various settings through the control panel or pagerules. |
| | Spillane Decl. ¶ 5, Ex. C. |
| 6. For this reason, the domain lookups for the websites in question do not show the IP addresses or server locations disclosed in Cloudflare's | 6.  Disputed that Cloudflare's DNS services involve material facts relevant to the resolution of this Motion under Federal Rule of Evidence 402, because |

-15-

**CLOUDFLARE'S RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

motion. That information came from Cloudflare's proprietary files, information that Cloudflare filed under seal.  Rather, the only information that was available to ALS from domain lookups showed that the IP addresses of the sites in question were Cloudflare servers located in the U.S.

Spillane Decl. ¶ 6, Ex. D.

they do not host the websites in question.

Admitted that "the domain lookups for the websites in question do not show the IP addresses or server locations disclosed in Cloudflare's motion."  Because of Cloudflare's DNS services, domain name lookups for Cloudflare customers point to Cloudflare name servers and do not disclose the IP addresses of Cloudflare's customers' host servers.  *See* Guinn Decl. ¶ 7.

Cloudflare has produced the IP address information for all of the host servers storing the 14 websites at issue in this motion.  *See* Guinn Decl. ¶ 7; Paine Decl. ¶ 9.

Cloudflare disputes that "the only information that was available to ALS" regarding the identity of the host server in question was via an IP Address lookup.  As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed complaints with us.").  ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider

| | |
|---|---|
| | in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com.  *See* Kassabian Decl. ¶ 5, Ex. C.  ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare.  *See* Carter Decl. ¶ 6. |
| 7. When Cloudflare learned of this suit, it contacted ALS and said that it would disclose the site owners and hosts to ALS, but only on the condition that ALS give Cloudflare a release of liability.<br><br>Spillane Decl. ¶ 15. | 7. Disputed that Cloudflare's alleged settlement communication involves material facts relevant to the resolution of this Motion under F. R. E. 402, because it has nothing to do with the extraterritoriality of the alleged direct infringements at issue in this case.  The communications is also inadmissible on the merits pursuant to F.R.E. 408.<br><br>Cloudflare's in house counsel was informing ALS of Cloudflare's abuse policies and was engaging in a settlement communication requesting to be dismissed from the case on that basis. *See* Carter Decl. ¶ 2-5.<br><br>As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed |

| | |
|---|---|
| | complaints with us."). ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Kassabian Decl. ¶ ¶ 5, Ex. C. ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare. *See* Carter Decl. ¶ 6. |
| 8. Cloudflare's CDN, its "Global Anycast Network," comprises 102 data centers throughout the world, nineteen of which are in the United States.<br><br>Spillane Decl. ¶ 7, Ex. E. | 8. Admitted that Exhibit E to the Spillane Declaration is a true and accurate copy of the Cloudflare Global Anycast Network Map available on its website, https://www.cloudflare.com/network/. |
| 9. "A content delivery network (CDN) takes your static content and stores a copy closer to your visitors." https://www.cloudflare.com/websiteoptimization/<br><br>"CloudFlare's Service is offered as a platform to cache and serve web pages and websites." https://www.cloudflare.com/terms/ (Section 10: Limitation on non-HTML Caching.)<br><br>Spillane Decl. ¶ 8, Ex. F.<br>Spillane Decl. ¶ 9, Ex. G. | 9. Admitted. |

| | |
|---|---|
| 10. "Cloudflare also provides automated caching functionality to customer websites. Cloudflare operates 102 caching data centers located all over the world. See Ex. E (The Cloudflare Global Anycast Network). When an end user chooses to visit a Cloudflare customer's website, the user is routed through the Cloudflare caching server closest to that end user's computer.  See Ex. B (Cloudflare Support > Getting Started > Cloudflare 101 > Step 1)." Guinn Decl. ¶ 8, Doc. 124-2. | 10. Admitted; *see* Cloudflare's Response to ALS Scan's Statement #8, above. |
| 11. Cloudflare offers its clients "caching levels:" basic, simple and aggressive. (Spillane Decl. ¶ 13, Ex. K, Cloudflare 185.) Fourteen of the fifteen sites in question have used this caching election. All elected "aggressive" caching, except imgchili.net and greenpiccs.com, which elected basic caching. (Spillane Decl. ¶ 14, Ex. L, Cloudflare 166.) | 11. Disputed that Cloudflare's caching levels involve material facts relevant to the resolution of this Motion under Federal Rule of Evidence 402. Admitted that Cloudflare offers its customers caching levels. Admitted that imgchili.net and greenpiccs.com elected basic caching. *See* Spillane Decl. ¶ 14, Ex. L. Disputed that all of the 12 websites with aggressive caching elected it, because "aggressive" is the default caching level used when a customer does not select a caching level.  *See* Spillane Decl. ¶ 13, Ex. K (indicating that "aggressive" caching level is also "standard"). |
| 12. One can tell if one is viewing a file cached in the Cloudflare CDN from information in the header of a web page. "CF-Cache-Status: HIT" indicates "resource in cache, served from CDN cache." (Spillane Decl. ¶ | 12. Admitted; the caching status of files are dynamic, will refresh within a couple of hours and may change.  As Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of |

| | |
|---|---|
| 12, Ex. J, Cloudflare 144.) | your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter. As such, CloudFlare does not cache the same resources for your site globally at every datacenter location." |
| 13. For twelve of the fifteen sites that are the subject of Cloudflare's motion, after service of Cloudflare's motion ALS confirmed that infringing copies of ALS works are being reproduced, displayed and distributed on Cloudflare servers in the United States. For the other three sites Cloudflare lists in its motion, ALS has historical information showing that they used Cloudflare's services.<br><br>Penn Decl. ¶¶ 2-19, Ex. 1<br>Spillane Decl. ¶ 6, Ex. D. | 13. Disputed.  The cited evidence does not support the statements.<br><br>Per the Penn Declaration and exhibits thereto, ALS has evidence of only seven ALS images cached by Cloudflare — one each for seven of the fourteen websites at issue in Cloudflare's motion. Penn Decl. ¶¶ 2-19.  But contrary to ALS Scan's response, the URLs for those seven images do *not* indicate that "infringing copies of ALS works are being reproduced, displayed and distributed on Cloudflare servers <u>in the United States</u>."  Rather, ALS Scan's own evidence shows that the seven images were cached on Cloudflare servers *in Sydney, Australia.  See* Penn Decl. ¶¶ 5, 6, 8, 9, 10, 12, 17, and Exs. 1, 2, 4, 5, 6, 8, 13; Carter Decl. ¶ 7. |

1     As indicated above, none of the material facts regarding the geographic

2   location of the servers hosting the allegedly directly infringing websites have been

3   genuinely controverted by ALS Scan.  Partial summary judgment is appropriate, for

4   the reasons stated in Cloudflare's briefing and prior Statement of Uncontroverted

5   Facts and Conclusions of Law.  *See* C.D. Cal. Civ. L.R. 56-3 ("[T]he Court may

6   assume that the material facts as claimed and adequately supported by the moving

7   party are admitted to exist without controversy except to the extent that such

8   material facts are … controverted by declaration or other written evidence filed in

9   opposition to the motion.").

10  Dated:  March 16, 2017                          Respectfully submitted,

11

12                                                  QUINN EMANUEL URQUHART &
                                                    SULLIVAN LLP
13

14
                                             By_____
15
                                                    Rachel Kassabian
16                                                  *Attorney for Defendant Cloudflare, Inc.*

**CLOUDFLARE'S RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**