UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5051-GW(AFMx) | Date | March 16, 2017 |
|---|---|---|---|
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER**

On February 27, 2017, the Court issued a Tentative Ruling and held a hearing regarding Defendant Dolphin Media Ltd.'s ("Dolphin") Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and/or for Forum Non Conveniens. *See* Docket No. 117. The Court held that Plaintiff ALS Scan, Inc. ("Plaintiff") had failed to establish either general or specific personal jurisdiction over Dolphin in the state of California. *Id.* However, the Court allowed Plaintiff the opportunity to submit an offer of proof regarding whether nationwide jurisdiction exists pursuant to Federal Rule of Civil Procedure 4(k)(2). *See id.* at pages 9-10. The Court indicated that if the offer of proof raised a possibility that nationwide jurisdiction exists, it would request that Dolphin submit a response.

The Court is now in receipt of Plaintiff's Offer of Proof. *See* Docket Nos. 138-140. The Offer of Proof delineates several specific contacts that Dolphin maintains with the United States, which Plaintiff contends are sufficient to establish nationwide jurisdiction. *See* Docket No. 138 at 3:12-16, 5:24-6:26. Because these contacts raise the possibility that nationwide jurisdiction exists, the Court orders Dolphin to submit a response by **March 30, 2017**.

:

Initials of Preparer   JG