# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 16-5051-GW(AFMx) | Date | March 20, 2017 |
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Marea Woolrich | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                                              None Present

**PROCEEDINGS:      SCHEDULING CONFERENCE**

Case is called. Counsel are not present.

Parties are ordered to appear on March 27, 2017 at 8:30 a.m., and show cause why sanctions should not be imposed for failure to appear at today's hearing.

The Scheduling Conference is continued to March 27, 2017 at 8:30 a.m.

                                                                                                                    :     01

                                                                                     Initials of Preparer     JG