UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 16-05051 GW (AFM)**                                Date:  **March 21, 2017**

Title  **ALS Scan, Inc. v. Cloudflare, Inc., et al.**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**  Plaintiff's Motion to Compel Defendant Hivelocity Ventures Corporation to Serve Further Responses to Production Requests and to Produce Documents
(Filed March 2, 2017; ECF No. 118)

On the Court's own motion, the hearing on Plaintiff's Motion to Compel Defendant Hivelocity Ventures Corporation to Serve Further Responses to Production Requests and to Produce Documents, noticed for March 28, 2017, is vacated.  The matter is taken under submission on the basis of the papers timely filed.  Local Rule 7-15.

IT IS SO ORDERED.

|   | : |
|---|---|
| **Initials of Preparer** | ib |