# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-5051-GW(AFMx) | Date | March 27, 2017 |
|---|---|---|---|
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jay M. Spillane | Shahrokh Sheik |
| | Rachel H. Kassabian |
| | John L. Ambrogi - by telephone |

**PROCEEDINGS:**   **SCHEDULING CONFERENCE**

Court and counsel confer.  Court sets the following:

| | |
|---|---|
| Service of Third Am. Complaint | March 20, 2017 |
| Steadfast Response | 20 days after service of 3AC |
| Mediation Cutoff | June 23, 2017 |
| Post-Mediation Status Conference | June 26, 2017 at 8:30 a.m. |
| Discovery Cutoff | June 30, 2017 |
| Expert discovery cutoff | July 25, 2017 |
| Motion hearing cutoff | August 24, 2017 |
| Pretrial conference | September 21, 2017 at 8:30 a.m. |
| Jury trial (six day estimate) | October 3, 2017 at 9:00 a.m. |

:   06

Initials of Preparer   JG