SHAHROKH SHEIK, BAR ID (#250650)
JOHN HOLCOMB, JR. BAR ID (#258175)
TAMMY WU, BAR ID (#305890)
**KRAMER HOLCOMB SHEIK LLP**
1925 Century Park East, Ste. 1180
Los Angeles, California 90067
Telephone: (310) 551-0600
Facsimile:  (310) 551-0601

Attorneys for Defendant,
HIVELOCITY VENTURES CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>Hon. Alexander F. MacKinnon (Magistrate Judge)<br><br>**[PROPOSED] ORDER TO WITHDRAW MOTION TO COMPEL WITHOUT PREJUDICE** |

　　　Upon the foregoing Stipulation of the Parties, IT IS HEREBY ORDERED that, the Motion to Compel Further Discovery Responses filed by Plaintiff ALS Scan, Inc. against Defendant Hivelocity Ventures Corporation on March 3, 2017 is hereby withdrawn without prejudice.

　　　**IT IS SO ORDERED.**

Dated 3/29/2017　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Alexander F. MacKinnon

　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

---

[PROPOSED] ORDER TO REMOVE MOTION TO COMPEL WITHOUT PREJUDICE

- 1 -