John L. Holcomb, Jr., SBN 258175
jholcomb@khlsaw.com
Shahrokh Sheik, SBN 250650
ssheik@khslaw.com
Tammy Wu, SBN 305890
twu@khslaw.com
**KRAMER HOLCOMB SHEIK LLP**
1925 Century Park East, Ste. 1180
Los Angeles, California 90067
Tel: (310) 551-0600 / Fax: (310) 551-0601

Attorneys for Defendant,
Hivelocity Ventures Corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.<br><br>Defendants. | CASE NO.: 2:16-cv-05051-GW-AFM<br><br>**ANSWER OF DEFENDANT HIVELOCITY VENTURES CORPORATION TO THIRD AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that Defendant HIVELOCITY VENTURES CORPORATION, a foreign corporation ("defendant") for itself alone and no other defendant answers the unverified third amended compliant ("TAC") of plaintiff ALS SCAN, INC. ("plaintiff") and admits, denies, avers, and alleges as follows:

1.  Defendant admits that the Court has jurisdiction over this action.

1

2. Defendant admits that venue in this District is proper.

3. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 3 of the TAC and therefore denies them.

4. Defendant denies each and every allegation contained in paragraph 4 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 4 of the TAC as it is directed against other defendants, and therefore denies them.

5. Defendant denies each and every allegation contained in paragraph 5 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 5 of the TAC as it is directed against other defendants, and therefore denies them.

6. Defendant denies each and every allegation contained in paragraph 6 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 6 of the Complaint as it is directed against other defendants, and therefore denies them.

7. Defendant denies each and every allegation contained in paragraph 7 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the

truth of each and every allegation contained in paragraph 7 of the TAC as it is directed against other defendants, and therefore denies them.

8. Defendant denies each and every allegation contained in paragraph 8 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 8 of the TAC as it is directed against other defendants, and therefore denies them.

9. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 9 of the TAC, and therefore denies them.

10. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 10 of the TAC, and therefore denies them.

11. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 11 of the TAC, and therefore denies them.

12. Defendant admits that it is a Florida Corporation with offices in Florida, but denies that it hosts pirate sites.

13. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 13 of the TAC, and therefore denies them.

14. There are no allegations to admit or deny in paragraph 14 of the TAC.

15. There are no allegations to admit or deny in paragraph 15 of the TAC.

16. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 16 of the TAC, and therefore denies them.

17. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 17 of the TAC, and therefore denies them.

18. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 18 of the TAC, and therefore denies them.

19. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 19 of the TAC, and therefore denies them.

20. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 20 of the TAC, and therefore denies them.

21. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 21 of the TAC, and therefore denies them.

22. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 22 of the TAC, and therefore denies them.

23. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 23 of the TAC, and therefore denies them.

24. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 24 of the TAC, and therefore denies them.

25. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 25 of the TAC, and therefore denies them.

26. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 26 of the TAC, and therefore denies them.

27. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 27 of the TAC, and therefore denies them.

28. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 28 of the TAC, and therefore denies them.

29. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 29 of the TAC, and therefore denies them.

30. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 30 of the TAC, and therefore denies them.

31. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 31 of the TAC, and therefore denies them.

32. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 32 of the TAC, and therefore denies them.

33. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 33 of the TAC, and therefore denies them.

34. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 34 of the TAC, and therefore denies them.

35. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 35 of the TAC, and therefore denies them.

36. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 36 of the TAC, and therefore denies them.

37.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 37 of the TAC, and therefore denies them.

38.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 38 of the TAC, and therefore denies them.

39.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 39 of the TAC, and therefore denies them.

40.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 40 of the TAC, and therefore denies them.

41.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 41 of the TAC, and therefore denies them.

42.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 42 of the TAC, and therefore denies them.

43.     Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 43 of the TAC, and therefore denies them.

44. Defendant denies that it hosts pirate sites. Defendant admits that it leased server space to clients that hosted namethatpornstar.com. Defendant denies that it has failed to implement or enforce a repeat infringer policy. Defendant denies that it has not removed namethatpornstar.com from it servers.

45. Defendant admits that it terminated namethatpornstar.com. Defendant denies that it enforced its terms of service only after receiving a copy of the First Amended Complaint.

46. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 46 of the TAC, and therefore denies them.

47. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 47 of the TAC, and therefore denies them.

48. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 48 of the TAC, and therefore denies them.

49. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 49 of the TAC, and therefore denies them.

50. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 50 of the TAC, and therefore denies them.

51. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 51 of the TAC, and therefore denies them.

52. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 52 of the TAC, and therefore denies them.

53. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 53 of the TAC, and therefore denies them.

54. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 54 of the TAC, and therefore denies them.

55. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 55 of the TAC, and therefore denies them.

56. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 56 of the TAC, and therefore denies them.

57. Defendant denies each and every allegation contained in paragraph 57 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant specifically denies that it owned or knowingly provided services to pirate sites. Defendant is without the knowledge or information sufficient to form a belief

as to the truth of the remaining allegations in paragraph 57 of the TAC, and denies them on that basis.

