Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; OVH SAS, a French corporation; HEBERGEMENT OVH INC., a Québec provincial corporation; DOLPHIN MEDIA LTD., a Hong Kong company; HIVELOCITY VENTURES CORPORATION, a Florida corporation; STEADFAST NETWORKS, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**JOINT STATUS CONFERENCE REPORT**<br><br>Date: April 13, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>       350 W. 1st Street |

1  Pursuant to Court Order, Plaintiff ALS Scan, Inc. ("ALS") and
2 Defendant Cloudflare, Inc. ("Cloudflare") submit the following Joint Status
3 Conference Report.
4  ALS took the deposition of Cloudflare on the issues raised in the briefing
5 on Cloudflare's "extraterritoriality" motion on April 5, 2017.
6  The parties expect the final deposition transcript to be delivered on about
7 April 12, 2017. To expedite briefing, the parties hereby stipulate that the
8 unsigned final transcript of the Cloudflare deposition may be used for purposes
9 of the offer of proof briefing as though it were a signed original, if the signed
10 original is not available to ALS Scan in time for its offer of proof submission.
11  The parties propose that ALS file its offer of proof on April 21, 2017 and
12 Cloudflare file any reply on April 28, 2017. The parties propose that the Court
13 hold the further hearing on Cloudflare's motion on May 4, 2017 or any other
14 date convenient to the Court.

DATED: April 11, 2017          SPILLANE TRIAL GROUP PLC

                               By: _____
                                   Jay M. Spillane
                                   Attorneys for Plaintiff ALS Scan, Inc.

DATED: April 11, 2017          QUINN EMANUEL URQUHART &
                               SULLIVAN LLP


                               By: 
                                   Rachel Herrick Kassabian
                                   Attorneys for Defendant Cloudflare, Inc.

- 1 -
Joint Status Conference Report

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**JOINT STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 11, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) April 11, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) April 11, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/11/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |