Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**SUPPLEMENTAL DECLARATION OF ERIC PENN IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT**<br><br>Filed Concurrently: Supplemental Memorandum; Supplemental Spillane Declaration; Supplemental Statement of Genuine Disputes; Demand for Lodging<br><br>Date: May 4, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>      350 W. 1st Street<br>      Los Angeles, CA |

I, Eric Penn, declare:

1.      I am employed by Plaintiff ALS Scan, Inc.  The following facts are stated on my personal knowledge.

2.      This declaration is to follow up on the question of display of infringing copies of ALS images from domestic Cloudflare servers with respect to the websites listed in Cloudflare's motion for partial summary judgment, specifically Trey Guinn Declaration ¶ 15.

3.      I have also reviewed the Declaration of Kenneth Carter, particularly ¶ 7, concerning the information in query response headers, specifically the "CF-RAY" column, which Cloudflare explains ends with three characters employing airport codes showing "which Cloudflare caching data center is serving the cached content to the user requesting the report."  The point was made that in the exhibits I attached to my March 9, 2017 Declaration, the response headers in the CF-RAY header ended with the three characters "SYD," indicating that the images in question were cached on a Cloudflare data center in Sydney, Australia.

4.      In my March 9, 2017 declaration I included information revealed using the service at redbot.org.  This is a website that, when supplied with a "request header" or URL, for example http://www.aol.com, will reveal "response header" information from the responding server.  I reviewed how Redbot operates and determined that when I input a request header into the Redbot site and sought response header information, Redbot made the query from its server in Hong Kong and revealed the response header from that query. As the March 9, 2017 exhibits reflect the query from Hong Kong elicited a response from the Cloudflare data center in Sydney.

5.      Reference is made to the Second Amended Complaint ¶ 55 and the Guinn Declaration ¶ 12, Doc. 124-2, specifically identifying fifteen websites for which Cloudflare has or does provide services.   The Guinn Declaration says

Opposition to Cloudflare Partial MSJ – Suppl. Penn Declaration

the origin server for cumonmy.com is in the U.S., Guinn Declaration ¶ 15, Doc. 124-2, so to my understanding this site is not part of Cloudflare's motion.  Two websites, stooorage.com and imgflash.net appear to be off the Internet, so I was not able to obtain present header information for those sites.  One last site, pornwire.net, is a video site, and to my understanding we're not pursuing Cloudflare for videos.  This leaves eleven sites at issue: 1) imgchili.net; 2) slimpics.com; 3) bestofsexpics.com; 4) greenpiccs.com; 5) imgsen.se; 6) imgspice.com; 7) imgspot.org; 8) img.yt; 9) vipergirls.to; 10) fboom.me; and 11) imgtrex.com.

6.      I found infringing ALS images on each of these eleven sites.  I looked for and found two ways of revealing response header information when making a request for those infringing images from U.S. computers.

7.      First, I used the service hurl.it.  This is another website that, when supplied a request header, will display response header information from the responding server.  The hurl.it servers are located in Northern Virginia, about seventy miles from my location in Woodstock, Maryland.

8.      I input the URLs for each of those infringing images or webpages displaying infringing images into hurl.it and obtained response header information for ten of those sites.  (The query on hurl.it pertaining to the ALS image on greenpiccs.com repeatedly timed out without a response.)  True and correct screen captures of the request header on hurl.it, the response header and the infringing image or web page in question are attached hereto as Exhibits 1-10: imgchili.net (Ex. 1); slimpics.com (Ex. 2); bestofsexpics.com (Ex. 3); imgsen.se (Ex. 4); imgspice.com (Ex. 5); imgspot.com (Ex. 6); img.yt (Ex. 7); vipergirls.to (Ex. 8); fboom.me (Ex. 9); and imgtrex.com (Ex. 10).  As the exhibits reflect, in each case the "server" column in the response showed that the response was from a Cloudflare server and in each case the last three digits

in the CF-RAY column in the response header was "IAD," the airport code for Dulles Airport in Northern Virginia.

9.     Second, I located an application in the Google Chrome Web Store called "HTTP Headers," developed by eSolutions to reveal header information in response to queries from one's own computer. I added that application to my Chrome Browser and asked Mr. Spillane to do the same thing from his computer in Los Angeles. I supplied Mr. Spillane with the URLs of the eleven infringing ALS images referenced above and also input those URLs into my Chrome browser from Woodstock Maryland. Attached hereto as Exhibits 11-21 are true and screen captures of the ALS image in question with the response header information revealed in the upper right hand corner. I did not alter the response header information. As the response header information is very small and hard to read if the page is rendered onto an 8.5x11 piece of paper, for convenience each exhibit has a second page in which I cropped only the header information. The CF-RAY header information reflects that my queries retrieved images on Cloudflare servers located in the United States. Those exhibits and the region of the Cloudflare data center from which the image was displayed are: imgchili.net (IAD - Dulles, VA) (Ex. 11); slimpics.com (IAD - Dulles, VA) (Ex. 12); bestofsexpics.com (IAD - Dulles, VA) (Ex. 13); greenpiccs.com (IAD - Dulles, VA) (Ex. 14); imgsen.se (IAD - Dulles, VA) (Ex. 15); imgspice.com (IAD - Dulles, VA, for the image as well as EWR - Newark, NJ, for the page displaying the image) (Ex. 16); imgspot.org (IAD - Dulles, VA, for the page displaying the image as well as BOS - Boston, MA for the image) (Ex. 17); img.yt (IAD - Dulles, VA) (Ex. 18); vipergirls.to (IAD - Dulles, VA) (Ex. 19); fboom.me (EWR – Newark, NJ) (Ex. 20); and imgtrex.com (EWR - Newark, NJ) (Ex. 21).

10.     Third, I used a VPN service (Virtual Private Network) which "extends a private network across a public network, and enables users to send

1  and receive data across shared or public networks as if their computing devices
2  were directly connected to the private network" (Wikipedia) and has deployed
3  servers throughout the United States. By connecting to VPN servers in different
4  regions of the United States, I was able to replicate the conditions of a user
5  whose computer was physically located in the region of that VPN server. I then
6  directed my web browser to the URL of one infringing ALS image on
7  imgchili.net and examined the response header information received for each
8  geographic region in which I had access to a VPN server. The results, attached
9  hereto as Ex. 22, is a series of true and correct captures of one and the same
10 infringing ALS image along with its response header information, including the
11 CF-RAY, indicating the same image was being retrieved from Cloudflare
12 servers in: ATL - Atlanta, GA (Ex. 22, pp 1-2); ORD - Chicago, IL (Ex. 22, pp
13 3-4); DFW - Dallas, TX (Ex. 22, pp 5-6); LAX - Los Angeles, CA (Ex. 22, pp
14 7-8); MIA - Miama, FL (Ex. 22, pp 9-10); EWR - Newark, NJ (Ex. 22, pp 11-
15 12); SEA - Seattle, WA (Ex. 22, pp 13-14). As with Exhibits 11-21, a cropped
16 copy of the header information is provided in addition to the full-size capture
17 for the convenience of print production.
18
19     This declaration was executed on April 20, 2017 at Woodstock,
20 Maryland.  I declare under penalty of perjury under the laws of the United
21 States and the State of California that the foregoing is true and correct.
22
23
24                                        _____
25                                             Eric Penn
26
27
28

- 4 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*):
**SUPPLEMENTAL DECLARATION OF ERIC PENN IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 20, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian –<br>rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) April 20, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) April 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail***
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4/20/2017                    Jessie Gietl                         *Jessie Gietl*
_____    _____    _____
*Date*                          *Printed Name*                        *Signature*