Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**SUPPLEMENTAL DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT**<br><br>Filed Concurrently: Supplemental Memorandum; Supplemental Penn Declaration; Supplemental Statement of Genuine Disputes; Demand for Lodging<br><br>Date: May 4, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>　　　350 W. 1st Street<br>　　　Los Angeles, CA |

I, Jay M. Spillane, declare:

1. I am a member of the Bar of the State of California. I am counsel for Plaintiff ALS Scan, Inc. The following facts are stated on my personal knowledge.

2. At Eric Penn's suggestion, I installed the "HTTP Headers" application from the Google Chrome Store onto my Chrome browser.

3. Mr. Penn sent me the URLs of the eleven infringing ALS images on the eleven sites discussed in his declaration. I input those eleven URLs into my Chrome browser and initiated the query. My browser accessed the images and I used the HTTP Header application to reveal the response header information. I conducted these operations from my computer in Los Angeles.

4. Attached hereto as Exhibits 1-11 are true and screen captures of the ALS image in question with the response header information revealed in the upper right hand corner. I did not alter the response header information. As the response header information is very small and hard to read if the page is rendered onto an 8.5x11 piece of paper, for convenience each exhibit has a second page in which I cropped only the header information. The CF-RAY header information reflects that my queries retrieved images on Cloudflare servers located in the United States. Those exhibits and the region of the Cloudflare data center from which the image was displayed are: imgchili.net (LAX – Los Angeles, CA) (Ex. 1); slimpics.com (DFW – Dallas-Fort Worth, TX) (Ex. 2); bestofsexpics.com (DFW) (Ex. 3); greenpiccs.com (DFW) (Ex. 4); imgsen.se (DFW) (Ex. 5); imgspice.com (DFW) (Ex. 6); imgspot.org (DFW) (Ex. 7); img.yt (LAX) (Ex. 8); vipergirls.to (LAX) (Ex. 9); and imgtrex.com (LAX) (Ex. 10). I was not able to access the page that Eric Penn has in his declaration pertaining to fboom.me.

5. Occasionally when making a query for one of the above images the response header information was "EXPIRED" in the Cf-Cache-Status header.

Each time that happened, if I refreshed the query one time, the response header from the second query showed "HIT" in the Cf-Cache-Status header. Taking this experience in relation to the testimony of Trey Guinn concerning how the "popularity" of a file draws a copy of that file to be stored on a Cloudflare caching server, two requests for the same file made in a short period of time satisfy the "popularity" criterion.

6. Attached hereto as Exhibit 11 are true and correct copies of pages from the Trey Guinn Deposition cited herein, including any exhibits referenced and the cover, errata and signature pages.

This declaration was executed on April 20, 2017 at Beverly Hills, California. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

_____
Jay M. Spillane

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**SUPPLEMENTAL DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. FOR PARTIAL SUMMARY JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 20, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian – rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) April 20, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) April 20, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012                              ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/20/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |