QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
  Carolyn M. Homer (Bar No. 286441)
  carolynhomer@quinnemanuel.com
  Mark T. Gray (Bar No. 305251)
  markgray@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Defendant Cloudflare, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.,** | Case No. 2:16-cv-05051-GW-AFM |
| Plaintiff, | **CLOUDFLARE, INC.'S RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT RELATED TO CLOUDFLARE'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING EXTRATERRITORIALITY** |
| vs. | |
| **CLOUDFLARE, INC.**, et al., | |
| Defendants. | |
| | Hearing Date:   May 4, 2017 |
| | Hearing Time:   8:30 AM |
| | Place:   Courtroom 9D |
| | Judge:   Hon. George H. Wu |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| 1. Cloudflare provides internet services to optimize and protect websites, including by improving transmission and security for its customers, who already have complete existing websites including hosting facilities, internet connectivity, and all the technical applications needed to run their websites.<br><br>Guinn Decl. ¶¶ 3, 4, 7-9, 11<br>Guinn Decl., Ex. A (Terms of Service) | 1. Admitted. |
| 2. Cloudflare is not a website hosting service and does not offer or provide such services to anyone.  Its Terms of Service explicitly forbid users from using Cloudflare for data storage of any kind.<br><br>Guinn Decl. ¶ 5<br>Guinn Decl., Ex. A (Terms of Service § 10) | 2. Disputed.  When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S.  Cloudflare uses the terms "cache," "store" and "serve" to describe these services.  While Cloudflare may not offer "hosting" in the sense of permanent storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers.  After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br><br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| | Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9; 4/20/17 Spillane Decl.; 4/20/17 Penn Decl.; Guinn Depo. |

**2. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it. For instance, ALS Scan's response concedes that Cloudflare does "not offer 'hosting' in the sense of permanent storage of files on a server." ALS Scan alleged in the Third Amended Complaint that Cloudflare "provides a variety of Internet services" to "clients" and "website hosts." TAC ¶ 10, 24, 25, 30, 31. It identified Dolphin, Hivelocity, and Steadfast as "hosts," *see* TAC ¶ 12, 44, 50, 80, but distinguished Cloudflare's content delivery network services from such "primary host[s]," *see* TAC ¶ 10, 22, 23, 24, 28, 29, 32, 54. The Court's Tentative Order recognized that there was no dispute that Cloudflare is not the primary host of any content for the 14 websites at issue, which are all hosted abroad. Dkt. 159 ("Tentative") at 4 ("Cloudflare does not own or operate the physical 'host' computers that store the permanent copies of its clients' website content"").

The undisputed record, including ALS Scan's own citations, does not support ALS Scan's proposed "dispute" that Cloudflare purportedly has created cache copies of the works at issue on its caching servers in the United States. Specifically, the cited evidence does not support ALS Scan's claim that that "by default most of the static content on [each Cloudflare customer] site is copied onto Cloudflare's global network of servers." Rather, Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter. As such, CloudFlare does not cache the same resources for your site globally at every datacenter location." And Cloudflare's corporate deponent testified that signing up for Cloudflare "absolutely [does] not" download an entire website upon a customer signing up for Cloudflare. Guinn Depo. at 85-86. Mr. Guinn further testified that caching must be "triggered" due to visitors "making many requests for an asset in a specific region." *Id.* at 86.

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

ALS Scan's citations also do not support its statement that "on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers." ALS Scan's original declarations contained exhibits showing just seven ALS images cached on Cloudflare servers *in Sydney, Australia*. *See* Tentative at 14 (noting that "Plaintiff has submitted Redbot reports for only seven of the 14 at-issue websites"); Cloudflare's Reply (Dkt. 144) at 11-12. The Court's Tentative Order recognized that caching in Sydney did not show caching in the United States. Tentative at 15.

ALS's new evidentiary citations are from its Offer of Proof. (Dkt. Nos. 169-171). These new citations likewise do not support the referenced statement, in that they do not show caching of any images at issue in the United States. More specifically, ALS Scan admits that it has no evidence of 3 websites (stoorage.com, imgflash.net, and pornwire.net), and that it is dropping its claims as to pornwire.net, which "leaves eleven sites at issue." *See* Supp. Penn Decl. ¶ 5. For seven of those eleven websites (fboom.me, img.yt, imgsen.se, imgspice.com, imgspot.org, imgtrex.com, vipergirls.to ), ALS Scan's own exhibits shows that the URLs from those websites are not returning both a CF-RAY value from a server in the United States and a CF-Cache-Status values of "HIT" that indicates a copy of the image at that URL was in Cloudflare's cache. *See* Paragraph 42, *infra*, and Offer (Dkt. 169) at 7-8. The presence of a CF-RAY value alone only shows that the request transitted a Cloudflare server without storing a copy). *See* Guinn Depo. at 38-39; Supp. Guinn Decl. at 8.

ALS's new evidentiary citations do reference 4 URLs on 4 of the websites which both have a CF-Cache-Status value of "HIT" and a CF-RAY value indicating that the "HIT" came from one of Cloudflare's United States data centers. *See* Paragraph 42, *infra*, and Offer (Dkt. 169) at 7-8. However, the specific identified URLs for those 4 websites (bestofsexpics.com, greenpiccs.com, imgchili.net, and slimpics.com), are not contained in any of the DMCA notice emails which ALS Scan has stated constitutes the infringements at issue in this action. *See* Offer at 7-9; Kassabian Decl. at C; Schoichet Decl. at 9.

| 3. In its Second Amended Complaint, ALS Scan alleges a claim for contributory copyright infringement | 3. Admitted. |
|---|---|

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| against Cloudflare, based on Cloudflare's provision of services to the following 15 alleged direct infringer websites:<br><br>bestofsexpics.com<br>cumonmy.com<br>fboom.me<br>greenpiccs.com<br>img.yt<br>imgchili.net<br>imgflash.net<br>imgsen.se<br>imgspice.com<br>imgspot.org<br>imgtrex.com<br>pornwire.net<br>slimpics.com<br>stoorage.com<br>vipergirls.to | |
| 4. Host servers are the physical computers that store the permanent copies of websites. Cloudflare does not own or operate the host servers for the 15 websites at issue in ALS Scan's case against Cloudflare.<br>Guinn Decl. ¶¶ 5-6 | 4. Disputed. When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services. While Cloudflare may not offer "hosting" in the sense of permanent storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
|  | Cloudflare's servers. After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9; 4/20/17 Spillane Decl.; 4/20/17 Penn Decl.; Guinn Depo. |

**4. Cloudflare's Response:**  ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.  For instance, ALS Scan's response concedes that Cloudflare does "not offer 'hosting' in the sense of permanent storage of files on a server."  ALS Scan alleged in the Third Amended Complaint that Cloudflare "provides a variety of Internet services" to "clients" and "website hosts."  TAC ¶ 10, 24, 25, 30, 31.  It identified Dolphin, Hivelocity, and Steadfast as "hosts," *see* TAC ¶ 12, 44, 50, 80, but distinguished Cloudflare's content delivery network services from such "primary host[s]," *see* TAC ¶ 10, 22, 23, 24, 28, 29, 32, 54.  The Court's Tentative Order recognized that there was no dispute that Cloudflare is not the primary host of any content for the 14 websites at issue, which are all hosted abroad. Dkt. 159 ("Tentative") at 4 ("Cloudflare does not own or operate the physical 'host' computers that store the permanent copies of its clients' website content"").

The undisputed record, including ALS Scan's own citations, does not support ALS Scan's proposed "dispute" that Cloudflare purportedly has created cache copies of the works at issue on its caching servers in the United States.  Specifically, the cited evidence does not support ALS Scan's claim that that "by default most of the static content on [each Cloudflare customer] site is copied onto Cloudflare's global network of servers."  Rather, Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter.  As such, CloudFlare does not cache the same resources for your site globally at every datacenter location."  And Cloudflare's corporate deponent

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

testified that signing up for Cloudflare "absolutely [does] not" download an entire website upon a customer signing up for Cloudflare.  Guinn Depo. at 85-86.  Mr. Guinn further testified that caching must be "triggered" due to visitors "making many requests for an asset in a specific region."  *Id.* at 86.

ALS Scan's citations also do not support its statement that "on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers."  ALS Scan's original declarations contained exhibits showing just seven ALS images cached on Cloudflare servers *in Sydney, Australia*.  *See* Tentative at 14 (noting that "Plaintiff has submitted Redbot reports for only seven of the 14 at-issue websites"); Cloudflare's Reply (Dkt. 144) at 11-12.  The Court's Tentative Order recognized that caching in Sydney did not show caching in the United States.  Tentative at 15.

