# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-5051-GW(AFMx) | Date | May 4, 2017 |
|---|---|---|---|
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jay M. Spillane | Rachel H. Kassabian |
| | Mark T. Gray |
| | Raymond Paul Katrinak |

**PROCEEDINGS:** CLOUDFLARE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING EXTRATERRITORIALITY [121];

DOLPHIN MEDIA, LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [93]

Court hears further argument as to Defendant Cloudflare, Inc.'s motion for partial summary judgment. For reasons stated on the record, Defendant's motion is continued to May 18, 2017 at 8:30 a.m. Counsel will contact the clerk by May 16 whether the appearance on May 18 will be required.

Argument is held as to Defendant Dolphin's motion to dismiss. Based on the Tentative Rulings issued on February 27, 2017 and April 13, 2017, Defendant Dolphin's motion is GRANTED for lack of personal jurisdiction.

| | : | 50 |
|---|---|---|
| | Initials of Preparer | JG |