Name, Address and Telephone Number of Attorney(s)

John L. Ambrogi
Partridge Partners, P.C.
321 North Clark, Suite 720
Chicago, Illinois 60654
Telephone: (312) 634-9500

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC.,<br>a Maryland Corporation,<br><br>v.<br><div align="right">Plaintiff(s)</div> | CASE NUMBER<br><br>2:16-cv-05051-GW-AFM |
| CLOUDFLARE, INC.<br>a Delaware corporation,<br>et al.<br><div align="right">Defendant(s).</div> | **REQUEST:<br>ADR PROCEDURE SELECTION** |

Pursuant to Civil L.R.16-15, the **undersigned** parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: June 22, 2017          /s/ Jay M. Spillane

Attorney for Plaintiff **ALS SCAN, INC.**

Dated: _____

Attorney for Plaintiff *John L Ambrogi*

Dated: June 22, 2017          /s/ John L. Ambrogi

Attorney for Defendant **Steadfast Networks LLC**

Dated: June 22, 2017          /s/ Shahrokh Sheik

Attorney for Defendant **Hivelocity Ventures Corporation**

NOTE: If additional signatures are required, attach an additional page to this request.