UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 16-05051-GW-(AFMx)                          Date:    JUNE 20, 2017

Title        ALS SCAN, INC. v. CLOUDFLARE, INC., ET AL.

Present:  The Honorable:   ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Jay M. Spilaane                                         Rachel H. Kassabian

**Proceedings:  HRG: DEFENDANT CLOUDFLARE, INC'S MOTION TO COMPEL**
                        **[ECF #186]**

The Court orders the declaration of Nolan Schoichet in Support of defendant's Motion to Compel, Attachment #3 to defendant's Notice of Motion and Motion to Compel [ECF #186] filed UNDER SEAL.

Counsel argue. The motion is submitted.

|  | 1 : 00 |
|---|---|
| **Initials of Preparer** | igb |