Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., et al.,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**JOINT STIPULATION TO EXTEND CERTAIN CUTOFF DATES AND CONTINUE THE POST-MEDIATION CONFERENCE**<br><br>Filed concurrently: [Proposed] Order |

Joint Stipulation re Mediation and Discovery Cutoff

1 WHEREAS the parties have met and conferred re discovery and mediation dates, and have hit snags or disagreements based upon summer travel schedules in completing all discovery and mediation within the existing deadlines;

WHEREAS to avoid potentially needless motion work the parties have agreed to the following modest extension of the existing cutoff dates;

WHEREFOR the parties stipulate, subject to Court order:

1. The mediation cutoff shall be extended to September 5, 2017.

2. The post-mediation status conference will take place on September 11, 2017 at 8:30 a.m.

3. The fact discovery cutoff will be extended to September 15, 2017. Any party who makes their witnesses available for deposition in September will stipulate to a two week review and signature period on deposition transcripts.

4. The expert disclosure/report deadline will be continued to September 15, 2017.

5. The rebuttal expert disclosure/report deadline will be October 6, 2017, notwithstanding the provisions of FRCP R26.

6. No other dates in the case are affected by this stipulation.

7. This order is without prejudice to the rights of any party to make or oppose a motion to continue any other dates in the Court's scheduling order.

DATED: July 17, 2017                SPILLANE TRIAL GROUP PLC

By: _____
Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

- 1 -
Joint Stipulation re Mediation and Discovery Cutoff

| | | |
|---|---|---|
| 1 | DATED: July 17, 2017 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Rachel Herrick Kassabian |
| 6 | | Attorneys for Defendant Cloudflare, Inc. |
| 7 | DATED: July 17, 2017 | KRAMER HOLCOMB SHEIK LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Shahrokh Sheik |
| 12 | | Attorneys for Defendant Hivelocity Ventures Corporation |
| 13 | DATED: July 17, 2017 | PARTRIDGE PARTNERS P.C. |
| 14 | | |
| 15 | | |
| 16 | | By: _John_Ambrogi (by JMS)_____ |
| 17 | | John Ambrogi |
| 18 | | Attorneys for Defendant Steadfast Networks LLC |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**JOINT STIPULATION TO EXTEND CERTAIN CUTOFF DATES AND CONTINUE THE POST-MEDIATION CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 18, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com<br>Kevin S. Toll – kevin@silversteinlegal.com<br>Lawrence G. Walters – larry@firstamendment.com<br>Corey D. Silverstein – corey@silversteinlegal.com<br>Rachel H. Kassabian –<br>rachelkassabian@quinnemanuel.com<br>Carolyn M. Homer – carolynhomer@quinnemanuel.com<br>John Lewis Holcomb – jholcomb@khslaw.com<br>Tammy X. Wu – twu@khslaw.com | Colin TJ O'Brien – tm@partridgepartnerspc.com<br>John L. Ambrogi – jla@partridgepartnerspc.com<br>Paul Supnick – paul@supnick.com<br>Raymond Katrinak – pkatrinak@kernanlaw.net<br>Ryan Carreon – rcarreon@kernanlaw.net<br>Stephen M Kernan – kernanlaw@gmail.com |

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) July 18, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) July 18, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. George H. Wu
U.S. District Court
312 N. Spring Street
Courtroom 10 – Spring St. Floor
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/18/2017 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |