Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation; et al.,<br><br>Defendants. | Case No.: CV 16-5051-GW(AFMx)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND CERTAIN CUTOFF DATES AND CONTINUE THE POST-MEDIATION CONFERENCE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation re Mediation and Discovery Cutoff -- Order

The Court, having read the stipulation of the parties to continue the mediation cutoff and post-mediation status conference, and good cause appearing therefor, hereby ORDERS:

1.      The mediation cutoff shall be extended to September 5, 2017.

2.      The post-mediation status conference will take place on September 11, 2017 at 8:30 a.m.

3.      The fact discovery cutoff will be extended to September 15, 2017. Any party who makes their witnesses available for deposition in September will stipulate to a two week review and signature period on deposition transcripts.

4.      The expert disclosure/report deadline will be continued to September 15, 2017.

5.      The rebuttal expert disclosure/report deadline will be October 6, 2017, notwithstanding the provisions of FRCP R26.

6.      No other dates in the case are affected by this order.

7.      This order is without prejudice to the rights of any party to make or oppose a motion to continue any other dates in the Court's scheduling order.

Dated: July 24, 2017

_____
GEORGE H. WU, U.S. District Judge

- 1 -

Joint Stipulation re Mediation and Discovery Cutoff -- Order