UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 16-05051-GW-AFMx**                                      Date:  **August 16, 2017**

Title     **ALS Scan, Inc. v. Cloudflare, Inc.**

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order re Plaintiff's Ex Parte Application for Protective Order re Rule 30(b)(6) Deposition Notices
(Filed August 14, 2017; ECF No. 230)**

Having considered the parties' briefs, the Court rules as follows:

- ■ Defendants have a right to obtain 30(b)(6) testimony of Plaintiff. No basis has been shown for an exception for "small companies." At this time, the Court is not ruling on the appropriateness of particular 30(b)(6) topics or possible objections by Plaintiff because the issue is not fully ripe until actual designations are made at the deposition and testimony provided. Nevertheless, Plaintiff is reminded of the obligation to have its witnesses adequately prepared to testify on the 30(b)(6) topics for which they are designated as representatives of the corporation.

- ■ It would be excessive and unwarranted for each of the three Defendants to have 7 hours of personal questioning and 7 hours of 30(b)(6) questioning with each of Plaintiff's two witnesses, Sarah Walsh and Eric Penn. (Based on the parties' submissions, the Court assumes that Ms. Walsh and Mr. Penn will be Plaintiff's 30(b)(6) representatives.) Defendants should be able to focus and coordinate their questioning to take less time and avoid unnecessary duplication. Therefore, the Court orders that Ms. Walsh be made available for a total of 20 hours of deposition (to take place on August 29 in Los Angeles and September 8 in Maryland) and Mr. Penn for a total of 20 hours of deposition (to take place on August 18 in Washington D.C. and September 9 in Maryland). This will encompass individual plus 30(b)(6) testimony. Defendants' counsel shall coordinate among themselves how much time each of them takes in these sessions, as well as the order of their questioning.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 16-05051-GW-AFMx**                                                    Date:  **August 16, 2017**

Title      **ALS Scan, Inc. v. Cloudflare, Inc.**

    The dates and locations of the depositions may be altered if agreed to by all parties.  The Court expects good faith cooperation between Plaintiff and Defendants in this regard.

- The examination of each witness shall begin with Plaintiff's counsel identifying on which topics the witness is designated as a 30(b)(6) representative.  Notice of the designated topics should also be made in advance of the deposition to allow reasonable preparation by the examiner.  The examination of the witness, however, will not be limited to the designated 30(b)(6) topics.  To the extent that a question goes beyond the designated topics for the particular witness, the answer to that question will be personal testimony only.  In other words, personal and 30(b)(6) questioning will take place at the same time by a particular Defendant's counsel.  This is done for efficiency and to avoid disputes during the deposition over whether questions go to a designated 30(b)(6) topic or not.  Each Defendant may question the witness according to these same procedures, subject to the total hour limit for each witness.

IT IS SO ORDERED.

**Initials of Preparer**   :  ib