QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
Carolyn M. Homer (Bar No. 286441)
carolynhomer@quinnemanuel.com
Mark T. Gray (Bar No. 305251)
markgray@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Cloudflare, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLOUDFLARE, INC.**, et al., <br><br> Defendants. | Case No. 2:16-cv-05051-GW-AFM <br><br> **[DISCOVERY MATTER]** <br><br> **CLOUDFLARE, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM PLAINTIFF ALS SCAN** <br><br> Hearing Date: September 12, 2017 <br> Hearing Time: 10:00 AM <br> Place: Courtroom 840, 8th Fl. <br> 255 East Temple Street <br> Los Angeles, California 90012 <br> Judge: Hon. Alexander MacKinnon |

# NOTICE OF MOTION AND MOTION TO COMPEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2017 at 10:00 A.M., or as soon thereafter as counsel may be heard, before the Hon. Alexander MacKinnon in the Roybal Federal Building, Courtroom 840, 255 E. Temple St., Los Angeles, California, Defendant Cloudflare, Inc. will and hereby does move the Court to compel discovery pursuant to Fed. R. Civ. P. 37, as set forth in the Joint Stipulation filed concurrently herewith. Following the Court's ruling on this Motion, Cloudflare respectfully reserves the right to request an award of its fees and costs pursuant to Fed. R. Civ. P. 37(a)(5)(A).

This motion is based on the Notice of Motion and Motion, the accompanying Joint Stipulation, the Declarations of Rachel Kassabian and Nolan Schoichet, all exhibits and materials submitted in support, and such other written or oral argument as may be presented to or requested by the Court.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, including letters, emails, and phone calls exchanged with ALS's counsel on various dates beginning on May 23, 2017, with the most recent telephonic conference of counsel on August 9, 2017. Accordingly, having been unable to resolve this dispute without Court intervention, this joint motion to compel and accompanying Joint Stipulation follow.

| | |
|---|---|
| Dated: August 22, 2017 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br><br>By *[signature: Rachel Henick Kassabian]*<br>Rachel Kassabian<br>rachelkassabian@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000<br>Fax: (650) 801 5100<br><br>*Attorney for Defendant Cloudflare, Inc.* |