1 Jay M. Spillane (Bar No. 126364)
2 jspillane@spillaneplc.com
SPILLANE TRIAL GROUP PLC
3 468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
4 (424) 217-5980
(888) 590-1683 (fax)
5
Attorneys for Plaintiff ALS Scan, Inc.
6

7 UNITED STATES DISTRICT COURT
8 CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>    Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO MOTION BY DEFENDANT CLOUDFLARE, INC. TO COMPEL**<br><br>Date: _____<br>Time: 10:00 a.m.<br>Place: Courtroom 840<br>   255 East Temple Street<br>   Los Angeles, CA 90012 |

I, Jay M. Spillane, declare:

1. I am a member of the Bar of the State of California. I am counsel for Plaintiff ALS Scan, Inc. The following facts are stated on my personal knowledge.

2. In "Relativity" format ("load file" format in Cloudflare's parlance) ALS has produced nearly 13,500 records covering about 115,000 pages of material. I know this personally because I am able to manipulate the discovery database ALS is using to ascertain this information. This is exclusive of: a) about a half-terabyte of data constituting ALS's entire sets of deposit copies to the Copyright Office for still images (video not being an issue in the case); b) a backup of all of ALS's Quickbooks electronic data, ALS's electronic accounting information; and c) documents in .pdf and .xls format that were uploaded to my FTP site and which are awaiting production in the "Relativity" format.

3. By contrast, even though ALS has also served thorough production requests, Cloudflare has produced 481 records covering just over 10,000 pages. Steadfast has produced 3151 records covering over 38,000 pages. Hivelocity has produced 390 records covering 2800 pages. ALS has produced three times the information produced by the defense combined, not counting the deposit copies, the accounting data and the material awaiting further processing.

4. There is a confusing and inconsistent hearsay suggestion in the Schoichet Declaration that somehow Cloudflare doesn't have all of the metadata it needs to search for and analyze emails. This is false. All of the emails produced by ALS in Relativity/load file format came with all metadata that populates fields such as to, from, cc, subject, date, etc. This is how Quinn Emanuel's IT staff were able to name the exact number of emails between Easton and Cloudflare at one point in time. ALS has also produced some of its emails as .pdf binders on my FTP site. All of those emails, and every other

1  email responsive to Cloudflare's request, has been produced with full metadata
2  in Relativity/load file format.
3      5.    Steve Easton is engaged by ALS (and other copyright owners not
4  party to this action) to send infringement notifications and deal with any
5  responses. Thus he was the source of the responsive communications. I
6  personally had Mr. Easton's gmail formatted emails converted and pulled so
7  that I could personally search, sort and produce responsive information. ALS
8  has produced all emails from the Easton account that gave notice of
9  infringement of ALS content and all emails from the Easton account pertaining
10 to the websites at issue in the case. Additionally, for the sake of complete
11 disclosure, ALS culled and produced every Easton email to or from Sarah
12 Walsh, Eric Penn or ALS's former owner Alex Kirn, regardless of whether the
13 email pertained to the websites at issue in the case. This process resulted in
14 production, prior to delivery of Cloudflare's portion of this Joint Statement, of
15 10,758 Easton emails, Easton 1 through Easton 95826.
16     6.    Contrary to Cloudflare's surmise, ALS conducted a thoroughgoing
17 review of the "internal" ALS email accounts used by ALS employees or its
18 owner, Sarah Walsh. The reason that there were initially no emails produced
19 from those accounts was that they were merely duplicative of the emails
20 between Easton on the one hand and Walsh, Penn or Kirn on the other from the
21 Easton account. To have pulled and attempted to produce those self-same
22 emails from Penn's or Walsh's email box would have been a useless exercise
23 resulting in those emails being de-duped in the production process.
24     7.    While ALS has produced thousands of emails from Easton to
25 Cloudflare, after the Easton deposition by Cloudflare, Cloudflare met and
26 conferred with ALS concerning the relatively small number of emails <u>from</u>
27 Cloudflare <u>to</u> Easton. I reviewed ALS's production in light of this issue. I
28 determined that the relatively small production of emails from Cloudflare to

1  Easton was because relatively few emails from Cloudflare consisted of
2  forwards or replies forming a thread embodying the outbound Easton email,
3  thus revealing which Easton email elicited the response. One example is
4  attached hereto as Exhibit 1, which was captured by a search for all emails
5  mentioning ALS Scan. However, Cloudflare has sent numerous auto-replies to
6  Easton's emails which are disembodied from any information that would
7  disclose which Easton email elicited the response and which copyright owner
8  the response pertained to. For example, one common Cloudflare automated
9  reply says:

