UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 16-05051-GW-(AFMx)                                    Date:  AUGUST 31, 2017

Title   ALS SCAN v. CLOUDFLARE, INC., ET AL.

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present (Telephonically) for Plaintiffs: | Attorneys Present (Telephonically) for Defendants: |
|---|---|
| Jay Spillane | Rachel Kassabian |
| John Flynn | John Ambrosi |
| Kevin Neal | |

**Proceedings:  HRG: (TELEPHONE CONFERENCE)**

Telephone conference re deposition schedule held.

                                                                                        : 30
                                                        **Initials of Preparer**    igb