UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5051 GW (AFMx) | Date | September 12, 2017 |
|---|---|---|---|
| Title | ALS Scan, Inc. v. Cloudflare, Inc. et al | | |

| Present: The Honorable | ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE |
|---|---|
| Shea Bourgeois | CS 09/12/2017 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Jay M. Spillane | Rachel H. Kassabian<br>Carolyn Homer |

**Proceedings:** Defendant, Cloudflare Inc.'s Motion to Compel Discovery [ECF # 245]

    Case called and appearances made. The Court and counsel discuss defendant Cloudflare's motion to compel discovery. Rulings and agreements of the parties are put on the record regarding certain issues. Other issues are reserved, pending further discussions between the parties. If the parties are unable to resolve the remaining issues, defendant Cloudflare may file a brief updating the Court on these issues, and plaintiff may then file a response within seven days.

                                                                              : 37

Initials of Preparer  sb