1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Rachel Herrick Kassabian (Bar No. 191060)
2    rachelkassabian@quinnemanuel.com
     Carolyn M. Homer (Bar No. 286441)
3    carolynhomer@quinnemanuel.com
     Mark T. Gray (Bar No. 305251)
4    markgray@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
6  Facsimile:   (650) 801-5100

7  *Attorneys for Defendant Cloudflare, Inc.*

8

9                        UNITED STATES DISTRICT COURT
10                       CENTRAL DISTRICT OF CALIFORNIA
                              WESTERN DIVISION
11

| | |
|---|---|
| 12  **ALS SCAN, INC.**, | Case No. 2:16-cv-05051-GW-AFM |
| 13           Plaintiff, | **[DISCOVERY MATTER]** |
| 14       vs. | **CLOUDFLARE, INC.'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER REGARDING ALS SCAN, INC.'S DEPOSITION NOTICE DIRECTED TO MATTHEW PRINCE** |
| 15  **CLOUDFLARE, INC.,** et al., | |
| 16           Defendants. | |
| 17 | Hearing Date:      October 10, 2017 |
| 18 | Hearing Time:       10:00 AM |
|    | Place:  Courtroom 840, 8th Fl. |
| 19 |            255 East Temple Street |
| 20 |            Los Angeles, California 90012 |
|    | Judge:   Hon. Alexander MacKinnon |

21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 10, 2017 at 10:00 A.M., or as soon thereafter as counsel may be heard, before the Hon. Alexander MacKinnon in the Roybal Federal Building, Courtroom 840, 255 E. Temple St., Los Angeles, California, Defendant Cloudflare, Inc. will and hereby does move the Court for a protective order pursuant to Fed. R. Civ. P. 26, as set forth in the Joint Stipulation filed concurrently herewith.

This motion is based on the Notice of Motion and Motion, the accompanying Joint Stipulation, the Declarations of Rachel Kassabian and Matthew Prince, all exhibits and materials submitted in support, and such other written or oral argument as may be presented to or requested by the Court.

This motion is made following the conference of counsel pursuant to Local Rule 37-1, including letters, emails, and phone calls exchanged with ALS Scan's counsel on various dates beginning on August 25, 2017, and including a telephonic conference of counsel on September 5, 2017.  Having been unable to resolve this dispute without Court intervention, this motion for a protective order and accompanying Joint Stipulation follow.

1 | Dated: September 19, 2017                   Respectfully submitted,

2 |                                              QUINN EMANUEL URQUHART &
3 |                                              SULLIVAN LLP

4 |

5 |

6 | By_____

7 |        Rachel Kassabian
         rachelkassabian@quinnemanuel.com
8 |      555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, CA 94065
9 |      Tel:   (650) 801-5000
        Fax:   (650) 801 5100

10 |

11 |     *Attorney for Defendant*
        *Cloudflare, Inc.*

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |