QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
Carolyn M. Homer (Bar No. 286441)
carolynhomer@quinnemanuel.com
Mark T. Gray (Bar No. 305251)
markgray@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant Cloudflare, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLOUDFLARE, INC.**, et al., <br><br> Defendants. | Case No. 2:16-cv-05051-GW-AFM <br><br> **DECLARATION OF MATTHEW PRINCE** |

I, Matthew Prince, declare:

1. I am the Co-Founder and Chief Executive Officer of Cloudflare, Inc. ("Cloudflare"). I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Cloudflare currently has nearly 500 employees located around the world.

3. On August 22, 2017, an article I wrote was published in the WALL STREET JOURNAL titled "Was I Right to Pull the Plug on a Nazi Website?" (the "WSJ Article"). That article is publicly available online at https://www.wsj.com/articles/was-i-right-to-pull-the-plug-on-a-nazi-website-1503440771. I have also attached a copy of it to this declaration, for the Court's convenience.

4. In the WSJ Article, I wrote that "I helped kick a group of neo-Nazis off the internet last week, but since then I've wondered whether I made the right decision." As I explained in the WSJ Article, the website in question, the Daily Stormer, "was used to help plan the neo-Nazi demonstrations in Charlottesville, Va." As a controversial website, the Daily Stormer "was constantly targeted by anti-Nazi hackers trying to knock it offline." However, as a Cloudflare client, "Cloudflare had helped foil those cyberattacks until last week when Cloudflare terminated its account."

5. The decision to terminate services to the Daily Stormer was not an easy one, and ultimately was not based on solely the controversial nature of content. About three months ago, Cloudflare began receiving a large number of abuse reports regarding this site. Cloudflare's standard protocol for dealing with abuse reports is to pass them onto the customer in question, as well as the host of the content so that each can make a determination as to whether the report was valid and the abuse had violated its rules. Our Trust and Safety Department handles this abuse reporting process, and it is in the best position to answer questions regarding that process.

6. What was happening in the case of the Daily Stormer, however, was that it was using the forwarded complaints to identify the complainants, and then going after them and harassing them, stalking them, and threatening them in various ways. This

-1-
DECLARATION OF MATTHEW PRINCE

type of behavior is absolutely reprehensible, and Cloudflare could not stand by and permit its Abuse reporting system to be abused in the form of retaliatory harassment.

7. Additionally, as I explained in the WSJ Article, "[b]eyond the horrible content, the Daily Stormer began claiming that we secretly supported their ideology, causing a major distraction to our team." I began seeing screenshots posted on Twitter of people who are on the Daily Stormer alleging that Cloudflare actually endorsed them. They were making false statements such as claiming that the senior echelons of Cloudflare are "one of us." This too factored into our decision to terminate the account.

8. Given the current political climate, including the very difficult issues surrounding net neutrality and free speech, specifically in terms of fake news and hate speech, the purpose of the WSJ Article was to reflect upon the troubling implications of setting a precedent of terminating customer accounts due to offensive content. The WSJ Article was an intellectual exercise intended to start an important conversation regarding censorship and free speech on the internet. It has nothing to do with copyright infringement issues or Cloudflare's DMCA policy and procedure, which our Trust and Safety Department is in the best position to speak about. I have no unique personal knowledge regarding Cloudflare's DMCA policy and procedure or Cloudflare's published Terms of Service.

9. When I stated in the WSJ Article that "I helped kick a group of neo-Nazis off the internet last week," my comments were intended to illustrate a point – not to be taken literally. Everyone in the internet technology field (which was my intended audience) knows full well that Cloudflare cannot, as a technical matter, kick *anyone* off the internet, even temporarily, because Cloudflare is not a hosting provider. Cloudflare has no ability to delete objectionable or illegal content hosted on websites run by its customers, nor does Cloudflare have the ability to delete the websites themselves. There are dozens of engineers at Cloudflare who understand the technical features of Cloudflare's service and could explain this issue if needed.

10. As I said in the WSJ Article, Cloudflare "run[s] a global network that makes internet applications faster and protects them from cyberattacks." If Cloudflare terminates a customer, the customer's websites do not disappear from the internet – that is not possible from a technical perspective -- but they do become more vulnerable to distributed denial of service (DDOS) attacks. After termination, Cloudflare has no control whatsoever over whether that former customer's websites ultimately stay online, whether it removes or amends any of its content, whether unknown third parties elect to send DDOS attacks to the sites, or whether the sites choose to sign up for some other web security service.

11. In the case of Daily Stormer, there were many unknown third parties waiting to attack it as soon as Cloudflare terminated its account. This, of course, is a very unusual situation, triggered by the tragic events in Charlottesville, the overall political climate, and the Daily Stormer's repugnant neo-Nazi content. As far as I know, after Cloudflare terminated this account the Daily Stormer was in fact attacked and its website was brought down by third parties sending DDOS attacks to the Daily Stormer's hosting provider. Other service providers such as Google and GoDaddy also terminated the Daily Stormer operator's accounts with their services as well. According to various publicly available news reports, the Daily Stormer's website has since come back online, although I do not have any personal, first hand knowledge of that issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 6th day of September, 2017, in San Francisco, California.

