1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **ALS SCAN, INC.**, <br><br> Plaintiff, <br><br> vs. <br><br> **CLOUDFLARE, INC.**, et. al. <br><br> Defendants. | Case No. 2:16-cv-05051-GW-AFM <br><br> **[PROPOSED] ORDER GRANTING CLOUDFLARE, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING ALS SCAN, INC.'S DEPOSITION NOTICE DIRECTED TO MATTHEW PRINCE** <br><br> Place:  Courtroom 840, 8th Fl. <br>          255 East Temple Street <br>          Los Angeles, CA 90012 <br><br> Judge:  Hon. Alexander MacKinnon |

1 | This matter is before the Court on Defendant Cloudflare, Inc.'s Motion for
2 | Protective Order Regarding ALS Scan, Inc.'s Deposition Notice Directed to
3 | Matthew Prince. Having considered Cloudflare's motion and all supporting papers,
4 | the responses and replies thereto, and the arguments of the parties, and with good
5 | cause having been shown, the Court hereby GRANTS Cloudflare's Motion for a
6 | Protective Order. ALS Scan's deposition notice to Mr. Prince is hereby quashed.

7 | **IT IS SO ORDERED.**

8 |
9 | DATED: _____, 2017

10 |
11 |
12 | By_____
     The Honorable Alexander MacKinnon
13 |  United States Magistrate Judge

14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |