UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 16-05051-GW-(AFMx)                                        Date: October 20, 2017

Title   ALS SCAN, INC. v. CLOUDFLARE, INC., ET AL.

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | Recorded on Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Jay Spillane                                              Rachel Kassabian
John Flynn
Kevin Neal

**Proceedings:  HRG: TELEPHONE CONFERENCE**

Telephone conference held re discovery matters. Rulings by the Court and agreements by the parties were placed on the record.

1 : 32
**Initials of Preparer**      igb