UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  CV 16-05051-GW-(AFMx)  Date: November 1, 2017

Title  ALS SCAN, INC. v. CLOUDFLARE, INC., ET AL.

Present: The Honorable: ALEXANDER F. MacKINNON, U. S. MAGISTRATE JUDGE

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS)**

Defendant Cloudflare, Inc's Application to File Exhibits P and Q Under Seal in Connection with Its' Second Supplemental Kassabian Declaration [ECF # 282] is granted. Exhibits P and Q may be filed under seal.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | igb |