UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ALS SCAN, INC., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 16-5051-GW(AFMx) |
| v. | |
| CLOUDFLARE, INC., et al., | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

CLOUDFLARE, INC.   ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute Andrew Bridges who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

FENWICK & WEST LLP, 555 California Street, 12th Floor
*Street Address*

San Francisco, CA  94104                   abridges@fenwick.com
*City, State, Zip*                         *E-Mail Address*

415-875-2300              415-281-1350              122761
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of Rachel Herrick Kassabian, Carolyn M Homer, Mark Thomas Gray
List **all** attorneys from same firm or agency who are withdrawing.

**is hereby**   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated November 6, 2017

*George H. W[signature]*
U. S. District Judge/~~U.S. Magistrate Judge~~

G–01 ORDER (09/17)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY