Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

John P. Flynn (Az. Bar No. 015065)
Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
john.flynn@gknet.com
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALS SCAN, INC., a Maryland corporation,

Plaintiff,

vs.

CLOUDFLARE, INC., a Delaware corporation, et al.,

Defendants.

Case No.: 2:16-cv-05051-GW-AFM

**DECLARATION OF SARAH WALSH IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT STEADFAST NETWORKS, LLC**

Filed Concurrently: Notice; Memorandum; Spillane Declaration; Easton Declaration; Penn Declaration; Statement of Undisputed Issues; Notice of Lodging

Date: January 4, 2018
Time: 8:30 a.m.
Place: Courtroom 9D
350 W. 1st Street
Los Angeles, CA

I, Sarah Walsh, declare:

1. I am the President of ALS Scan, Inc. ("ALS"). The following facts are stated on my personal knowledge.

**ALS Background**

2. ALS was founded in 1996. ALS owns a substantial library of self-produced adult entertainment images and videos. ALS was one of the first companies to provide consumers with access to proprietary adult entertainment on secure websites. ALS charges consumers fees in consideration for a user id and password which will provide the consumer with access to the content on ALS's secure websites, alsangels.com and alsscan.com.

3. ALS has registered for copyright protection for all of its still proprietary content. Attached to the Complaint as Exhibit 1 is a true and correct summation from the website maintained by the U.S. Copyright Office of all of the copyright registrations obtained by ALS for collections of its images and videos, as well as a summation of certain pending registrations. Since Exhibit 1 was prepared a number of the registrations that were pending have been issued by the Copyright Office. ALS has hundreds of registrations in total.

4. ALS is the owner of Trademark Reg. No. 3062202, registered February 28, 2006 for the mark "ALS Scan" in connection with web sites and multimedia materials featuring adult entertainment. True and correct copies of screen shots reflecting these registrations are attached to the Complaint as Exhibit 2. ALS content always displays ALS's registered "ALS Scan" trademark.

**Harm to ALS Inflicted by Infringement on the Internet**

5. ALS's receipts and net profits from exploitation of its proprietary content grew steadily and impressively from 1996 through about 2001. Since 2001 to the present, by contrast, those receipts and profits have decreased.

6. Beginning around 2000, and continuing to the present, I have increasingly observed ALS images and videos on growing numbers of adult content websites, all without the knowledge of or license from ALS. I know from personal experience and numerous discussions with people in the adult industry that around this time consumers began to graduate from relatively slow dial-up Internet access to dedicated higher speed Internet connections. Also, I observed the emergence of peer-to-peer file sharing networks and "newsgroups" grow in use and popularity. These networks allowed consumers to upload and share content with others. I observed enormous quantities of infringing ALS content posted on these file sharing and newsgroup sites.

7. The observed growth of infringing content on these networks coincided with noticeable decline in ALS's profits. Profits declined 10-15% in 2002 and more than 30% in 2003. This trend has continued through today. I am not aware of any factors for this decline in profit other than the increasingly ubiquitous availability of infringing ALS content on the Internet. For example, there was no decrease in the quantity of quality of ALS's offerings. If anything, the quality of our offering increased while our profits decreased. We transitioned from shooting with print film to high resolution digital images in 2001. Nor were there any shifts in consumer preferences that I am aware of that would account for this decrease in profits, other than possibly any preference to view infringing ALS content for free rather than pay to view this content on ALS's sites.

8. I have observed an endless loop of systematic infringement of ALS content: 1) within hours after ALS posts a new content gallery on its secure webpages a stolen copy of the entire gallery is displayed for free on a pirate site; 2) adult "fan" forums (e.g. vipergirls.to) provide surfers with links to the free stolen ALS galleries; 3) infringing content on the pirate sites is juxtaposed with advertisements placed by ad brokers who pay for clicks or joins; 4) ALS

sends notice(s) of infringing content on the pirate site and, sometimes, the infringing content is taken down; but 5) that gallery or another stolen ALS gallery appears on another page of the same pirate site shortly thereafter; and 6) the cycle continues endlessly.

9. Providing notice of infringement to, and seeking to hold parties responsible for, infringing activity is a time consuming, expensive and fraught endeavor. ALS pays an agent, Steve Easton, to observe and send notices of infringement on ALS's behalf. However, even where a pirate site complies with a takedown notice, other infringing ALS content appears on the same site. ALS gives notice where it can to companies providing services to the pirate sites, such as storage of the pirate sites on servers, but too often the service providers disclaim legal responsibility and decline to terminate services to the infringing site. Thus, ALS is forced to play an endless game of "whack-a-mole" with no abatement in infringement of its content.

**Notices Sent in this Case by Mr. Easton**

10. ALS has engaged Steve Easton of APIC Worldwide as its agent to send notices of infringement on behalf of ALS.

11. I am familiar with Mr. Easton's declaration in this case and the notifications of infringement he references in and attaches to his declaration. Those emails were sent on ALS' behalf with our authority. None of the content referenced in Mr. Easton's emails was displayed with the knowledge or permission of ALS. Specfically, neither imagebam.com nor any users uploading content to imagebam.com had authority or license from ALS to reproduce, display or distribute ALS content on that site.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed on November 30, 2017, at Woodstock, Maryland.

Sarah Walsh

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):

**DECLARATION OF SARAH WALSH IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT STEADFAST NETWORKS, LLC**

will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 1, 2017, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
Mark Thomas Gray markgray@quinnemanuel.com
Armen Nercessian anercessian@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Sapna S Mehta smehta@fenwick.com
Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna daniel@partridgepartnerspc.com
Paul Supnick – paul@supnick.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn john.flynn@gknet.com
Kevin D Neal kevin.neal@gknet.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 1, 2017, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) December 1, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/1/2017 | Jessie Gietl | Jessie Gietl |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |