**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT COURT OF CALIFORNIA**
**WESTERN DIVISION**

**ALS SCAN, INC.**,

Plaintiff,

v.

**CLOUDFLARE, INC.**
et al.

Defendants

Civil Action No: CV 16-5051-GW(AFMx)

**ORDER GRANTING STEADFAST NETWORKS LLC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**ORDER**

This matter is before the Court on Defendant Steadfast Networks LLC Application to File Documents Under Seal in connection with its Response to ALS Scan's Motion for Partial Summary Judgment. Having reviewed the Application, and good cause and compelling reasons appearing therefore, IT IS HEREBY ORDERED THAT:

The Application to File Documents Under Seal is hereby GRANTED, and the following documents are ORDERED filed under seal:

An unredacted version of Steadfast Memorandum in Opposition to Plaintiffs Motion for Partial Summary Judgment Motion for Partial Summary which contains confidential information on the number of ALS Scan subscribers and the compensation given with ALS Scan's DMCA Agent.

Exhibit A to the Ambrogi Declaration, which reflect deposition testimony of ALS Scan employee Sarah Walsh which has been designated confidential by ALS Scan.

It is further ORDERED that to the extent any opposition or reply briefs, or any other filings in connection with Steadfast's memorandum, reference this sealed information, those materials must likewise be filed under seal.

Dated: December 18, 2017

_____

Honorable George H. Wu
United States District Judge