ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., et al., <br><br> Defendants. | Case No.: 2:16-cv-05051-GW-AFM <br><br> **DEFENDANTS CLOUDFLARE, INC. AND STEADFAST NETWORKS, LLC'S REQUEST FOR A TELEPHONE CONFERENCE REGARDING SUMMARY JUDGMENT SCHEDULING** <br><br> Date: January 11, 2018 <br> Time: 8:30 A.M. <br> Crtm: 9D <br> Judge: George H. Wu <br><br> Trial Date: April 24, 2018 |

REQUEST FOR TELEPHONE
CONFERENCE REGARDING
SUMMARY JUDGMENT SCHEDULING

CASE NO. 2:16-CV-05051-GW-AFM

Defendants Cloudflare and Steadfast Networks request a telephonic conference with the Court to address the scheduling of the pending and upcoming summary judgment motions. They ask the Court to schedule a single hearing for all the related motions. In addition, Cloudflare asks the Court to confirm the dates in the current scheduling order (Dkt. 256, filed September 8, 2017) as applying to both the Plaintiff's and Cloudflare's upcoming summary judgment motions in light of Plaintiff's announcement that it plans to force an earlier schedule on Cloudflare.

*Consolidating the hearings on all the related motions.* Plaintiff ALS Scan has indicated that it wants multiple different hearings on the pending and imminent summary judgment motions, but Defendants Cloudflare and Steadfast Networks believe that it would benefit the Court and the parties for all the motions to be heard at the same time. There will be four motions: one by Plaintiff against each of the two defendants and one by each of the two defendants. Accompanying Declaration of Andrew P. Bridges ("Bridges Decl.") at ¶¶ 2-3.

While the facts pertaining to Cloudflare and Steadfast Networks differ, the major legal issues in the case and the upcoming motions, namely contributory copyright infringement claims against both, are nearly identical. *Id*. at ¶ 3. It would benefit both the Court and the parties to address at one hearing all three parties' views and arguments regarding the relevant standards, including the relevance of various Supreme Court, Ninth Circuit, and other authorities. Coordinated argument and hearing on all the related motions would give the Court a better basis for consistent application of the law of contributory copyright infringement to the claims against both defendants.[1]

*Confirming the briefing schedule for the upcoming motions.* Plaintiff has indicated that it plans to file its motion for partial summary judgment against Cloudflare soon and will likely notice a hearing for February 15. *Id*. at ¶ 2.

---

[1] Plaintiff filed its motion against Steadfast Networks and noticed a hearing on January 4 (Dkt. 296); the Court continued that hearing until January 18 (Dkt. 310).

REQUEST FOR TELEPHONE
CONFERENCE REGARDING
SUMMARY JUDGMENT SCHEDULING

1

CASE NO. 2:16-CV-05051-GW-AFM

Cloudflare explained that, under the current scheduling order (Dkt. 256, filed September 8, 2017), oppositions to summary judgment motions are due on February 15. *Id.* Plaintiff indicated that it expected to require Cloudflare to file its opposition to Plaintiff's motion well earlier, according to Plaintiff's own schedule. Plaintiff apparently seeks to force an opposition by Cloudflare on January 25, even though the final expert depositions are likely to occur on January 22.[2] *Id.* at ¶ 5. When Cloudflare said it appeared Plaintiff was trying to jam Cloudflare's counsel with opposition briefing and expert discovery at the same time, Plaintiff offered a so-called "compromise" of a one-week delay, still extremely burdensome for Cloudflare with only 10 days between the close of expert discovery and the "compromise" opposition deadline that Plaintiff suggests. *Id.*

Both Cloudflare and Steadfast anticipate filing their motions on February 1, with oppositions due on February 15, replies due on March 1, and hearings on March 15, the dates the Court set in the current scheduling order. *Id.* at ¶ 3. Cloudflare asks that the same dates apply to Plaintiff's upcoming motion.

Cloudflare and Steadfast make this request following the conference of counsel with Plaintiff ALS Scan, Inc. on Friday, January 5, 2018. ALS Scan has advised Defendants that it opposes consolidating hearings on Thursday, March 15, 2018, and it still seeks to require Cloudflare to file its opposition to Plaintiff's summary judgment motion earlier than the deadlines in the Court's current scheduling order.

---

[2] The current expert discovery cutoff is January 18, but the parties envision making a consent motion to extend that date to January 22 to accommodate numerous schedules. The parties have agreed to expert depositions on January 16, 18, 19, and 22. Bridges Decl. at ¶ 4.

REQUEST FOR TELEPHONE
CONFERENCE REGARDING
SUMMARY JUDGMENT SCHEDULING

2

CASE NO. 2:16-cv-05051-GW-AFM

| | | |
|---|---|---|
| 1 | Dated: January 9, 2018 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Andrew P. Bridges* |
| 4 | | Andrew P. Bridges<br>Attorneys for Defendant<br>CLOUDFLARE, INC. |
| 5 | | |
| 6 | Dated: January 9, 2018 | PARTRIDGE PARTNERS, P.C. |
| 7 | | |
| 8 | | By: */s/ John L. Ambrogi* |
| 9 | | John L. Ambrogi<br>jla@partridgepartnerspc.com<br>Colin T.J. O'Brien |
| 10 | | colin@partridgepartnerspc.com<br>321 North Clark, Suite 720 |
| 11 | | Chicago, IL 60654<br>Tel: (312) 634-9500 |
| 12 | | |
| 13 | | Attorneys for Defendant<br>STEADFAST NETWORKS, LLC |

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4, Cloudflare attests that all signatories concur in and have consented to this electronic filing.

Dated: January 9, 2018          FENWICK & WEST LLP

By:  */s/ Andrew P. Bridges*
Andrew P. Bridges
Attorneys for Defendant
CLOUDFLARE, INC.

REQUEST FOR TELEPHONE
CONFERENCE REGARDING
SUMMARY JUDGMENT SCHEDULING

3

CASE NO. 2:16-CV-05051-GW-AFM