1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  ARMEN NERCESSIAN (CSB No. 284906)
   anercessian@fenwick.com
4  SAPNA MEHTA (CSB No. 288238)
   smehta@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: 415.875.2300
7  Facsimile: 415.281.1350

8  Attorneys for Defendant
   CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ALS SCAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., et al., <br><br> Defendants. | Case No.: CV 16-5051-GW(AFMx) <br><br> **ORDER GRANTING DEFENDANT CLOUDFLARE, INC. AND STEADFAST NETWORKS, LLC'S JOINT REQUEST FOR A TELEPHONE CONFERENCE REGARDING SUMMARY JUDGMENT SCHEDULING** <br><br> Date: January 11, 2018 <br> Time: 11:00 A.M. <br> Crtm: 9D <br> Judge: George H. Wu <br><br> Trial Date: April 24, 2018 |
|---|---|

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONE CONFERENCE RE SUMMARY JUDGMENT SCHEDULING

CASE NO. 2:16-CV-05051-GW-AFM

The Court GRANTS the request and ORDERS the parties to participate in a telephone conference on January 11, 2018 at 11:00 a.m. Counsel for Defendant Cloudflare, Inc., will provide and email the court clerk and other counsel in this matter with a call-in number for the hearing at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: January 10, 2018

_____
GEORGE H. WU, U.S. District Judge