# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### **AMENDED** CIVIL MINUTES - GENERAL

| Case No. | CV 16-5051-GW(AFMx) | | Date | January 11, 2018 |
|---|---|---|---|---|
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jay M. Spillane | Andrew Bridges |
| | Jebediah Wakefield |
| | John L. Ambrogi |

**PROCEEDINGS:**    **TELEPHONIC CONFERENCE**

Court and counsel confer. The Court will allow any motion for summary judgment to be filed as long as the requirements of Local Rule 6 are met.

Defendant Steadfast's Motion for Summary Judgment [296], set for January 18, 2018, is continued to February 1, 2018 at 8:30 a.m. Defendant Steadfast's amended opposition to Plaintiff's motion for summary judgement will be amended to reflect the paragraphs (starting at No. 44) that will be in the Defendant Steadfast Network's statement of additional undisputed facts by January 16, 2018. Only the citations will be amended and nothing further. Plaintiff ALS is to file an amended reply to Defendant's amended opposition and additional facts by close of business January 19, 2018.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | JG | |