JOHN L. AMBROGI
jla@partridgepartnerspc.com
COLIN T.J. O'BRIEN
colin@partridgepartnerspc.com
PARTRIDGE PARTNERS, P.C.
321 North Clark, Suite 720
Chicago, Illinois 60654
Telephone: (312) 634-9500

PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: (310) 859-0100
Facsimile: (310) 388-5645

Attorneys for Defendant
STEADFAST NETWORKS, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT COURT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.,<br>a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC.<br>a Delaware corporation,<br>et al.<br><br>Defendants | Civil Action No: 2:16-cv-05051-GW-AFM<br><br>**STEADFAST NETWORKS, LLC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS RESPONSE TO ALS SCAN'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: TBD**<br>**Hearing Time: TBD**<br>**Place:   Courtroom 9D, 9th Fl.**<br>           350 West 1st Street<br>  Los Angeles, CA, 90012<br><br>**Judge:   Hon. George H. Wu** |

## APPLICATION TO FILE DOCUMENTS UNDER SEAL

Pursuant to C.D. Cal. Civ. L.R. 79-5.1 and the Court's Standing Order, Defendant Steadfast Networks LLC ("Steadfast") hereby applies for an order allowing it to file under seal certain information in connection with its Memorandum in Response to the Motion for Partial Summary Judgement filed by ALS Scan Inc. ("ALS"). Specifically, Steadfast seeks an order permitting the underseal filing of certain limited portions of the Amended Memorandum in Response to the Motion for Partial Summary Judgment ("Memorandum") and Amended Statement of Genuine Issues of Fact in Opposition to Plaintiff's Motion for Summary Judgment ("Statement of Genuine Issues"). The Memorandum and Statement of Genuine Issues contain information related to ALS's number of subscribers as well as the compensation given to Steve Easton, ALS's DMCA agent.

    In connection with this Application, Steadfast has publicly filed a version of the Memorandum and Statement of Genuine Issues with limited redactions of the confidential-designated materials,. The complete, unredacted Memorandum and Statement of Genuine Issues are filed under seal concurrently herewith as an attachment to the O'Brien Declaration.

| | |
|---|---|
| | JOHN L. AMBROGI |
| | COLIN T.J. O'BRIEN |
| | PARTRIDGE PARTNERS, P.C. |
| | |
| | PAUL D. SUPNIK |
| Dated: January 16, 2016 | By: s/Colin O'Brien |
| | Colin O'Brien |
| | Attorneys for Steadfast Networks, LLC |

## PROOF OF SERVICE

I, John L. Ambrogi, certify that I am an attorney at law, licensed to practice in the State of Illinois and I am admitted to appear before the United States District Court for the Central District of California, and a true copy of the foregoing document **STEADFAST NETWORKS, LLC'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS RESPONSE TO ALS SCAN'S MOTION FOR SUMMARY JUDGMENT** was served via electronic filing to the following parties in this action via their counsel:

    ALS Scan, Inc.
    Cloudflare, Inc.

A true copy of the foregoing document was hand delivered to:

Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

Via attorney service

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: January 16, 2018                            s/John L. Ambrogi
                                                           Attorney for Defendant
                                                           Steadfast Networks LLC