Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

John P. Flynn (Az. Bar No. 015065)
Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
john.flynn@gknet.com
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALS SCAN, INC., a Maryland corporation,

Plaintiff,

vs.

CLOUDFLARE, INC., a Delaware corporation, et al.,

Defendants.

Case No.: 2:16-cv-05051-GW-AFM

**NOTICE OF HEARING ON MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT CLOUDFLARE INC.**

Filed Concurrently: Memorandum; Spillane Declaration; Easton Declaration; Walsh Declaration; Penn Declaration; Statement of Undisputed Issues; Notice of Manual Filing; Proposed Order

Date: March 5, 2018
Time: 8:30 a.m.
Place: Courtroom 9D
350 W. 1st Street
Los Angeles, CA

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2018, at 8:30 a.m., in Courtroom 9D of the above-entitled court, located at 350 W. 1st Street, Los Angeles, CA, Plaintiff ALS Scan, Inc. ("ALS") will, and hereby does, move for partial summary judgment against Defendant Cloudflare Inc. ("Cloudflare"). Fed. R. Civ. P. 56(a).

The motion will be made on the grounds that no reasonable juror could fail to find Cloudflare contributorily liable for infringement of ALS's copyrights on Cloudflare's client's sites. The motion will also be made on the grounds that: a) Cloudflare does not enjoy a safe harbor for copyright infringement under 17 U.S.C. § 512(a) because Cloudflare's contributory liability does not arise from passive conduit operations; b) Cloudflare does not enjoy a safe harbor for copyright infringement under 17 U.S.C. § 512(b) because that safe harbor pertains to caching content for later queries by the service providers <u>own</u> users, whereas Cloudflare caches content for later retrieval by the users of <u>other service providers</u>; and c) in any event Cloudflare has failed to meet the conditions for safe harbor eligibility under 17 U.S.C. § 512(i), by failing to either adopt or reasonably implement a policy of termination of the accounts of repeat infringers.

The motion will be based upon this notice, the Memorandum and Declarations of Sarah Walsh, Eric Penn, Steve Easton and Jay Spillane, and the Separate Statement and Order, the Depositions of Cloudflare personnel and the materials filed manually, all submitted concurrently, the pleadings in this case and any other matter that the Court may consider at the hearing.

This motion is made following the conference of counsel pursuant to LR 7-3 which took place on December 6, 2017.

DATED: January 30, 2018

SPILLANE LAW GROUP PLC
GHALLAGHER & KENNEDY P.A.

By: ______________________________
Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT CLOUDFLARE INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 30, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
Mark Thomas Gray markgray@quinnemanuel.com
Armen Nercessian anercessian@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Sapna S Mehta smehta@fenwick.com
Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna daniel@partridgepartnerspc.com
Paul Supnick – paul@supnick.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn john.flynn@gknet.com
Kevin D Neal kevin.neal@gknet.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 30, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) January 30, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/30/2018 | Jessie Gietl | Jessie Gietl |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |