# Easton Decl. ISO MPSJ v. Cloudflare Exhibit B

Abuse form | Cloudflare | The web performance & security company



Home     Features     Help     Sign up     Login

## Submit an Abuse Form

Copyright Infringement & DMCA Violations

**Your full name**

**© holder's full name**
Enter if you are not the copyright holder.

**Your email address**

**Confirm email address**

**Title**
Optional

**Company name**
Optional

**Telephone**
Optional

**Address**

**City**

**State / province**

**Country**
Select a country

**Infringing URLs**

### Copyright & DMCA policy

Cloudflare acknowledges abuse reports from copyright holders or their legally authorized representatives. You may not submit more than 10 infringing URLs at a time, and only domains that resolve to Cloudflare IPs will be responded to.

If your submission is valid, Cloudflare will act in accordance with our privacy and security policy. Cloudflare is a pass through network that caches content for a limited time only. We do not provide hosting services for any website. Cloudflare will notify the site owner and, where appropriate, the web hosting provider for the site in question.

By submitting a report, you agree to submitted data potentially being released by Cloudflare to third parties, such as Chilling Effects.

| | |
|---|---|
| **Describe the original work** | |
| **512(f) acknowledgment, Good faith belief, Authority to act** | By checking this box, you attest, under penalty of perjury, that you have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law; AND you are authorized to act on behalf of the copyright owner; AND you understand, under 17 U.S.C. § 512(f), you may be liable for any damages, including costs and attorneys' fees, if you knowingly materially misrepresent reported material.<br><br>I understand and agree |
| **Digital signature**<br>By entering your name, you affirm all information is true and accurate while agreeing to the policies on this page | |

Because Cloudflare does not have the ability to remove content from a website, it is our practice to forward abuse complaints to entities like the hosting provider and/or website owner. Please specify:

| | |
|---|---|
| **Who should be notified?**<br>Please select at least one. | Please forward my report to the website hosting provider.<br>Please forward my report to the website owner. |

### Contact
[Contact support](#)
[Contact sales](#)
Call sales: +1 888 993 5273

   

### What we do
[Plans](#)
[Overview](#)
[Features](#)
[Network](#)
[Apps](#)

### Community
[Blog](#)
[Case studies](#)
[Partners](#)
[API](#)

### Support
[Help center](#)
[System status](#)
[Resources](#)
[Videos](#)
[Trust & Safety](#)

### About us
[Our team](#)
[Careers](#)
[Press](#)
[Terms of service](#)
[Privacy & security](#)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**EXHIBIT B TO EASTON DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT CLOUDFLARE INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 31, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
Mark Thomas Gray     markgray@quinnemanuel.com
Armen Nercessian     anercessian@fenwick.com
Jedediah Wakefield     jwakefield@fenwick.com
Sapna S Mehta     smehta@fenwick.com

Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna     daniel@partridgepartnerspc.com
Paul Supnick – paul@supnick.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn     john.flynn@gknet.com
Kevin D Neal     kevin.neal@gknet.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) January 31, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) January 31, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail or Attorney Service*
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/31/2018 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |