1  JOHN L. AMBROGI
2  jla@partridgepartnerspc.com
   COLIN T.J. O'BRIEN
3  colin@partridgepartnerspc.com
   PARTRIDGE PARTNERS, P.C
4  321 North Clark, Suite 720
5  Chicago, Illinois 60654
   Telephone: (312) 634-9500
6
7  PAUL D. SUPNIK [SBN 52842]
   paul@supnik.com
8  9401 Wilshire Blvd., Suite 1250
9  Beverly Hills, CA 90212
   Telephone: (310) 859-0100
10 Facsimile: (310) 388-5645
11
   Attorneys for Defendant
12 STEADFAST NETWORKS, LLC
13

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. CV 16-5051-GW(AFMx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING OPPOSITION AND REPLY DEADLINES FOR ALL SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS**<br><br>**Hearing Date: March 12, 2018**<br>**Hearing Time: 8:30 a.m.**<br>**Place:   Courtroom 9D, 9th Fl.**<br>          350 West 1st Street<br>          Los Angeles, CA, 90012<br>**Judge:   Hon. George H. Wu** |

The Court, having read the Stipulation of the parties to set briefing deadlines for the pending motions for summary judgment and partial summary judgment (Docket Nos. 324, 338, 343, and 347), hereby orders:

1. Any opposition to a motion for summary judgment or partial summary judgment shall be due February 16, 2018.
2. Any reply in support of a motion for summary judgment or partial summary judgment shall be due February 26, 2018.
3. No other dates in the case are affected by this order.
4. This order is without prejudice to the rights of any party to make or oppose a motion to continue any other dates in the Court's scheduling order.

Dated: February 12, 2018

GEORGE H. WU, U.S. District Judge

# PROOF OF SERVICE

I, Colin T.J. O'Brien, certify that I am an attorney at law, licensed to practice in the State of Illinois and I am admitted to appear before the United States District Court for the Central District of California, and a true copy of the foregoing document **JOINT STIPULATION REGARDING OPPOSITION AND REPLY DEADLINES FOR ALL SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT MOTIONS** was served via electronic filing to the following parties in this action via their counsel:

    ALS Scan, Inc.
    Cloudflare, Inc.

A true copy of the foregoing document was hand delivered to:

Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

Via attorney service

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 8, 2018          s/Colin T.J. O'Brien
                                           Attorney for Defendant
                                           Steadfast Networks LLC