Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000
(602) 530-8500 (fax)
john.flynn@gknet.com
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>            Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**PLAINTIFF'S BRIEF ON** ***VENTURA CONTENT V. MOTHERLESS***<br><br>Date: March 26, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>           350 W. 1st Street<br>           Los Angeles, CA |

*Ventura Content v. Motherless, Inc.*, No. 13-56332 (9th Cir. 3/14/18) turned on the unique facts of the case and is of no help to Defendant Steadfast Inc. On the other hand, the decision may be grounds for the Court to reconsider its denial of ALS's summary adjudication motion against Steadfast. The decision may also provide useful jury instructions.

Ventura, the content owner, sent <u>zero</u> notices of infringement of its works to Motherless. Thus, Motherless had no actual knowledge of infringement. Here, Steve Easton sent 853 notices to Steadfast of infringing content on imagebam.com, 185 of which pertained to ALS. Thus, Steadfast had ample actual notice of infringement on imagebam.com, a site that resided on Steadfast servers.

Motherless did not have constructive knowledge of infringement of Ventura Content material on its site. There were no watermarks or credits that would have identified Ventura as the owner of the disputed works. By contrast, the undisputed evidence is that ALS's works all bear the ALS Scan trademark and copyright symbol.

Motherless remained eligible for its safe harbor under 17 U.S.C. § 512(c) because it scrupulously implemented a policy to terminate repeat infringers. 17 U.S.C. § 512(i). If the proprietor of Motherless received a takedown notice, he used "hashing" software so that copies of the image or clip would be screened for any attempts to reupload the same content. He terminated a user if he received <u>two</u> or more infringement notices about that user.

Here, by contrast, Steadfast received <u>853</u> notices of infringement on imagebam.com, yet did not terminate imagebam.com from Steadfast's servers. Steadfast has <u>never</u> terminated a single user for repeat infringement.

The Ninth Circuit says a service provider does adopt and reasonably implement a repeat infringer policy by terminating a user after <u>two</u> notices. The Fourth Circuit says a service provider fails to adopt and reasonably implement a

repeat infringer policy when it receives <u>fourteen</u> infringement notices about a user and fails to terminate that user.  *BMG Rights Mgmt. (US) LLC v. Cox Communs.*, 149 F.Supp.3d 634 (E.D. Va. 2015), aff'd in part No. 16-1972 (4th Cir. 2/1/18).  How is it, then, that a jury is going to decide whether receipt by Steadfast of <u>853</u> notices of infringement about one of its users, imagebam.com, was enough to compel Steadfast to terminate services to that user?  ALS urges the Court to reconsider its denial of ALS's motion for summary adjudication on Steadfast's eligibility for safe harbor under Section 512(i).

The *Ventura* decision has passages that may provide useful instructions to the jury.  First, the defense will use the word "pornography" wherever possible, seeking to confuse the jury into believe that the term refers to illegality or content unworthy of legal protection.  Also, ALS believes that the jury will require assistance from the Court to ascertain the parameters within which courts have found that conduct does constitute material assistance to infringement.  The decision has two useful passages:

> "[F]ederal copyright law does not distinguish between pornographic and non-pornographic works, so the nature of the sexual material that [ALS] creates . . . is irrelevant."

> "A service provider must delete or disable access to known or apparent infringing material, as well as material for which he receives a statutorily compliant takedown notice. He must also terminate repeat infringers when appropriate. The copyright owner, not the service provider, has the burden of policing infringement. But the service provider, to maintain its shield, must respond expeditiously and effectively to the policing."

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  March 20, 2018 | SPILLANE LAW GROUP PLC |
| 3 | | GALLAGHER & KENNEDY, P.A. |
| 4 | | |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Jay M. Spillane |
| | | Attorneys for Plaintiff ALS Scan, Inc. |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**PLAINTIFF'S BRIEF ON *VENTURA CONTENT V. MOTHERLESS***  will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 20, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
Mark Thomas Gray     markgray@quinnemanuel.com
Armen Nercessian     anercessian@fenwick.com
Jedediah Wakefield     jwakefield@fenwick.com
Sapna S Mehta     smehta@fenwick.com

Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna     daniel@partridgepartnerspc.com
Paul Supnick – paul@supnick.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn     john.flynn@gknet.com
Kevin D Neal     kevin.neal@gknet.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 20, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 20, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

3/20/2018          Jessie Gietl                                                                *Jessie Gietl*

_Date_          _Printed Name_                                                              _Signature_