ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., | Case No.: 2:16-cv-05051-GW-AFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT CLOUDFLARE, INC.'S *MOTION IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE REGARDING "STANDARD TECHNICAL MEASURES" WITHIN THE MEANING OF SECTION 512(I)** |
| v. | |
| CLOUDFLARE, INC., et al., | |
| Defendants. | |
| | Date:      April 12, 2018<br>Time:     8:30 A.M.<br>Dept:      9D<br>Judge:    Hon. George H. Wu<br>Trial Date:  April 24, 2018 |

On April 12, 2018, the Court held a hearing on Defendant Cloudflare, Inc.'s motion *in limine* No. 9 to exclude, under Fed. R. Evid. 403, 602, and 701 and Fed. R. Civ. P. 37, any evidence or arguments that ALS Scan, Inc. intends to offer relating to "standard technical measures" within the meaning of Section 512(i) of the Copyright Act.

After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, and for good cause appearing, the Court **HEREBY GRANTS** Defendant Cloudflare's motion *in limine* No. 1 in its entirety and **RULES** that ALS is prohibited from offering or presenting to the jury directly or indirectly any evidence, argument, or other assertions regarding assertions regarding "standard technical measures" within the meaning of Section 512(i) of the Copyright Act.

Date: _____        _____

The Honorable George H. Wu
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW