ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., et al., <br><br> Defendants. | Case No.: 2:16-cv-05051-GW-AFM <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CLOUDFLARE, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. SHAHRAM GHANDEHARIZADEH** <br><br> Date: April 12, 2018 <br> Time: 8:30 A.M. <br> Courtroom: 9D <br> Judge: Hon. George H. Wu <br><br> Trial Date: April 24, 2018 |

On April 12, 2018, the Court held a hearing on Defendant Cloudflare, Inc.'s motion to exclude expert testimony of Dr. Shahram Ghandeharizadeh pursuant to Federal Rule of Civil Procedure 37.

After full consideration of all moving and opposing documents, the Court's record and file in this matter, and the arguments of counsel, the Court **HEREBY GRANTS** Defendant Cloudflare's motion to exclude expert testimony of Dr. Shahram Ghandeharizadeh and **RULES** as follows:

1. Dr. Ghandeharizadeh's supplemental report, served on January 17, 2018, is inadmissible.
2. Plaintiff ALS Scan, Inc. is prohibited from offering or presenting to the jury directly or indirectly during the trial any testimony of Dr. Shahram Ghandeharizadeh on technical measures that Cloudflare could purportedly implement to identify and filter images.

**IT IS SO ORDERED.**

Date: _____

The Honorable George H. Wu
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING CLOUDFLARE'S MOTION TO EXCLUDE EXPERT TESTIMONY OF SHAHRAM GHANDEHARIZADEH — 1 — CASE NO. 2:16-CV-05051-GW-AFM