# Exhibit 1

Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

John P. Flynn (Az. Bar No. 015065)
Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000
(602) 530-8500 (fax)
john.flynn@gknet.com
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation, | Case No.: 2:16-cv-05051-GW-AFM |
| Plaintiff, | **PLAINTIFF'S EXPERT DISCLOSURE** |
| vs. | **FRCP R. 26(a)(2)** |
| CLOUDFLARE, INC., a Delaware corporation, et al., | |
| Defendants. | |

# Shahram Ghandeharizadeh

3220 Barbydell Drive, Los Angeles, CA 90064 | 310-699-7821 | shahram@usc.edu

**November 15, 2017**

Jay Spillane, Esq.
Spillane Law Group PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210

**Dear Mr. Spillane:**

This report is prepared for the litigation captioned *ALS Scan Inc. vs. Cloudflare Inc. and Steadfast LLC*, Case No. 2:16-cv-05051-GW-AFM.

**Ghandeharizadeh's Assignment**

ALS Scan, Inc. ("ALS") contends that Cloudflare, Inc. ("Cloudflare") and Steadfast Networks LLC ("Steadfast") contribute to infringement of ALS's copyrighted and trademarked works by providing services to third party sites, clients of Cloudflare or Steadfast, that reproduce, display and distribute ALS's copyrighted works.  Cloudflare provides Content Delivery Network ("CDN"), domain nameserver ("DNS") and related security services to the third party sites in question.  Steadfast provides internet services including co-location of servers for a web site, imagebam.com.

I have been asked to help ALS understand and explain the technical issues and also to opine whether Cloudflare and Steadfast provide significant technical contributions to infringement.

**Assumptions and Background**

I was asked to and did assume the truth of the factual averments in ALS's Third Amended Complaint, namely that ALS owns a body of works that are protected by copyright and trademark, that infringing copies of ALS's works have appeared on the sites listed in the Complaint and others, that Cloudflare and Steadfast have provided services to these sites and, having been provided with information by ALS's agent concerning the existence and location of infringements on these sites, neither Cloudflare nor Steadfast have terminated services to these sites.

Additionally, I was asked to and did review letters from copyright owners to the United States Copyright Office and to the United States Trade Representative to gain background understanding of the concerns and issues of copyright owners with respect to pirate web sites.

**Summary of Opinions**

My opinions are organized into three sections, focusing on:  Cloudflare Inc., data hosting web sites such as imgchili.net, and Steadfast as an Internet service provider.

1.  Cloudflare reproduces and distributes content by its client sites including those that disseminate infringing copyrighted content

ALS represents that all of the websites complained in the case, except for imagebam.com, are or were Cloudflare clients.

Cloudflare Inc. is a provider of infrastructure and services to enable a website to copy and distribute content for display at different geographical regions.  Cloudflare's web site reports its infrastructure consists of 117 data centers distributed geographically across all major continents:  North and South America, Europe, Africa, Asia, and Australia.  (See Figure 1.)  Its services:

1.  Reproduce content (potentially pirated content) published by a web site across servers in Cloudflare's geographically distributed data centers.  Its objective is to bring reproduced content in close geographical proximity of the visitors' web browsers that display this content.  By doing so, Cloudflare enables a web site that potentially infringed ALS's copyrighted material in



*Figure 1:  Cloudflare's geographically distributed data centers bring content closer to visitor's web browser.*

two ways.  First, it minimizes the load on the web site's servers containing pirated content.  Second, it provides a faster service time for those visitors who display this pirated content.  Site speed is crucial to providing a positive experience for web site visitors because slow load times result in shorter time spent on the web site and a lower conversion rate.  Simply stated, Cloudflare's faster delivery helps the business of a web site, including those that host pirated content.

2.  Provide an always online feature that caches a static reproduction of the content served by a web site in case their servers becomes unavailable.  This cached copy that resides on Cloudflare's servers enables a visitor's browsers to display content including the pirated ones.

**Bridges Decl. Exhibit 1 Page 11**

3. Distribute content to address hot spots caused by the popularity of this content and by routing requests around failures.  This is realized by using a networking protocol named Anycast.  Most of the Internet uses the Unicast routing scheme that assigns a unique IP address to every node on the network.  With Anycast, multiple servers share the same IP address.  When a request is sent to an Anycasted IP address, it is directed to the server on the network that is closest.  If the closest server is slow in responding due to a heavy load or unavailable due to a failure, the request is directed to the next closest server with the same IP address.  An analogy to IP addresses are telephone numbers.  If the concept of Anycast was applied to providers who use telephones (say Uber drivers) then these providers would share the same phone number.  A call made by a customer would be served by the closest provider who shares the number.  If that driver was busy then the next closest provider that is available would serve this customer.

