1 | Jay M. Spillane (Bar No. 126364)
2 | jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
3 | 468 N. Camden Drive, Second Floor
Beverly Hills, CA 90210
4 | (424) 217-5980
(888) 590-1683 (fax)

5

6 | Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
7 | Phoenix, Arizona 85016-9225
(602) 530-8000
8 | (602) 530-8500 (fax)
kevin.neal@gknet.com

9

10 | Attorneys for Plaintiff ALS Scan, Inc.

11

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | ALS SCAN, INC., a Maryland | Case No.: 2:16-cv-05051-GW-AFM
corporation,
15 | | **DECLARATION OF JAY M.
SPILLANE IN OPPOSITION TO
16 | Plaintiff, | EMERGENCY MOTION BY
DEFENDANT CLOUDFLARE INC.**
17 | 
vs.
18 |
19 | CLOUDFLARE, INC., a Delaware
corporation, et al.,
20 |
21 | Defendants.

22

23

24

25

26

27

28

---

ALS Opposition to Cloudflare Emergency Motion

1    I, Jay M. Spillane, declare:

2    1.    I am counsel for ALS Scan Inc.  The following facts are based

3  upon my personal knowledge.

4    2.    I am trying an arbitration this week.  At the beginning of next week

5  I am taking my children on a Spring Break vacation.  I informed Mr. Bridges of

6  this and offered to oppose Cloudflare's motion by April 9, to be heard on April

7  12, should the Court so permit.  Mr. Bridges declined this suggestion.

8    3.    I have co-counsel but I have been the lead lawyer through the case

9  and the only attorney on the case with prior copyright experience.  It is vital to

10  ALS's interest that I prepare the opposition.

11    4.    Cloudflare has previously filed three motions to continue the trial

12  in this case.  I believe the latest motion is in part a gambit to further delay

13  having Cloudflare's conduct put to a jury.  ALS respectfully demands that its

14  claims be timely tried.

15    5.    Interlocutory review should be limited to extraordinary

16  circumstances.  This is not a case where there is a sharp conflict in authorities in

17  a key point.  The Court has thus far applied relatively well settled authority to

18  the specific facts of the case.

19    6.    I find Cloudflare's suggestion that we stop the case and spend a

20  year on appeal unwarranted from many viewpoints, including proper appellate

21  jurisprudence.  The case remains in flux and the issues are not ripe for review.

22  The Court has not settled the jury instructions.  We don't know what the jury

23  will find.  Any instructions to which Cloudflare objects may not wind up having

24  any arguable prejudicial impact.  I believe Cloudflare essentially wants the

25  Ninth Circuit to hold an instructions conference.  The predictable result of

26  going to appeal now would be a year's delay and remand on the grounds that

27  the record is not ripe for review.

28

ALS Opposition to Cloudflare Emergency Motion

1    This declaration was executed on March 28, 2018 at San Diego,

2    California.  I declare under penalty of perjury that the foregoing is true and

3    correct.

4

5

6

7    _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALS Opposition to Cloudflare Emergency Motion

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 2575 E. Camelback Road, Suite 1100, Phoenix, AZ 85016.  A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO EMERGENCY MOTION BY DEFENDANT CLOUDFLARE INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 28, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com | Colin TJ O'Brien – tm@partridgepartnerspc.com |
| Kevin S. Toll – kevin@silversteinlegal.com | John L. Ambrogi – jla@partridgepartnerspc.com |
| Lawrence G. Walters – larry@firstamendment.com | Daniel L Rogna    daniel@partridgepartnerspc.com |
| Corey D. Silverstein – corey@silversteinlegal.com | Paul Supnick – paul@supnick.com |
| Rachel Kassabian – rachelkassabian@quinnemanuel.com | Raymond Katrinak – pkatrinak@kernanlaw.net |
| Carolyn M. Homer – carolynhomer@quinnemanuel.com | Ryan Carreon – rcarreon@kernanlaw.net |
| Mark Thomas Gray    markgray@quinnemanuel.com | Stephen M Kernan – kernanlaw@gmail.com |
| Armen Nercessian    anercessian@fenwick.com | |
| Jedediah Wakefield    jwakefield@fenwick.com | |
| Sapna S Mehta    smehta@fenwick.com | |

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 28, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) March 28, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012                            ☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/28/2018 | Sharlee Weaver | |
| *Date* | *Printed Name* | *Signature* |

6531335v1/28381-0001