Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**NOTICE OF LODGING OF [PROPOSED] JOINT PRETRIAL CONFERENCE ORDER**<br><br>Date: April 12, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>       350 W. 1st Street<br>       Los Angeles, CA |

| | |
|---|---|
| 1 | Plaintiff ALS Scan Inc. hereby submits, and is lodging, the attached [Proposed] Final Pretrial Conference Order. |
| 2 | |

Plaintiff ALS Scan Inc. hereby submits, and is lodging, the attached [Proposed] Final Pretrial Conference Order.

DATED: April 6, 2018              SPILLANE LAW GROUP PLC
                                  GALLAGHER & KENNEDY, P.A.

                                  By: _____
                                          Jay M. Spillane
                                  Attorneys for Plaintiff ALS Scan, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
# NOTICE OF LODGING OF [PROPOSED] JOINT PRETRIAL CONFERENCE ORDER
will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 5, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com | Colin TJ O'Brien – tm@partridgepartnerspc.com |
| Kevin S. Toll – kevin@silversteinlegal.com | John L. Ambrogi – jla@partridgepartnerspc.com |
| Lawrence G. Walters – larry@firstamendment.com | Daniel L Rogna    daniel@partridgepartnerspc.com |
| Corey D. Silverstein – corey@silversteinlegal.com | Paul Supnick – paul@supnick.com |
| Rachel Kassabian – rachelkassabian@quinnemanuel.com | Raymond Katrinak – pkatrinak@kernanlaw.net |
| Carolyn M. Homer – carolynhomer@quinnemanuel.com | Ryan Carreon – rcarreon@kernanlaw.net |
| Mark Thomas Gray    markgray@quinnemanuel.com | Stephen M Kernan – kernanlaw@gmail.com |
| Armen Nercessian    anercessian@fenwick.com | John P Flynn    john.flynn@gknet.com |
| Jedediah Wakefield    jwakefield@fenwick.com | Kevin D Neal    kevin.neal@gknet.com |
| Sapna S Mehta    smehta@fenwick.com | |

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) April 5, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) April 5, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail or Attorney Service*
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012            ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/5/2018 | Jessie Gietl | *Jessie Gietl* (signature) |
|---|---|---|
| Date | Printed Name | Signature |