ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., et al., <br><br> Defendants. | Case No.: 2:16-cv-05051-GW-AFM <br><br> **DEFENDANT CLOUDFLARE INC.'S PROPOSED SPECIAL VERDICT FORM** <br><br> Judge:  Hon. George H. Wu <br> Trial Date: April 24, 2018 |

In answering these questions, you are to follow all of the instructions the Court previously gave you. "Plaintiff" means ALS Scan. "Defendant" means Cloudflare. You must reach a unanimous decision for each of the following questions until the instructions indicate that you don't need to answer any more questions.

### Plaintiff's Claim for Contributory Copyright Infringement

**Question No. 1**

Did Plaintiff prove by a preponderance of the evidence that it owns and registered the copyrights in the works that it asserted?

_____ Yes \_\_\_\_\_No

*If you answered "no" you don't need to answer the remaining questions. Otherwise, go to the next question.*

**Question No. 2**

Did Plaintiff prove by a preponderance of the evidence that others infringed, through one or more of the 17 specific accused websites, copyrights that Plaintiff owns and has registered?

_____ Yes  \_\_\_\_\_ No

*If you answered "no" you don't need to answer the remaining questions. Otherwise, go to the next question.*

**Question No. 3**

Did Plaintiff prove by a preponderance of the evidence that the caching (intermediate and transient or intermediate and temporary storage) and/or

1

transmission of images that occurred on Defendant's service from one or more of the 17 specific accused websites was not fair use?

_____ Yes   \_\_\_\_\_ No

*If you answered "no" you don't need to answer the remaining questions. Otherwise, go to the next question.*

**Question No. 4**

Did Plaintiff prove by a preponderance of the evidence that Defendant induced, caused, or materially contributed to third party infringements of Plaintiff's copyrights through one of the 17 specific accused websites?[1]

_____ Yes   \_\_\_\_\_ No

*If you answered no, you don't need to answer the remaining questions. Otherwise, go to the next question.*

**Question No. 5**

Did Plaintiff prove by a preponderance of the evidence that Defendant had *actual* knowledge of *specific* infringements of Plaintiff's works by third parties through one of the 17 specific accused websites?

_____ Yes   \_\_\_\_\_ No

*If you answered "no" you don't need to answer the remaining questions. Otherwise, go to the next question.*

---

[1] Cloudflare omits a question on an inducement theory in reliance on Plaintiff's statements that it is not pursuing an inducement theory.  It also omits a verdict question on whether Cloudflare's technology and services are capable of substantial noninfringing uses in reliance on Plaintiff's statements that it is not making any such claim or assertion.

**Question No. 6**

Did Plaintiff prove by a preponderance of the evidence that Defendant failed to take simple measures that were available to it to prevent further damage to Plaintiff's copyrighted works through one of the 17 specific accused websites?

_____ Yes   _____ No

*If you answered no, you don't need to answer the remaining questions. Otherwise, go to the next question.*

### Unclean Hands

**Question No. 7**

Did Defendant prove by a preponderance of the evidence that Plaintiff has "unclean hands" by engaging in copyright misuse?

_____ Yes   _____ No

*Go to the next question.*

### Defendant's Safe Harbor Defenses

**Question No. 8**

Did Defendant prove by a preponderance of the evidence that it qualifies for the limitations on remedies for service providers for transmitting, routing, or providing connections for, material through a system or network controlled or operated by or for the service provider, or for intermediate and transient storage of that material in the course of such transmitting, routing, or providing connections?

_____ Yes   _____ No

*Go to the next question.*

3

**Question No. 9**

Did Defendant prove by a preponderance of the evidence that it qualifies for the limitations on remedies for service providers that engage in "system caching"?

_____ Yes     \_\_\_\_\_ No

*If your answer to **either** question 8 **or** question 9 is yes, you don't need to answer the remaining questions. Otherwise, go to the next question.*

## Damages

**Question No. 10**

If you found that Defendant did contributorily infringe Plaintiff's copyrights, did Plaintiff prove by a preponderance of the evidence that Defendant was a willful infringer?

_____ Yes     \_\_\_\_\_ No

*If you answered yes, skip to question 16. Otherwise, go to the next question.*

**Question No. 11**

If you found that Defendant did contributorily infringe Plaintiff's copyrights, did Defendant prove by preponderance of the evidence that it was an innocent infringer?

_____ Yes     \_\_\_\_\_ No

*Go to the next question.*

**Question No. 12**

What amount of statutory damages do you find appropriate?

$_____

*Go to the next question.*

**Question No. 13**

Did Defendant prove by a preponderance of the evidence that Plaintiff or its agent failed to take reasonable steps to mitigate Plaintiff's claimed damages?

_____ Yes     _____ No

*If you answer yes, go to the next question. If you answer no, you don't need to answer further questions.*

**Question No. 14**

What reduction from the amount of statutory damages in your response to question no. 16 do you find appropriate in light of Plaintiff's failure to mitigate its damages?

$_____

Upon completing all questions that require an answer, the foreperson should sign and date the form below and give it to the marshal.

Dated: _____     _____
                                                                Foreperson