Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**JOINT SHORT STATEMENT OF THE CASE**<br><br>Date: April 12, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>　　　　350 W. 1st Street<br>　　　　Los Angeles, CA |

   This is a case for contributory copyright infringement.  This is a legal theory that may be asserted against a company that did not itself directly infringe copyright, but which allegedly, with knowledge of infringement, materially contributed to direct infringement by others.

   The plaintiff, or the party that filed this case, is ALS Scan Inc.  ALS produces adult entertainment.  ALS does not sell or license its works.  Rather, ALS places its works on two websites, alsscan.com and alsangels.com.  ALS's proprietary content is available to subscribers who pay for access to secure websites on which ALS's content resides.

   The Defendant, or party being sued, is Cloudflare, Inc.  Cloudflare is a company that provides services that improve website safety and performance.  Cloudflare's services include Internet security services, content delivery network services, and domain name system services.  Cloudflare does not provide Internet access or website hosting services.

   ALS alleges that specific websites repeatedly displayed infringing copies of ALS works.  ALS alleges that these websites were customers of Cloudflare.  ALS alleges that Cloudflare had knowledge of the infringements by these websites, and materially contributed to infringements of ALS works on these sites by, among other actions or inactions, failing to terminate its services to the customers.  ALS alleges that Cloudflare is liable for contributory infringement with respect to these sites.  ALS has the burden to prove its claims.

   Cloudflare denies ALS's claims.  Cloudflare contends that ALS cannot prove contributory copyright infringement, and that Cloudflare also qualifies for certain affirmative defenses *for online service providers under a part of the copyright law called the Digital Millennium Copyright Act, or DMCA. Cloudflare also asserts other defenses that could eliminate or reduce any award*

*to ALS.*[1]  Cloudflare has the burden to prove its affirmative defenses.  ALS denies Cloudflare's defenses.

DATED:  April 9, 2018        SPILLANE LAW GROUP PLC
                             GALLAGHER & KENNEDY, P.A.

                             By: _____
                                        Jay M. Spillane
                             Attorneys for Plaintiff ALS Scan, Inc.

DATED:  April 9, 2018        FENWICK & WEST LLP


                             By:      /s/ Andrew P. Bridges_____
                                       Andrew P. Bridges
                             Attorneys for Defendant Cloudflare, Inc.

---

[1] The italicized language in red font is proposed by Cloudflare only.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**JOINT SHORT STATEMENT OF THE CASE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 9, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
Mark Thomas Gray    markgray@quinnemanuel.com
Armen Nercessian    anercessian@fenwick.com
Jedediah Wakefield    jwakefield@fenwick.com
Sapna S Mehta    smehta@fenwick.com

Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna    daniel@partridgepartnerspc.com
Paul Supnick – paul@supnick.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn    john.flynn@gknet.com
Kevin D Neal    kevin.neal@gknet.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 9, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) April 9, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/9/2018 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |