ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., | Case No.: 2:16-cv-05051-GW-AFM |
| Plaintiff, | **CLOUDFLARE, INC.'S PROPOSED VOIR DIRE QUESTIONS** |
| v. | |
| CLOUDFLARE, INC., et al., | Judge:        Hon. George H. Wu |
| Defendants. | Trial Date:   April 24, 2018 |

Defendant Cloudflare, Inc. submits the following proposed voir dire questions.  If the Court prefers, Cloudflare will submit these questions in the form of a written juror questionnaire.

## CLOUDFLARE'S PROPOSED VOIR DIRE QUESTIONS

(Assumes the parties and Court will already receive Name, Residence and Employment information)

1.  What is the highest level of education you have achieved and what area of study?

2.  If married / living with partner:
    - Spouse / partner employment currently
    - Other significant employment in the past ten years

3.  Are you involved in any hobbies, clubs or organizations?  Do you hold any position of leadership (board, secretary, etc.) for any of these organizations?

4.  Have you ever been a plaintiff, a defendant, or a witness in a lawsuit?  Please explain.

5.  Have you ever served as a juror in a lawsuit?  When?  What did the case(s) involve?
    - Were you ever the foreperson?
    - Without telling us what it was, did the jury reach a verdict?

6.  What is your primary source of news?

7.  The names of the parties in this case are ALS Scan, Inc. and Cloudflare, Inc. For those who recognize any of the party names, please answer the following questions:
    - Are you personally acquainted with any officer, director, or employee of any of those companies?
    - Do you or any family member have any financial relationship, past or present, with any of these companies?
    - Have you, any family member, or anyone close to you had any strong feelings, positive or negative, toward any of these companies?

FENWICK & WEST LLP
ATTORNEYS AT LAW

8.  I am now going to read to you a list of the attorneys and law firms involved in this litigation:

**Jay M. Spillane**

**Spillane Trial Group PLC**

**John P. Flynn**

**Kevin D. Neal**

**Gallagher and Kennedy**

**Andrew P. Bridges**

**Jedediah Wakefield**

**Armen Nercessian**

**Sapna Mehta**

**Crystal Nwaneri**

**Fenwick & West LLP**

Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

9.  I am now going to read to you a list of the individuals who might appear as witnesses in this case.

**Sarah Walsh**

**Steve Easton**

**Eric Penn**

**Alex Kirn**

**Amnon Lisbona**

**Albert Trey Guinn**

**Justin Paine**

**Matthew Prince**

**Shahram Ghandeharizadeh**

**Barbara Luna**

Fenwick & West LLP
Attorneys at Law

**Chris Merritt**

**Nick Sullivan**

**Jeffrey Kinrich**

Are you related to, or personally acquainted with, any of those individuals?

10.   Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?  Please explain.

11.   Have you, a close friend, or a family member ever had education, been employed, trained, or had any experience in the law?

12.   Do you consider yourself computer savvy?  (Please briefly describe your education/experience)

13.   Do you or someone close to you have experience with copyrights, either personally or for a company you have worked for?  If yes, please explain.

14.   Do you or someone close to you have any experience with patents or trademarks?  If yes, please explain.

15.   Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

16.   This trial is expected to last 8 days and should be finished by _____.  Is there any reason why you cannot serve as a juror for this period of time?

17.   This case involves sexually explicit images.  Do you have any particularly negative or positive feelings about such materials, or the online adult entertainment industry?  *If yes, private follow-up at the bench.*

18.   Have you or someone close to you ever worked in the adult film/website industry (as an actor, production, distribution, etc.)?  *If yes, private follow-up at the bench.*

19.   This case involves a technology company that provides services that enhance Internet safety and performance.  Do you have any particularly negative or positive feelings about such companies, or technology companies in general?  *If yes, private follow-up at the bench.*

FENWICK & WEST LLP
ATTORNEYS AT LAW

20.   Do you have concerns about computer hacking, identity theft, or the safety of your personal data on the internet?  *If yes, private follow-up at the bench.*

21.   Do you know of any other matter which you believe should be called to the court's attention as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?  This is the time for you to give us any additional information we may have failed to ask about, which you think may bear on your ability to serve as a juror and to fairly and impartially weight the evidence.  If anyone is uncomfortable discussing something in front of the panel, we would be happy to have you speak with the court and the parties privately.  Please raise your hand if there are any matters you wish to bring to our attention and discuss privately.


Dated:  April 13, 2018                    FENWICK & WEST LLP


                                          By:   */s/ Andrew P. Bridges*
                                                Andrew P. Bridges
                                                Attorneys for Defendant
                                                CLOUDFLARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW