1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  ARMEN NERCESSIAN (CSB No. 284906)
   anercessian@fenwick.com
4  SAPNA MEHTA (CSB No. 288238)
   smehta@fenwick.com
5  CRYSTAL NWANERI (CSB No. 318955)
   cnwaneri@fenwick.com
6  FENWICK & WEST LLP
   555 California Street, 12th Floor
7  San Francisco, CA  94104
   Telephone:  415.875.2300
8  Facsimile:   415.281.1350
9
10 Attorneys for Defendant
   CLOUDFLARE, INC.
11

12

13              UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15                   WESTERN DIVISION

16

| ALS SCAN, INC., | Case No.: 2:16-cv-05051-GW-AFM |
|---|---|
| Plaintiff, | **DEFENDANT CLOUDFLARE'S PRETRIAL "TO DO" LIST** |
| v. | Date:     April 26, 2018 |
| CLOUDFLARE, INC., et al., | Time:     8:30 A.M. |
| | Dept:     9D |
| Defendants. | Judge:    Hon. George H. Wu |
| | Trial Date:  May 1, 2018 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Pursuant to the Court's instruction at the pretrial conference today, April 23, 2018, Cloudflare submits a list of open issues and three jury instructions that it believes should be addressed at the continued pretrial conference on Thursday, April 26. Cloudflare sought to work with ALS and agree to a joint filing, but after it provided its proposed additions and edits, ALS refused to work on the joint filing further and immediately filed its own statement. This has left Cloudflare unable to comply with the Court's order to file this document jointly.

The open issues are as follows:

1.      ALS Motions in Limine Nos. 1-9, 11, 13-16. *See* Dkt. 412, 412-1, 412-2, 449, 449-1, 464.[1]

2.      Cloudflare Motions in Limine Nos. 1-11 and Motions to Exclude as to putative experts Dr. Barbara Luna and Dr. Shahram Ghandeharizadeh. *See* Dkt. 417-426, 428, 429, 446, 447, 448, 454, 455, 456, 458, 482, 487.

3.      Entry of the Joint Final Pretrial Conference order. Dkt. 453-1.

4.      Joint short statement of the case. Dkt. 462.

5.      Whether Cloudflare's DMCA defenses [17 U.S.C. §§ 512(a) and (b)] should go to the jury or, as ALS contends, are unavailable as a matter of law? *See* Dkts. 148 (Third Amended Complaint), 325 pp. 18-20, 376 pp. 15-20, 400 pp. 10-12, 401 ¶¶ 16-18, Dkt. 405 p. 19, Dkt. 478 pp. 12-15, 17-18, Dkt. 481 pp. 8, 9. *Compare with* Dkt. 376 at 13-25; Dkt. 381 ¶¶ 3, 5-20, Exs. E-H; Dkt. 382 ¶¶ 3-9, Ex. A; Dkt. 383 ¶¶ 2-19, 24-25, Exs. 1-24, 26, 27; Dkt. 384 at ¶¶ 3, 5, 7, and 10 and cited exhibits.

6.      Objections to exhibits. *See* Dkt. 459, 483.[2]

7.      The jointly requested written jury questionnaire. Dkt. 486.

---

[1] The motions are proceeding only as to Cloudflare. Cloudflare stipulated to MIL No. 10 and the Court orally granted the motion. MIL Nos. 12, 17, 18 and 19 pertained to Steadfast only and were withdrawn.

[2] The parties are currently working on a revised Joint Exhibit List with up-to-date objections, replies, etc.

FENWICK & WEST LLP
ATTORNEYS AT LAW

8.      Voir dire questions submitted by ALS and Cloudflare.  Dkt. 476, 488.

9.      Objections to video testimony.  Dkt. 484.

Cloudflare requests the Court to give the following three instructions: a) Joint Instr. 43;[3] b) Joint Instr. 47; c) Joint Instr. 48.  Dkt. 460.

Dated:  April 23, 2018             Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Andrew P. Bridges*
     Andrew P. Bridges

Attorneys for Defendant
CLOUDFLARE, INC.

---

[3] Cloudflare believes that under *Grokster*, the Court should instruct the jury under its version of proposed instruction 42, but it submitted instruction 43 on the assumption that the Court will wish to instruct the jury on a "material contribution" theory.

FENWICK & WEST LLP
ATTORNEYS AT LAW