UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5051-GW(AFMx) | Date | April 23, 2018 |
|---|---|---|---|
| Title | *ALS Scan, Inc. v. Cloudflare, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jay M. Spillane | Jebediah Wakefield |
| Kevin D. Neal | Andrew Bridges |
| | John L. Ambrogi by telephone |

**PROCEEDINGS:** **DEFENDANT'S MOTION FOR CLARIFICATION OF MARCH 13, 2018 ORDER, AMENDMENT TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL, AND STAY OF PROCEEDINGS PENDING APPEAL [442];**

**PRETRIAL CONFERENCE**

For reasons stated on the record, Defendant's Motion for Clarification [442] is DENIED.

Defendant Cloudflare will file a proposed judgment forthwith. Motions to Exclude [426][428], are deemed MOOT.

Court and counsel confer re pretrial issues. After conferring with counsel the Court will deem Plaintiff's Motions in Limine Numbers 12, 17, 18, and 19 MOOT. Motion in Limine Number 10 is GRANTED.

The pretrial conference is continued to April 26, 2018 at 8:30 a.m.

|  | : | 30 |
|---|---|---|
| | Initials of Preparer | JG |