Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**PLAINTIFF'S TRIAL BRIEF ON MIL 1, "ACTUAL DAMAGES," "FAIR MARKET VALUE" AND THE BARRED KINRICH OPINION**<br><br>Trial Date: May 1, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>　　　　350 W. 1st Street<br>　　　　Los Angeles, CA |

Plaintiff seeks to exclude Kinrich Opinion B, all ALS tax returns and all exhibits and testimony re ALS's *actual* receipts and profitability. The evidence should be excluded because:

- Kinrich opines to an ultimate legal conclusion, "causation"
- "Causation" isn't an element of a copyright claim (if there is contributory infringement, the jury shall then weigh an award of statutory damages); and
- In any event, "actual damages" in a copyright case don't include actual revenues and profitability, rather, actual damages consist of lost license fees or royalties, of which there is no evidence.

Plaintiff seeks to exclude Kinrich Opinion C, and all testimony and exhibits concerning sale of ALS from Alex Kirn to Sarah Walsh, which Cloudflare uses to derive a barred opinion on the "fair market value" of ALS's works.

Having conferred with Cloudflare, Cloudflare insists on introducing all of this into evidence, even though Plaintiff will not.

Please read Doc. 464 pp. 1-3, Doc. 497 pp. 1-4 and Doc. 505.

DATED: April 27, 2018

SPILLANE LAW GROUP PLC
GALLAGHER & KENNEDY, P.A.

By: _____
Jay M. Spillane
Attorneys for Plaintiff ALS Scan, Inc.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action. My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507. A true and correct copy of the foregoing document entitled (*specify*):
**PLAINTIFF'S TRIAL BRIEF ON MIL 1, "ACTUAL DAMAGES," "FAIR MARKET VALUE" AND THE BARRED KINRICH OPINION** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 27, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Gary L. Bostwick– gbostwick@B1Law.com | Colin TJ O'Brien – tm@partridgepartnerspc.com |
| Kevin S. Toll – kevin@silversteinlegal.com | John L. Ambrogi – jla@partridgepartnerspc.com |
| Lawrence G. Walters – larry@firstamendment.com | Daniel L Rogna    daniel@partridgepartnerspc.com |
| Corey D. Silverstein – corey@silversteinlegal.com | Paul Supnick – paul@supnick.com |
| Rachel Kassabian – rachelkassabian@quinnemanuel.com | Raymond Katrinak – pkatrinak@kernanlaw.net |
| Carolyn M. Homer – carolynhomer@quinnemanuel.com | Ryan Carreon – rcarreon@kernanlaw.net |
| Mark Thomas Gray    markgray@quinnemanuel.com | Stephen M Kernan – kernanlaw@gmail.com |
| Armen Nercessian    anercessian@fenwick.com | John P Flynn    john.flynn@gknet.com |
| Jedediah Wakefield    jwakefield@fenwick.com | Kevin D Neal    kevin.neal@gknet.com |
| Sapna S Mehta    smehta@fenwick.com | |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) April 27, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) April 27, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail or Attorney Service*
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/27/2018 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| Date | Printed Name | Signature |