JOHN L. AMBROGI
jla@partridgepartnerspc.com
COLIN T.J. O'BRIEN
colin@partridgepartnerspc.com
PARTRIDGE PARTNERS, P.C.
321 North Clark, Suite 720
Chicago, Illinois 60654
Telephone: (312) 634-9500

PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: (310) 859-0100
Facsimile: (310) 388-5645

Attorneys for Defendant
STEADFAST NETWORKS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT COURT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALS SCAN, INC., a Maryland Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC. a Delaware corporation, et al. <br><br> Defendants. | Case No.: CV 16-5051-GW(AFMx) <br><br> **JUDGMENT IN FAVOR OF DEFENDANT STEADFAST NETWORKS, LLC.** <br><br> **Place:** Courtroom 9D, 9th Fl. <br>    350 West 1st Street <br>    Los Angeles, CA, 90012 <br> **Judge:** Hon. George H. Wu |

On March 30, 2018, the Court granted Defendant Steadfast Networks LLC's ("Steadfast") motion for summary judgment on ALS Scan, Inc.'s ("ALS") claims of contributory copyright infringement, vicarious copyright infringement, and contributory trademark infringement, resolving all claims against Steadfast with prejudice. *See* Dkt. 443. The Court now issues a final judgment on all of ALS's claims, including:

1. **Contributory Copyright Infringement.** ALS's claim of contributory copyright infringement against Steadfast is dismissed with prejudice. Dkt. 443.
2. **Vicarious Copyright Infringement.** ALS's claim of vicarious copyright infringement against Steadfast is dismissed with prejudice. Dkt. 443.
3. **Contributory Trademark Infringement.** ALS's claim of contributory trademark infringement against Steadfast is dismissed with prejudice. Dkt. 443.

The Court **GRANTS FINAL JUDGMENT** in favor of Steadfast and against ALS as to all the claims by ALS in the case.

**IT IS SO ORDERED.**

Dated: April 30, 2018

GEORGE H. WU,
United States District Judge