ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> CLOUDFLARE, INC., et al., <br><br> Defendants. | Case No.: 2:16-cv-05051-GW-AFM <br><br> **CLOUDFLARE'S MOTION FOR RECONSIDERATION** <br><br> Date: May 31, 2018 <br> Time: 8:30 AM <br> Judge: Hon. George H. Wu <br> Trial Date: May 1, 2018 |

Defendant Cloudflare, Inc. respectfully submits this motion for reconsideration of the Court's March 13 Order on Plaintiff's motion for partial summary judgment against Cloudflare, and Cloudflare's motion for summary judgment (Dkt. 405). Cloudflare bases this motion on the points and arguments the parties and the Court raised in pretrial conferences in this action, and on previous filings. Cloudflare submits that good cause exists for this request, and that reconsideration of the Order is in the interests of justice.

| | |
|---|---|
| Dated: May 1, 2018 | Respectfully submitted, |
| | FENWICK & WEST LLP |
| | By: */s/ Andrew P. Bridges* |
| | Andrew P. Bridges |
| | Attorneys for Defendant<br>CLOUDFLARE, INC. |