Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**NOTICE OF APPEAL; REPRESENTATION STATEMENT** |

1    Plaintiff ALS Scan, Inc. hereby appeals to the United States Court of

2  Appeals for the Ninth Circuit from the "Judgment in Favor of Defendant

3  Steadfast Networks, LLC" entered April 30, 2018, Doc. 520 ("Judgment"), as

4  well as all proceedings and interlocutory orders in the action that culminated in

5  entry of said Judgment.  A copy of the Judgment is attached hereto.

6

7  DATED:  May 10, 2018            SPILLANE LAW GROUP PLC
                                   GALLAGHER & KENNEDY, P.A.
8

9

10
                                   By: _____
11                                         Jay M. Spillane
                                   Attorneys for Plaintiff ALS Scan, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appeal

**REPRESENTATION STATEMENT**

The Plaintiff/Appellant is:


ALS Scan, Inc.
3322 Peddicoat Court
Woodstock, MD 21163


Represented by:


Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)


Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
(602) 530-8500 (fax)
kevin.neal@gknet.com


The Defendant/Appellee is:


Steadfast Networks, LLC
800 S. Wells Street
Suite 190
Chicago, IL 60607

Notice of Appeal

1

Represented by:

2

3
JOHN L. AMBROGI
jla@partridgepartnerspc.com

4
COLIN T.J. O'BRIEN
colin@partridgepartnerspc.com

5
PARTRIDGE PARTNERS, P.C.

6
321 North Clark, Suite 720
Chicago, Illinois 60654

7
Telephone: (312) 634-9500

8

9
PAUL D. SUPNIK [SBN 52842]
paul@supnik.com

10
9401 Wilshire Blvd., Suite 1250

11
Beverly Hills, CA 90212
Telephone: (310) 859-0100

12
Facsimile: (310) 388-5645

13

14
DATED:  May 10, 2018                                SPILLANE LAW GROUP PLC
                                                                     GALLAGHER & KENNEDY, P.A.

15

16

17

18
                                                              By: _____

19
                                                                       Jay M. Spillane
                                                              Attorneys for Plaintiff ALS Scan, Inc.

20

21

22

23

24

25

26

27

28

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 10, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Rachel Kassabian – rachelkassabian@quinnemanuel.com
Carolyn M. Homer – carolynhomer@quinnemanuel.com
Mark Thomas Gray     markgray@quinnemanuel.com
Armen Nercessian     anercessian@fenwick.com
Jedediah Wakefield     jwakefield@fenwick.com
Sapna S Mehta     smehta@fenwick.com

Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna     daniel@partridgepartnerspc.com
Paul Supnick – paul@supnick.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn     john.flynn@gknet.com
Kevin D Neal     kevin.neal@gknet.com

☐   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) May 10, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) May 10, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/10/2018 | Jessie Gietl | *Jessie Gietl* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |