1  JOHN L. AMBROGI
2  jla@partridgepartnerspc.com
   COLIN T.J. O'BRIEN
3  colin@partridgepartnerspc.com
4  PARTRIDGE PARTNERS, P.C.
   321 North Clark, Suite 720
5  Chicago, Illinois 60654
6  Telephone: (312) 634-9500

7
   PAUL D. SUPNIK [SBN 52842]
8  paul@supnik.com
9  9401 Wilshire Blvd., Suite 1250
   Beverly Hills, CA 90212
10 Telephone: (310) 859-0100
11 Facsimile: (310) 388-5645

12
   Attorneys for Defendant
13 STEADFAST NETWORKS, LLC

14          **UNITED STATES DISTRICT COURT**
15       **CENTRAL DISTRICT COURT OF CALIFORNIA**
              **WESTERN DIVISION**
16

17 ALS SCAN, INC.,                    Case No.: 2:16-cv-05051-GW-AFM
   a Maryland Corporation,
18                                     **[PROPOSED] ORDER GRANTING**
19 Plaintiff,                          **DEFENDANT STEADFAST**
                                       **NETWORKS, LLC'S MOTION FOR**
20 v.                                  **AN AWARD OF ATTORNEYS' FEES**
                                       **AND EXPENSES**
21
22 CLOUDFLARE, INC.
   a Delaware corporation,             **Hearing Date: June 18, 2018**
23 et al.                              **Hearing Time: 8:30am**
                                       **Place:  Courtroom 9D, 9th Fl.**
24                                     **         350 West 1st Street**
25 Defendants.                         **         Los Angeles, CA, 90012**
                                       **Judge:  Hon. George H. Wu**
26

27

28

1    The matter before this Court is Defendant Steadfast Networks, LLC's

2  ("Steadfast") post-judgment motion for an award of attorneys' fees and expenses.

3  On June 18, 2018, the Court held a hearing on this matter.

4    After full consideration of the papers in support of and in opposition to the

5  motion, the supporting evidence, and the parties' arguments at the hearing, the

6  Court finds Steadfast entitled to an award of attorneys' fees and non-taxable costs

7  and **GRANTS** the motion. The Court **AWARDS** Steadfast reasonable attorneys'

8  fees in the amount of $578,878, its fair estimate of fees in the amount of $19,611,

9  and non-taxable costs in the amount of $35,208.74.

10

11  Dated: _____

12                                                    _____

13                                                    Hon. George H, Wu

14                                                    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT STEADFAST NETWORKS, LLC'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES

## PROOF OF SERVICE

I, Colin T.J. O'Brien, certify that I am an attorney at law, licensed to practice in the State of Illinois and I am admitted to appear before the United States District Court for the Central District of California, and a true copy of the foregoing document **[PROPOSED] ORDER GRANTING DEFENDANT STEADFAST NETWORKS, LLC'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** was served via electronic filing to the following parties in this action via their counsel:

ALS Scan, Inc.

A true copy of the foregoing document was hand delivered to:

Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

Via attorney service

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: May 14, 2018                    /s/ Colin T.J. O'Brien
                                        Attorney for Defendant
                                        Steadfast Networks, LLC

[PROPOSED] ORDER GRANTING DEFENDANT STEADFAST NETWORKS, LLC'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES