JOHN L. AMBROGI
jla@partridgepartnerspc.com
COLIN T.J. O'BRIEN
colin@partridgepartnerspc.com
PARTRIDGE PARTNERS, P.C.
321 North Clark, Suite 720
Chicago, Illinois 60654
Telephone: (312) 634-9500

PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: (310) 859-0100
Facsimile: (310) 388-5645

Attorneys for Defendant
STEADFAST NETWORKS, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT COURT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALS SCAN, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC. a Delaware corporation, et al.<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**JOINT STIPULATION OF CONTINUATION OF HEARING ON DEFENDANT STEADFAST NETWORKS, LLC'S HEARING ON MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>**Hearing Date: July 30, 2018**<br>**Hearing Time: 8:30 a.m.**<br>**Place:   Courtroom 9D, 9th Fl.**<br>            **350 West 1st Street**<br>            **Los Angeles, CA, 90012**<br>**Judge:   Hon. George H. Wu** |

1 | The parties have met and conferred concerning the hearing on Steadfast
2 | Networks, LLC's motion for attorneys' fees and expenses, Dkt. 530. Due to
3 | conflicts, ALS Scan, Inc. requested that the hearing be rescheduled. Steadfast agrees
4 | to the rescheduling. The parties hereby stipulate, subject to Court order:

5 | That the hearing on Steadfast's motion for attorneys' fees and expenses shall
6 | be continued to July 30, 2018.

7 | The parties further stipulate to the following dates for the opposition and
8 | reply papers:

9 | Plaintiff ALS Scan, Inc's opposition shall be due July 9, 2018; and
10 | Defendant Steadfast Networks, LLC's reply shall be due July 16, 2018.

Respectfully submitted,

JOHN L. AMBROGI
COLIN T.J. O'BRIEN
PARTRIDGE PARTNERS, P.C.

PAUL D. SUPNIK

Dated: May 30, 2018         By: /s/John L. Ambrogi
                            John L. Ambrogi
                            Attorneys for Steadfast Networks, LLC

Dated: May 30, 2018         By: /s/Jay M. Spillane
                            Jay M. Spillane
                            Attorneys for Plaintiff ALS Scan, Inc.

# PROOF OF SERVICE

I, Colin T.J. O'Brien, certify that I am an attorney at law, licensed to practice in the State of Illinois and I am admitted to appear before the United States District Court for the Central District of California, and a true copy of the foregoing document **JOINT STIPULATION OF CONTINUATION OF HEARING ON DEFENDANT STEADFAST NETWORKS, LLC'S HEARING ON MOTION FOR ATTORNEYS' FEES AND EXPENSES** was served via electronic filing to the following parties in this action via their counsel:

    ALS Scan, Inc.

A true copy of the foregoing document was hand delivered to:

Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

Via attorney service

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 30, 2018                 /s/ Colin T.J. O'Brien
                                           Attorney for Defendant
                                           Steadfast Networks, LLC