UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-5051-GW(AFMx) | Date | May 31, 2018 |
|---|---|---|---|
| Title | ALS Scan, Inc. v. Cloudflare, Inc., et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | Jebediah Wakefield by telephone | |

**PROCEEDINGS:** DEFENDANT CLOUDFLARE'S MOTION FOR RECONSIDERATION [522]

Counsel for Plaintiff is not present.

For reasons stated on the record, Defendant's Motion is continued to June 18, 2018 at 8:30 a.m.

: 03

Initials of Preparer   JG