ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC., et al.,<br><br>Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**NOTICE OF LODGING OF CLOUDFLARE, INC'S [PROPOSED] ORDER**<br><br>Judge:       Hon. George H. Wu<br>Hearing:    June 18, 2018<br>Time:        8:30 a.m. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1       Defendant Cloudflare, Inc. hereby lodges the following document:

2   **[Proposed] Order on Cloudflare, Inc.'s Motion for Reconsideration.**

3

4

5   Dated: June 4, 2018                    FENWICK & WEST LLP

6

7                              By:    */s/ Andrew P. Bridges*

8                              Andrew P. Bridges
                               Attorneys for Defendant
9                              CLOUDFLARE, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28