ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>CLOUDFLARE, INC., et al.,<br><br>              Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**[PROPOSED] ORDER ON CLOUDFLARE, INC.'S MOTION FOR RECONSIDERATION**<br><br>Judge:    Hon. George H. Wu<br>Hearing:  June 18, 2018<br>Time:     8:30 a.m. |

On May 1, 2018, Cloudflare, Inc. filed a motion for reconsideration (Dkt. 522) of the Court's March 13, 2018 Order on Cloudflare and ALS Scan's motions for summary judgment (Dkt. 405).

The Court hereby grants Cloudflare's motion for reconsideration. In view of the settlement between the parties, the Court deems ALS Scan's summary judgment motion (Dkt. 324) and Cloudflare's summary judgment motion (Dkt. 347) moot. Accordingly, the Court hereby withdraws its March 13, 2018 Order.

Dated: _____

Honorable George H. Wu
United States District Court Judge