1  JOHN L. AMBROGI
2  jla@partridgepartnerspc.com
   COLIN T.J. O'BRIEN
3  colin@partridgepartnerspc.com
4  PARTRIDGE PARTNERS, P.C.
   321 North Clark, Suite 720
5  Chicago, Illinois 60654
6  Telephone: (312) 634-9500

7
   PAUL D. SUPNIK [SBN 52842]
8  paul@supnik.com
9  9401 Wilshire Blvd., Suite 1250
   Beverly Hills, CA 90212
10 Telephone: (310) 859-0100
11 Facsimile: (310) 388-5645

12
   Attorneys for Defendant
13 STEADFAST NETWORKS, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT COURT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC., a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC. a Delaware corporation, et al.<br><br>Defendants. | Case No.: CV 16-5051-GW(AFMx)<br><br>**ORDER ON JOINT STIPULATION OF CONTINUATION OF HEARING ON DEFENDANT STEADFAST NETWORKS, LLC'S HEARING ON MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>**Hearing Date: July 30, 2018**<br>**Hearing Time: 8:30 a.m.**<br>**Place:   Courtroom 9D, 9th Fl.**<br>**         350 West 1st Street**<br>**         Los Angeles, CA, 90012**<br>**Judge:   Hon. George H. Wu** |

1. The Court, having read the Stipulation of the parties to continue the hearing on Steadfast Networks, LLC's motion for attorneys' fees and expenses, Dkt. 530, from June 18, 2018 to July 30, 2018 at 8:30 a.m., hereby **ORDERS**:

That the hearing on Steadfast's motion for attorneys' fees and expenses shall be continued to July 30, 2018;

That Plaintiff ALS Scan, Inc's opposition shall be due July 9, 2018; and

That Defendant Steadfast Networks, LLC's reply shall be due July 16, 2018.

Dated: June 1, 2018

_____
Hon. George H, Wu
United States District Judge

# PROOF OF SERVICE

I, Colin T.J. O'Brien, certify that I am an attorney at law, licensed to practice in the State of Illinois and I am admitted to appear before the United States District Court for the Central District of California, and a true copy of the foregoing document **[PROPOSED] ORDER ON JOINT STIPULATION OF CONTINUATION OF HEARING ON DEFENDANT STEADFAST NETWORKS, LLC'S HEARING ON MOTION FOR ATTORNEYS' FEES AND EXPENSES** was served via electronic filing to the following parties in this action via their counsel:

    ALS Scan, Inc.

A true copy of the foregoing document was hand delivered to:

Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

Via attorney service

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 30, 2018                /s/ Colin T.J. O'Brien
                                       Attorney for Defendant
                                       Steadfast Networks, LLC