ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>CLOUDFLARE, INC., et al.,<br><br>                    Defendants. | Case No.: CV 16-5051-GW(AFMx)<br><br>**ORDER ON CLOUDFLARE, INC.'S MOTION FOR RECONSIDERATION**<br><br>Judge:      Hon. George H. Wu<br>Hearing:   June 18, 2018<br>Time:       8:30 a.m. |

1    On May 1, 2018, Cloudflare, Inc. filed a motion for reconsideration

2 (Dkt. 522) of the Court's March 13, 2018 Order on Cloudflare and ALS Scan's

3 motions for summary judgment (Dkt. 405).

4    The Court hereby grants Cloudflare's motion for reconsideration.  In view of

5 the settlement between the parties, the Court deems ALS Scan's summary judgment

6 motion (Dkt. 324) and Cloudflare's summary judgment motion (Dkt. 347) moot.

7 Accordingly, the Court hereby withdraws its March 13, 2018 Order.

8

9

10 Dated:  June 8, 2018

11                                     Honorable George H. Wu

                                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW