# UNITED STATES DISTRICT COURT
## Central District of California

### APPLICATION TO THE CLERK TO TAX COSTS

ALS Scan, Inc.

              V.                     Case Number: CV 16-5051-GW (AFMx)

Cloudflare, Inc., et al.

Judgment was entered in this action on  4/30/2018 (Date) / 520 (Docket No.) against  Plaintiff ALS Scan, Inc.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 **(3 day delivery fees, rough draft transcript fees, and real time services are not allowed)** | $9,818.39 ~~$12,313.76~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $1,970.92 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | $11,789.31 ~~$14,284.68~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

/s/John L. Ambrogi            John L. Ambrogi
Signature                                       Print Name

Attorney for: Defendant Steadfast Networks, LLC

Costs are taxed in the amount of   $11,789.31

Kiry K. Gray            By:   Kelly Davis            June 12, 2018
Clerk of Court                  Deputy Clerk                 Date