ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>CLOUDFLARE, INC., et al.,<br><br>          Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AND ACTION OF ALS SCAN, INC. AGAINST CLOUDFLARE, INC. WITHOUT PREJUDICE** |

ALS Scan, Inc. and Cloudflare, Inc. hereby stipulate to dismissal without prejudice of the claims and action against Cloudflare, Inc., with each side bearing its own attorney's fees, costs, and expenses.

These parties agree, subject to the Court's approval, to the Court's continuing jurisdiction over the case for the purpose of adjudicating any disputes relating to the settlement agreement.

A proposed order accompanies this stipulation.

Dated: June 20, 2018

Respectfully submitted,

FENWICK & WEST LLP
By: */s/ Andrew P. Bridges*
Andrew P. Bridges

Attorneys for Defendant
CLOUDFLARE, INC.

Dated: June 20, 2018

SPILLANE LAW GROUP PLC
By: */s/ Jay M. Spillane*
Jay M. Spillane

Attorneys for Plaintiff
ALS SCAN, INC.

**ATTESTATION**

In accordance with Local Rule 5-4.3.4, I attest that I obtained concurrence in the filing of this document from Jay M. Spillane, counsel of record for ALS Scan, Inc.

*/s/ Andrew P. Bridges*
Andrew P. Bridges