ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALS SCAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLOUDFLARE, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL OF CLAIMS AND ACTION OF ALS SCAN, INC. AGAINST CLOUDFLARE, INC. WITHOUT PREJUDICE** |

[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL OF CLAIMS AND ACTION OF ALS SCAN, INC. AGAINST CLOUDFLARE, INC. WITHOUT PREJUDICE

CASE NO. 2:16-CV-05051-GW-AFM

1  The Court approves the Stipulation of Dismissal of Claims and Action of
2  ALS Scan, Inc. Against Cloudflare, Inc.  The Court retains jurisdiction over the
3  case for the purpose of adjudicating any disputes relating to the settlement
4  agreement.
5  IT IS SO ORDERED, this ___ day of June, 2018.
6
7  _____
8  Hon. George H. Wu
   United States District Judge
9  Central District of California
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER APPROVING STIPULATION
OF DISMISSAL OF CLAIMS AND ACTION OF
ALS SCAN, INC. AGAINST CLOUDFLARE, INC.
WITHOUT PREJUDICE

1

CASE NO. 2:16-CV-05051-GW-AFM