Jay M. Spillane (Bar No. 126364)
jspillane@spillaneplc.com
SPILLANE LAW GROUP PLC
468 N. Camden Drive
Second Floor
Beverly Hills, CA 90210
(424) 217-5980
(888) 590-1683 (fax)

Kevin D. Neal (Az. Bar No. 011640)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
(602) 530-8000
(602) 530-8500 (fax)
kevin.neal@gknet.com

Attorneys for Plaintiff ALS Scan, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS SCAN, INC., a Maryland corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>CLOUDFLARE, INC., a Delaware corporation, et al.,<br><br>            Defendants. | Case No.: 2:16-cv-05051-GW-AFM<br><br>**DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO STEADFAST'S MOTION FOR ATTORNEYS' FEES**<br><br>Filed Concurrently: Memorandum<br><br>Date:  July 28, 2018<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>          350 W. 1st Street<br>          Los Angeles, CA |

I, Jay M. Spillane, declare:

1.      I am a member of the Bar of the State of California.  I am counsel for Plaintiff ALS Scan, Inc.  The following facts are stated on my personal knowledge.

2.      The case against Steadfast was relatively straightforward.  ALS deposed one Steadfast witness on one day.  Steadfast deposed Sarah Walsh, Eric Penn and Steve Easton.  Steadfast's summary judgment motion was supported by two declarants and a handful of passages from the depositions.  Steadfast's document production was not complicated.  There were no discovery motions filed by Steadfast.  Steadfast's participation in the case was concluded without trial.

3.      I believe that Steadfast multiplied the fees in the case by unnecessarily attending many of the deposition taken by Cloudflare, even though Cloudflare took the entire day and there was no plan for Steadfast to cross-examine witnesses on Cloudflare's days.  Steadfast's attorneys attended the depositions by Cloudflare of Steve Easton in Nashville and the extensive questioning by Cloudflare of Sarah Walsh and Eric Penn.

4.      Steadfast's estimation that most of the fees pertained to copyright and few to trademark is errant.  Steadfast is motivated to shift fees away from the trademark theories, where the bar to an award of fees is higher.  We always took the trademark claims seriously.  All of the copyrighted works at issue bore the ALS trademark.  Steadfast should have assessed much more than 10% of its effort to trademark.  On copyright, Steadfast did devote much of its focus on DMCA, however, the Court should have denied Steadfast's DMCA summary judgment motion.

Opposition to Steadfast Fee Motion - Spillane Decl.

1      This declaration was executed on July 9, 2018 at Beverly Hills,

2   California.  I declare under penalty of perjury that the foregoing is true and

3   correct.

4

5

6                                        _____

7

8                                              Jay M. Spillane

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Opposition to Steadfast Fee Motion - Spillane Decl.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this action.  My business address is: 468 N. Camden Drive, Second Floor, Beverly Hills, CA 90210-4507.  A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JAY M. SPILLANE IN OPPOSITION TO STEADFAST'S MOTION FOR ATTORNEYS' FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by Local Rules and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 9, 2018, I checked the CM/ECF docket for this action and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gary L. Bostwick– gbostwick@B1Law.com
Kevin S. Toll – kevin@silversteinlegal.com
Lawrence G. Walters – larry@firstamendment.com
Corey D. Silverstein – corey@silversteinlegal.com
Andrew P. Bridges – abridges@fenwick.com
Armen Nercessian     anercessian@fenwick.com
Jedediah Wakefield     jwakefield@fenwick.com
Sapna S Mehta     smehta@fenwick.com

Colin TJ O'Brien – tm@partridgepartnerspc.com
John L. Ambrogi – jla@partridgepartnerspc.com
Daniel L Rogna     daniel@partridgepartnerspc.com
Paul Supnik – paul@supnik.com
Raymond Katrinak – pkatrinak@kernanlaw.net
Ryan Carreon – rcarreon@kernanlaw.net
Stephen M Kernan – kernanlaw@gmail.com
John P Flynn     john.flynn@gknet.com
Kevin D Neal     kevin.neal@gknet.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 9, 2018, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling Local Rule, on (*date*) July 9, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail or Attorney Service***
Hon. George H. Wu
U.S. District Court
350 W. 1st Street
Courtroom 9D
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/9/2018 | Jessie Gietl | *Jessie Gietl* |
| --- | --- | --- |
| Date | Printed Name | Signature |