58. Defendant denies each and every allegation contained in paragraph 58 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 58 of the TAC as it is directed against other defendants, and therefore denies them.

59. Defendant denies each and every allegation contained in paragraph 59 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 59 of the TAC as it is directed against other defendants, and therefore denies them.

60. Defendant denies each and every allegation contained in paragraph 60 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 60 of the TAC as it is directed against other defendants, and therefore denies them.

61. Defendant denies each and every allegation contained in paragraph 61 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 61 of the TAC as it is directed against other defendants, and therefore denies them.

62. Defendant denies each and every allegation contained in paragraph 62 of the TAC to the extent that the allegations are specifically directed against this defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 62 of the TAC as it is directed against other defendants, and therefore denies them.

63. There are no allegations to admit or deny in paragraph 63 of the TAC.

64. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 64 of the TAC, and therefore denies them.

65. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 65 of the TAC, and therefore denies them.

66. There are no allegations to admit or deny in paragraph 66 of the TAC.

67. Defendant specifically denies that it acted with actual or constructive knowledge of direct infringements of copyrighted worked, and denies that it materially contributed to or aided in the alleged infringement. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation against the other defendants contained in paragraph 67 of the TAC, and therefore denies them.

68. Defendant specifically denies that it induced infringement of ALS' copyrights. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 68 of the TAC, and therefore denies them.

69. Defendant denies that it has engaged in any act of infringement and denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 69 of the TAC, and therefore denies them.

70. There are no allegations to admit or deny in paragraph 70 of the TAC.

71. Defendant denies that it failed to exercise any rights or abilities and denies that it directly benefited financially from infringing activity, and denies that it is liable for vicarious copyright infringement. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 71 of the TAC, and therefore denies them.

72. Defendant denies that it has engaged in any act of infringement and denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 72 of the TAC, and therefore denies them.

73. There are no allegations to admit or deny in paragraph 73 of the TAC.

74. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 74 of the TAC, and therefore denies them.

75. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 75 of the TAC, and therefore denies them.

76. There are no allegations to admit or deny in paragraph 76 of the TAC.

77. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 77 of the TAC, and therefore denies them.

78. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph 78 of the TAC, and therefore denies them.

79. There are no allegations to admit or deny in paragraph 79 of the TAC.

80. Defendant denies that it continued to provide services to sites with knowledge of infringement and denies any liability. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 80 of the TAC, and therefore denies them.

81. Defendant denies that it has engaged in any act of infringement or counterfeiting, and denies that ALS is entitled to any relief from Defendant. Defendant is without the knowledge or information sufficient to form a belief as to the truth of each and every allegation as to the other defendants contained in paragraph 81 of the TAC, and therefore denies them.

82. Defendant is without the knowledge or information sufficient to form a belief as to the truth of any allegations contained in plaintiff's prayer for relief, and therefore denies them.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

1. The TAC and each and every cause of action therein fail to state facts sufficient to constitute a cause of action against defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2. The TAC and each and every cause of action therein are barred by the applicable statute(s) of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

3. Plaintiff's alleged injuries or damages, if any, were aggravated by plaintiff's failure to use reasonable diligence to mitigate the same.

## FOURTH AFFIRMATIVE DEFENSE

### (Indemnity and Contribution)

4. Defendant is entitled to apportionment, indemnity, and/or contribution from any party, person, or entity adjudged to have proximately caused or contributed to plaintiff's alleged injuries or damages, if any.

## FIFTH AFFIRMATIVE DEFENSE

## (Digital Millennium Act Safe Harbor)

5. Plaintiff's claims of infringement are barred by the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512.

## SIXTH AFFIRMATIVE DEFENSE

## (Innocent Infringement)

6. Defendant's conduct was innocent, non-infringing, and/or not a willful infringement of Plaintiff's copyrights and trademarks.

## SEVENTH AFFIRMATIVE DEFENSE

## (Invalid Copyright Registrations)

7. On information and belief, one or more of Plaintiff's copyright registrations is invalid.

## EIGHTH AFFIRMATIVE DEFENSE

## (Statutory Damages and Attorney Fees)

8. Plaintiff is not entitled to statutory damages or attorneys' fees under the Copyright Act, 17 U.S.C. §§ 101 et seq., in whole or in part, based on a failure to comply with statutory requirements.

ANSWER OF HIVELOCITY VENTURES CORPORATION TO THIRD AMENDED COMPLAINT

WHEREFORE, defendant demands a jury trial and prays for judgment as follows:

1. That plaintiff takes nothing by reason of the TAC;

2. For costs incurred herein; and

3. For such other and further relief as this Court may deem just and proper.

DATED: April 4, 2017          **KRAMER HOLCOMB SHEIK LLP**

By: /s/ *Shahrokh Sheik*
    SHAHROKH SHEIK
    *Attorneys for Defendant*
HIVELOCITY VENTURES CORPORATION