ALS's new evidentiary citations are from its Offer of Proof.  (Dkt. Nos. 169-171).  These new citations likewise do not support the referenced statement, in that they do not show caching of any images at issue in the United States. More specifically, ALS Scan admits that it has no evidence of 3 websites (stooorage.com, imgflash.net, and pornwire.net), and that it is dropping its claims as to pornwire.net, which "leaves eleven sites at issue."  *See* Supp. Penn Decl. ¶ 5. For seven of those eleven websites (fboom.me, img.yt, imgsen.se, imgspice.com, imgspot.org, imgtrex.com, vipergirls.to ), ALS Scan's own exhibits shows that the URLs from those websites are not returning both a CF-RAY value from a server in the United States and a CF-Cache-Status values of "HIT" that indicates a copy of the image at that URL was in Cloudflare's cache.  *See* Paragraph 42, *infra*, and Offer (Dkt. 169) at 7-8.  The presence of a CF-RAY value alone only shows that the request transitted a Cloudflare server without storing a copy).  *See* Guinn Depo. at 38-39; Supp. Guinn Decl. at 8.

ALS's new evidentiary citations do reference 4 URLs on 4 of the websites which both have a CF-Cache-Status value of "HIT" and a CF-RAY value indicating that the "HIT" came from one of Cloudflare's United States data centers.  *See* Paragraph 42, *infra*, and Offer (Dkt. 169) at 7-8.  However, the specific identified URLs for those 4 websites (bestofsexpics.com, greenpiccs.com, imgchili.net, and slimpics.com), are not contained in any of the DMCA notice emails which ALS Scan has stated constitutes the infringements at

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| issue in this action.  *See* Offer at 7-9; Kassabian Decl. at C; Schoichet Decl. at 9. | |
| 5. Cloudflare's services have no impact on the location or substance of the content of a website's host server; in other words, they do not add, move or remove any image or video files from the host server.<br>Guinn Decl. ¶ 7 | 5. Disputed.  When website owners engage Cloudflare's services, they are obliged to use Cloudflare nameservers for their site, and by default most of the static content on the site is copied onto Cloudflare's global network of servers, including nineteen in the U.S. Cloudflare uses the terms "cache," "store" and "serve" to describe these services.  While Cloudflare may not offer "hosting" in the sense of permanent storage of files on a server, website owners nevertheless take steps that cause static images to be reproduced, displayed and distributed on Cloudflare's servers. After service of Cloudflare's motion, on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers.<br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Penn Decl. ¶¶ 2-19, Exs. 1-15; Guinn Decl. ¶¶ 7-9; 4/20/17 Spillane Decl.; 4/20/17 Penn Decl.; Guinn Depo. |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

**5. Cloudflare's Response:** ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.  For instance, ALS Scan's response concedes that Cloudflare does "not offer 'hosting' in the sense of permanent storage of files on a server."  ALS Scan alleged in the Third Amended Complaint that Cloudflare "provides a variety of Internet services" to "clients" and "website hosts."  TAC ¶ 10, 24, 25, 30, 31.  It identified Dolphin, Hivelocity, and Steadfast as "hosts," *see* TAC ¶ 12, 44, 50, 80, but distinguished Cloudflare's content delivery network services from such "primary host[s]," *see* TAC ¶ 10, 22, 23, 24, 28, 29, 32, 54.  The Court's Tentative Order recognized that there was no dispute that Cloudflare is not the primary host of any content for the 14 websites at issue, which are all hosted abroad.  Dkt. 159 ("Tentative") at 4 ("Cloudflare does not own or operate the physical 'host' computers that store the permanent copies of its clients' website content'").

The undisputed record, including ALS Scan's own citations, does not support ALS Scan's proposed "dispute" that Cloudflare purportedly has created cache copies of the works at issue on its caching servers in the United States.  Specifically, the cited evidence does not support ALS Scan's claim that that "by default most of the static content on [each Cloudflare customer] site is copied onto Cloudflare's global network of servers."  Rather, Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter.  As such, CloudFlare does not cache the same resources for your site globally at every datacenter location."  And Cloudflare's corporate deponent testified that signing up for Cloudflare "absolutely [does] not" download an entire website upon a customer signing up for Cloudflare.  Guinn Depo. at 85-86.  Mr. Guinn further testified that caching must be "triggered" due to visitors "making many requests for an asset in a specific region."  *Id.* at 86.

ALS Scan's citations also do not support its statement that "on eleven of the sites in question ALS found infringing ALS works reproduced, displayed and distributed on Cloudflare's domestic servers."  ALS Scan's original declarations contained exhibits showing just seven ALS images cached on Cloudflare servers *in Sydney, Australia*.  *See* Tentative at 14 (noting that "Plaintiff has submitted Redbot reports for only seven of the 14 at-issue websites"); Cloudflare's Reply

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|

(Dkt. 144) at 11-12.  The Court's Tentative Order recognized that caching in Sydney did not show caching in the United States.  Tentative at 15.

ALS's new evidentiary citations are from its Offer of Proof.  (Dkt. Nos. 169-171).  These new citations likewise do not support the referenced statement, in that they do not show caching of any images at issue in the United States.  More specifically, ALS Scan admits that it has no evidence of 3 websites (stooorage.com, imgflash.net, and pornwire.net), and that it is dropping its claims as to pornwire.net, which "leaves eleven sites at issue."  *See* Supp. Penn Decl. ¶ 5.  For seven of those eleven websites (fboom.me, img.yt, imgsen.se, imgspice.com, imgspot.org, imgtrex.com, vipergirls.to ), ALS Scan's own exhibits shows that the URLs from those websites are not returning both a CF-RAY value from a server in the United States and a CF-Cache-Status values of "HIT" that indicates a copy of the image at that URL was in Cloudflare's cache.  *See* Paragraph 42, *infra*, and Offer (Dkt. 169) at 7-8.  The presence of a CF-RAY value alone only shows that the request transited a Cloudflare server without storing a copy).  *See* Guinn Depo. at 38-39; Supp. Guinn Decl. at 8.

ALS's new evidentiary citations do reference 4 URLs on 4 of the websites which both have a CF-Cache-Status value of "HIT" and a CF-RAY value indicating that the "HIT" came from one of Cloudflare's United States data centers.  *See* Paragraph 42, *infra*, and Offer (Dkt. 169) at 7-8.  However, the specific identified URLs for those 4 websites (bestofsexpics.com, greenpiccs.com, imgchili.net, and slimpics.com), are not contained in any of the DMCA notice emails which ALS Scan has stated constitutes the infringements at issue in this action.  *See* Offer at 7-9; Kassabian Decl. at C; Schoichet Decl. 9.

| | |
|---|---|
| 6. The following 15 websites listed in the Second Amended Complaint currently use or have used Cloudflare's services.<br><br>bestofsexpics.com<br>cumonmy.com<br>fboom.me<br>greenpiccs.com<br>img.yt | 6. Admitted |

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| imgchili.net<br>imgflash.net<br>imgsen.se<br>imgspice.com<br>imgspot.org<br>imgtrex.com<br>pornwire.net<br>slimpics.com<br>stoorage.com<br>vipergirls.to<br>Guinn Decl. ¶¶ 12-13 | |
| 7. An Internet Protocol address ("IP Address") is a unique identifier for computers or servers connected to the internet. An IP address can be traced to indicate the country in which the servers are located. Cloudflare's customer records contain the IP addresses of the host servers for each of the 15 websites at issue, as referenced in No. 6, above.<br>Guinn Decl. ¶¶ 6, 14<br>Guinn Decl., Exs. G-U | 7. Disputed.  "Cloudflare's customer records" are available only to Cloudflare.  The direct infringers and Cloudflare have each undertaken volitional conduct to further frustrate the rights of copyright owners.  Cloudflare entices customers with the promise that use of Cloudflare's global server network will speed and smooth user's access to site owners' images.  To become a Cloudflare customer site owners are required to update records to identify Cloudflare nameservers for their site.  As a result, when copyright owners use domain lookup tools to determine where websites with infringing content are served, the only available information is an IP address for a domestic server maintained by Cloudflare.  Not only are copyright owners thus deprived of contact information for site owners and origin servers, the only available information compels them to seek redress for |

-11-

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| | infringement in a domestic court.  Only after being sued does Cloudflare then produce internal proprietary information, unavailable to copyright owners except through court processes, which Cloudflare designates "confidential" under a protective order and files under seal, to argue that the copyright owner's action should be dismissed in favor of disparate foreign fora.<br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Guinn Decl. ¶¶ 7-9. |

**7. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.  The Court's Tentative has already determined that there is no dispute here.  Tentative at 7.  The Court also has rejected ALS's legal theory: "Plaintiff repeatedly raises what appears to be an alternative theory of extraterritoriality based on the fact that Cloudflare masks its customers' actual IP addresses . . . this theory was expressly rejected in *Subafilms*."  Tentative at 15 n.13.