> "Thank you for reporting a suspected violation of our Terms of Service.
>
> Please be assured that we document and investigate every report, and will take appropriate enforcement action. This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.
>
> When reporting security incidents, please include source and destination addresses with ports in plain text format and accurate time stamps.
>
> Cloud Flare offers network service solutions including a reverse proxy, pass-through security service and a content distribution network (CDN). Cloud Flare is not a hosting provider, and we do not have access to our customer's content.
>
> Our Terms of Service is located here: https://www.cloudflare.com/terms
> Thank you for using Cloud Flare.
>
> The Cloud Flare Team"

Easton 95845. A true and correct copy of that email is attached hereto as Exhibit 2. While I could not determine whether these generic auto-responses from Cloudflare were responsive to the requests, I nevertheless culled and produced all emails from Cloudflare to Easton.

      8. During this process I also undertook a thorough review of all extant production requests and the internal emails, and determined that some emails that had the term "Cloudflare" had not run through the Easton account,

- 3 -

Opposition to Cloudflare MTC –Spillane Decl.

1 and thus had not been produced. This process snared 141 records, which have
2 been produced.

3     9. Finally, ALS has been working through a small punch list, namely
4 communications with the Copyright Office and MPAA. Those have also been
5 produced. Thus, I am not aware of a single responsive and non-privileged
6 document that has not been produced.

7     10. With the additional emails from Cloudflare to Easton, ALS has
8 produced 3,067 Easton emails wherein Cloudflare is in the author, recipient or
9 cc field. These include: a) all notice of infringement of ALS content; b) all
10 emails culled using the at-issue websites as search terms; and c) all emails from
11 Cloudflare to Easton.

12     11. This syncs up with Easton's testimony recalling some 7,000 emails
13 with Cloudflare. The difference is easily explained. Easton represents other
14 copyright owners. Emails from Easton to Cloudflare giving notice of
15 infringement of the rights of other copyright owners, not pertaining to the at-
16 issue sites, are neither relevant nor responsive.

17     12. Most emails from Penn providing links to infringing content were
18 copied to me and are included in ALS's updated privilege log. ALS has
19 produced 174 non-privileged emails from Penn to Easton, some of which
20 discuss hyperlinks to infringing content and also taking screen capture of
21 infringing content. (See e.g. Easton 64817, 69905, 69906, 69907, 69908,
22 69909, 69910, 69911, 69912, 69913, 69965, 69999, 70013, 70016, 70017,
23 70023, 70027, 70028, 70034, 70036.) I was able to find these emails in less
24 than ten minutes by using metadata to find all emails from Penn to Easton and
25 skimming for references to "CAPS," which means screen captures of
26 infringement notices or infringements. One example, Easton 70036, is attached
27 hereto as Exhibit 3.
28

1  13. Cloudflare did not ask for communications between Easton and whoisguard. Nevertheless, ALS's document production contains 126 emails from Easton to addresses @whoisguard.com. It took me less than sixty seconds to isolate those emails on the database ALS is using.

14. Concerning "internal" emails, there was an exhaustive search by Mr. Penn for all ALS emails that pertained to any of the issues in the case. There was considerable time, technical effort and expense involved in finding ways to convert the emails in the format in which they are maintained into a common .msg ("Microsoft Outlook") format so the emails could be further searched, culled and produced in the agreed format. This yielded the 141 additional "internal" emails referenced in the Joint Statement as well as all communications with Metart having to do with copyright, Cloudflare or the case. To recreate that entire process at this time to cull and produce every single email with Metart on any subject would take considerable time, effort and expense.

15. I received from ALS and produced all responsive information to the extent it exists, in the nature of web analytics, server logs and screen captures of promotions and marketing efforts. It doesn't break down the way Cloudflare has requested (e.g. the web analytics show page views not clicks or downloads of individual images) but to the extent ALS has the requested information it has produced it. This information is on the FTP site presently. I am working through a backlog with my technology consultant to get information produced recently on the FTP site out for a second time in Relativity/load file format.

16. In response to Cloudflare's RFPs, ALS has produced every Easton email giving notice of infringement of ALS content. ALS has produced, in response to Cloudflare's demand, 11,174 emails from Steve Easton.

1  17. I produced a supplemental privilege log disclosing all pre-litigation privileged communications that would be responsive to the production requests. I copied the form provided in the Rutter Guide, "Federal Civil Procedure Before Trial," Form 11:A. The Rutter Guide form is attached hereto as Exhibit 4. The updated privilege log is attached hereto as Exhibit 5.

This declaration was executed on August 22, 2017, at Beverly Hills, California. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

_____
Jay M. Spillane