By: /s/ Matthew Prince

-3-
DECLARATION OF MATTHEW PRINCE

DOW JONES, A NEWS CORP COMPANY ▼

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/was-i-right-to-pull-the-plug-on-a-nazi-website-1503440771

COMMENTARY

# Was I Right to Pull the Plug on a Nazi Website?

A handful of private companies control whether speech can appear online. That's reason to worry.


PHOTO: DAVID GOTHARD

*By Matthew Prince*
Aug. 22, 2017 6:26 p.m. ET

I helped kick a group of neo-Nazis off the internet last week, but since then I've wondered whether I made the right decision. I'm the co-founder and CEO of Cloudflare. We run a global network that makes internet applications faster and protects them from cyberattacks. If you haven't heard of us, I'm not surprised. We're part of the internet's infrastructure, one of the groups operating behind the scenes to bring you everything you enjoy online.

Although Cloudflare isn't a household name, nearly 10% of all internet requests from 2.8 billion people pass through our network each month. We have almost 10 million customers, from small businesses to large financial institutions. During the 2016 presidential election, 17 major-party candidates used Cloudflare to protect their campaigns from hackers. ( Hillary Clinton was the notable exception.) Chances are you've used our network hundreds of times in the past 24 hours and, if we're doing our job, all you've noticed is fast internet.

Nearly all of our clients are upstanding people and businesses. But every once in a while, someone will use one of our services to protect content I would consider repugnant. Such was the case with the Daily Stormer, a bulletin board for self-proclaimed white supremacists.

The site was used to help plan the neo-Nazi demonstrations in Charlottesville, Va. After Heather Heyer was murdered there, the Daily Stormer's founder and editor mocked her as a "fat, childless 32-year-old slut" and a "drain on society." By any reasonable standard it was vile. Not surprisingly, the site was constantly targeted by anti-Nazi hackers trying to knock it offline. Cloudflare had helped foil those cyberattacks until last week when I pulled the plug.

At some level, it's easy to fire Nazis as customers. They don't pay you much, if anything, since Cloudflare offers a free version of its service. Our terms of use give us broad discretion to choose whom we allow to use our network. Beyond the horrible content, the Daily Stormer began claiming that we secretly supported their ideology, causing a major distraction to our team. Firing a Nazi customer gets you glowing notes from around the world thanking you for standing up to hate.

But a week later, I continue to worry about this power and the potential precedent being set. The reality of today's internet is that if you are publishing anything even remotely

controversial, your site will get cyberattacked. Without a massive global network similar to Cloudflare's, it is nearly impossible to withstand the barrage. Only a small group of companies—names you know, like Facebook , Google and Microsoft , along with a handful of others you may not, like Cloudflare—have sufficient scale to keep their users online.

The upshot is that a few private companies have effectively become the gatekeepers to the public square—the blogs and social media that serve as today's soapboxes and pamphlets. If a handful of tech executives decide to block you from their services, your content effectively can't be on the internet.

Before terminating the Daily Stormer, Cloudflare's policy had been to stay neutral to the content that used our network. We'd comply with the law in the jurisdictions where we operate, but we wouldn't bow to political or public pressure to boot anyone off our network. And make no mistake, there is pressure: Hackers actually tweeted to us asking that we get out of the way so they could take down the Daily Stormer.

When standing up to government requests or angry Twitter demands to silence unpopular speech, it was powerful to be able to say we'd never terminated a customer due to political pressure. I'm not sure we can say that anymore.

I'd like to fall back on the First Amendment. I'm the son of a journalist. I grew up with discussions around the dinner table on the importance of freedom of speech. But the First Amendment doesn't compel private companies to let anyone broadcast on their platforms. Moreover, Cloudflare operates infrastructure in 70 countries, few of which have anything approaching American-style speech protections.

Yet in all nations, there is (or should be) a reasonable expectation of due process. It is the idea that no one is penalized without first receiving a fair hearing and a fair shake. In civilized societies, the law is applied equally by independent decision makers, not capriciously by mobs and tyrants.

Did we meet the standard of due process in this case? I worry we didn't. And at some level I'm not sure we ever could. It doesn't sit right to have a private company, invisible but ubiquitous, making editorial decisions about what can and cannot be online. The pre-internet analogy would be if Ma Bell listened in on phone calls and could terminate your line if it didn't like what you were talking about.

Cloudflare is an expert at stopping cyberattacks, but we do not have the expertise to pass judgment on which of our 20 trillion monthly internet requests is racist, reprehensible or offensive. Even if we could solve the technical challenge of filtering them out, hidden behind the scenes is a problem of political legitimacy.

We're going to have a long debate at Cloudflare to think these issues over. But terminating the Daily Stormer is likely to be the exception that proves the importance of content neutrality. My moral compass alone should not determine who gets to stay online.

*Mr. Prince is the co-founder and CEO of Cloudflare.*

*Appeared in the August 23, 2017, print edition.*

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.