4. Coudflare is more than a passive intermediary in distribution of content, it employs algorithms to select the point from which a user's browser receive the content.

5. In order for Cloudflare to receive, route and deliver requests for content on its client websites, Cloudflare requires its clients to name two Cloudflare nameservers for their web site.  When clients designate Cloudflare nameservers for their site, all requests for content on their site is routed first to Cloudflare so that the content can be distributed and displayed as described above.

6. It appears that Cloudflare has the technical capability to terminate services to a client web site.  The Matthew Prince article in August 23rd, 2017 issue of Wall Street Journal supports my observation.

7. In sum, accepting ALS Scan's claim that substantial amount of its copyrighted images are retrieved and displayed using the Cloudflare's infrastructure then Cloudflare's service is a significant facilitator of that infringement.

2. Hosting web sites such as imgchili.net and imgspice.com allow visitors to upload pirated content, providing links that might be embedded in a web site.

Hosting web sites such as imgchili.net and imgspice.com allow visitors to upload pirated content.  After copying this content on their servers, they provide a unique link for each data item, say a pirated image.  Subsequently, these links can be embedded in a web site that generates advertising revenue and directs users to the content uploaded on the host sites.

These hosting web sites simplify the task of uploading a large content gallery.  They enable "flash" and "remote" upload capabilities which permit upload of all contents on a web page or even a list of URLs, capabilities consistent with upload of entire galleries of content.

Moreover, they require little (if any) accountability from the visitor who uploads pirated content.  For example, neither imgchili.net nor imgspice.com require a user login or password from the visitor, see Table 1.  Anyone may upload content and obtain a link to distribute the content.  This lack of accountability encourages anyone with a computer to download copyrighted content and share it with others using a web site such as imgspice.com.  Detective techniques such as identifying an uploader of copyrighted content

**Bridges Decl. Exhibit 1 Page 12**

using the IP address of their computer and banning them from the site is not an effective solution.  (See Exhibit 1, a report from imagebam.com showing that users uploading infringing content were tracked using only the IP address of their device.)  This is because most devices such as laptops use dynamic IP addresses which are assigned by the network when they connect and change over time.  Thus, an individual may consistently upload infringing content galleries each time using a different IP address.

3. Steadfast provided important technical services to infringement on imagebam.com

*Table 1:  A survey of several web sites for image upload.*

| Web Site URL | Upload Image? | Requires Login/Password to upload? |
|---|---|---|
| imagebam.com | Yes | No |
| img.yt | Yes | Yes |
| imgchili.net | Yes | No |
| fboom.me | Yes | Yes |
| imgsen.se | Yes | Yes |
| imgspice.com | Yes | No |

Steadfast as an internet service provider is focused on dedicated servers and co-location.  The documents provided to me show Steadfast built the server(s) for imagebam.com and provided technical services to configure, deploy, and maintain these servers.  Its services include building one or more servers for the web site.  This step must consider provisioning of resources such as the amount of memory, storage capacity, CPU processing, and network bandwidth of each server.  Steadfast also provided software in support of data storage and retrieval configured and deployed on the server(s).  It provisioned sufficient network bandwidth for the web site to process its anticipated volume of uploaded and downloaded data.   I was provided with invoices showing that Steadfast provisioned two servers each with 500 GB of storage and 3 terabits per second network connectivity.  (See Exhibit 2.)  This entailed configuring and troubleshooting a relational database management system (RDBMS) named MySQL to process uploads at an acceptable rate.  In sum, the servers provisioned by Steadfast are designed with both storage and network bandwidth in mind to process a large volume of data upload and download.  Accepting ALS Scan's claim that substantial amount of its copyrighted images were uploaded unlawfully onto the imagebam.com web site and that, at a minimum, the home page with the upload features was stored on Steadfast servers, which is what the testimony indicates, then Steadfast provided significant technical services to imagebam.com to facilitate this infringement.