ALS Scan does not dispute the accuracy of the IP addresses in Cloudflare's records, nor that those IP addresses trace to extraterritorial host servers.  ALS Scan has repeatedly traced IP addresses to identify the physical locations of servers in this case, including in its evidence submitted in connection with its opposition.  *See, e.g.,* Spillane Decl. ¶ 6, Ex. D; Penn Decl. ¶¶ 5-19.

ALS's remaining claimed disputes are either irrelevant to Cloudflare's undisputed fact #7 or are legal conclusions.

Cloudflare disputes that "the only information that was available to ALS" regarding the identity of the host server in question was via an IP Address lookup.  As ALS Scan's own document production confirms, Cloudflare's policy and

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed complaints with us.").  ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Declaration of Rachel Kassabian (Dkt. 144-1) ("Kassabian Decl.") ¶ 5, Ex. C. ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare.  *See* Carter Decl. ¶ 6.<br><br>        Cloudflare objects to ALS Scan's use of Cloudflare's settlement communication in this response under F.R.E. 402 and 408.   The Court's Tentative already sustained this objection.  Tentative at 16 (sustaining Cloudflare's Evidentiary Objection No. 2). | |
| 8. The IP addresses for 14 of the 15 websites (all except cumonmy.com) trace to host servers geographically located outside the United States. Guinn Declaration ¶ 15 Guinn Decl., Exs. G-U | 8. Disputed. "Cloudflare's customer records" are available only to Cloudflare.  The direct infringers and Cloudflare have each undertaken volitional conduct to further frustrate the rights of copyright owners.  Cloudflare entices customers with the promise that use of Cloudflare's global server network will speed and smooth user's access to site owners' images.  To become a Cloudflare customer site owners are required to update records to identify Cloudflare nameservers for their site.  As a result, when copyright owners use domain lookup tools to determine where websites with infringing content are served, the only |

-13-

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
|  | available information is an IP address for a domestic server maintained by Cloudflare.  Not only are copyright owners thus deprived of contact information for site owners and origin servers, the only available information compels them to seek redress for infringement in a domestic court.  Only after being sued does Cloudflare then produce internal proprietary information, unavailable to copyright owners except through court processes, which Cloudflare designates "confidential" under a protective order and files under seal, to argue that the copyright owner's action should be dismissed in favor of disparate foreign fora.<br>Spillane Decl. ¶¶ 1-14, Exs. A-L; Guinn Decl. ¶¶ 7-9. |

**8. Cloudflare's Response:**

ALS Scan's claimed "dispute" is not responsive to Cloudflare's uncontroverted fact, and does not actually dispute it.  The Court's Tentative has already determined that there is no dispute here.  Tentative at 7.  The Court also has rejected ALS's legal theory: "Plaintiff repeatedly raises what appears to be an alternative theory of extraterritoriality based on the fact that Cloudflare masks its customers' actual IP addresses . . . this theory was expressly rejected in *Subafilms*."  Tentative at 15 n.13.

ALS Scan does not dispute the accuracy of the IP addresses in Cloudflare's records, nor that those IP addresses trace to extraterritorial host servers.  ALS Scan has repeatedly traced IP addresses to identify the physical locations of servers in this case, including in its evidence submitted in connection with its opposition.  *See, e.g.,* Spillane Decl. ¶ 6, Ex. D; Penn Decl. ¶¶ 5-19.

| CLOUDFLARE'S STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING EVIDENCE (DKT. 123-1) | ALS SCAN'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT (DKT. 131) |
|---|---|
| ALS's remaining claimed disputes are either irrelevant to Cloudflare's undisputed fact #8 or are legal conclusions.<br><br>Cloudflare disputes that "the only information that was available to ALS" regarding the identity of the host server in question was via an IP Address lookup. As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed complaints with us.").  ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Kassabian Decl. ¶ 5, Ex. C.  ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare. *See* Carter Decl. ¶ 6.<br><br>Cloudflare objects to ALS Scan's use of Cloudflare's settlement communication in this response under F.R.E. 402 and 408.   The Court's Tentative already sustained this objection.  Tentative at 16 (sustaining Cloudflare's Evidentiary Objection No. 2). | |

## CLOUDFLARE'S RESPONSE TO ALS SCAN'S

## ADDITIONAL DISPUTED AND UNDISPUTED FACTS[1]

| ALS SCAN'S ADDITIONAL FACTS (DKT. | CLOUDFLARE'S RESPONSE |
|---|---|

[1]  Cloudflare has re-numbered all additional facts in this document, starting with "9", in order to avoid the numbering citation problem identified by the Court in its Tentative.  *See* Tentative at 5 n.6.

| 131) | |
|---|---|
| 9. "Cloudflare can be used by anyone with a website and their own domain, regardless of your choice in platform. From start to finish, setup takes most website owners less than 5 minutes. Adding your website requires only a simple change to your domain's DNS settings."<br><br>Spillane Decl. ¶ 3, Ex. A. | 9. Admitted. |
| 10. To become a Cloudflare client, the site owner:<br>1) goes to Cloudflare's site and clicks "Sign Up;"<br>2) creates a Cloudflare account;<br>3) enters the domain name(s) for the owner's website(s) and clicks "begin scan;"<br>4) Cloudflare scans the domain's DNS records;<br>5) all list of all DNS records found is displayed;<br>6) the owner selects a Cloudflare plan and clicks "Process and continue;"<br>7) Cloudflare nameservers are assigned to the owner's domain, and the owner can select performance and security settings; and<br>8) the site owner updates the nameservers for his domain with the nameservers provided by Cloudflare.<br><br>Spillane Decl. ¶ 4, Ex. B. | 10. Admitted. |
| 11. "Rather than having you add hardware, install software, or change your code, we have you designate two | 11. Admitted. |

| | |
|---|---|
| Cloudflare nameservers as the authoritative nameservers for your domain (e.g., bob.ns.cloudflare.com and sara.ns.cloudflare.com). You make this change with the registrar from which you bought your domain (e.g., Go Daddy, Network Solutions, Register.com, etc.)." <br><br> Spillane Decl. ¶ 3, Ex. A | |
| 12. "Under Cloudflare's 'Free' and 'Pro' service plans, a website owner must designate Cloudflare as its domain nameserver. This service is why an IP address WHOIS lookup regarding a website operated by a Cloudflare customer traces to Cloudflare—because the customer has designated Cloudflare as its domain nameserver." <br><br> Guinn Decl. ¶ 7, Doc. 124-2. | 12. Admitted. |
| 13. Stated another way, "CloudFlare will mask your IP." <br><br> Spillane Decl. ¶ 5, Ex. C, Cloudflare 142. | 13. Admitted that Exhibit C to the Spillane Declaration is a true and accurate copy of the Cloudflare Frequently Asked Questions webpage, https://support.cloudflare.com/hc/en-us/articles/203322654-Why-is-my-domain-resolving-to-the-wrong-IP-when-I-do-a-DNS-lookup-or-ping- . That page states in relevant part: <br><br> Why is my domain resolving to the wrong IP when I do a DNS lookup or ping? <br><br> Cloud Flare will mask your IP, this is because we use our own DNS to resolve to one of our many reverse proxy servers for any record that is |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

"Orange Clouded," this does several things:

**1. Protect your origin server**

• The IPs that you see are distributed globally across all of our PoPs with anycast networking. Since DDoS attacks are "Distributed" globally, we are able to spread the load across our entire network, while filtering the bad traffic.

• The attackers will resolve to a Cloud Flare IP address and not yours so they would not be able to attack your web server directly.

**2. Speeds up your site**

• All of our PoPs are running a reverse proxy. These reverse proxies will improve the data your server sends to speed up your site. We use different methods of caching, compression, and removing of unwanted empty space (Auto-minify.) All of these features can be turned on and off from the various settings through the control panel or pagerules.