**OTHER REQUIRED INFORMATION**

**Documents and Information Relied Upon**

I used the following information:

1. Transcript of Justin Paine deposition on September 15, 2017.
2. Transcript of Trey Guinn deposition on September 15, 2017.

3. Stipulated Protective Order Governing the Production and Exchange of Confidential Information.  Filed 02/03/2017.
4. Order Continuing Pretrial and Trial Dates.  Honorable Judge George H. Wu.  September 8, 2017.
5. Plantiff's Supplemental Memorandum of Points and Authorities in Opposition to Motion by Defendant Cloudflare Inc. for Partial Summary Judgement.  Filed May 4, 2017 at 8:30 am at United States District Court, Central District of California, Courtroom 9D, 350 W. 1st Street, Los Angeles, CA.
6. Declaration of Trey Guinn in Support of Cloudflare, Inc.'s Motion for Partial Summary Judgement Regarding Extraterritoriality.  Hearing date:  March 30, 2017.
7. Supplemental Declaration of Trey Guinn in Support of Cloudflare, Inc's Motion for Partial Summary Judgement Regarding Extraterritoriality.  Hearing date:  May 4, 2017.
8. Declaration of Kenneth Carter in Support of Cloudflare, Inc.'s Motion for Partial Summary Judgement Regarding Extraterritoriality, March 30, 2017.
9. Matthew Prince.  Was I Right to Pull the Plug on a Nazi Website?  The Wall Street Journal.  Wednesday, August 23, 2017.
10. Plantiff's Supplemental Memorandum of Points and Authorities in Opposition to Motion by Defendant CloudFlare, Inc. for Partial Summary Judgement [OFFER OF PROOF] on May 4, 2017.
11. Transcript of Karl Zimmerman deposition on August 31st, 2017 at 9:13 am.
12. Documents produced at Steadfast deposition, STF 39151 to 39171.
13. A phone conference with Sarah Walsh of ALS Scan to review and understand details, September 6, 2017.
14. Email exchanges that included karl@steadfast.net with subject "ImageBam matter" dated Sun, Nov 12, 2006 6:29 PM until Wed April 6, 2011 8:43 PM.
15. Steadfast Invoice in the amount of $399.90 billed to Filxya Entertainment LLC.
16. STM letter March 31, 2016 to United States Copyright Office
17. MPAA letter October 7, 2016 to Office of the US Trade Representative
18. RIAA letter October 5, 2015 to Office of the US Trade Representative
19. Pirate web sites analyzed:

    bestofsexpics.com
    imgchili.net
    imgtrex.com
    cumonmy.com
    imgflash.net
    pornwire.net
    fboom.me
    imgsen.se
    slimpics.com
    greenpiccs.com
    imgspice.com
    stoorage.com
    img.yt

**Bridges Decl. Exhibit 1 Page 14**

imgspot.org
vipergirls.to

20. Cloudflare Inc., web site, https://www.cloudflare.com
    https://blog.cloudflare.com/a-brief-anycast-primer/
    https://www.cloudflare.com/always-online/
    https://www.cloudflare.com/cdn/
    https://www.cloudflare.com/ddos/
    https://www.cloudflare.com/ddos/dns-flood/
    https://www.cloudflare.com/dns/
    https://support.cloudflare.com/hc/en-us/articles/200168326-Are-301-and-302-redirects-cached-by-Cloudflare-
    https://www.cloudflare.com/insights/
    https://www.cloudflare.com/media/pdf/cloudflare-enterprise-overview.pdf
    https://www.cloudflare.com/media/pdf/cloudflare-two-pager-ddos-protection-rate-limiting.pdf
    https://www.cloudflare.com/media/pdf/cloudflare-two-pager-load-balancing.pdf
    https://www.cloudflare.com/performance/
    https://www.cloudflare.com/rate-limiting/
    https://www.cloudflare.com/reliability/
    https://www.cloudflare.com/resources/
    https://www.cloudflare.com/security/
    https://www.cloudflare.com/static/media/pdf/cloudflare-whitepaper-cdn.pdf

## A.   Qualification for Offering Opinions

Attached as Exhibit 3 is a copy of my curriculum vitae summarizing my education, experience, and qualifications.

Exhibit 4 lists my expert witness services during the past 4 years.

## B.   Compensation

My normal hourly rate for serving as a technical expert in a legal case is $500.

**Sincerely,**

**Shahram Ghandeharizadeh**