Spillane Decl. ¶ 5, Ex. C.

| | |
|---|---|
| 14. For this reason, the domain lookups for the websites in question do not show the IP addresses or server locations disclosed in Cloudflare's motion. That information came from Cloudflare's proprietary files, information that Cloudflare filed under seal.  Rather, the only information that was available to | 14.  ALS Scan's disputed fact is irrelevant to the resolution of this Motion under Federal Rule of Evidence 402.  A customer's act of designating Cloudflare as its authoritative nameserver is an immaterial fact, because they do not host the websites in question.  The |

-18-
**CLOUDFLARE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

| | |
|---|---|
| ALS from domain lookups showed that the IP addresses of the sites in question were Cloudflare servers located in the U.S.<br><br>Spillane Decl. ¶ 6, Ex. D. | Court's Tentative already sustained this objection, recognizing that domain nameservers do not make copies and thus do not implicate any of ALS Scan's exclusive rights.  *See* Tentative at 15 n.13.<br><br>Nevertheless, for completeness, Cloudflare further responds as follows:<br><br>Admitted that "the domain lookups for the websites in question do not show the IP addresses or server locations disclosed in Cloudflare's motion." Because of Cloudflare's DNS services, domain name lookups for Cloudflare customers point to Cloudflare name servers and do not disclose the IP addresses of Cloudflare's customers' host servers.  *See* Guinn Decl. ¶ 7.<br><br>Cloudflare has produced the IP address information for all of the host servers storing the 14 websites at issue in this motion.  *See* Guinn Decl. ¶ 7; Paine Decl. ¶ 9.<br><br>Cloudflare disputes that "the only information that was available to ALS" regarding the identity of the host server in question was via an IP Address lookup.  As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform.  *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the |

**CLOUDFLARE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

| | | |
|---|---|---|
| 1 | | information about your web server to alleged copyright holders or other complainants who have filed complaints with us."). ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Kassabian Decl. (144-1) ¶ 5, Ex. C. ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare. *See* Carter Decl. ¶ 6. |
| 15 | 15. When Cloudflare learned of this suit, it contacted ALS and said that it would disclose the site owners and hosts to ALS, but only on the condition that ALS give Cloudflare a release of liability. Spillane Decl. ¶ 15. | 15. Disputed that Cloudflare's alleged settlement communication involves material facts relevant to the resolution of this Motion under F. R. E. 402, because it has nothing to do with the extraterritoriality of the alleged direct infringements at issue in this case. The communication is also inadmissible on the merits pursuant to F.R.E. 408. The Court's Tentative already sustained this objection. Tentative at 16 (sustaining Cloudflare's Evidentiary Objection No. 2). Nevertheless, for completeness, Cloudflare further responds as follows: Cloudflare's in house counsel was informing ALS of Cloudflare's abuse policies and was engaging in a |

**CLOUDFLARE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

| | |
|---|---|
| | settlement communication requesting to be dismissed from the case on that basis. *See* Carter Decl. ¶ 2-5. |
| | As ALS Scan's own document production confirms, Cloudflare's policy and practice is to disclose the identity of hosting providers in response to valid DMCA notices submitted via Cloudflare's Abuse Webform. *See* Guinn Decl., Ex. A § 11 (ALS Scan also attached this document as Spillane Decl., Ex. G) ("You acknowledge that Cloudflare may, at its own discretion, reveal the information about your web server to alleged copyright holders or other complainants who have filed complaints with us."). ALS Scan has produced a June 14, 2016 (pre-Complaint) email from Cloudflare to ALS Scan's DMCA agent, which provides the identity and contact information for the relevant host provider in response to ALS Scan's Webform copyright infringement complaint regarding Slimpics.com. *See* Kassabian Decl. (144-1) ¶ 5, Ex. C. ALS Scan could have obtained the relevant hosting provider information for all of the websites at issue, had it simply submitted a proper Webform copyright infringement complaint to Cloudflare. *See* Carter Decl. ¶ 6. |
| 16. Cloudflare's CDN, its "Global Anycast Network," comprises 102 data centers throughout the world, nineteen of which are in the United States. | 16. Admitted, that Ex. E to the Spillane Declaration is a true and accurate copy of the Cloudflare Global Anycast Network Map, https://www.cloudflare.com/network/, |

| | |
|---|---|
| Spillane Decl. ¶ 7, Ex. E. | at the time it was produced on February 20, 2017. |
| 17. "A content delivery network (CDN) takes your static content and stores a copy closer to your visitors." https://www.cloudflare.com/websiteoptimization/<br><br>"CloudFlare's Service is offered as a platform to cache and serve web pages and websites." https://www.cloudflare.com/terms/ (Section 10: Limitation on non-HTML Caching.)<br><br>Spillane Decl. ¶ 8, Ex. F.<br>Spillane Decl. ¶ 9, Ex. G. | 17. Admitted. |
| 18. "Cloudflare also provides automated caching functionality to customer websites. Cloudflare operates 102 caching data centers located all over the world. See Ex. E (The Cloudflare Global Anycast Network). When an end user chooses to visit a Cloudflare customer's website, the user is routed through the Cloudflare caching server closest to that end user's computer.  See Ex. B (Cloudflare Support > Getting Started > Cloudflare 101 > Step 1)." Guinn Decl. ¶ 8, Doc. 124-2. | 18. Admitted; *see* Cloudflare's Response to ALS Scan's Statement #8, above. |
| 19.  "[W]e use a network routing technology called Anycast (and some other fancy tricks) to route initial DNS lookups for your domain to a Cloudflare data center closest to the visitor. We have data centers around the world and we're growing every month. The data | 19.  Admitted.  "We" is a reference to "Cloudflare" because this is a quotation from a Cloudflare document. |

| | |
|---|---|
| center that receives the request returns an answer in the form of an IP address (e.g . 99.99.99.99), which directs all the visitor's subsequent requests to the best data center for them." (Spillane Decl. ¶ 3, Ex. A, Cloudflare 131.) | |
| 20. "To speed up the response time for a request that goes to one of our frontline servers, Cloudflare caches parts of websites that are static in these servers. . . . [T]ypically 50% of the resources on any given web page are cacheable." *Id.*, Cloudflare 131. | 20. Admitted. |
| 21. "When resources on your site are cached on Cloud Flare's datacenters, it allows us to send those resources to your visitors from a location closest to them. This will increase your domain's loading speed and save your origin server bandwidth. If no settings are changed and no headers that prevent caching are sent from your the [sic] origin server, then Cloudflare caches all static content with the extensions that Cloud Flare will cache by default." (Spillane Decl. ¶ 11, Ex. I, Cloudflare 176.) | 21. Admitted. |
| 22. "Cloudflare's CDN caches the following types of static content by extension for all account types by default: [list of file extensions appear on exhibit]." (Spillane Decl. ¶ 10, Ex. H, Cloudflare 149.) All of the infringements alleged in this case involve static ALS files in jpg format, a format that is cached on Cloudflare's CDN by default. (Penn Decl. ¶ 4; Guinn | 22. Admitted that Cloudflare's CDN can cache the following eligible types of static content by default: [list of file extensions appear on exhibit]." (Spillane Decl. ¶ 10, Ex. H). ALS's implication that all jpeg images are cached for all Cloudflare customer websites is not supported by the undisputed evidence. Just because a |

| | |
|---|---|
| Decl. ¶ 9, Doc. 124-2.) | jpg file is *eligible* to be cached by default does not mean that the jpg file is actually going to be present in Cloudflare's cache in the United States.  As Spillane Decl. ¶ 12, Ex. J states "Note: CloudFlare's static content caching is dependent on both (a) where most of your visitors are coming from and which CloudFlare datacenter they are hitting, and (b) how many times those resources are requested at the specific datacenter. *See also* Guinn Depo. at 86 (caching is determined by "which objects are requested" within "a specific region").  It is "absolutely" possible for a website to have cacheable content that is not actually cached because it did not meet the geography and popularity requirements for caching.  Guinn Depo. at 73-74 (testifying that a website could contain many static jpg images without any being actually cached because they "have to be popularly accessed in a single region"). |
| 23. Cloudflare offers its clients "caching levels:" basic, simple and aggressive. (Spillane Decl. ¶ 13, Ex. K, Cloudflare 185.) Fourteen of the fifteen sites in question have used this caching election. All elected "aggressive" caching, except imgchili.net and greenpiccs.com, which elected basic caching. (Spillane Decl. ¶ 14, Ex. L, Cloudflare 166.) | 23. Admitted that Cloudflare offers its customers caching levels.<br><br>Admitted that imgchili.net and greenpiccs.com elected basic caching. *See* Spillane Decl. ¶ 14, Ex. L.<br><br>Admitted that Spillane Decl. ¶ 14, Ex. L shows that 12 websites are set to "aggressive" caching.  Disputed that all of the 12 websites with aggressive caching "elected" it, because "aggressive" is the default caching level used when a customer does not |

-24-

| | | |
|---|---|---|
| 1 2 3 4 5 6 | | select a caching level. *See* Spillane Decl. ¶ 13, Ex. K (indicating that "aggressive" caching level is also "standard"). This is not a material fact, however, and is thus irrelevant to the resolution of Cloudflare's motion. |
| 7 8 9 10 11 12 13 14 15 16 17 | 24. One can tell if one is viewing a file cached in the Cloudflare CDN from information in the header of a web page. "CF-Cache-Status: HIT" indicates "resource in cache, served from CDN cache." (Spillane Decl. ¶ 12, Ex. J, Cloudflare 144.) | 24. Admitted that a response header value of "CF-Cache-Status: HIT" indicates that a resource is present in Cloudflare's cache somewhere on its network. That header must be viewed in conjunction with the "CF-RAY" response header to determine the geographic location of the Cloudflare caching data center the cache file was served from. Guinn Depo. at 50 ("CF-Ray [] indicate[s] which data center responded to a request."); *id.* at 69-70 ("The presence of a CF-RAY header indicates that a request transitted a Cloudflare data center"). |
| 18 19 20 21 22 23 24 25 26 27 | 25. For twelve of the fifteen sites that are the subject of Cloudflare's motion, after service of Cloudflare's motion ALS confirmed that infringing copies of ALS works are being reproduced, displayed and distributed on Cloudflare servers in the United States. For the other three sites Cloudflare lists in its motion, ALS has historical information showing that they used Cloudflare's services.<br><br>Penn Decl. ¶¶ 2-19, Ex. 1<br>Spillane Decl. ¶ 6, Ex. D. | 25. Disputed because the cited evidence does not support the statements. The Court already determined that this evidence did not show that actionable copies of ALS works were present on Cloudflare servers in the United States. *See* Tentative at 15 (even assuming a "CF-Cache-Status: HIT" header, ALS Scan's evidence showed caching in Sydney and thus "failed to establish that any of its images were actually stored on Cloudflare's U.S. data servers"). |
| 28 | | |

| | |
|---|---|
| | As explained in Cloudflare's previous response, ALS's citations for this proposition, namely the Penn Declaration and exhibits thereto, only contain evidence of seven ALS images cached by Cloudflare — one each for seven of the fourteen websites at issue in Cloudflare's motion.  Penn Decl. ¶¶ 2-19.  But contrary to ALS Scan's response, the URLs for those seven images do *not* indicate that "infringing copies of ALS works are being reproduced, displayed and distributed on Cloudflare servers <u>in the United States</u>."  Rather, ALS Scan's own evidence shows that the seven images were cached on Cloudflare servers *in Sydney, Australia.  See* Penn Decl. ¶¶ 5, 6, 8, 9, 10, 12, 17, and Exs. 1, 2, 4, 5, 6, 8, 13; Carter Decl. ¶ 7. |
| 26. To become a Cloudflare client, Cloudflare requires the client to name two Cloudflare nameservers as the authoritative nameservers for their website domain. (3/2/17 Guinn Decl. ¶ 7, Doc. 124-2; Guinn Depo. 13:14-14:22, Ex. 1.) "This service is why an IP address WHOIS lookup regarding a website operated by a Cloudflare customer traces to Cloudflare—because the customer has designated Cloudflare as its domain nameserver." (3/2/17 Guinn Decl. ¶ 7, Doc. 124-2.) | 26.  Admitted. |
| 27.<br><br>Q ... [W]hy does Cloudflare have customers designate two Cloudflare | 27.  Admitted. |

| | |
|---|---|
| nameservers?<br><br>A Cloudflare has customers designate Cloudflare nameservers in order to route Internet requests to Cloudflare so that [its] service can operate.<br><br>Q And what does that enable Cloudflare to do?<br><br>A It enables Cloudflare to direct website visitors to Cloudflare servers.<br><br>(Guinn Depo. 14:23-15:5.) | |
| 28.  Cloudflare's "Global AnyCast Network" of data centers includes both nameservers and caching servers. "[T]he Cloudflare nameservers are used so that DNS will route a website visitor to send HTTP requests to Cloudflare caching servers." (Guinn Depo. 15:14-16:5.) | 28.  Admitted. |
| 29.  Cloudflare's CDN, its "Global Anycast Network," comprises 102 data centers throughout the world, nineteen of which are in the United States. (3/9/17 Spillane Decl. ¶ 7, Ex. E, Cloudflare 133; Guinn Depo. 19:12-21:9, Ex. 4.) "The Cloudflare . . . Global Anycast network contains caching servers as well as nameservers." (Guinn Depo. 16:2-5.) "A content delivery network (CDN) takes your static content and stores a copy closer to your visitors." (3/9/17 Spillane Decl. ¶ 8, Ex. F, Doc. 133.) "When an end user chooses to visit a Cloudflare customer's website, the user is routed through the Cloudflare caching server closest to that end user's computer. *See* Ex. B | 29.  Admitted, that Ex. E to the Spillane Declaration is a true and accurate copy of the Cloudflare Global Anycast Network Map, https://www.cloudflare.com/network/, at the time it was produced on February 20, 2017. |

| | |
|---|---|
| (Cloudflare Support > Getting Started > Cloudflare 101 > Step 1)." (3/2/17 Guinn Decl. ¶ 8, Ex. B, Doc 124-2.) | |
| 30.  Q ... [I]s there . . . a step after [a query reaches a Cloudflare DNS server] which the DNS server employs to send the visitor to the nearest Cloudflare caching server, provided that the user's seeking to access something that is cached?<br><br>    Ms. Kassabian: Objection. Vague<br><br>    A Yes.<br><br>    Q Please explain how that works.<br><br>    A So when a visitor visits a website, they first do a DNS lookup. It's similar to looking up someone's phone number in the phone book. . . . The DNS server responds with an IP address of the web server, and in that instance, the second request which is similar to making the phone call after doing a lookup in the phone book is the request to a Cloudflare caching server.<br><br>    Q    So . . . in this process, the Cloudflare DNS server will direct the user to the nearest Cloudflare caching server? A Yes.<br><br>    Q And . . . that's the nearest Cloudflare caching server within the Cloudflare global AnyCast network?<br><br>    A Correct.<br><br>    (Guinn Depo. 17:1-18:1.) | 30.  Admitted, except as to the question for which there a vague objection.  ALS Scan's offered evidence shows that Cloudflare's nameservers intercept and filter out malicious traffic before it can reach a Cloudflare customer's website.  *See* Spillane Decl. Ex. A (Cloudflare uses a "basic function of the Internet" to help optimize traffic and block malicious attacks).  Once Cloudflare has determined that a website visitor is not a bad actor, the Cloudflare nameserver directs the visitor's inquiry to Cloudflare's closest caching server. *See* Guinn Depo. at 27-28. |

| | |
|---|---|
| 31.  Q: [S]ay I'm sitting at my computer in Los Angeles, and I put into the browser bar a URL imgchili.net, slash, whatever ending in .jpg. Okay? Now, if I then hit enter, where do I first go?<br><br>MS. KASSABIAN: Objection. Incomplete hypothetical. You can answer.<br><br>THE WITNESS: What will happen is you will do a DNS lookup. That DNS response will come from a DNS server in the region, very likely in Los Angeles. The -- then you make an H[T]TP request for that -- that URL which ends in .jpg, potentially to the Los Angeles data center. If that file is in the cache, we can deliver it from our temporary cache, and if the file is not in cache, we would proxy the request through to the web server and take a copy of the file from the web server and deliver it to the web browser.<br><br>(Guinn Depo. 25:10-26:2.) | 31.  Admitted. |
| 32.  Q Is it Cloudflare's objective to send . . . a browser from, say, Los Angeles to the . . . Los Angeles caching server maintained by Cloudflare if possible?<br><br>A Yes.<br><br>(Guinn Depo. 28:9-13.) | 32.  Admitted. |
| 33.  Q . . . [I]f I have asked for a .jpg file that isn't at that moment cached on the Cloudflare caching server in Los | 33.  Cloudflare admits this portion of the testimony of Mr. Guinn but also |

Angeles, that server will pull that file from the origin server and draw it up to the Cloudflare caching server? Is that correct?

MS. KASSABIAN: Objection. Vague.

THE WITNESS: The file will actually be proxied -- pulled from the origin server and proxied and delivered through to the requester, so in this instance you.

BY MR. SPILLANE:

Q Well, is the delivery path you just described straight from the origin server or from the origin server to the Cloudflare caching server in Los Angeles and then to me?

A The latter.

(Guinn Depo. 29:9-24.)

---

includes for completeness the additional testimony Mr. Guinn provided on this very same issue:

"A reverse proxy is [a] server which receives a request from a client, inspects that request, and then submits the same request again through to an origin server, and then does the same with the response." Guinn Depo. at 75.

---

34.  Even under examination by Cloudflare's counsel, Cloudflare emphasized that Cloudflare makes temporary copies of image files and stores those images closest to the consumer:

Q: But in order to move the website contents closer to the user, CDN servers have to create temporary copies of that content, right?

MR. SPILLANE: Objection. Leading.

THE WITNESS: Exactly.

Q: So how do temporary copies created by CDN services impact website

---

34.  Cloudflare admits this portion of the testimony of Mr. Guinn but also includes for completeness the additional testimony Mr. Guinn provided on this very same issue:

Q: What does it mean for Cloudflare to cache static content by default?

A: It means that we may cache objects that have this extension that are popular and requested often in the same region, that we may cache these by – objects of that type by default.

Q: Does it mean that, for instance, all jpg files on a particular customer's website will be by default cached on

| performance? | Cloudflare's caching servers? |
|---|---|
| A: By making these . . . cached copies close to the end users, it allows us to deliver portions of the website closer to the user, and it causes the website to load faster.<br><br>(Guinn Depo. 90:25-91:11.) | A: No.<br><br>Q: Why not?<br><br>A: Because the assets have to be requested by web browsers, and they also have to be popularly accessed in a single region in order for an -- a file with an extension, for instance .jpg, to be cached in a Cloudflare data center.<br><br>Q: So is it possible, then, for a given Cloudflare customer's website to have lots of jpg images on that website, but, in fact, to have none of those images copied in Cloudflare's cache servers?<br><br>A: Absolutely.<br><br>Guinn Depo. at 73:7-74:2. |
| 35.  Whether or not a file is stored on a Cloudflare caching server is a function of "popularity." "[W]hen there are multiple requests for the same object all hitting the same data center, we will cache that object in that data center so that . . . once a request is popular or an object is popular, we can serve requests for that object from that data center." (Guinn Depo. 30:4-15.) A file cached in a Cloudflare caching server through popular requests has a two hour "time to live" or "TTL."  Further requests for that file during the TTL will cause Cloudflare to query the origin server to validate if the object has changed, and if not Cloudflare will restart the two hour TTL.  (Guinn Depo. 30:16¬31:18.) | 35.  Admitted. |

| | |
|---|---|
| 36.  In ALS's experience, two consecutive requests for a file are sufficient to pull a file into Cloudflare's cache if the first query indicated the file was expired. (4/20/17 Spillane Decl. ¶ 5.) | 36.  The cited evidence does not competently support the statement. *See* Request for Evidentiary Rulings filed concurrently herewith. |
| 37.  The ALS images in question in this suit are .jpg static files. (3/9/17 Penn Decl. ¶ 4, Doc. 134.) "Cloudflare's CDN caches [.jpg files] for all account types by default." (Guinn Depo. 21:23-24:9 Ex. 5.) | 37.  Admitted that "The ALS images in question in this suit are .jpg static files." Admitted that Cloudflare "caches [.jpg files] for all account types by default." Cloudflare also includes for completeness the additional testimony Mr. Guinn provided on this very same issue: Q: What does it mean for Cloudflare to cache static content by default? A: It means that we may cache objects that have this extension that are popular and requested often in the same region, that we may cache these by – objects of that type by default. Q: Does it mean that, for instance, all jpg files on a particular customer's website will be by default cached on Cloudflare's caching servers? A: No. Q: Why not? A: Because the assets have to be requested by web browsers, and they also have to be popularly accessed in a |

| | |
|---|---|
| | single region in order for an -- a file with an extension, for instance .jpg, to be cached in a Cloudflare data center.<br><br>(Guinn Depo. at 73) |
| 38. "Cloudflare's website explains to users that they can determine whether 'Cloudflare is caching [a client's] site or a specific file by checking the responses shown in the "CF-Cache-Status" header,' and states that within the CF-Cache-Status header, 'HIT' means 'resource in cache, served from CDN Cache'; 'MISS' means 'resource not in cache, served from origin server'; and 'EXPIRED' means 'resource in cache but has since expired, served from origin server.' . . . Spillane Decl. Ex. J at CLOUDFLARE00000144, Docket No. 133-10." 3/30/17 Order Doc. 159 p. 6. | 38.  Admitted.  For completeness, ALS Scan's cited exhibits shows that the absence of a CF-Cache-Status response header means the resource was not in Cloudflare's cache. Spillane Decl. (Dkt. 133-10), Exs. I and J (showing that the absence of a "CF-Cache-Status" response header or a "cache-control" response header value of "private" or "no-cache" means that the content was not cached). *See also* Guinn Depo. at 49, 63; Supp. Guinn Decl. ¶ 7. |
| 39.  The "CF-RAY" header row ends with three characters employing airport codes showing "which Cloudflare caching data center is serving the cached content to the user requesting the report." (3/16/17 Carter Decl. ¶ 7, Doc. 144-2.) | 39.  Admitted that this is an excerpt from a true and correct statement in the 3/16/17 Declaration of Ken Carter, which reads in full:<br><br>"I have reviewed the exhibits attached to the Declaration of Eric Penn submitted in opposition to Cloudflare's Motion. Many of the exhibits attached to the Penn Declaration show a screenshot of a report from "redbot," a tool that reports server response headers. At the bottom of the report is a line that reads "CF-RAY: [value]-SYD." In consultation with Cloudflare's engineering team, I can confirm that this line identifies which Cloudflare caching data center is serving the cached content to the user |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

requesting the report. The "SYD" identifier is based on the International Air Transport Association (IATA) airport code for "Sydney," which we use to identify Cloudflare's caching data center in Sydney, Australia and means that the image in question was served using a temporary cache copy stored there."

(3/16/17 Carter Decl. ¶ 7, Dkt. 144-2.)

The exhibits in question were Redbot reports with both a CF-RAY response header from Sydney, Australia and a CF-Cache-Status header of "HIT." *See* Penn. Decl. (Dkt. 138). Thus, when an asset is in Cloudflare's cache, the CF-RAY header will indicate the particular Cloudflare data center storing it.

When a "CF-RAY" response header is displayed in conjunction with a CF-Cache-Status header of "MISS", or if there is no CF-Cache-Status header at all, it means that the website visitor request was transmitted through the indicated Cloudflare data center, but as confirmed by the Cache Status header, no cache copy was served from Cloudflare's cache. Guinn Depo. at 50 ("CF-RAY header indicates only "which data center responded to a request"); Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center"); Guinn Decl. Ex. J ("MISS" means that a resource was "not in cache"); Supp. Guinn Decl. at

-34-

| | |
|---|---|
| | ¶¶ 7-9. |
| 40.  A "cache control" header is used to determine for how long a file should be cached. (Guinn Depo. 59:6-24.) That header does not communicate whether the client has requested that its content not be cached. (Guinn Depo. 59:25-60:14.) | 40.  Cloudflare admits that a "cache control" header is used to determine for how long a file should be cached. (Guinn Depo. 59:6-24.).<br><br>As to Guinn Depo. 59:25-60:14, Cloudflare admits Mr. Guinn's statements therein, which  speak for themselves and ALS's characterizations are not supported by the cited evidence.  For completeness, the Guinn testimony was as follows:<br><br>Q: Given your knowledge of the information used by Cloudflare to indicate caching status, do you read this as indicating that this client asked that its content not be cached?<br><br>MS. KASSABIAN: Objection. Calls for speculation; lacks foundation.<br><br>THE WITNESS: Yeah. It's -- it's actually not possible to determine if that's what the – and "client," I assume you mean by the website owner?<br><br>BY MR. SPILLANE:<br>Q: Yeah, the cloud-based client, the website owner.<br><br>A: Yeah.It is not possible to determine looking at this if that's was -- was the intention of the client.<br><br>(Guinn Depo. 59:25-60:14).<br><br>Cloudflare complies with industry protocols governing "cache control" headers.  *See* Guinn Depo. at 60-61. ALS Scan's own submitted exhibits admits that Cloudflare follows a "no- |

-35-

| | |
|---|---|
| | cache" instruction from a cache-control header.  *See* Spillane Decl. (Dkt. 133-10) Ex. J. ("Cloud Flare will not cache your site or static content if you have no-cache and private headers coming from your server."). |
| 41.  The Second Amended Complaint lists fifteen websites that "are or have been Cloudflare customers." (3/2/17 Guinn Decl. ¶ 12, Doc. 124-2.) Cloudflare's "trust and safety team" produced a schedule showing the "cache level" for fourteen of those sites. Twelve requested "aggressive" caching and two "basic" caching. (Guinn Depo. 35:2-25, Ex. 8.) | 41.  Admitted. |
| 42.  Since the Court's March 30, 2017 Order, ALS determined that the response headers shown by the redbot.org site showed information from queries made by redbot.org's servers in Hong Kong, thus eliciting the "SYD" (Sydney Australia) value in the CF-RAY response header. 4/20/17 Penn Decl. ¶¶ 3, 4.

ALS therefore made queries for infringing ALS images on eleven of the fifteen sites at issue in the Cloudflare motion from locations in the United States: 1) hurl.it, a response header site like redbot.org with servers in Northern Virginia, 4/20/17 Penn Decl. ¶¶ 7, 8, Exs. 1-10; 2) Eric Penn's computer in Woodstock, Maryland, 4/20/17 Penn Decl. ¶ 9 Exs. 11-21; 3) from Eric Penn's computer in Woodstock, Maryland using a VPN to connect to | 42.  Cloudflare lacks knowledge about ALS's internal determinations regarding redbot.org's servers; in any case, such statements are immaterial and irrelevant to the resolution of this motion.  The Tentative already determined that the Redbot evidence did not show that actionable copies of ALS works were present on Cloudflare servers in the United States.  *See* Tentative at 15 (even assuming a "CF-Cache-Status: HIT" header, ALS Scan's evidence showed caching in Sydney and thus "failed to establish that any of its images were actually stored on Cloudflare's U.S. data servers").

Cloudflare lacks knowledge of and on that basis disputes the accuracy, authenticity, and relevance of the cited exhibits.  Nonetheless, assuming that the exhibits are accurate reflections of |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

computers in various parts of the US, 4/20/17 Penn Decl. ¶ 10 Ex. 22; and 4) from Jay Spillane's computer in Los Angeles, 4/20/17 Spillane Decl. ¶ 4 Exs. 1-10. The results of these searches, together with the results from the 3/9/17 Penn Declaration to the extent there are any important differences, are as follows:

response headers for the URLs contained therein, Cloudflare responds as follows:

ALS Scan admits in the chart below that it has presented no evidence as to 3 websites  (stoorage.com, imgflash.net, and pornwire.net), which "leaves eleven sites at issue."  *See* Supp. Penn Decl. ¶ 5.

ALS Scan's own exhibits as summarized in the chart below further indicate that there is no dispute that ALS Scan has only presented evidence that four unique URLs from four of the websites at issue (imgchili.net, slimpics.com, bestofsexpics.com, and greenpiccs.com) have returned CF-Cache-Status values of "HIT" on Cloudflare's domestic caching servers. But ALS's discovery admissions confirm that these four URLs are not at issue in this case, so they are irrelevant to Cloudflare's motion.  *See* Schoichet Decl. at 9.

For the remaining seven websites (fboom.me, img.yt, imgsen.se, imgspice.com, imgspot.org, imgtrex.com, vipergirls.to ), ALS Scan's own exhibits show that the URLs from those websites are not returning both a CF-RAY value from a server in the United States and a CF-Cache-Status values of "HIT" that would indicate that a copy of the image at that URL was present in Cloudflare's cache.  A CF-RAY value

**CLOUDFLARE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

alone only shows that a website visitor request transited Cloudflare's servers without storing any content. *See* Guinn Depo. at 38-39; Supp. Guinn Decl. ¶ 8.

ALS's implication that the presence of a domestic server in the CF-RAY field, without a corresponding HIT in the CF-Cache-Status field, is relevant is unsupported by the cited evidence. Guinn Depo. at 50 ("CF-Ray" header indicates *only* "which data center responded to a request"); *id.* at 69-70 ("The presence of a CF-Ray header indicates that a request transited a Cloudflare data center"); Guinn Decl. Ex. J ("MISS" means that a resource was "not in cache").

ALS's chart listing only top-level domains for each website is inconsistent with its own evidence, which consists of screenshots of particular URLs (such as image URLs or webpage URLs) within those domains. *See* Schoichet Decl., Ex. A.

Set forth below is an annotated version of ALS Scan's proffered chart.

| | Notes | Spillane | hurl.it | Penn 4/20/17 | Penn 3/9/17 |
|---|---|---|---|---|---|
| **imgchili.net** | | | | | |
| Cf-Cache | | Hit | Hit | Hit | |
| Cf-Ray | | LAX | IAD | IAD | |
| *CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within imgchili.net (i10.imgchili.net/100781/100781095_als_bedroom_speculum_cover.jpg), which | | | | | |

is irrelevant to whether other URLs within imgchili.net are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 1, 11, 22; Supp. Spillane Decl. (Dkt. 171), Ex. 1. Moreover, that URL is not at issue in this case because it is not found in the DMCA notices ALS Scan has produced in this action. *See Schoichet Declaration* at 9.

| **slimpics.com** | | | | | |
|---|---|---|---|---|---|
| Cf-Cache | | Hit | Hit | Hit | |
| Cf-Ray | | DFW | IAD | IAD | |

*CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within slimpics.com (slimpics.com/pics/3725/amy-shine-hot-angels.jpg), which is irrelevant to whether other URLs within slimpics.com are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 2, 12; Supp. Spillane Decl. (Dkt. 171), Ex. 2. Moreover, that URL is not at issue in this case because it is not found in the DMCA notices ALS Scan has produced in this action. *See Schoichet Declaration* at 9.

| **cumonmy.com** | Domestic origin server | | | | |
|---|---|---|---|---|---|
| **bestofsexpics.com** | | | | | |
| Cf-Cache | | Hit | Hit | Hit | |
| Cf-Ray | | DFW | IAD | IAD | |

*CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within bestofsexpics.com (bestofsexpics.com/pics/990/nu-model-klaudia-andblue-angel.jpg), which is irrelevant to whether other URLs within bestofsexpics.com are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 3, 13; Supp. Spillane Decl. (Dkt. 171), Ex. 3. Moreover, that URL is not at issue in this case because it is not found in the DMCA notices ALS Scan has produced in this action. *See Schoichet Declaration* at 9.

| **stooorage.com** | Off the Internet | | | | |
|---|---|---|---|---|---|
| Cf-Cache | | | | | Hit |
| Cf-Ray | | | | | SYD |

*CF Response:* The Penn Declaration admits that it has no new evidence of domestic caching for this site. Penn Decl. ¶ 5. Further, the only exhibits before the Court bearing on stooorage.com are exhibits from the March 9 Penn Declaration which relate to Cloudflare's data servers in Sydney, Australia and have been considered and rejected by the Court as "fail[ing] to establish that any of [ALS's] images were actually stored on Cloudflare's U.S. data servers." Tentative at 15.

| **greenpiccs.com** | | | | | |
|---|---|---|---|---|---|
| Cf-Cache | | Hit | | Hit | |

| | | | | | |
|---|---|---|---|---|---|
| Cf-Ray | | DFW | | IAD | |
| *CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within greenpiccs.com (greenpiccs.com/images/2015/12/ wbn1ugtguic8fcwlnf07.jpg), which is irrelevant to whether other URLs within greenpiccs.com are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Ex. 14; Supp. Spillane Decl. (Dkt. 171), Ex. 4. Moreover, this URL is not found in the DMCA notices ALS Scan has produced in this action. *See* Schoichet Declaration at 9. | | | | | |
| **imgsen.se** | | | | | |
| Cf-Cache | | /// | /// | /// | Hit |
| Cf-Ray | | DFW | IAD | IAD | SYD |
| *CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within imgsen.se (imgsen.se/img-5664554454903.html), which is irrelevant to whether other URLs within imgsen.se are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 5, 15; Supp. Spillane Decl. (Dkt. 171), Ex. 5. The lack of a "HIT" response for the "CF-Cache-Status" indicates that no cache copies were served from Cloudflare's U.S. datacenters. Supp. Guinn Dec. ¶ 8. The existence of a CF-RAY response header does not indicate caching. Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center"). The exhibit from the March 9 Penn Declaration relates to Cloudflare's data servers in Sydney, Australia and have been considered and rejected by the Court as "fail[ing] to establish that any of [ALS's] images were actually stored on Cloudflare's U.S. data servers." Tentative at 15. | | | | | |
| **imgspice.com** | | | | | |
| Cf-Cache | | /// | /// | /// | |
| Cf-Ray | | DFW | IAD | IAD, EWR | |
| *CF Response:* ALS Scan has only provided exhibits showing lookups for two URLs within imgspice.com (img51.imgspice.com/i/03243/ibmnp7n84cmu.jpg and imgspice.com/ibmnp7n84cmu/AlSScan.14.12.05.Penelope.Video.Virgin. XXX.1080p.MP4-KTR.cover.jpg.html), which is irrelevant to whether other URLs within imgspice.com are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 5, 16; Supp. Spillane Decl. (Dkt. 171), Ex. 6. The lack of a "HIT" value for the "CF-Cache-Status" response header indicates that no cache copies were served from Cloudflare's U.S. datacenters. Supplemental Guinn Dec. ¶ 9. The existence of a CF-RAY response header does not indicate caching. Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center"). | | | | | |
| **imgspot.org** | | | | | |
| Cf-Cache | | /// | /// | /// | Hit |
| Cf-Ray | | DFW | /// | IAD, | SYD |

| | | | | | BOS | |

*CF Response: CF Response:* ALS Scan has only provided exhibits showing lookups for two URLs within imgspot.org (i.imgspot.org/big/2014/11/15/ 54676cf151aec.jpg and imgspot.org/img-54676cf151b27.html), which is irrelevant to whether other URLs within imgspot.org are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 6, 17; Supp. Spillane Decl. (Dkt. 171), Ex. 7. The lack of a "HIT" value for the "CF-Cache-Status" response header indicates that no cache copies were served from Cloudflare's U.S. datacenters. Supp. Guinn Dec. ¶ 8. The existence of a CF-RAY response header does not indicate caching. Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center"). The exhibit from the March 9 Penn Declaration relates to Cloudflare's data servers in Sydney, Australia and have been considered and rejected by the Court as "fail[ing] to establish that any of [ALS's] images were actually stored on Cloudflare's U.S. data servers." Tentative at 15.

| **img.yt** | | | | | | |
|---|---|---|---|---|---|---|
| Cf-Cache | | /// | /// | /// | Hit | |
| Cf-Ray | | LAX | IAD | IAD | SYD | |

*CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within img.yt (img.yt/img-57d69e2665857.html), which is irrelevant to whether other URLs within img.yt are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 7, 18; Supp. Spillane Decl. (Dkt. 171), Ex. 8. The lack of a "HIT" value for the "CF-Cache-Status" response header indicates that no cache copies were served from Cloudflare's U.S. datacenters. Supp. Guinn Dec. ¶ 8. The existence of a CF-RAY response header does not indicate caching. Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center"). The exhibit from the March 9 Penn Declaration relates to Cloudflare's data servers in Sydney, Australia and have been considered and rejected by the Court as "fail[ing] to establish that any of [ALS's] images were actually stored on Cloudflare's U.S. data servers." Tentative at 15.

| **vipergirls.to** | | | | | | |
|---|---|---|---|---|---|---|
| Cf-Cache | | /// | /// | /// | | |
| Cf-Ray | | LAX | IAD | IAD | | |

*CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within vipergirls.to (vipergirls.to/threads/2417187-ALSScan-com-Lara-Accessible-246x-(07112016)?highlight=alsscan), which is irrelevant to whether other URLs within vipergirls.to are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 8, 19; Supp. Spillane Decl. (Dkt. 171), Ex. 9. The lack of a "HIT" value for the "CF-Cache-Status" response header indicates that no cache copies were served from Cloudflare's U.S. datacenters. Supp. Guinn Dec. ¶ 8. The existence of a CF-RAY response header does not indicate caching. Guinn Depo.

| | | | | | |
|---|---|---|---|---|---|
| at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center"). | | | | | |
| **pornwire.net** | Not pursuing | | | | |
| **fboom.me** | | | | | |
| Cf-Cache | | | /// | /// | |
| Cf-Ray | | | IAD | EWR | |

*CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within fboom.me (fboom.me/file/7575c64e6ddf3/als_jr_earlyb.rar?site=vipergirls.to), which is irrelevant to whether other URLs within fboom.me are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 9, 20. The lack of a "HIT" value for the "CF-Cache-Status" response header indicates that no cache copies were served from Cloudflare's U.S. datacenters. Supp. Guinn Dec. ¶ 8. The existence of a CF-RAY response header does not indicate caching. Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center").

| | | | | | |
|---|---|---|---|---|---|
| **imgflash.net** | Off the Internet | | | | |
| Cf-Cache | | | | | /// |
| Cf-Ray | | | | | SYD |

*CF Response: CF Response:* The Penn Declaration admits that that it has no evidence of domestic caching for this site. Penn Decl. ¶ 5. Further, the exhibit from the March 9 Penn Declaration relates to Cloudflare's data servers in Sydney, Australia and have been considered and rejected by the Court as "fail[ing] to establish that any of [ALS's] images were actually stored on Cloudflare's U.S. data servers." Tentative at 15.

| | | | | | |
|---|---|---|---|---|---|
| **imgtrex.com** | | | | | |
| Cf-Cache | | MISS | MISS | MISS | |
| Cf-Ray | | LAX | IAD | EWR | |

*CF Response:* ALS Scan has only provided exhibits showing lookups for a single URL within imgtrex.com (imgtrex.com/vv5abybczcbo/als_simona_s6_001.jpg), which is irrelevant to whether other URLs within imgtrex.com are cached or not. *See* Supp. Penn Decl. (Dkt. 170), Exs. 10, 21; Supp. Spillane Decl. (Dkt. 171), Ex. 10. A "MISS" value for the "CF-Cache-Status" response header indicates that a resource was "not in cache," Guinn Decl. Ex. J, and thus no cache copies were served from Cloudflare's U.S. datacenters. Supp. Guinn Dec. ¶ 8. The existence of a CF-RAY response header does not indicate caching. Guinn Depo. at 69-70 ("The presence of a CF-Ray header indicates that a request transitted a Cloudflare data center").

**CLOUDFLARE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

1

2              <u>Cloudflare's Further Statement of Undisputed Facts:</u>

3        43.    "Caching has been around since the Internet essentially was invented,

4   so for decades." Guinn Depo. at 80.  Cloudflare's caching services adhere to "an

5   industry standard way of operating" that applies to "all major websites on the

6   Internet."  Guinn Depo. at 90-91.  Cloudflare's caching services, like those of its

7   competitors and the operation of the Internet generally, have a considerable public

8   benefit: caching enables "the Internet to operate" "more quickly" and "more

9   efficiently" which "allow[s] people to exchange ideas" and "exchange more

10  information." Guinn Depo. at 95-96.  The modern Internet could not "continue to

11  function without caching services" because without them, "the Internet

12  infrastructure would become overwhelmed."  Guinn Depo. at 95-96.

13       44.    Caching is "ubiquitous" on major internet websites and is "used to

14  make the Internet work better, make[] websites load faster, and reduce[] load on

15  origin servers."  Guinn Depo. at 82, 78.  Caching does not use copyrighted materials

16  for their aesthetic aspects because caching is fundamentally "intended to make the

17  most efficient use of the work to generate or deliver objects across the Internet."  *Id.*

18  at 79.  Cache copies are not separately available via Cloudflare's website (*id.* at 87),

19  but rather are "intended to be ephemeral," and "[b]y design, when an object is

20  missing from an origin server, it should not be available on the Cloudflare network."

21  *Id.* at 88.  Cloudflare's caching provides a significant public service because "[i]f

22  you did not have caching services, many services [] online today could not exist"

23  because excessive requests for previously-requested files would "overwhelm the

24  origin web servers" and "overwhelm just the Internet infrastructure."  *Id.* at 95, 93.

25  Cloudflare's caching services have won industry awards and accolades due to the

26  security, efficiency, and speed benefits they provided to more than 5.5 million

27  websites around the world.  *See* Guinn Decl. (Dkt. 124-2) at ¶¶ 3-4.

28

-43-

**CLOUDFLARE'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S STATEMENT OF GENUINE ISSUE OF MATERIAL FACT**

* * *

As indicated above, none of the material facts regarding the geographic location of the servers hosting the allegedly directly infringing websites have been genuinely controverted by ALS Scan.  Furthermore, there is no dispute of material fact that ALS Scan has not provided evidence of any domestic copies of its images at issue on Cloudflare caching servers in the United States.  To the extent any such domestic evidence exists, the undisputed facts regarding the operation of Cloudflare's services establish that they are a fair use, for the reasons detailed in Cloudflare's Reply.  Based on the undisputed facts contained above, and for the reasons stated in Cloudflare's briefing partial summary judgment is proper.  *See* C.D. Cal. Civ. L.R. 56-3 ("[T]he Court may assume that the material facts as claimed and adequately supported by the moving party are admitted to exist without controversy except to the extent that such material facts are … controverted by declaration or other written evidence filed in opposition to the motion.").

Dated:  April 28, 2017                          Respectfully submitted,

                                                QUINN EMANUEL URQUHART &
                                                SULLIVAN LLP


                                                By_____
                                                    Rachel Kassabian
                                                    *Attorney for Defendant Cloudflare, Inc.*